IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YU AND CATHY YU,<br><br>       Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED,<br><br>       Defendants. | CIVIL ACTION NO.<br>1:16-CV-10386-LTS |

## ASSENTED MOTION FOR PRO HAC VICE ADMISSION OF DIMITRY JOFFE. ESQUIRE

Plaintiffs, by and through their counsel, Movant Attorney Lester E. Riordan III, (on behalf of the Plaintiff(s)) requests that this Honorable Court admit *Pro Hac* Vice in the above captioned matter **Attorney Dimitry Joffe**. In support thereof, Plaintiffs and Movant states as follows:

**Attorney Dimitry Joffe** is admitted to practice and is in good standing in every jurisdiction where he is admitted and specifically, he is an active member in good standing with the state bar of New York. See Supporting Affidavit attached hereto with copies of Certificate of Good Standing and Massachusetts BBO registration. *Exhibits 1 and 2.*

1

**Attorney Joffe** has registered with the BBO and paid the registration fee as required by Massachusetts Supreme Judicial Court Rule 3:15.

**Attorney Joffe** has extensive experience in litigation including international contract and tort matters. **Attorney Joffe** has reviewed the Massachusetts Rules of Civil Procedure; Superior Court Rules and the applicable Massachusetts General Laws. **Attorney Joffe** has not filed any motions to appear in Massachusetts' state courts in the past. Further, said attorney has acknowledged that he is subject to discipline by the Supreme Judicial Court and the Massachusetts Board of Bar Overseers.

The Plaintiff(s) have been consulted regarding this representation, have retained **Attorney Joffe** as lead counsel and has consented to the representation of **Attorney Joffe** in this matter. The Movant will remain as local counsel in this matter.

WHEREFORE, Plaintiffs, by and through their counsel, Movant Attorney Lester E. Riordan III, (on behalf of the Plaintiff(s)) requests that this Honorable Court admit *Pro Hac* Vice in the above captioned matter **Attorney Dimitry Joffe**.

Respectfully Submitted,
Plaintiffs, By Counsel,

/s/ Lester E. Riordan III

Lester E. Riordan III
12 Pond Lane, Suite EB-1N
Concord, MA 01742
Telephone: 978-341-0404
Facsimile: 978-341-0405
Riordanlaw@comcast.net
BBO: 633725

**ASSENT:**

/s/ Michael R. Dube

Michael R. Dube (MA Bar # 654748)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-