**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YU AND CATHY YU, <br><br>       Plaintiffs, <br><br>v. <br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, <br><br>       Defendants. | CIVIL ACTION NO. <br>1:16-CV-10386-LTS |

## CERTIFICATION OF DIMITRY JOFFE

  I, Dimitry Joffe, based on my personal knowledge, hereby certify, depose and state as follows:

  1. Attached hereto at *Exhibit 1,* is a True and Correct copy of my certificate of Good Standings to practice law in the jurisdiction of New York and the District Court of New York. Attached hereto at *Exhibit 2* is a True and Correct copy of my registration with the Massachusetts Board of Bar Overseers pursuant to Massachusetts Supreme Judicial Court Rule 3:15. Further, I paid the registration fee mandated by said rule.

  2. Further, I affirm, that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no

1

disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 8th day of March 2016.

/s/ Dimitry Joffe

Dimitry Joffe

### CERTIFICATE OF SERVICE

I, Lester E. Riordan III, hereby certify that I caused the above documents to be served upon Defendants and/or counsel for the Defendants, by electronic mail and/or first class mail, on this 8th day of March 2016.

Respectfully Submitted

/s/ Lester E. Riordan III
Lester E. Riordan III
12 Pond Lane, Suite EB-1N
Concord, MA 01742
Telephone: 978-341-0404
Facsimile: 978-341-0405
Riordanlaw@comcast.net
BBO: 633725

*Exhibit 1*

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, Ruby J. Krajick, Clerk of this Court, certify that

**DIMITRY JOFFE**, Bar # **DJ6498**

was duly admitted to practice in this Court on

**SEPTEMBER 7th, 1999**, and is in good standing as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York     on     **FEBRUARY 5th, 2016**

Ruby J. Krajick
Clerk

by _Wayne Bowman_
Deputy Clerk

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# DIMITRY JOFFE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 27, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

February 4, 2016

*Clerk of the Court*

6360

*Exhibit 2*

Please note that ONLY THIS FORM, FILLED OUT ON THE WEBSITE, WILL BE ACCEPTED. Handwritten, annotated, copied, scanned or modified forms will be returned.

# BOARD OF BAR OVERSEERS

## REGISTRATION STATEMENT FOR *PRO HAC VICE* ATTORNEYS

Attorney name (first MI last, suffix): **Dimitry Joffe**
Email address: dj@salisburyryan.com
Complete Business/Mailing Address:

    **Dimitry Joffe**
    **Salisbury & Ryan LLP**
    **1325 Avenue of the Americas, 7th Fl.**
    **New York, NY 10019**

| Board of Bar Overseers Administrative Use Only |
|---|
| Date Received: 2/19/16 |
| Amount Paid: $301.00 |
| Date confirmation mailed: 2/19/16 |

Business phone: (212) 977-4660

Court in which pro hac vice admission is sought: **Superior Court Department, Middlesex**

Contact number for court: (781) 939-2700

Party to be represented: **Plaintiffs Integrated Communications & Technologies, Inc., et al.**

Docket number of case (if available): **1581CV06710**

Jurisdictions to which you have been admitted:  (Use second page for additional jurisdictions.)

| Type | Jurisdiction | License number |
|---|---|---|
| State | New York | 2990828 |
| Federal | U.S. District Court for the Southern District of New York | same |



RECEIVED FEB 09 2016 MASSACHUSETTS BOARD OF BAR OVERSEERS REGISTRATION DEPARTMENT

I certify that (check one): (☐) the party I am representing in the case for which I am seeking pro hac vice admission is an indigent client, and I understand that no pro hac vice fee is due, or (☑) I have included the required pro hac vice fee.

Further, I certify, under the pains and penalties of perjury, that I am admitted to practice and in good standing in every jurisdiction where I am admitted, and I acknowledge that I am subject to discipline by the Massachusetts Supreme Judicial Court and the Board of Bar Overseers. I understand I am limited in my legal practice in Massachusetts to the case identified above.

I certify the information I have supplied the Board of Bar Overseers is true and complete.

*/s/ Dimitry Joffe*

Signature (Please sign inside box above.)                                                             Date: February 5, 2016

Sign, print and mail original form to: Board of Bar Overseers, 99 High Street, 2nd Floor, Boston, MA 02110-2320

PHC-125