UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI AND CATHY YU<br><br>                    Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED,        Defendants. | Civil Action No. 1:16-CV-10386 LTS<br><br>Leave to file granted by Court's Order entered on January 24, 2017 (ECF 69) |

### PLAINTIFFS' MOTION FOR LEAVE
### TO FILE THE SECOND AMENDED COMPLAINT

Plaintiffs respectfully move this Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules, for leave to file their Second Amended Complaint.

A copy of the proposed filing and a supporting memorandum of law are annexed hereto.

Dated:  February 8, 2017

Respectfully Submitted,

*[signature: Dimitry Joffe]*

Dimitry Joffe
(admitted *pro hac vice*)
Joffe Law P.C.
230 Park Avenue, 10 Fl.
New York, NY 10169
Tel: (212) 309-8711
Email: dimitry@joffe.law

*Counsel for the Plaintiffs*

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(2), I certify that counsel for Plaintiffs conferred in good faith with counsel for the HPFS Defendants prior to filing this motion, and that the HPFS Defendants' counsel did not consent to the relief sought.

                                                           _____
                                                           Dimitry Joffe

## CERTIFICATE OF SERVICE

I, Dimitry Joffe, hereby certify that on this 8th day of February 2017, I caused a copy of this Motion, the supporting memorandum of law and the proposed amended pleading to be sent electronically to the registered participants in this case through the ECF system.

                                                           _____
                                                           Dimitry Joffe