UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI AND CATHY YU<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED<br><br>Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Defendants Hewlett-Packard Financial Services Company ("HPFS"), and Hewlett-Packard Financial Services (India) Private Limited ("HPFS (India)") (collectively, "Defendants") respectfully move the Court for a three-week extension of time to respond to Plaintiffs' Second Amended Complaint.

In support of their motion, Defendants state as follows:

1. On July 28, 2017, this Court allowed in part and denied in part plaintiffs' motion for leave to file an amended complaint.

2. Plaintiffs' Second Amended Complaint is to be filed on August 4, 2017.

3. Defendants' response to the Second Amended Complaint is currently due on August 18, 2017.

4. Lead outside counsel for the Defendants will be out of the country from August 3 through August 18 and key members of the in-house counsel team for Defendants are out of town for pre-planned vacation at different points over the next several weeks of August.

5. This request is made in good faith and not for any unreasonable delay.

1

8244054v1

In light of the foregoing and to allow the Defendants appropriate time to respond to the Second Amended Complaint, Defendants respectfully request that the Court order that Defendants' response to Plaintiffs' Second Amended Complaint be filed on or before September 8, 2016, and the Court likewise postpone the Rule 16 Conference currently set for September 25, 2017 to a date convenient for the Court three weeks thereafter.

WHEREFORE, Defendants request that the Court grant this motion and order that Defendants' response to Plaintiffs' Second Amended Complaint be filed on or before September 8, 2016 and the Court postpone the Rule 16 Conference currently set for September 25, 2017 to a date convenient for the Court three weeks thereafter.

Dated: August 2, 2017                                   Respectfully submitted,

*/s/ Stuart M. Glass*
Stuart M. Glass (BBO # 641466)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 502-4077

Anthony P. Callaghan (admitted *pro hac vice*)
GIBBONS P.C. (Of Counsel)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
Telephone: (212) 613-2000
Facsimile: (212) 290-2018

*Attorneys For Defendants*
*Hewlett-Packard Financial Services*
*Company and Hewlett-Packard Financial*
*Services (India) Private Limited*

## CERTIFICATE OF CONFERRAL

Pursuant to L.R. D. Mass. 7.1(a)(2), I certify that counsel for Defendants conferred in good faith with counsel for Plaintiffs prior to filing this motion, and Plaintiffs did not consent.

/s/ Stuart M. Glass
Stuart M. Glass

## CERTIFICATE OF SERVICE

I, Stuart M. Glass, hereby certify that on this 1st day of August 2, 2017, I caused a copy of the foregoing document to be sent electronically to the registered participants in this case through the ECF system.

/s/ Stuart M. Glass
Stuart M. Glass

8244054v1