**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDER STYLLER INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU AND CHANGHUS NI, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| | ) 1:16-CV-10386-LTS |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**<u>MOTION TO WITHDRAW</u>**

Pursuant to Local Rule 83.5.2(c)(2) please withdraw my appearance on behalf of the

Plaintiffs[1]:

1.  Integrated Communications & Technologies, Inc.;

2.  Jade Cheng;

3.  Jason Yu aka Jason Yuyi; and

4.  Cathy Yu

Consistent with the Rule, this withdrawal was preceded by the appearance of

successor counsel, Joshua McGuire for all Plaintiffs. Attorney McGuire is a member of

---

[1] Counsel has not entered an appearance on behalf of Alexander Styller, Caroline Marafao Cheng, Pushun Cheng, Changzhen Ni, Junfang Yu, Meixiang Cheng, Fangshou Yu and Changhua Ni. as local counsel or otherwise, then this withdrawal is applicable to them as well.

the Massachusetts Bar and is admitted to practice in this Honorable Court. Attorney

McGuire will serve as local counsel. In addition, Attorney Dimitry Joffe continues to

represent all clients.

WHEREFORE, Pursuant to Local Rule 83.5.2(c)(2) please withdraw my appearance

on behalf of the Plaintiffs:

1.  Integrated Communications & Technologies, Inc.;

2.  Jade Cheng;

3.  Jason Yu aka Jason Yuyi; and

4.  Cathy Yu.

Respectfully Submitted,


*/s/ Lester E. Riordan*
_____
Lester E. Riordan III
12 Pond Lane, EB-1N,
Concord, Massachusetts 01742
BBO#  633725
Telephone: 978-341-0404
Facsimile: 978-341-0405
Riordanlaw@comcast.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YU AND CATHY YU, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| | ) ) | CIVIL ACTION NO. 1:16-CV-10386-LTS |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I, Lester E. Riordan III, hereby certify that on this 18th day of October, 2017, I caused a copy of my Motion to Withdraw to be sent electronically to the registered participants in this case through the ECF system.


Respectfully Submitted,


*/s/ Lester E. Riordan*

_____
Lester E. Riordan III
12 Pond Lane, EB-1N,
Concord, Massachusetts 01742
BBO# 633725
Telephone: 978-341-0404
Facsimile: 978-341-0405
Riordanlaw@comcast.net