UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC. ET.AL. Inc., et. al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HEWLETT-PACKARD SERVICES COMPANY, ET.AL. , ) <br> Defendants. ) | Civil Action No. 1:17-CV-11445-LTS |

ORDER TO TRANSPORT EVIDENCE
SOLELY FOR THE USE OF EVIDENCE

NOVEMBER 21, 2017

SOROKIN, D.J.,

The Court hereby ORDERS the Plaintiff in this case to transfer to the United States of America the computer equipment located in China, for the use as evidence in this lawsuit. The Clerk shall provide a certified copy of this Order to the Plaintiff's counsel and any other agency in need of it. The parties may not sell or use the computer equipment for any other purpose other than for the sole use as evidence in this lawsuit.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS