UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL<br><br>Defendants. | Civil Action No. 1:16-CV-10386 (LTS)<br><br>STIPULATION REGARDING ELECTRONIC DISCOVERY PROTOCOL |

## JOINT MOTION, BY WAY OF STIPULATION, FOR EXTENSION OF TIME TO FILE ESI PROTOCOL

Pursuant to Local Rule 26.2(b), all Plaintiffs and all Defendants in the within action (collectively, the "Parties"), respectfully move the Court for an order extending the deadline by which the parties must file an ESI Protocol with the Court.

In support of this motion, the Parties represent to the Court by way of this Stipulation that:

The Parties have been and are in the process of conferring over where and by what means ESI may be located, the relevant custodians, the appropriate search terms, and the relevant time frame for their respective searches; and

The Parties acknowledge and agree that the grant of an additional week for them to continue conferring will allow them to complete the ESI Protocol or, alternatively, to substantially narrow any points of disagreement with regard to same; and

The Parties agree that none of them will be prejudiced by the requested extension; and, therefore,

The Parties respectfully request, pursuant to Local Rule 26.2(b), that the Court extend the deadline for the Parties to file an ESI Protocol up to and including April 6, 2018.

| JOFFE LAW P.C. | GIBBONS P.C. |
|---|---|
| /s/ Dimitry Joffe | /s/ Anthony P. Callaghan |
| Dimitry Joffe | Anthony P. Callaghan |
| 230 Park Avenue, 10th Floor | Paul A. Saso |
| New York, New York 10169 | One Pennsylvania Plaza, 37th Floor |
| T: (212) 309-8711 | New York, New York 10119 |
| *Attorneys for Plaintiffs* | T: (212) 613-2000 |
| | *Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>                Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,<br><br>                Defendants. | **Civil Action No. 1:16-CV-10386 (LTS)** |

## CERTIFICATE OF SERVICE

I, Dimitry Joffe, hereby certify that on this 30th day of March 2018, I caused a copy of this stipulation regarding Electronic Discovery Protocol to be sent electronically to the registered participants in this case through the ECF system.

*/s/ Dimitry Joffe*

_____

Dimitry Joffe
