UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>                Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,<br><br>                Defendants. | **Civil Action No. 1:16-CV-10386 (LTS)** |

## JOINT REPORT TO COURT REGARDING MEDIATION

Per the Court's Order of April 24, 2018, the parties submit this joint report to the Court and state that all parties are interested in mediating all issues in dispute with a Magistrate Judge. In order to have sufficient time in which to exchange information and prepare for the mediation, the parties request that the mediation not be scheduled before the week of June 25, 2018, and propose that they will work with the mediator to set a mediation date as early as possible thereafter (accommodating the Magistrate Judge's and participants' other scheduled commitments, summer vacations, *etc.*).

The parties respectfully request that all other procedural and administrative aspects of the matter be stayed *sine die* until the conclusion of mediation, with the understanding that the

- 2 -

current Scheduling Order will be amended accordingly in the event that the mediation does not resolve all issues in the case.

The parties further request an opportunity for a brief telephone conference with the Court to discuss their concerns (seek the Court's guidance) regarding the selection and appointment of a Magistrate Judge as mediator.

| | |
|---|---|
| JOFFE LAW P.C. | GIBBONS P.C. |
| | |
| /s Dimitry Joffe | /s Anthony P. Callaghan |
| Dimitry Joffe | Anthony P. Callaghan |
| 230 Park Avenue, 10th Floor | Paul A. Saso |
| New York, New York 10169 | One Pennsylvania Plaza, 37th Floor |
| T: (212) 309-8711 | New York, New York 10119 |
| | T: (212) 613-2000 |
| Joshua A. McGuire (BBO #651877) | |
| The Law Office of Josh McGuire | /s Stuart M. Glass |
| 51 Winchester Street, Suite 205 | Stuart M. Glass (BBO #641466) |
| Newton, Massachusetts 02461 | CHOATE HALL & STEWART LLP |
| T: (617) 461-6400 | Two International Place |
| *Attorneys for Plaintiffs* | Boston, Massachusetts 02110 |
| | T: (617) 248-5000 |
| | *Attorneys for Defendants* |

Dated: May 24, 2018

### Certificate of Service

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 24, 2018, and by first class U.S. mail, postage pre-paid to any non-registered participants.

/s Stuart M. Glass
Stuart M. Glass