**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>                Plaintiffs,<br><br>  v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL.<br><br>                Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

**PLAINTIFFS' ASSENTED-TO MOTION**
**TO RESCHEDULE JANUARY 2, 2019 STATUS CONFERENCE**

    The plaintiffs respectfully request that the Status Conference recently scheduled for January 2, 2019, be rescheduled to the afternoon of January 10, 2019, or such other subsequent date that is convenient for the Court.

    As grounds therefor, the plaintiffs state that their local counsel, Joshua A. McGuire, is scheduled to begin a jury trial in Middlesex Superior Court on January 2, 2019, and the court has scheduled full trial days. Counsel is therefore unable to attend a Status Conference in this Court until the conclusion of the trial. Counsel anticipates that the trial will be concluded by early the following week.

Counsel for the defendants have assented to this motion, and have stated that they are available on January 10, 2019. All counsel traveling from New York have expressed a preference for an afternoon conference.

WHEREFORE, Plaintiffs respectfully request that the Court reschedule the January 2, 2019 Status Conference for the afternoon of January 10, 2019, or such other date as is convenient for the Court.

Dated: December 11, 2018               Respectfully submitted,


                                       /s/ Joshua A. McGuire
                                       Dimitry Joffe (admitted *pro hac vice*)
                                       Joffe Law P.C.
                                       765 Amsterdam Avenue, 2C
                                       New York, NY  10025
                                       Tel: (917) 929-1964
                                       Email: dimitry@joffe.law

                                       Joshua A. McGuire (BBO #651877)
                                       The Law Office of Josh McGuire
                                       51 Winchester St., Suite 205
                                       Newton, MA  02461
                                       Tel: (617) 461-6400
                                       Email: josh@joshmcguirelaw.com

                                       *Counsel for Plaintiffs*

**Certificate of Service**

    I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 8, 2018, and by first class U.S. mail, postage pre-paid to any non-registered participants.

                                              /s/ Joshua A. McGuire
                                              Joshua A. McGuire