UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>                Plaintiffs,<br><br>   vs.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL<br><br>                Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

## **DEFENDANTS' MOTION TO IMPOUND EXHIBITS TO STATUS REPORT**

Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett-Packard Enterprise Company, and David Gill (collectively, "Defendants") hereby move, pursuant to Local Rule 7.2, that the Court impound certain exhibits attached to Defendants' Status Report until further order of the Court. Grounds for this motion are as follows:

      1.    It is necessary for Defendants to attach several exhibits to the Declaration of Paul Saso accompanying Defendants' Status Report. Certain of these exhibits are documents designated by Plaintiffs as "CONFIDENTIAL" under the Joint Stipulated Protective Order ("Protective Order") entered in this case (Dkt. No. 186).

      2.    The Protective Order mandates that all materials designated as "CONFIDENTIAL" shall be filed under seal. Dkt. No. 186, ¶ 9.

WHEREFORE, in an effort to comply with their obligations under the Protective Order, Defendants respectfully request that certain designated exhibits to Defendants' Status Report be impounded until further order of the Court. Upon termination of the impoundment period, outside counsel for Defendants will retrieve and take custody of the impounded materials.

Dated: August 15, 2019

        **GIBBONS P.C.**
        One Pennsylvania Plaza, 37th Floor
        New York, New York, 10119
        (212) 613-2000

        **CHOATE, HALL & STEWART LLP**
        Two International Place
        Boston, Massachusetts 02110
        (617) 248-4000
        Attorneys for Defendants

        By: */s/ Christina T. Lau*_____
            Christina T. Lau

9385157v1

## **CERTIFICATE OF SERVICE**

I, Christina T. Lau, Attorney for Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill, hereby certify that the foregoing Motion to Impound Exhibits to Status Report was filed using the CM/ECF system and electronic notice will be sent to registered participants as indicated on the Notice of Electronic Filing (NEF) on August 15, 2019.

*/s/ Christina T. Lau*_____
Christina T. Lau