UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEXANDER STYLLER, INTEGRATED )
COMMUNICATIONS & TECHNOLOGIES, )
INC., JADE CHENG, JASON YUYI, CATHY )
YU, CAROLINE MARAFAO CHENG, )
PUSHUN CHENG, CHANGZHEN NI, )
JUNFANG YU, MEIXIANG CHENG, )
FANGSHOU YU, and CHANGHUA NI, )
)
               Plaintiffs, ) Civil Action No. 1:16-CV-10386 (LTS)
    v. )
)
HEWLETT-PACKARD FINANCIAL )
SERVICES COMPANY, HEWLETT-PACKARD )
FINANCIAL SERVICES (INDIA) PRIVATE )
LIMITED, HP INC., HEWLETT PACKARD )
ENTERPRISE COMPANY, and DAVID GILL, )
)
               Defendants. )

## DECLARATION OF DIMITRY JOFFE, ESQ.

I, Dimitry Joffe, Esq., a member of the New York State Bar admitted *pro hac vice* to the Bar of this Court, declare as follows:

1. I am counsel to Plaintiffs in the above-captioned case, and I submit this declaration in support of Plaintiffs' Motion to Compel.

2. Attaches as Exhibit A hereto is a true and correct copy of Defendants' responses and objections to Plaintiffs' document requests.

3. Attaches as Exhibit B hereto is a true and correct copy of Defendants' amended responses and objections to Plaintiff's document requests.

4. Attaches as Exhibit C hereto is a true and correct copy of Defendants' amended responses to Plaintiffs' interrogatories.

1

5. Attaches as Exhibit D hereto is a true and correct copy of Defendants' initial disclosures.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 23, 2019            Respectfully Submitted,

*/s/ Dimitry Joffe*

Dimitry Joffe
Joffe Law P.C.
765 Amsterdam Avenue, 2C
New York, NY 10025
Tel: (917) 929-1964
Email: dimitry@joffe.law
*Counsel to Plaintiffs*