UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 1:16-CV-10386 (LTS) |
| v. | ) ) ) |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A
MEMORANDUM IN EXCESS OF TWENTY PAGES**

Plaintiffs, through their undersigned counsel, respectfully move this Court pursuant to Local Rule 7.1(b)(4) for leave to file a memorandum in excess of twenty pages in support of their motion to compel. As grounds for this motion, Plaintiffs respectfully submit that the following circumstances justify the expansion of the memorandum's length:

1. Plaintiffs intend to file their Renewed Motion to Compel and Supporting Memorandum of Law pursuant to the Court's Order entered on September 16, 2019, Dkt. 234.

2. Pursuant to Local Rule 37.1(b), Plaintiffs' motion incorporates each interrogatory and request for production raising an issue to be decided by the Court, with Defendants' responses thereto and the statements of Plaintiffs' position on each contested issue.

3. Furthermore, Plaintiffs' motion raises additional issues and arguments concerning the selection of Defendants' custodians and privilege designations.

4. The challenge of meaningfully accommodating the above within a memorandum of twenty pages has proven to be a great one. Accordingly, Plaintiffs respectfully move the Court for leave to file their accompanying Renewed Motion to Compel and Supporting Memorandum of Law of twenty-eight pages.

Dated: October 4, 2019                                Respectfully Submitted,

*[signature]*

Dimitry Joffe
Joffe Law P.C.
765 Amsterdam Avenue, 2C
New York, NY  10025
Tel: (917) 929-1964
Email: dimitry@joffe.law

Joshua McGuire
THE LAW OFFICE OF JOSH MCGUIRE
51 Winchester Street, Suite 205
Newton, Massachusetts 02461
(617) 461-6400
Email: josh@joshmcguirelaw.com
*Counsel to Plaintiffs*

## CERTIFICATE OF SERVICE

  I, Dimitry Joffe, hereby certify that on this 4th day of October 2019, I caused a copy of Plaintiffs' Motion for Leave to File a Memorandum in Excess of Twenty Pages with exhibits thereto to be served by ECF upon Defendants' counsel of record.

*/s/ Dimitry Joffe*

_____
Dimitry Joffe
JOFFE LAW P.C.
Counsel to Plaintiffs