UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>                Plaintiffs,<br>     v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,<br><br>                Defendants. | **Civil Action No. 1:16-CV-10386 (LTS)** |

## CERTIFICATE OF CONFERRAL

I, Dimitry Joffe, counsel to Plaintiffs, hereby certify that I have conferred with Defendants' counsel regarding Plaintiffs' motion to file certain exhibits under seal in support of their motion to compel, and Defendants consent to the motion.

*/s/ Dimitry Joffe*

_____
Dimitry Joffe
JOFFE LAW P.C.
765 Amsterdam Ave, 2C
New York, NY 10025
917-929-1964
dimitry@joffe.law
*Counsel to Plaintiffs*

## CERTIFICATE OF SERVICE

I, Dimitry Joffe, hereby certify that on this 8th day of October 2019, I caused a copy of the Certificate of Conferral to be served by ECF upon Defendants' counsel of record.

*/s/ Dimitry Joffe*

_____
Dimitry Joffe
JOFFE LAW P.C.
Counsel to Plaintiffs