UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>       Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL<br><br>       Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

## DEFENDANTS' ASSENTED-TO MOTION TO CONTINUE CONFERENCE

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1, Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill, by and through their undersigned counsel, respectfully move to continue the conference currently scheduled for Friday, January 3, 2020 at 2:30pm to the afternoon of Monday, January 6, 2020, or a time most convenient for the Court.  *See* Dkt. No. 297.

In view of a scheduling conflict that will be difficult to avoid, defendants respectfully request a brief continuance, which will not result in prejudice to either party.  Defendants' counsel has conferred with plaintiffs' counsel, who assents to the filing of this motion.

WHEREFORE, defendants respectfully request that the Court continue the conference currently scheduled for Friday, January 3, 2020 at 2:30pm to the afternoon of Monday, January 6, 2020, or a time most convenient for the Court.

Dated: New York, New York
December 31, 2019

**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York, 10119
(212) 613-2000

**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
(617) 248-5000
Attorneys for Defendants

By: \_\_\_\_\_/s/ Paul A. Saso_____
Paul A. Saso

## **CERTIFICATE OF CONFERENCE**

      Pursuant to Local Civil Rule 7.1(a)(2), counsel for Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill certifies that it conferred with counsel for plaintiffs on December 31, 2019 and attempted in good faith to resolve or narrow the issues presented in Defendants' Assented-To Motion to Continue Hearing. Counsel for plaintiffs has assented to this motion.

Dated: New York, New York
        December 31, 2019

                                        **GIBBONS P.C.**
                                        One Pennsylvania Plaza, 37th Floor
                                        New York, New York, 10119
                                        (212) 613-2000

                                        **CHOATE, HALL & STEWART LLP**
                                        Two International Place
                                        Boston, Massachusetts 02110
                                        (617) 248-5000
                                        Attorneys for Defendants

                                        By:     /s/ Paul A. Saso
                                                    Paul A. Saso

## **CERTIFICATE OF SERVICE**

    I, Christina T. Lau, Attorney for Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill, hereby certify that the foregoing Defendants' Assented-To Motion to Continue Hearing was filed using the CM/ECF system and electronic notice will be sent to registered participants as indicated on the Notice of Electronic Filing (NEF) on December 31, 2019.

                                           /s/Christina T. Lau
                                           Christina T. Lau