## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI, <br><br>                                        Plaintiffs, <br><br>       vs. <br><br> HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL <br><br>                                        Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of the undersigned as counsel for Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett-Packard Enterprise Company, and David Gill in the above-captioned action.  I am admitted to practice in the United States District Court for the District of Massachusetts.

Respectfully submitted,

/s/ Kevin C. Quigley
Kevin C. Quigley (BBO No. 685015)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

*Attorney for Defendants*

Dated: March 13, 2020

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin C. Quigley, Attorney for Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill, hereby certify that the foregoing Defendants' Assented-To Motion to Continue Hearing was filed using the CM/ECF system and electronic notice will be sent to registered participants as indicated on the Notice of Electronic Filing (NEF) on March 13, 2020.

/s/ Kevin C. Quigley                    
Kevin C. Quigley