UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>                     Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,<br><br>                     Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

**DECLARATION OF KEVIN C. QUIGLEY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND *DAUBERT* MOTION**

I, Kevin C. Quigley, under penalty of perjury under the laws of the United States, declare as follows:

1. I am an attorney at the law firm of Choate, Hall & Stewart, LLP. I, along with my colleagues, represent Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill ("Defendants") in the above-captioned litigation. I submit this declaration along with Defendants' Motion for Summary Judgment on Plaintiffs' Counterfeiting Claims (Counts I-VI) and Defendants' *Daubert* Motion to Exclude the Testimony of Nicholas Xuanlai Fang, Ph.D.

9658029v1

2.    Attached hereto as Exhibit 1 is a true and correct copy of a document titled "Referral and Revenue Share Agreement," between Hewlett-Packard Financial Services (India) Private Limited and ICT Company, dated December 6, 2011.

3.    Attached hereto as Exhibit 2 is a true and correct copy of a document titled "Purchase Order," along with attachments thereto, from Shinto Creative Elements Private Limited to Hewlett-Packard Financial Services (India) Private Limited, dated December 21, 2011, produced by Defendants in this litigation and bates labeled DEF0001138-1174.  Attachment DEF0001174 is a native Excel spreadsheet, provided here in PDF form.

4.    Attached hereto as Exhibit 3 is a true and correct copy of a document with the file name "schedules 1 2 & 3 – In stockxlsx.xlsx," produced by Defendants in this litigation and bates labeled DEF0000042.  The document is a native Excel spreadsheet, provided here in PDF form.

5.    Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Nicholas Xuanlai Fang, Ph.D., dated December 16, 2019, with accompanying Exhibits 1-6, produced by Plaintiffs in this litigation.

6.    Attached hereto as Exhibit 5 is a true and correct copy of the Rebuttal Expert Report of Shelley Raina Regarding the Authenticity of the Seized Equipment, dated January 15, 2020, with accompanying Exhibits 1 and Appendix A, produced by Defendants in this litigation.

7.    Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the deposition of Nicholas Xuanlai Fang, Ph.D., dated February 3, 2020.

8.    Attached hereto as Exhibit 7 is a true and correct copy of a letter (without attachment containing personal identifying information) from Plaintiffs' counsel, Dimitry Joffe, to Defendants' counsel, Paul Saso, dated February 16, 2020.

Signed under the penalties of perjury this 16th day of March, 2020

/s/ *Kevin C. Quigley*
Kevin C. Quigley (BBO No. 685015)

## **CERTIFICATE OF SERVICE**

I, Christina T. Lau, Attorney for Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill, hereby certify that the foregoing document was filed using the CM/ECF system and electronic notice will be sent to registered participants as indicated on the Notice of Electronic Filing (NEF) on March 16, 2020.

/s/*Christina T. Lau*
Christina T. Lau