# EXHIBIT L
## SUBJECT TO MOTION TO SEAL