# EXHIBIT O

## SUBJECT TO MOTION TO SEAL