# EXHIBIT A

1

VOL. I

PAGES 1-313

EXHIBITS 1-17

UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS
CASE NO. 16-cv-10386LTS

ALEXANDER STYLLER, INTEGRATED )
COMMUNICATIONS & TECHNOLOGIES, )
INC., JADE CHENG, JASON YUYI, )
CATHY YU, CAROLINE MARAFAO )
CHENG, PUSHUN CHENG, CHANGZHEN )
NI, JUNGANG YU, MEIXIANG )
CHENG, FANGSHOU YU, and )
CHANGUA NI, )
                    Plaintiffs, )
          vs )
HEWLETT-PACKARD FINANCIAL )
SERVICES COMPANY, )
HEWLETT-PACKARD FINANCIAL )
SERVICES (INDIA) PRIVATE )
LIMITED, HP, INC., HEWLETT )
PACKARD ENTERPRISE COMPANY, )
and DAVID GILL, )
                    Defendants. )

**DEPOSITION of SHELLEY RAINA,** a witness
called on behalf of the plaintiffs, taken
pursuant to the applicable provisions of
the Federal Rules of Civil Procedure, before
Marie C. Leonard, Registered Professional
Reporter, Certified Shorthand Reporter
No. 146799, and a Notary Public in and for
the Commonwealth of Massachusetts, at the
offices of Choate Hall & Stewart LLP,
Two International Place, Boston,
Massachusetts, on Wednesday, February 5, 2020,
commencing at 9:20 a.m.

**MARY K. CORCORAN**
**Professional Court Reporter**
**N. Weymouth, MA 02191**
**fstfngrs@yahoo.com    781-258-5421**

2

```
 1          APPEARANCES:

 2
                  Joffe Law P.C.
 3                     (By Dimitry Joffe, Esq.)
                       765 Amsterdam Ave., 2C
 4                     New York, New York 10025
                       T:  917.929.1964
 5                     F:  212.808.3020
                       E:  dimitry@joffe.law
 6                     for the plaintiffs

 7                Choate Hall & Stewart LLP
                       (By Michael H. Bunis, Esq.)
 8                     (By Kevin C. Quigley, Esq.)
                       Two International Place
 9                     Boston, Massachusetts 02110
                       T:  617.249.5000
10                     F:  617.248.4000
                       E:  mbunis@choate.com
11                     E:  kquigley@choate.com
                       for the defendants
12
                  Gibbons P.C.
13                     (By Paul A. Saso, Esq.)
                       One Pannsylvania Plaza, 37th Floor
14                     New York, New York 10119-3701
                       T:  212.613.2171
15                     F:  212.554.9686
                       E:  psaso@gibbonslaw.com
16                     for the defendants

17

18          Also Present:

19                Alexander Styller

20

21

22

23

24
```

3

1                          I N D E X

2

      Deposition of:                              Page

3

      SHELLEY RAINA

4
            Examination by Mr. Joffe                   5
5           Examination by Mr. Bunis               311

6

7

8

      PX Exhibits                                  Page
9
      No.  1   Rebuttal Expert Report of Shelley     7
10             Raina Regarding the Authenticity
               of the Seized Equipment
11
      No.  2   Curriculum Vitae                     14
12
      No.  3   Defendant Hewlett Packard            15
13             Enterprise Company's Amended
               Responses to Plaintiffs' First
14             Set of Interrogatories

15    No.  4   Data-driven solutions to protect    46
               your brand
16
      No.  5   Secretary of State Articles of      56
17             Organization

18    No.  6   Secretary of State Statement of     61
               Information
19
      No.  7   Secretary of State Statement of     63
20             No Change

21    No.  8   Printout of Dockets                 76

22    No.  9   Spreadsheet                        107

23    No. 10   Exhibit 3                          116

24                       (Next page)

4

1        I N D E X (continued)

2    PX Exhibits                                      Page
3
4    No. 11  Statement on Anti-counterfeiting    129
             for H3C Hosts, and Optical
5            Modules

6    No. 12  Letter dated 4/22/13                 210

7    No. 13  Exhibit 4                            222

8    No. 14  Validate                             255

9    No. 15  Hewlett Packard Enterprise          261

10   No. 16  Expert Witnesses in Court            280
             Proceedings for Actions Against
             Counterfeit Goods
11
     No. 17  H3C letter regarding barcode info   291
12           on the website

13   No. 18  Interrogation Record                 296

14

15

16

17

18

19

20

21

22
23
24

5

1              P R O C E E D I N G S

2

3          SHELLEY RAINA, having been

4    satisfactorily identified by the production of

5    his Texas driver's license, and duly sworn by

6    the Notary Public, was examined and testified

7    as follows:

8

9    EXAMINATION BY MR. JOFFE:

10   Q.  Good morning, Mr. Raina.

11   A.  Good morning.

12   Q.  My name is Dimitry Joffe.  I'm an attorney

13       representing the plaintiffs in this case, and

14       I'll be asking you some questions today.

15   A.  Okay.

16   Q.  Are you aware that you are being deposed in

17       the case of ICT and others versus had HPFS and

18       others?

19   A.  Yes.

20   Q.  Have you ever had your deposition taken

21       before?

22   A.  No.

23   Q.  So you understand that you are under oath?

24   A.  Yes.

6

1    Q.  And have you been questioned under oath

2        before?

3    A.  No.

4    Q.  Okay.  You understand that being under oath

5        means you're sworn to tell the truth?

6    A.  Yes.

7    Q.  And unlike in the typical conversations, your

8        answers today are under oath and this may

9        subject you to potential charges of perjury if

10       you don't answer truthfully; you understand

11       that?

12   A.  Correct.

13   Q.  Yes.  And there is nothing that will prevent

14       you from giving me your truthful answers

15       today, correct?

16   A.  Correct.

17   Q.  You're not under medication or under any

18       influence that will prevent you from doing so?

19   A.  Correct.

20   Q.  If don't understand any of my questions, would

21       you please ask me to rephrase or clarify?

22   A.  I will.

23   Q.  Okay.  Great.  And if you need a break, please

24       let me know; and as soon as there are no

7

1    pending questions, we'll have a break.

2    A.  Okay.

3    Q.  Okay.  Thank you.

4        I want to show you what I will ask the

5        reporter to mark as Exhibit 1.

6        (PX Exhibit No. 1, Rebuttal Expert

7        Report of Shelley Raina Regarding the

8        Authenticity of the Seized Equipment

9        marked for identification)

10   Q.  And, Mr. Raina, what I've handed you is a copy

11       of a document entitled "Rebuttal Expert Report

12       of Shelly Raina Regarding the Authenticity of

13       the Seized Equipment" dated January 15, 2020;

14       do you see that?

15   A.  Yes.

16   Q.  And that's your signature on the title page?

17   A.  Yes.

18   Q.  Yes.  I don't see your signature at the end of

19       the report.  Could you please tell me if

20       page 25 is actually the last page of the

21       report?

22       MR. BUNIS:  Why don't you take your

23       time and look through it and make sure it's

24       complete.

8

1  Q.  Yeah.  And look through the whole report to
2      see if it's a true and correct part of the
3      exhibit.
4  A.  I'm sorry.  Can you repeat the question again,
5      if there was one?
6  Q.  Yes.  I didn't see your signature at the end
7      of the report, and I just want to make sure
8      that page 25 is the last page?
9  A.  That would be correct, yes.
10 Q.  Okay.  Thank you.
11         Last night I received a corrected
12     appendix to the report from counsel, because
13     the prior version did not accurately summarize
14     the data that you captured.  And I want to ask
15     you if there are any other changes or
16     corrections that you would like to make to
17     your report.
18 A.  None.
19 Q.  None.  Okay.
20         So let's take a look at the next page,
21     which is a "Table of Contents."  Do you see
22     anything missing on this page?
23 A.  I'm not sure if I understand the question.
24 Q.  There are no page numbers.  Usually table of

9

1      contents have page numbers and this one
2      doesn't.  The table of contents includes
3      Part VII, which is "Affirmative Opinions
4      Regarding the Authenticity of the Seized
5      Equipment"; do you see that?
6  A.  Yes, I do.
7  Q.  Yes.  And it has a separate section made,
8      which is rebuttal to the observations of
9      plaintiff's expert, correct?
10 A.  Correct.
11 Q.  So your report is both your affirmative
12     report, report chief, and rebuttal report to
13     Dr. Fang's, correct?
14 A.  That is correct.
15 Q.  Yeah.  It's not just the rebuttal report, as
16     it says on the title page, correct?
17 A.  I'm not sure if I understand the difference.
18 Q.  The rebuttal report is a response to somebody
19     else's report, correct?
20 A.  Yes.
21 Q.  Yes.  And this report includes your
22     affirmative opinions --
23 A.  It --
24 Q.  -- not just rebuttal, yes?

10

1         MR. BUNIS:  I'm going to object,
2      because you know that since you bear the
3      burden of proof of authenticity, it's your
4      burden to demonstrate first, that the products
5      were, in your opinion -- your expert's
6      opinion, gen- -- counterfeit.  The entire
7      purpose of his report going second is to rebut
8      that opinion.  So the whole -- we would take
9      the position that the entire thing is in
10     response to the report that you submitted.
11        MR. JOFFE:  I'm asking the witness --
12        MR. BUNIS:  And -- and I think that
13     that's a legal conclusion that calls -- that's
14     beyond the scope of what his testimony is here
15     for, Dimitry.
16 Q.  So I'm asking your understanding, Mr. Raina?
17        MR. BUNIS:  To the extent you
18     understand the question, you can answer.
19 A.  Yeah.  I mean, I would just --
20        MR. JOFFE:  I object to your making
21     speaking objections.
22 Q.  But go ahead, please.
23 A.  Yeah.  I mean, it's -- it's a rebuttal to the
24     -- to the original determination, and that's

11

1      -- that's what this report is all about, made
2      by the expert witness on your side.
3  Q.  You prepared this report in rebuttal to
4      Dr. Fang's report?
5  A.  And I -- I was asked to analyze the products
6      and determine if they were genuine or
7      counterfeit, which is what I did.  And I
8      captured that in this report.  I was also
9      asked to preview that Dr. Fang's expert report
10     and provide an opinion, and I did that as
11     well.
12 Q.  And could you please tell me the sequence of
13     your inspecting the equipment and responding
14     to Dr. Fang's report?
15 A.  So I analyzed the products first independently,
16     and I captured my analysis.  And then after
17     that I was provided the -- or the Dr. Fang's
18     expert report was shared with me.  I reviewed
19     that and provided my opinion on that report as
20     well.
21 Q.  Okay.  Thank you.
22        Let's turn to the page 1 of your
23     report.  And it starts with "Introduction."
24     And Paragraph 1 says that you've been retained

12

1    as an expert by counsel for defendants; do you
2    see that?
3  A.  I do.
4  Q.  And who retained you, which counsel?
5  A.  Choate Hall, here, retained me.
6  Q.  And who is the person you -- that actually
7    retained you, the name of the counsel?
8         MR. BUNIS:  If you can recall.
9  Q.  If you remember, sure.
10 A.  I was approached by -- or I spoke to three
11   individuals and -- being Kevin, Michael, and
12   then Mark.
13 Q.  Was it Mark Edgarton?
14 A.  Yes.
15 Q.  Thank you.
16        Have you done any other work for HP
17   prior to this engagement?
18 A.  With HP, yes.
19 Q.  Can you please describe to me your prior work
20   for HP?
21        MR. BUNIS:  Okay.  I'm just going to
22   instruct that witness, to the extent that the
23   -- make sure in answering the question that
24   you don't reveal any attorney/client

13

1    communications, but you can go ahead and
2    answer.
3  A.  Sure.  So when I was working with Sideman &
4    Bancroft and HP was -- we were retained as the
5    outside counsel for HP.  So we provided
6    consulting services to HP around brand
7    protection and brand security matters.
8  Q.  And when was that?
9         MR. BUNIS:  Yeah.  This -- wait.
10 A.  Isn't that the --
11        MR. BUNIS:  The -- this looks like -- I
12   think -- I'm just going to take this page.  It
13   looks like --
14        MR. JOFFE:  Yeah.
15        MR. BUNIS:  Let me just --
16        THE WITNESS:  Sorry.
17        MR. BUNIS:  No.  Take your time.
18 A.  I would like to have -- see if there's a copy
19   of my CV that I -- that was attached to it as
20   an appendix.
21 Q.  Okay.  But without the CV, do you remember
22   when the report --
23 A.  I -- I just want to be accurate in the -- in
24   the time frame that we're talking about.

14

1  Q.  Okay.
2         MR. BUNIS:  I suppose we should point
3    out that the Exhibit 1 is the report without
4    the exhibits.
5         MR. JOFFE:  Would you please mark this
6    PX 2.
7         (PX Exhibit No. 2, Curriculum Vitae
8          marked for identification)
9  A.  So this would be between January 2017 to
10   December of 2017.
11 Q.  And when did you first learn about this
12   lawsuit?
13 A.  It would be around March of 2019.
14 Q.  Paragraph 3 in your report says that you've
15   been asked to determine whether the seized
16   equipment was, in fact, counterfeit; do you
17   see that?
18 A.  Yes, that's correct.
19 Q.  And who asked you, which counsel asked you to
20   determine that?
21 A.  I do not remember that but one of the three
22   individuals that I named already.
23 Q.  Mm-hmm.  And when you say "it is, in fact,
24   counterfeit," what do you mean "in fact"?  Is

15

1    it a factual question, whether the equipment
2    is counterfeit?
3  A.  I'm not sure if I understand that question.
4  Q.  Whether the equipment is counterfeit or not,
5    is it a factual question?
6  A.  I'm not sure I understand the question, but I
7    was asked to analyze the products and
8    determine if they were genuine or counterfeit.
9  Q.  Okay.  I just want to show you one more
10   exhibit.
11        (PX Exhibit 3, Defendant Hewlett Packard
12        Enterprise Company's Amended Responses
13        to Plaintiffs' First Set of
14        Interrogatories marked for
15        identification)
16 Q.  And what I have shown you, as you can see, is
17   the Defendant HPE Amended Responses to
18   Plaintiffs' First Set of Interrogatories; do
19   you see that?
20        MR. BUNIS:  Take your time.
21 A.  I see the title on the top page.
22 Q.  Yes.
23 A.  Yes.
24 Q.  And I just want to ask you to look at page 5.

16

1   And on the bottom of page 5 there is
2   Interrogatory No. 5; do you see that?
3 A. Yes, I do.
4 Q. And interrogatories are written questions that
5   plaintiffs asked of defendants.
6 A. Plaintiffs asked what? I'm sorry.
7 Q. Interrogatories are written questions that
8   plaintiffs ask of defendants.
9 A. Okay.
10 Q. So "Do you contend that the seized equipment
11   was counterfeit or carried counterfeit
12   trademarks" were one of the questions that
13   plaintiffs asked defendants; do you see that?
14   MR. BUNIS: Where are you looking?
15   MR. JOFFE: On page 5, on the bottom,
16   Interrogatory No. 5.
17 Q. Yeah. And if you look at the next page, there
18   is a response to that interrogatory. And in
19   the middle of it, there is an objection that
20   says, "HPE further objects on the grounds that
21   this interrogatory seeks information protected
22   by the attorney/client privilege and/or
23   attorney work product doctrine because it
24   seeks legal conclusions as to whether the

17

1   equipment was ultimately 'counterfeit' or
2   'carried counterfeit trademarks'"; do you see
3   that?
4 A. Yes, I -- I do see that.
5 Q. You're not an attorney, Mr. Raina, correct?
6 A. That is correct.
7 Q. You don't provide legal conclusions as to
8   whether the equipment was counterfeit or
9   carried counterfeit trademarks, correct?
10   MR. BUNIS: Objection. You can answer.
11 A. I'm not sure if I understand the question.
12 Q. Well, I'm trying to figure out the
13   interrogatory response by defendants saying
14   that the question whether the equipment is
15   counterfeit is -- it seeks legal conclusion,
16   because whether the equipment was ultimately
17   counterfeit or carried counterfeit trademarks
18   is a legal conclusion.
19   MR. BUNIS: Is that a question?
20   MR. JOFFE: Yeah. Well, I'm trying to
21   figure out if Mr. Raina is providing legal
22   conclusion.
23   MR. BUNIS: I think he already
24   testified that he's not a lawyer.

18

1 Q. And you don't provide legal conclusion as to
2   whether the equipment is counterfeit, right?
3   MR. BUNIS: Objection. You can answer.
4 A. I don't, yeah.
5 Q. You don't. Okay.
6   (Discussion off the record)
7 Q. Thank you.
8   (Discussion off the record)
9 Q. Paragraph 4 in your expert report says that
10   the report describes the work performed by you
11   and professionals working under your
12   direction; do you see that?
13 A. I do, yes.
14 Q. Yeah. Would you please identify who were the
15   professionals working under your directions?
16 A. Dan Mascaro. There's only one individual, and
17   his name is Dan Mascaro.
18 Q. Okay. Thank you.
19   MR. STYLLER: Are you on drugs?
20   Michael, are you on drugs?
21   MR. BUNIS: I'm sorry. Let's take a
22   break. Let's take a break.
23   (Discussion off the record)
24   (Recess)

19

1   MR. BUNIS: Before we start again, I
2   just wanted to ask you the question, we didn't
3   put our appearances on the record. I'm
4   assuming that you just added them?
5   THE STENOGRAPHER: Yes.
6   MR. BUNIS: And did you note the
7   presence of Mr. Styller in the room?
8   THE STENOGRAPHER: Do you want all this
9   on the record or not?
10   MR. BUNIS: Yes.
11   THE STENOGRAPHER: Yes, I did.
12   MR. BUNIS: And did you record his
13   statement before we took the break on the
14   transcript?
15   THE STENOGRAPHER: I got the one where
16   he said, "Michael, are you on drugs." But
17   earlier, before that, he had said something
18   and I couldn't hear what he said.
19   MR. BUNIS: Okay. Very good.
20   So I just want to put on the record
21   that, Dimitry, you and I had a conversation
22   about Mr. Styller's questions to me during the
23   course; and we discussed how that was not
24   going to happen again. And I indicated to you

20

1    if it did, that we would have the witness --
2    we would suspend the deposition and you agreed
3    with me?
4        MR. JOFFE:  Well, I agreed that's what
5    you said; and I instructed the plaintiff not
6    to talk to you.
7        MR. BUNIS:  Okay.  Very good.  Let's
8    go.
9        MR. JOFFE:  We'll continue right,
10   agreed?
11       MR. BUNIS:  Yeah.  I also noticed
12   during the course, just before we broke, that
13   I think Mr. Styller is speaking to you in a
14   language that I don't know; and if he's
15   present in the deposition, in order for the
16   court reporter to be able to record an
17   accurate transcript, I'm going to ask that he
18   speak in English so she can record whatever he
19   says.
20       MR. STYLLER:  If I speak Russian, is it
21   okay if it's, like, off the record?
22       MR. JOFFE:  Oh, off the record we can
23   talk, yeah.
24       MR. STYLLER:  If I speak Russian off

21

1    the record, is that okay?
2        MR. JOFFE:  Yeah.  Okay.
3        MR. STYLLER:  So it's okay.
4    Q.  Okay.  So Part II of your report, it's called
5        "Expert Credentials."  And in Paragraph 5
6        through 10 is where you list your credentials
7        relevant to your qualification as an expert
8        witness in this action, correct?
9    A.  That is correct.
10   Q.  Yeah.  And it starts with Paragraph 5 saying
11       that you are the cofounder and CEO of True
12       Pedigree; do you see that?
13   A.  I do.
14   Q.  And True Pedigree is a consulting firm
15       specializing in anti-counterfeiting
16       investigations and strategies, correct?
17   A.  That is correct.
18   Q.  And then your paragraph goes on to describe
19       your "two decades of experience in product and
20       supply chain security," correct?
21   A.  That is correct.
22   Q.  Yeah.  When did you cofound True Pedigree?
23   A.  True Pedigree was cofounded in -- sometime in
24       2017.

22

1    Q.  When in 2017, do you recall?
2    A.  I don't recall the exact date.
3    Q.  And have you worked there as a full-time CEO
4        since its founding?
5    A.  I held that tile beginning of 2018.
6    Q.  I asked you whether you worked as the CEO, and
7        you said you held the title.  Is there a
8        difference between working and holding the
9        title?
10   A.  I was the chief -- I was made the chief
11       executive officer in the beginning of 2018.
12   Q.  You were made by whom?
13   A.  By the members of the board of True Pedigree.
14   Q.  And who are the members of the board of
15       True Pedigree?
16   A.  So True Pedigree is -- is -- there are two
17       more members on that board, Rick Nelson and
18       Jeff Hallam.
19   Q.  Are you a member of the board?
20   A.  Yes.
21   Q.  What is your office phone number?
22   A.  My office phone number is 925.413.5766.
23   Q.  That's True Pedigree office number?
24   A.  That is my cell phone number.

23

1    Q.  That's your cell phone number?
2    A.  Yes.
3    Q.  But I was asking True Pedigree's office phone
4        number?
5    A.  And that -- I will have to look that up.  I
6        don't have that information with me right now.
7    Q.  You are a CEO of True Pedigree?
8    A.  That's correct.
9    Q.  And you don't remember True Pedigree's office
10       number?
11   A.  No, I don't.  Off the top of my headed.
12   Q.  What would it take for you to refresh your
13       memory and find True Pedigree office number?
14   A.  I'll just have to go online.
15   Q.  Is it in your cell phone perhaps?
16   A.  No, it's not.
17   Q.  Isn't it strange that the CEO doesn't know the
18       phone number of his company?
19       MR. BUNIS:  Objection.  You can answer.
20   A.  It is not.  Its's a technology company.  And
21       there are a lot of technology companies,
22       especially startups.  It is very common for
23       you to have shared the cell phone number of
24       the individual.

24

1    Q.    How many employees does True Pedigree have?
2    A.    Two.
3    Q.    Who are the employees of True Pedigree?
4    A.    I am an employee of True Pedigree and Dan
5          Mascaro.
6    Q.    Are you full-time employees?
7    A.    Of True Pedigree?
8    Q.    Yes.
9    A.    Yes.
10   Q.    Both of you are?
11   A.    Yeah.
12   Q.    And what is Daniel Mascaro's title at
13         True Pedigree?
14   A.    He's the director of supply chain audits.
15   Q.    And he works full-time at True Pedigree,
16         correct?
17   A.    Correct, he does.
18   Q.    Do you remember his phone number?
19         MR. BUNIS:  Objection.
20         MR. JOFFE:  What's the basis, Michael?
21         MR. BUNIS:  Well, I think it's just
22   wasting time with a number, what his telephone
23   is.
24         MR. JOFFE:  Is that the proper

25

1    objection, wasting the time?  It's my time.  I
2    have seven hours.  Stop making a speaking
3    objection, and I will ask you next time to
4    provide the basis for your objections, because
5    you're interrupting the witness.
6    Q.    You don't remember his phone number and you
7          don't remember True Pedigree office phone
8          number, correct?
9          MR. BUNIS:  Asked and answered.
10   A.    Correct.
11   Q.    When your counsel objects, you still are to
12         respond to my questions.  I may rephrase it in
13         response to his objection or I may not.  But
14         unless he instructs you not to answer, you
15         will answer my questions, understood?
16   A.    I understand.
17   Q.    Thank you.
18             In your summary of qualifications,
19         which is Part II called "Expert Credentials,"
20         you provide examples of your experience in
21         product and supply chain security; do you see
22         that?
23   A.    Yes.
24   Q.    Yes.  And the first example you give is your

26

1          work at Cisco, correct?
2    A.    That is correct.
3    Q.    And you started your professional career at
4          Cisco as a hardware design engineer in 1995,
5          correct?
6    A.    That is correct.
7    Q.    In that position did you deal with
8          anti-counterfeiting issues and investigations?
9    A.    Not in my role as a hardware design engineer.
10   Q.    Okay.  And then ten years later, in 2005, you
11         became director of compliance systems and
12         investigations, correct?
13   A.    That is correct.
14   Q.    And in that position as director, you did deal
15         will with anti-counterfeit issues and
16         investigations, correct?
17   A.    That is correct.
18   Q.    And you have a team of 40 people to develop
19         anti-counterfeit solutions, correct?
20   A.    Correct.  Yes.
21   Q.    Yeah.  And in your prior ten-year career as an
22         engineer, did you have any other promotions?
23   A.    Yes, multiple.
24   Q.    Multiple promotions but in the same position

27

1          as an engineer?
2    A.    As a hardware design engineer.
3    Q.    And then for the eight years that you were
4          working as the director of compliance, did you
5          have any further promotions?
6    A.    So when I joined what was called the Cisco
7          brand protection team in 2005, I did not hold
8          the title of director.  Director was the last
9          title that I had held when I was at Cisco.  So
10         I joined initially as a manager.  Then I was
11         promoted to a senior manager.  And then from
12         there I was promoted to a director.  So the
13         last title that I held at Cisco was as a
14         director.
15   Q.    And when were you promoted to the director?
16   A.    I do not remember that off the top of my head.
17   Q.    Approximately?
18   A.    Approximately --
19   Q.    Yeah.
20   A.    Approximately it was towards the end 2011 or
21         early 2012.
22   Q.    And then you left Cisco in 2013, correct?
23   A.    That is correct.
24   Q.    And why did you leave your position of

28

1  director of compliance system and
2  investigations?
3  A. I had another opportunity to -- that I was
4     looking forward to and that I accepted.
5  Q. And which opportunity was that?
6  A. That opportunity was to found -- founding a
7     company called -- founded -- cofounder of
8     Vantage Point Analytics.
9  Q. And where was the company's office?
10 A. It was -- we had an office in Austin, and then
11    we also had presence in San Francisco.
12 Q. Which office did you work out of?
13 A. Out of the Austin office but I also traveled
14    to the San Francisco quite office frequently.
15 Q. And in your description of -- in Paragraph 8
16    of Vantage Point Analytics, you said that "In
17    that capacity, I partnered with Flextronics";
18    do you see that?
19 A. Yes.
20 Q. Can you please explain what do you mean by
21    "partnered with Flextronics"?
22 A. So Flextronics was a company that invested in
23    Vantage Point Analytics.
24 Q. And did you work for Flextronics, also?

29

1  A. There was -- yeah. I also consulted with
2     Flextronics.
3  Q. And what did Flextronics do?
4  A. Flextronics is -- is the second largest
5     contract manufacturer in the world.
6  Q. And does it do anti-counterfeiting
7     investigations or develop anti-counterfeiting
8     solutions?
9  A. As part of the services that they offer to
10    their clients that manufacture their products
11    with Flextronics or through Flextronics'
12    manufacturing facilities, that is a service
13    that is offered for whoever is interested.
14 Q. What was your position at Flextronics?
15 A. I was -- I had a dual role. I was the -- I
16    had a dual role. So I was the -- the chief
17    operating officer of Vantage Point Analytics,
18    and I was a consultant to Flextronics.
19 Q. Okay. And the report also says that you
20    received your bachelor of science degree in
21    1995, correct?
22 A. That's correct.
23 Q. So your Cisco job was the first job after
24    graduation

30

1  A. Yes.
2  Q. -- correct?
3  A. Yeah.
4  Q. And then the last paragraph refers to your
5     attached CV; and it says that you "have not
6     previously provided expert testimony at a
7     deposition, arbitration, or trial," correct?
8  A. That is correct.
9  Q. And have you ever provided expert reports?
10 A. How would you define an expert report?
11 Q. Expert report is something that you provided
12    in this case, the one you're looking at right
13    now. So expert report would be from expert
14    witness like yourself. It would be a
15    consulting expert. So do you know what
16    consulting expert is?
17 A. No.
18 Q. Well, a report written for purposes of
19    litigation.
20        MR. BUNIS: Just to be clear, can you
21    -- I think there was a lot of back and forth.
22    Maybe just what the last question --
23        MR. JOFFE: Okay. Fine. Fine.
24 Q. I want to ask if you -- before this expert

31

1  report, whether you ever provided any other
2  expert reports?
3  A. I just want to clarify. And while I was at
4     Cisco --
5  Q. Mm-hmm.
6  A. -- and I was head of the brand protection
7     engineering group, we used to write reports
8     which was analysis of the products that we
9     analyzed in our labs. And these reports were
10    used and shared with law enforcement agencies.
11    So I'm not sure if that is classified as an
12    expert report. But I have previously written
13    engineering analysis reports to determine if a
14    given product was genuine or counterfeit.
15 Q. Mm-hmm. But did you write any expert witness
16    report for litigation like you do now?
17 A. No. No.
18 Q. No. Okay.
19        And then there is a section of
20    "Compensation," and it says that "True
21    Pedigree's been compensated at rates ranging
22    from 280 to 650 per hour"; do you see that.
23 A. Yes, I do.
24 Q. Yeah. And who was compensated at the rate of

32

1       280 per hour?
2   A.  That would be Dan Mascaro.
3   Q.  Have you ever served as a consulting expert in
4       any litigation?
5   A.  No.
6   Q.  So to summarize the Part II of your report
7       called "Expert Credentials," besides your
8       prior work experience at Cisco, Vantage Point
9       Analytics, Flextronics, and True Pedigree --
10  A.  Yes.
11  Q.  -- and those experience -- and those citations
12      are evidences of your nearly two decades of
13      experience in product and supply chain
14      security, correct?
15  A.  Correct.
16  Q.  Though for the first ten years since Cisco,
17      you didn't work in -- in -- you worked as a
18      hardware engineer; you didn't work as a expert
19      in security or counterfeiting?
20      MR. BUNIS:  Objection, compound
21      question.  You can answer.
22  Q.  If you understand the question?
23  A.  I do understand the question.  And as -- as a
24      hardware design engineer, I did build products

33

1       or I dealt with products where security was
2       paramount.  So I had exposure to product
3       security solutions and had a very good
4       understanding of the supply chain security
5       through that experience, and that was one of
6       the primary reasons that I was then selected
7       as the head of the brand protection
8       engineering team in 2005.
9   Q.  Thank you.
10      Do you have any other relevant work
11      experience that is not mentioned in this
12      Part II of your report?
13  A.  Nothing that would be relevant.  I'm not sure
14      if I -- you know, I worked at Taco Bell for
15      example, when I came here, so yeah.
16  Q.  No.  And I mean --
17  A.  Yeah.
18  Q.  So I'm asking about your experience in product
19      and supply chain security.  So there is --
20      other than mentioned in Paragraph 5 to 10 of
21      your report, there is no relevant experience
22      in product or supply chain security?
23  A.  That is correct.  Because this captures
24      everything.

34

1   Q.  It does.  Okay.
2       You mentioned earlier your work at
3       Sideman & Bancroft?
4   A.  Yes.
5   Q.  And your resume, which you have in front of
6       you, it says that you worked as a product and
7       supply chain security strategist, correct?
8       MR. BUNIS:  Where are you?  I'm sorry.
9       Where are you looking?
10      MR. JOFFE:  I'm looking at his resume.
11  A.  Yes.
12  Q.  Is it correct?
13  A.  Yeah.  I see the title, yeah.
14  Q.  Is it accurate title?
15  A.  Yeah.
16  Q.  And your CV also says that you assist the
17      front lines and product and supply chain
18      security assessments, correct?
19  A.  That's correct.
20  Q.  So isn't this position in product and supply
21      chain security strategies relevant experience
22      in product and supply chain security?
23  A.  Yes, that's correct.
24  Q.  So why didn't you mention your work at Sideman

35

1       & Bancroft in the -- your "Expert Credential"
2       section?
3   A.  Just -- just an oversight, but experience is
4       relevant as well.
5   Q.  It is relevant?
6   A.  Yes.
7   Q.  And your failure to mention it is an
8       oversight?
9   A.  Yes.
10  Q.  When did you -- well, you were -- I think you
11      already mentioned you worked at Sideman in
12      January '17 through December '17, correct?
13  A.  Correct.
14  Q.  So it's a relevant -- a recent experience;
15      would you agree with me?
16  A.  Yes.
17  Q.  And being the strategist in product and supply
18      chain security is relevant to your experience
19      in product and supply chain security, correct?
20  A.  Correct.
21  Q.  I don't -- can you explain how it could be a
22      product of oversight, failure to mention
23      Sideman & Bancroft?
24  A.  It's -- you know, just didn't capture it; but

**36**

1    I have, as I've stated, 20 years of experience
2    in this field.
3  Q.  I'm speaking about specifically your position
4    of product and supply chain security
5    strategist at Sideman & Bancroft, which are
6    left out of your "Expert Credential" section
7    of the report; and I'm trying to figure out
8    why.
9  A.  There's no purpose behind it.  As I said, it's
10   just an oversight.
11 Q.  How many drafts of the expert report have you
12   prepared?
13 A.  I'm not sure if I understand the question.
14 Q.  How did you go about writing the expert
15   report?  Did you create several iterations of
16   it?
17 A.  Yes.  I worked on it a little bit at a time.
18 Q.  And any prior drafts of the report, did they
19   contain the mention of Sideman & Bancroft in
20   your "Expert Credential" section?
21 A.  No.
22 Q.  No.  And what does Sideman & Bancroft do,
23   the --
24 A.  They are a law firm in San Francisco.

**37**

1  Q.  You are not a lawyer.  We've already
2    established that?
3  A.  Correct.
4  Q.  So what was your position under the firm?
5  A.  As -- as mentioned on my CV, I was a product
6    and supply chain securities strategist.
7  Q.  Is it a support staff position, or what type
8    of position was that?
9  A.  You can consider it as a support staff.
10 Q.  Support staff position?
11 A.  Right.  Yeah.
12 Q.  And which department or working group at the
13   law firm you worked at?
14 A.  It was a group of lawyers that were
15   responsible for -- for product and supply
16   chain security clients.
17 Q.  Did your group have any name?
18 A.  It was called the BIIG group, B-I-I-G.  I
19   don't remember the --
20 Q.  B-I-I-G?
21 A.  Yeah.
22 Q.  Do you know what BIIG stands for?
23 A.  I don't remember off the top of my head.
24 Q.  And BIIG was composed of lawyers or lawyers

**38**

1    and nonlegal professionals like yourself?
2  A.  Both lawyers and nonlegal professionals,
3    support staff.
4  Q.  And how many worked at BIIG group?
5  A.  I don't have the exact number, but about
6    roughly 20-plus.
7  Q.  And how many support staff professionals
8    worked at the group?
9  A.  It's -- it's hard for me to put a number to
10   it, because a lot of the support staff also
11   supported other groups.  So its kind of
12   difficult to give you a concise number.
13 Q.  Approximate number?
14 A.  I would say approximately six.
15 Q.  And who hired you for that position at the law
16   firm?
17 A.  The law firm did, Sideman & Bancroft.  Are
18   you --
19 Q.  who --
20 A.  -- looking for --
21 Q.  I'm looking for names.  Who did you interview
22   with?
23 A.  Yeah.  So it would be Rick Nelson and
24   Jeff Hallam.

**39**

1  Q.  And they -- those are the ones who interviewed
2    you for the position?
3  A.  Yeah.  So they -- they knew me, because
4    Sideman & Bancroft was the outside counsel for
5    Cisco.  So I had worked with them pretty much
6    since 2005.  And after I left Vantage Point
7    Analytics, I reached out to them and we had a
8    conversation and it felt like that this role
9    in the law firm would be -- would be
10   beneficial to both the parties; and that's
11   when I joined Sideman & Bancroft.
12 Q.  And what was the scope of your
13   responsibilities, what did you do at the law
14   firm?
15 A.  So the law firm, and specifically the BIIG
16   group that I mentioned earlier had clients,
17   where they were offering -- you know,
18   essentially offering services as outside
19   counsel on -- on product and supply chain
20   security matters.  And I as an engineer, with
21   my engineering background, served as a
22   consultant to a lot of these clients in
23   formulating the right strategies around brand
24   protection matters.

40

1  Q.  And among those clients, I think you mentioned
2      earlier it -- was it -- one of the clients was
3      HP, correct?
4  A.  HP was one of the clients, yes.
5  Q.  Who were other non-lawyers?  You mentioned
6      approximately six people who were working
7      under the little --
8  A.  Who had -- their names?
9  Q.  Who were -- yeah.
10 A.  There were -- there were -- as I said, you
11     know, some of them supported multiple groups.
12     But the two key folks would be Dan Mascaro and
13     Robert Cozzilino, were the two non-lawyers
14     that were also providing similar services,
15     like I did, to the BIIG clients.
16 Q.  And whom did you report to at the law firm?
17 A.  There was no hierarchy for my position.  But I
18     reported up to the, you know, general partner,
19     who was Jeff Hallam, or the managing partner.
20     I'm sorry.
21 Q.  I understand there were no hierarchy and
22     formal reporting relationship, but did you
23     also report to Richard Nelson?
24 A.  No.  I think I -- the reporting would be to

41

1      the managing partner, Jeff Hallam.  Richard
2      was more of a colleague.
3  Q.  Did you work to Robert Cozzilino?
4  A.  No.
5  Q.  Did you work together with Robert Cozzilino?
6  A.  On certain matters, yeah.
7  Q.  On which matters, do you recall?
8          MR. BUNIS:  Actually, I'm just going to
9      instruct the witness, if you're talking about
10     inquiring about work he did for a law firm, to
11     the extent he has attorney/client
12     responsibilities to those clients, he should
13     be careful not to reveal that in the course
14     your questions.  You can answer the question
15     generally.  I just don't want you to reveal
16     any communications that are subject to a
17     privilege with someone else.
18 A.  So Robert was responsible for -- has an
19     investigation background, and I supported him
20     in some of these investigations from an
21     engineering perspective for -- as he worked
22     with some of the BIIG clients.
23 Q.  He wasn't a lawyer at the law firm, correct?
24 A.  Correct.

42

1  Q.  And you were not a lawyer as well?
2  A.  Correct.
3  Q.  When was the last time you've seen
4      Mr. Cozzilino?
5  A.  I -- I don't remember.  About maybe a year and
6      a half back was the last time maybe that I saw
7      Robert.
8  Q.  When was the last time that you have spoken to
9      him?
10 A.  I -- maybe six -- six months back.  Again,
11     this is just off the top of my head.
12 Q.  Did you discuss with Mr. Cozzilino your work
13     in this case?
14 A.  No.  No, not with Mr. Cozzilino.
15 Q.  Do you know about his involvement in this
16     case?
17 A.  I'm not sure I understand the question.
18 Q.  Do you know where Mr. Cozzilino worked prior
19     to Sideman & Bancroft?
20 A.  He worked with HP, I believe.
21 Q.  And you have no knowledge about his
22     involvement in the events underlying this
23     litigation?
24 A.  I'm sorry.  Can you rephrase?

43

1  Q.  Did you know that he was involved in the
2      events underlying this litigation?
3  A.  I'm not aware of that.
4  Q.  And he never mentioned that to you?
5  A.  Yes.  No.
6  Q.  When you worked at Sideman & Bancroft, were
7      your offices on the same floor with
8      Mr. Cozzilino?
9  A.  No.  I worked out of my home office in Austin.
10 Q.  So in January '17 through December '17 you
11     were actually in Texas?
12 A.  Yes.
13 Q.  In Austin, Texas, right?
14 A.  That is correct.
15 Q.  And you worked remotely for Sideman & Bancroft
16     who were in California?
17 A.  That's correct.
18 Q.  Okay.  Okay.  So according to your CV, you
19     were at Sideman until December 2017?
20 A.  Right.
21 Q.  And after that you started working at True
22     Pedigree in January 2018, correct?
23 A.  That is correct.
24 Q.  And from January 2018 until now you've been

44

1    working as the CEO of True Pedigree?
2  A.  That is correct.
3  Q.  And so everybody else in True Pedigree reports
4    to the CEO?
5  A.  Yes.
6  Q.  And so you cofounded True Pedigree, correct?
7  A.  That is correct.
8  Q.  And who was your cofounder?
9  A.  They would be Rick Nelson and Jeff Hallam.
10 Q.  And Jeff Hallam and Rick Nelson, they are
11    partners of Sideman & Bancroft, correct?
12 A.  That is correct.
13 Q.  Do they still work at Sideman & Bancroft?
14 A.  Yes.
15 Q.  What are their positions at True Pedigree?
16 A.  So Jeff Hallam is the chief operating officer,
17    and Rick Nelson is the chief strategy officer.
18 Q.  And so they combined this work at True
19    Pedigree with their work at the law firm?
20 A.  That is correct.
21 Q.  They are not a full-time position at --
22    they don't have a full-time position at
23    True Pedigree?
24 A.  No.

45

1  Q.  But as far as True Pedigree hierarchy, they
2    report to you?
3  A.  They -- essentially Dan Mascaro is the only
4    person that reports up to me.  Otherwise, we
5    are in the same level.  There's no hierarchy
6    built in.
7  Q.  But you are the CEO, correct?
8  A.  That is correct.
9  Q.  And you mentioned that Richard Nelson is the
10    chief strategist, correct, and Jeff Hallam is
11    a COO, right?
12 A.  That's correct.
13 Q.  Yeah.  So wouldn't they report to the chief
14    operating officer -- chief executive officer?
15    I'm sorry.  Let we withdraw that.
16        Wouldn't the strategist and the COO
17    report to the chief executive officer?
18 A.  Not necessarily.  As I said, we've not set up
19    a hierarchy.  It's a startup.  We were the
20    three folks who founded the company, gave the
21    titles that I shared with you, and we work as
22    a team.
23 Q.  I looked at the website of True Pedigree, and
24    it's www.truepedigree.com.  And I show you a

46

1    printout from that website.
2        MR. JOFFE:  Put this as the next
3    exhibit.
4        MR. BUNIS:  Is this 4?
5        THE STENOGRAPHER:  Yes.
6        (PX Exhibit No. 4, Date-driven solutions
7        to protect your brand marked for
8        identification)
9        MR. BUNIS:  Take your time and look
10    through it.
11 Q.  Have you had a chance to look at this?
12 A.  Yes.
13 Q.  This website, as far as I can see, is just a
14    landing page with no links or other pages,
15    except for the biographer of your team
16    members, correct?
17 A.  I'm not sure if I understand what you mean by
18    "landing page."
19 Q.  What's in the printout is the only thing you
20    will find on the website other than
21    biographies of the team members.  There are no
22    links to other pages, and there are no other
23    pages from the website, correct?
24 A.  That is correct, yes.  It's a horizontal page,

47

1    and that's the way a lot of websites are
2    designed today, yeah.
3  Q.  It doesn't list the phone number of the
4    company, correct?
5  A.  That is correct.
6  Q.  And Mr. Hallam's first name is misspelled on
7    that; do you see that?
8        It has one "E" missing and one "E"
9    extra in his first name?
10 A.  I'm sorry.  Can you say that again?
11 Q.  Your cofounder named Jeffrey Hallam is
12    misspelled on the website.  Jeffery is spelled
13    as Jeffery with an extra "E" and the missing
14    "E"; do you see that?
15 A.  I -- yeah.  I'm not sure what the correct
16    spelling is, so --
17 Q.  And the web page also shows a Smart -- what
18    appears to be a Smart phone application that's
19    on page 2, which is called -- if you look at
20    the picture of the phone, it's called power --
21    a product of authentication powered by True
22    Pedigree; do you see that?
23 A.  That is correct.
24 Q.  So can you explain me how this app worked?

48

1  A.   So this is an app that interacts with a
2       product and captures information from that
3       interaction with the product, and I don't --
4       I'm not comfortable sharing all the details.
5       But there is data on the back end that you
6       compare, data on the back end, on the back end
7       of the platform that compares the data that is
8       derived from the product and compared to that
9       back-end data in order to make presumptive
10      determination on if the product is genuine or
11      counterfeit.
12 Q.   And it says that there is a "single scan
13      mode," a "batch scan mode."  So you scan the
14      product with the app?
15 A.   Yes.
16 Q.   And what specifically do you scan on the
17      product?
18 A.   It varies from client to client.  It depends
19      on the nature of the product.
20 Q.   Well, would you scan a bar code on the
21      product?
22 A.   Yes.
23 Q.   And scanning the bar code can then tell you
24      whether the product is presumptively authentic

49

1       or presumptively counterfeit?
2  A.   Not just the bar code.  As I said, I can't get
3       into the details; but there are other pieces
4       of information that we have as well that the
5       company shares with us and a comparison is
6       made.  So there are multiple data points that
7       we look at before we make that determination.
8  Q.   Oh, I'm asking about how the app itself works.
9       You take the phone.  You can scan the bar
10      code.  And then the user will see whether the
11      bar code -- whether the product is
12      presumptively genuine or presumptively
13      counterfeit?
14 A.   There's -- yeah.  So you can scan a label
15      which has a bar code.  It might have other
16      information on the label.  We scan that as
17      well.  We do what's called an OCR, an optical
18      character recognition, as well.  So we also
19      have the ability to read what is printed on
20      the label as well, along with having the
21      ability to read 1D and 2D bar codes.  And
22      besides that, we have additional data on the
23      back end, and we have rules and logic on how
24      we compare those pieces of information before

50

1       we make a determination if a product is
2       presumptively genuine or counterfeit.
3  Q.   Do you have this mobile app on your phone?
4  A.   No, I don't.
5  Q.   Is it not yet available?
6  A.   No.
7  Q.   Well, is it -- does it exist?
8  A.   Yes.
9  Q.   So the app exists.  It's not yet available.
10      You, as the CEO of True Pedigree, do not have
11      it on your phone?
12 A.   That is correct.
13 Q.   Did you use it for purposes of this
14      inspection?
15 A.   No.
16 Q.   Why not?
17 A.   We just did not have the -- all the data from
18      HCC on this matter to make a determination
19      based on this app.
20 Q.   Okay.  And what kind of data would you want to
21      have from H3C to be able to use this app?
22 A.   This app is very different than the use case
23      that we're talking about, which in this case
24      is transceivers.  And I just can't get into

51

1       those details, unfortunately.
2  Q.   What prevents you from getting into those
3       details?
4  A.   It's -- it's confidential.  We have built
5       these apps for -- for our clients.
6  Q.   Yeah.  But I'm not asking specific
7       confidential information.  I'm trying to
8       determine what kind of additional information
9       would you need from H3C to use this app to
10      determine whether the transceivers are
11      counterfeit or genuine?
12 A.   So all the solutions that we build are
13      customized solutions.  So what I mean by that
14      is for us to build a solution for a given
15      client, we have to sit down with them.  We
16      have to understand the nature of their
17      products.  We have to understand what data
18      they have captured as part of the
19      manufacturing process, as part of their sales
20      on that product, and then come up with the
21      right solution, come up with the right
22      solution for them so that we can build an app
23      that will allow them to authenticate their
24      products anywhere in the supply chain.

---

52

1  Q.  Is True Pedigree a corporation or limited
2      liability company?
3  A.  It is -- I don't remember, actually, off the
4      top of my head.  I believe it's an LLP.
5  Q.  You are the CEO of the company, and you don't
6      remember whether it's LLP or Inc. or LLC?
7         MR. BUNIS:  Objection.  You can answer.
8  A.  I -- I have a lot of responsibilities, and a
9      lot of these things that I just outsource.  So
10     I do not remember each and every detail.
11 Q.  And the name of your company is a detail that
12     you don't remember?
13        MR. BUNIS:  Objection.
14 A.  I'm sorry.  I --
15 Q.  The full name of the company, whether it's
16     True Pedigree LLP or True Pedigree LLC, you
17     don't remember, correct?
18 A.  Yeah.
19 Q.  Sitting here today, you don't remember the
20     full name of your company?
21        MR. BUNIS:  Objection, mischaracterizes
22     his testimony.
23 Q.  Okay.  What is the full name of your company?
24 A.  True Pedigree.  It's what I call the company.

---

53

1  Q.  What is the formal name of the company, not
2      how you call it, but how is it doing business
3      and registered?
4  A.  I don't -- I don't remember.  I'll have to
5      look that up.
6  Q.  Other than this engagement, does True Pedigree
7      do any other work for HP?
8  A.  So I'm -- I'm sorry.  I -- I -- can you say
9      that question again?
10 Q.  Sure.  Other than this engagement --
11 A.  which engagement?
12 Q.  -- as an expert -- as an expert witness, does
13     True Pedigree do any other work for HP?
14        MR. BUNIS:  I just want to be clear.
15     When you say "HP" --
16        MR. JOFFE:  When I say "HP," I broadly
17     refer to defendants in this chase, which are
18     HPE, HPI, HPFS, and HPFS (India).
19 A.  I'm sorry.  Can you say that question again?
20 Q.  Sure.
21 A.  I was --
22 Q.  Yeah.  Does True Pedigree do any work for HP?
23 A.  True Pedigree does work for HPI.
24 Q.  Okay.  And what kind of work does True

---

54

1      Pedigree do for HPI?
2  A.  We have built a product authentication
3      solution for HPI.
4  Q.  And when you joined True Pedigree in January
5      2018, the company already existed, correct?
6  A.  I'm sorry.  Can you say that again?
7  Q.  Well, your resume says that you cofounded True
8      Pedigree in -- and it lists a date of your --
9      the commencement of your work there, January
10     2018.  So I want to figure out when did you
11     actually cofound it?
12 A.  Oh, so I don't remember the exact date.  This
13     resume reflects when I started working
14     full-time with True Pedigree, which is the
15     beginning of January 2018; and that's what's
16     captured on the CV.
17 Q.  Did you work part-time for True Pedigree prior
18     to that?
19 A.  For True Pedigree?
20 Q.  Yes.
21 A.  Yes.  There was a small period of time that I
22     worked part-time for True Pedigree.
23 Q.  When was that?
24 A.  I don't remember that off the top of my head.

---

55

1  Q.  So when you worked there part-time, the
2      company already existed, correct?
3  A.  That is correct.
4  Q.  That's what I'm trying to figure out.  When
5      did you cofound?  Because you said you
6      cofounded the company.
7  A.  Yeah.  I just don't remember that exact time
8      or date off the top of my head.  What the CV
9      reflects is when I was working full-time with
10     True Pedigree, which started in January 2018.
11 Q.  Okay.  And for some period of time prior to
12     that you worked as part-time, but you don't
13     recall when that happened?
14 A.  Exactly.
15 Q.  And when you started working part-time, the
16     company was already formed?
17 A.  Yes, that is correct.
18 Q.  So you then, working back, you founded it
19     sometime prior to January 2018, correct?
20 A.  That's what I remember, yeah.  I don't have
21     the exact date in mind, but that's how --
22 Q.  I'm not asking about the date.  I'm asking
23     about the -- at least the month.  Do you
24     remember the month when you cofound it?

56

1  A.  I don't, off the top of my head.
2  Q.  I want to show you the next exhibit.
3        MR. JOFFE:  Which I'd like to mark.
4        (PX Exhibit No. 5, Secretary of State
5        Articles of Organization marked for
6        identification)
7  Q.  And I would like you to look at Exhibit 5,
8      yeah, which is a copy of the Articles of
9      Organization for True Pedigree LLC; do you see
10     that?
11 A.  Yes, I do.
12 Q.  Do you see the name of the company is actually
13     True Pedigree LLC?
14 A.  I do, yes.
15 Q.  Yeah.  Is that correct?  It's not LLP; it's
16     LLC?
17 A.  That is correct.
18 Q.  Okay.  And do you know who the person who
19     signed the registration, the Articles of
20     Organization; do you see at the bottom?
21 A.  Yes.
22 Q.  What is her name?
23 A.  Alisa Won.
24 Q.  And do you know her?

57

1  A.  Yes.
2  Q.  And who is she?
3  A.  She is a partner at Sideman & Bancroft.
4  Q.  Okay.  And do you see the date when the
5      Articles of Organization were filed?
6  A.  Yes.
7  Q.  And what's the date?
8  A.  January 17, 2017.
9  Q.  And at that time you just started with the
10     Sideman, correct?
11 A.  That is correct.
12 Q.  What's the address of Sideman & Bancroft?
13 A.  It's one Embarcadero Center in San Francisco.
14 Q.  And what's the address of True Pedigree LLC?
15 A.  It's the same.
16 Q.  And it's the same floor, correct?
17 A.  That is correct.
18 Q.  So the True Pedigree LLC, just to summarize,
19     the space was founded and registered in
20     January 2017 by a partner of Sideman &
21     Bancroft --
22 A.  That is correct.
23 Q.  -- correct?
24        And its address is exactly the same as

58

1      the law firm of Sideman & Bancroft address,
2      correct?
3  A.  That is correct.
4  Q.  Okay.  Looking at this document, it doesn't
5      appear that it was you who founded the
6      company --
7        MR. BUNIS:  Objection.
8  Q.  Correct?
9        MR. BUNIS:  Go ahead and answer it.
10 A.  I'm a cofounder.  I'm not sure what -- what
11     that --
12 Q.  You're a what?
13 A.  I'm a cofounder.  I'm one of the cofounders of
14     the company.
15 Q.  Well, what I'm trying to understand is that
16     when the company is registered and received --
17     and files its Articles of Incorporation, it's
18     already founded, correct?
19        MR. BUNIS:  Objection, calls for a
20     legal conclusion.
21 A.  I -- I don't --
22 Q.  The company existed in January 2017, correct?
23 A.  Correct.
24 Q.  Okay.  So to exist, it have to be founded

59

1      before, right?
2  A.  It was founded in, yeah, January 17, 2017.
3  Q.  It was founded on January 17, 2017?
4  A.  Yeah.
5  Q.  And you started your work for Sideman &
6      Bancroft when?
7  A.  In also January of 2017, yeah.
8  Q.  And you were the cofounder of the company at
9      that time?
10 A.  Yes.  I just want to clarify --
11 Q.  Mm-hmm.
12 A.  -- that Sideman & Bancroft is -- has invested
13     in True Pedigree.  That's why those two
14     dual hats.  And, as I've said before, what the
15     CV indicates is that I started working
16     full-time for True Pedigree beginning of
17     January 2018.  So I'm not -- as of January
18     2018 is when I started working for True
19     Pedigree.  But as an entrepreneur, the company
20     was founded before; and the company, Sideman &
21     Bancroft, also invested in True Pedigree.  And
22     that is why a couple of the partners at
23     Sideman & Bancroft are also officers in
24     True Pedigree.

---

**60**

1  Q.  Did you invest in True Pedigree?
2  A.  No, I have not.
3  Q.  Other than Sideman & Bancroft, does True
4      Pedigree have other investors?
5  A.  No.
6  Q.  So it's wholly owned by the law firm?
7          MR. BUNIS:  Objection, calls for a
8      legal conclusion.  If you know?
9  A.  I'm not sure what you mean by wholly owned,
10     but -- but I have an equity stake in the
11     company, because of being a cofounder, and --
12     but Sideman & Bancroft also has an equity
13     interest in True Pedigree, but not 100 percent.
14 Q.  Other than you and Sideman & Bancroft, are
15     there any other equity holders in True
16     Pedigree?
17 A.  Yes.
18 Q.  Who else?
19 A.  Rick Nelson and Jeff Hallam as individuals as
20     well.
21 Q.  Okay.  Anybody else?
22 A.  I don't have the -- the entire list in my
23     head, but the way this was set up was Sideman
24     & Bancroft as an entity had an equity stake in

---

**61**

1      True Pedigree; and then there were a certain
2      number of equity partners that had --
3      individuals that had an individual stake in
4      True Pedigree as well, along with myself, and
5      one more engineer that helped us develop some
6      of the products for True Pedigree.  So those
7      are the equity partners that I can remember,
8      generally speaking, in True Pedigree.
9  Q.  And among them, Richard Nelson and Jeffrey
10     Hallam --
11 A.  That's correct.
12 Q.  -- correct?
13         Okay.  I want to show you the next
14     exhibit.
15         (PX Exhibit No. 6, Secretary of State
16         Statement of Information marked for
17         identification)
18 Q.  Have you had a chance to look at these
19     documents?
20         MR. JOFFE:  And for the record, the
21     exhibit is a copy of a Statement of
22     Information dated November 20, 2017 filed with
23     the Secretary of State of California.
24 Q.  Have you had a chance to review this?

---

**62**

1  A.  Yes.
2  Q.  And this is a Statement of Information of True
3      Pedigree LLC filed on November 20, 2017; do
4      you see that?
5  A.  Yes.
6  Q.  Were you working at True Pedigree at the time?
7  A.  I'm not sure if I understand that question.
8  Q.  Did you work at True Pedigree at the time?  In
9      November 2017 did you work at True Pedigree
10     LLC?
11 A.  I did -- I --
12 Q.  work?
13 A.  So the company was formed; and, as I said,
14     there were affiliates, you know, we had
15     investments from -- so True Pedigree --
16     Sideman & Bancroft invested in True Pedigree.
17     I was being paid by Sideman & Bancroft 'til
18     end of 2017.  And then beginning of January
19     2018 is when I was being paid by True
20     Pedigree.  And that's -- that's what I've
21     captured on my CV.
22 Q.  I'm not asking what you captured on your CV.
23     I'm trying to understand the transition
24     between Sideman and True Pedigree, whether you

---

**63**

1      work for one or the other, and whether there
2      was a time you worked at both.  Can you
3      explain that to me without referencing your
4      CV?
5  A.  Yes.  There was a time when I worked for both.
6      There was -- there were official
7      responsibilities at Sideman and then also at
8      True Pedigree.
9  Q.  When was that?
10 A.  Roughly towards the -- you know, towards the
11     second half of 2017.
12 Q.  Do you know who Wanda Rojas is who is listed
13     as authorized person of True Pedigree LLC at
14     the bottom of page 1?
15 A.  I know of her, yeah.  She also works at
16     Sideman & Bancroft.
17 Q.  She does?
18 A.  Yes.
19 Q.  And I want to show you the next exhibit, this
20     one.
21         (PX Exhibit No. 7, Secretary of State
22         Statement of No Change marked for
23         identification)
24 Q.  Which is now Statement of No Change filed with

64

1   the Secretary of State on February 14, 2019
2   for True Pedigree LLC; do you see that?
3   A.  Yes.
4   Q.  And the statement says that "There has been no
5       change in any of the information contained in
6       the previous Statement of Information,"
7       correct?
8   A.  Correct.  Yes.
9   Q.  And it's also filed by Wanda Rojas --
10  A.  Yes.
11  Q.  -- correct?
12      Okay.  So True Pedigree LLC continues
13      to exist --
14  A.  Yes.
15  Q.  -- until today?
16      And according to the prior statement,
17      it was you, Mr. Nelson, and Mr. Hallam as its
18      members.
19  A.  Yes.
20  Q.  Okay.  So by looking at those business records
21      filed with the Secretary of State, it appears
22      to me that every person who either filed the
23      statement or was listed in it is affiliated
24      with Sideman & Bancroft; is that correct?

65

1       MR. BUNIS:  Objection, calls for a
2       legal conclusion.  You can answer.
3   A.  Yes.
4   Q.  Do you know the company called True Pedigree
5       Consulting LLC?
6   A.  Yes.
7   Q.  Is this a different company from True Pedigree
8       LLC?
9   A.  Yes.
10  Q.  Where is its office?
11  A.  As -- the same office as True Pedigree.
12  Q.  Is it One Embarcadero Center and it's on the
13      same floor as True Pedigree Consult -- as True
14      Pedigree LLC?
15  A.  That is correct.
16  Q.  And it's on the same floor as Sideman &
17      Bancroft?
18  A.  Yes.
19  Q.  Yeah.  And how is the -- well, which one do
20      you work for?
21  A.  I work for both of those companies.
22  Q.  And what's your --
23  A.  It's --
24  Q.  What is your role at True Pedigree Consulting

66

1       LLC?
2   A.  So as an entrepreneur, it's --
3   Q.  Please answer my question.
4   A.  It's --
5       MR. BUNIS:  He --
6   Q.  what is your role?
7       MR. BUNIS:  He's answering the question
8       point blank.
9   A.  Yeah.  I just want to be sure that you
10      understand.  As an entrepreneur, it is very
11      common for you to have association with
12      multiple companies.  Sideman & Bancroft saw an
13      opportunity to invest in True Pedigree,
14      because there were opportunities that -- that
15      presented themselves.  And we've also -- we
16      also have an entity called True Pedigree
17      Consulting, because we wanted to differentiate
18      the products and services that were being
19      offered between one company versus the other.
20      And what I mean by that is, as an
21      example, the product authentication solution
22      that we talked about earlier is something that
23      True Pedigree offers; and then there are some
24      consulting projects that we take on and some

67

1   other solutions that we built that are offered
2   through True Pedigree Consulting.  And for
3   both of those companies, I am the CEO.  That's
4   the title that I hold.  But you have to
5   understand it's a startup.  We're not a big
6   company.  So we all work collectively in
7   ensuring that we're generating business and
8   revenue through True Pedigree and through True
9   Pedigree Consulting.
10  Q.  So you mentioned that you are the CEO of True
11      Pedigree Consulting LLC --
12  A.  Yes.
13  Q.  -- correct?
14  A.  Yes.
15  Q.  And who are the employees or officers of True
16      Pedigree Consulting LLC?
17  A.  So the officers are again Jeff Hallam and
18      Rick Nelson.
19  Q.  So is it the same team through True Pedigree
20      Consulting LLC as in True Pedigree LLC?
21  A.  Yes, that is correct.
22  Q.  And the same law firm invested in both
23      companies?
24  A.  Yes.

68

1  Q.  And the addresses of all three is the same?
2  A.  That is correct.
3  Q.  And what are the positions of Mr. Hallam and
4      Mr. Nelson?
5  A.  It is the same.  Chief officer -- Jeff Hallam
6      is the chief operating officer, and Rick
7      Hallam is the chief strategy officer.
8  Q.  And does Mr. Daniel Mascaro work at True
9      Pedigree Consulting LLC as well?
10 A.  Yes, he does.
11 Q.  And what is his position there?
12 A.  He's also -- holds the same title, which is
13     director of supply chain audits or channel
14     partner audits.
15 Q.  Why did you not mention True Pedigree
16     Consulting LLC either on your CV or in the
17     expert report?
18 A.  It's -- I look at them as -- as -- as the same
19     business.  It's just a differentiation in what
20     services we're offering through which company.
21     So to me, True Pedigree and True Pedigree
22     Consulting are almost like sister -- sister
23     companies or sister affiliates, and that's why
24     I mention True Pedigree holistically.

69

1  Q.  Are there any other companies that are
2      cofounded or, you know, headed by you and
3      Mr. Hallam and Mr. Nelson --
4  A.  No.
5  Q.  -- that you didn't mention?
6  A.  No, nothing besides these two.
7  Q.  Just these two?
8  A.  Yeah.
9  Q.  Are there any plans for other companies?
10 A.  We might.  If the opportunity presents itself.
11 Q.  And Sideman would be investing in those
12     companies?
13         MR. BUNIS:  Objections, calls far
14     speculation.
15 A.  Not sure.
16 Q.  Is the -- are the equity holders in True
17     Pedigree Consulting LLC the same as in True
18     Pedigree LLC?
19 A.  More or less the same, yes.
20 Q.  So that would be the law firm of Sideman &
21     Bancroft --
22 A.  Correct.
23 Q.  -- Richard Nelson, Jeffrey Hallam, and you?
24 A.  And me and as I indicated earlier, some --

70

1      some of the -- some of the partners in the
2      company as well who have individual equity
3      stack into True Pedigree Consulting as well.
4  Q.  Mm-hmm.
5          MR. BUNIS:  Why don't we take a break.
6      We've been going on for more than an hour.
7          MR. JOFFE:  Okay.
8      (Discussion off the record)
9      (Recess)
10         MR. BUNIS:  Okay.  Before you start, I
11     -- on the record.  Okay.  I just want to point
12     out that during the break I was informed that
13     Mr. Styller was speaking with the witness --
14     attempted to speak with the witness in the
15     restroom and instructing him or talking to him
16     about his testimony and --
17     (Discussion off the record)
18         MR. BUNIS:  -- and in addition to that,
19     I've noted that over the course of the morning
20     Mr. Styller has been staring at the witness,
21     what appears to me to be an attempt to
22     intimidate him and me; and I'm going to ask
23     that that stop.
24         Certainly you can instruct your client

71

1      that he's not to talk to the witness at all
2      during the course of the entire deposition.
3      And if either of those things continue, I'm
4      going to ask that Mr. Styller leave the room,
5      okay?
6          MR. JOFFE:  Yeah.  I understand your,
7      on the record, request.
8  Q.  Did Mr. Styller attempt to talk to you about
9      the depositions -- about your deposition in
10     the restroom?
11 A.  Yes.
12 Q.  What did he say?
13 A.  "Say the truth and you'll be fine."
14 Q.  Did you talk to your counsel during the break?
15         MR. BUNIS:  Answer that question yes or
16     no.
17 A.  Yes.
18 Q.  Did you discuss your testimony --
19         MR. BUNIS:  Don't --
20 Q.  -- with your counsel?
21         MR. BUNIS:  Do not -- do not answer the
22     question.  I'm instructing the witness not to
23     answer the question.  You know better.  It
24     calls for attorney/client communication.

72

1    MR. JOFFE:  You know that you're not
2  supposed to discuss his testimony.
3    MR. BUNIS:  I'm fully aware of my
4  obligations, as I hope you are, too.
5    MR. JOFFE:  Okay.  Let's resume.
6  Q.  Mr. Raina, you said that while working at True
7    Pedigree, both True Pedigree, you were in
8    Austin, Texas, while the company's offices
9    were in San Francisco, California and Sideman
10    & Bancroft's office --
11  A.  Yes.
12  Q.  -- correct?
13    And where was Daniel Mascaro's office?
14  A.  He also works from his home -- home office.
15  Q.  And where is that?
16  A.  It's in New Hampshire.
17  Q.  In New Hampshire.  Okay.
18    Do you know that Mr. Mascaro used to
19    work for HP Brand Security Group.
20  A.  Yes.
21  Q.  And do you know that Mr. Mascaro currently
22    works as a global investigations director at
23    Sideman & Bancroft?
24  A.  Yes.

73

1  Q.  I think you mentioned that his position is
2    full-time at True Pedigree?
3  A.  No.  I --
4  Q.  No, he's not?
5  A.  He works for both Sideman & Bancroft and True
6    Pedigree.
7  Q.  And he's getting paid by True Pedigree, as
8    well by Sideman & Bancroft?
9  A.  That is correct.
10  Q.  Are you getting paid by Sideman & Bancroft?
11  A.  No.
12  Q.  And you stopped being paid by Sideman &
13    Bancroft at the end of 2017, correct?
14  A.  That's correct.
15  Q.  Okay.  When you worked at Vantage Point
16    Analytics, you said you cofounded the company?
17  A.  Yes.
18  Q.  And whom did you cofound it with?
19  A.  With Paul Ortiz.
20  Q.  And who was he?
21  A.  What do you --
22  Q.  What do you mean?
23  A.  What do you mean when you say "who was he"?
24  Q.  You cofounded Vantage Point Analytics after

74

1    leaving Cisco --
2  A.  Yes.
3  Q.  -- correct?
4    And you cofound it with Paul Ortiz?
5  A.  Correct.
6  Q.  And how did you know him?
7  A.  He -- we used to work together at Cisco.
8  Q.  And your role at Vantage Point Analytics was
9    COO?
10  A.  That's correct.
11  Q.  And the company is out of business now; is
12    that correct?
13  A.  It is, yeah.  It is out of business.
14  Q.  Does True Pedigree -- withdraw that.
15    Is HP a client of True Pedigree?
16  A.  HP Inc. is a client of True Pedigree.
17  Q.  Is a client of both, True Pedigree Consulting
18    and True Pedigree?
19  A.  No, just True Pedigree.
20  Q.  Do you know that Richard Nelson represents HP
21    in litigation?
22    MR. BUNIS:  If you know?
23  A.  Yes.
24  Q.  And he currently represents HP in litigation?

75

1  A.  He's -- they're the outside counsel, Sideman &
2    Bancroft is the outside counsel for HP Inc.
3    That is what I know.
4  Q.  Right.  My question was specifically about
5    Mr. Nelson.
6  A.  He is part of that team that supports HP Inc.,
7    yes.
8    Actually, I would like to clarify
9    something.
10  Q.  Mm-hmm.
11  A.  I'm -- it's either HP Inc. or HPE.  I'm not
12    sure currently which one it is.  So I just
13    want to clarify that.
14  Q.  Is that in reference to Mr. Nelson?
15  A.  Yes, Mr. Nelson.
16  Q.  Okay.
17  A.  Yeah.
18  Q.  And -- okay.  And as far as Sideman &
19    Bancroft, you said Sideman & Bancroft is
20    outside counsel --
21  A.  Outside counsel.
22  Q.  -- to HPE?
23  A.  E or HP Inc., but I'm not sure which entity.
24  Q.  Okay.  Could it be for both entities?

76

1  A.  I'm not sure.
2  Q.  Let me just see.  I think I have an exhibit
3      that might clarify it.
4          MR. JOFFE:  It would be -- it's
5      Exhibit 20- -- oh, well, sorry.  That will be
6      a different number.
7  Q.  There are several documents combined in that
8      exhibit.
9          (PX Exhibit No. 8, Printout of Dockets
10         marked for identification)
11         MR. BUNIS:  What is it?
12         MR. JOFFE:  It's several documents that
13     are combined to one exhibit, and it's just
14     printout of dockets that include Mr. Richard
15     Nelson from Sideman & Bancroft as outside
16     counsel to HPE and there is litigation.  So we
17     can check.
18         (Discussion off the record)
19         MR. BUNIS:  I see two dockets and then
20     what looks like a decision in a case,
21     U.S. v Ashraf --
22         MR. JOFFE:  Yup.
23         MR. BUNIS:  -- and then a stipulation
24     filed in another case that are all part of

77

1      what is Exhibit 8.
2          MR. JOFFE:  Mm-hmm.  And the reason
3      they're combined is -- the principle they
4      combined is just to see whom Mr. Nelson
5      represented in those litigations.
6          MR. BUNIS:  Is there a question?
7  Q.  Yes.  The question is:  Do you see on page 1
8      of the exhibit Mr. Nelson is listed as outside
9      counsel for Hewlett Packard Enterprise
10     Company?
11 A.  I see that.
12 Q.  Mr. Nelson is also listed as counsel for
13     Hewlett-Packard Development Company, LP, on
14     the same page.
15 A.  Yes.
16 Q.  Yes.  And the next docket which is titled
17     Hewlett Packard Enterprise Company versus Next
18     Gen Technology; do you see that one?
19 A.  Yes.
20 Q.  Yes.  And Mr. Nelson is listed as outside
21     counsel for Hewlett Packard Enterprise
22     Company?
23 A.  Yes.
24 Q.  As well as for Hewlett Packard Development

78

1      Company, HP, next page; do you see that?
2  A.  Yes.  Yeah.  Yeah.
3  Q.  Okay.  Thank you.
4          And then there is a printout of a legal
5      opinion, U.S. versus Ashraf.
6  A.  Which page is that?
7          MR. BUNIS:  It looks like this
8      (indicating).
9  Q.  It looks like this (indicating).
10         Is that right?
11         And you see in the middle of the page
12     Mr. Nelson of Sideman & Bancroft representing
13     Hewlett-Packard Company?
14         MR. BUNIS:  I see that you're showing
15     him a piece of paper that has -- answer the
16     question.  Go ahead.
17 A.  I see his name (indicating).
18 Q.  As counsel -- outside counsel for
19     Hewlett-Packard Company?
20 A.  My -- my printed version is not -- I think
21     yours is -- it's not --
22 Q.  Oh, yours is not that clear.
23 A.  Clear, yeah, so --
24 Q.  I have a better copy of the same thing and

79

1      read it.
2  A.  Represented by Richard Nelson.
3  Q.  Okay.  So he -- in that case he represents
4      Hewlett-Packard Company.
5          And then the next one is called
6      Stipulated Dismissal of Entire Interaction.
7      Mr. Nelson represents HP Inc., as well as
8      Hewlett-Packard Development Company, LP; do
9      you see that?
10 A.  Yes.
11 Q.  So is it fair to say that Mr. Richard Nelson
12     is outside counsel for HP Company, HPE, and
13     other HP affiliates?
14         MR. BUNIS:  Objection, calls for a
15     legal conclusion.  You can answer.
16 A.  I can say it seems like definitely for HPE.  I
17     can see that for HPE, yeah.
18 Q.  Well, not just for HPE.  I pointed out and
19     asked you about HPE and HP Company, and I
20     think we went through the list --
21 A.  I see HP --
22 Q.  -- not just HP --
23 A.  -- Development Company.
24 Q.  Yeah.

80

1   A.   Yes.
2   Q.   We also mentioned Hewlett-Packard Company?
3   A.   I don't see that.  I did see H -- Hewlett
4        Packard Enterprise Company and HP Development
5        Company.
6   Q.   Okay.
7   A.   Those are the two that I see.
8   Q.   Well, let's then go back for a second.  The
9        first page lists here him as a counsel to
10       Hewlett Packard Enterprise?
11  A.   I see that.
12  Q.   Yeah.  Or -- which is HPE?
13  A.   Yup.
14  Q.   Then there was Hewlett-Packard Development
15       Company, LP --
16  A.   Yes.
17  Q.   -- in the same case?
18            In another case, which as I showed you
19       this printout (indicating) --
20  A.   Mm-hmm.
21  Q.   -- it was Hewlett-Packard Company?
22            I can show you it again.
23  A.   I see it.
24  Q.   Yeah.

81

1   A.   HP Company.
2   Q.   Yeah.
3   A.   Yeah.
4   Q.   And the last one Mr. Nelson is listed on the
5        top as counsel to HP Inc.?
6   A.   HP Inc., yeah.
7   Q.   Okay.  And also Hewlett-Packard Development
8        Company.  So my question is:  Do you agree
9        that Mr. Nelson represents HPE, HPI,
10       represented Hewlett-Packard Company, and at
11       least one of the other affiliate,
12       Hewlett-Packard Development Company?
13            MR. BUNIS:  I'm going to object.
14       You're showing the witness, who's not a
15       lawyer, random pieces of paper, which you
16       purport to be some printouts of some documents
17       which have words on them.
18            MR. JOFFE:  This is --
19            MR. BUNIS:  Let me --
20            MR. JOFFE:  -- a speaking objection.
21            MR. BUNIS:  Let me finish.  I think
22       it's important, because we want to make sure
23       the witness's testimony is accurate and the
24       documents you put in front of him are

82

1        accurate.  The witness is not a lawyer; and
2        then you've asked him a question, correct,
3        about whether he's aware of certain legal
4        reputations by an individual who's a lawyer
5        and certain entities?  I don't believe this
6        witness is qualified to answer those
7        questions; but to the extent he can, go ahead
8        and answer the question.
9             MR. JOFFE:  This is a wholly improper
10       speaking objection.  We've looked at this
11       document not to establish whether Mr. Nelson
12       represents him, we wanted to look at them to
13       see which specific companies he represented,
14       because Mr. Raina agreed that Mr. Nelson is
15       outside counsel for one of the HP companies;
16       and he mentioned it was HPE, correct, and we
17       decided to look and see if there were other
18       HP entities that Mr. Nelson represented.  That
19       was all the extent of my last line of
20       questioning.
21  Q.   So would you agree that Mr. Nelson, just based
22       on the document that I showed you, represented
23       HPE, HPI, Hewlett-Packard Company, and
24       Hewlett-Packard Development Company?

83

1             MR. BUNIS:  Objection, calls for a
2        legal conclusion.  You can answer.
3   A.   Yes.
4   Q.   Okay.  Thank you.  You can put that aside.
5             Did Mr. Nelson review your report?
6   A.   No.
7   Q.   Did Mr. Hallam review your report?
8   A.   No.
9   Q.   Did Mr. Mascaro review your report?
10  A.   No.
11  Q.   And you didn't share your report with them --
12       with either of them --
13  A.   That's correct.
14  Q.   -- did you?
15            And who within True Pedigree
16       contributed to this report, other than you?
17  A.   I'm sorry.  Say that --
18  Q.   Who within True Pedigree contributed to your
19       report?
20            MR. BUNIS:  Objection.  Contribute?
21            MR. JOFFE:  Commented, reviewed,
22       edited.
23            MR. BUNIS:  Okay.  So let's go it
24       again.  Do you want to --

02/05/2020

84

1       MR. JOFFE:  Yeah.
2       MR. BUNIS:  Do you want to repeat it?
3       MR. JOFFE:  Yeah.
4   Q.  Who --
5       MR. BUNIS:  Why don't you restate the
6   question.
7       MR. JOFFE:  Yeah.
8   Q.  Would in -- if anyone, at True Pedigree
9   contributed to your report?
10      MR. BUNIS:  Objection.
11  Q.  You may answer.
12  A.  Just myself (indicating).
13  Q.  Okay.  That was easy.
14      Did you share your report with -- a
15  draft report with counsel?
16  A.  When you say "counsel," can you --
17  Q.  Counsel, the counsel who retained you.
18  A.  So I have --
19      MR. BUNIS:  Wait.  Hold on.  You can
20  answer that yes or no.  I want to be careful
21  here, because I don't want the witness to
22  reveal any attorney/client communications.  So
23  the question is:  Did you share a draft of the
24  report with counsel, correct?

85

1       MR. JOFFE:  Yes, Michael.  That was the
2   question.
3       MR. BUNIS:  So you can answer it yes or
4   no.
5       MR. JOFFE:  And you keep making
6   speaking objections.  You know, it's wholly
7   improper; and I've warned you, not the first
8   time, on the record, if you have to make an
9   objection, just say objection, and then you
10  may say form or whatever the basis for the
11  objection.  I ask you not to making speaking
12  objection for the second or third time
13  already.
14      I'm sorry.  Could you read back the
15  last question?
16      (Question read)
17      MR. BUNIS:  And the instruction is yes
18  or no?
19  A.  Yes.
20  Q.  Did you receive any comments from counsel?
21      MR. BUNIS:  Yes or no?
22  A.  Yes.
23      MR. JOFFE:  Michael, would you please
24  stop it.  That was not even objection.  You

86

1   just instructed the witness how to answer the
2   -- my yes.  Who is testifying here?  I would
3   like the witness to testify.  You're
4   testifying for him repeatedly.  You know, this
5   is a sanctionable conduct.  You cannot make
6   speaking objection, and you cannot testify for
7   a witness.
8       You're doing it repeatedly and you're
9   putting words in his mouth, literally.  You
10  just told him now how to answer the question.
11      MR. BUNIS:  Your -- Dimitry, your
12  question called for a potential for the
13  witness to reveal improper attorney/client
14  privileged communications.
15      MR. JOFFE:  It did not ask if you
16  received comments from counsel.
17      MR. BUNIS:  I'm --
18      MR. JOFFE:  It didn't does ask the
19  substance of the comments.  It asked for the
20  fact, whether you received comments from
21  counsel.
22      MR. BUNIS:  I'm going to wait until you
23  finish, and I'd ask that you wait until I
24  finish.

87

1       The balance of what I was going to say
2   to you is that my instruction to him is wholly
3   proper, given your question.  So I think it's
4   completely fair; and if you'd like to take it
5   up with the Judge, I'm more than happy to call
6   him.
7       MR. JOFFE:  Well, we're on the record
8   on that.
9   Q.  But when I ask the question like this, whether
10  you received the comments or not, that's
11  really call for yes or no.  I'm not trying to
12  ask you about the substance of your
13  communication with counsel.  I'm just trying
14  to figure out the fact, whether the counsel
15  provided comments to the report?
16      MR. BUNIS:  Is there a question there?
17      MR. JOFFE:  There was --
18      MR. BUNIS:  What was the question?
19      MR. JOFFE:  -- until you --
20  Q.  Did you obtain comments from counsel?
21      MR. BUNIS:  He answered the question.
22  A.  I said yes.
23  Q.  Okay.  Did you incorporate the comments in
24  your report?

88

1          MR. BUNIS:  Objection.  Incorporate?
2  Q.  Did you include counsel's comments in your
3      report?
4  A.  I'm not sure if I --
5          MR. BUNIS:  Okay.  Again, this is a yes
6      or no; and I -- this is exactly the reason why
7      I instruct the witness as such.  If you can
8      answer the question yes or no, answer it.  If
9      you can, answer the question.
10 Q.  Can you answer the question whether you
11     include counsel's comments in your report?
12 A.  Yes.
13 Q.  Okay.  Let's take a look at the next section
14     in your report, which is -- well, let me ask
15     you this.  Who determined the scope of the --
16     your inspection of the equipment?
17 A.  When you say "the scope," can you clarify what
18     that -- what do you mean by that?
19 Q.  Okay.  Well, you were asked to determine
20     whether the equipment is, in fact,
21     counterfeit, correct?
22 A.  Correct.
23 Q.  And then you went about inspecting the
24     equipment for some qualities --

89

1  A.  Yes.
2  Q.  -- that will determine whether it's
3      counterfeit or not?
4          And my question is:  Who decided on the
5      scope of what you would investigate and which
6      features or qualities of the inspection -- of
7      the equipment you would not investigate?
8          MR. BUNIS:  Can you hold on a second.
9      Can you read back that question, please?
10         (Question)
11         MR. BUNIS:  Objection, compound
12     question.  You can answer if you can.
13 A.  So I was asked to analyze the products and
14     determine if they were genuine or counterfeit.
15     I used my own testing methodology, based on my
16     years of experience in essentially analyzing
17     products like transceivers to determine if the
18     product was count- -- counterfeit or genuine.
19 Q.  Okay.  And can you describe to me how you
20     examined the transceivers?
21 A.  Sure.  So the transceivers, if you -- if -- if
22     I might --
23 Q.  Yes, of course.
24         MR. BUNIS:  Take your time.

90

1  A.  So I would like to bring your attention to
2      page No. 15 and starting from Paragraph
3      No. 42 --
4  Q.  Mm-hmm.
5  A.  -- on how I went about --
6  Q.  Okay.
7  A.  -- inspecting the products; and if you want, I
8      can read it out, but that's essentially how I
9      went about inspecting the products.
10 Q.  Mm-hmm.  So I think you've even described it
11     in more detail -- yeah.  You -- in 53 as well.
12     You said that your colleague took one device
13     at a time and then took pictures of the
14     device, correct?  53 -- Paragraph 53.  It's on
15     page 15.
16         MR. BUNIS:  Paragraph 53?
17 Q.  43.
18 A.  Paragraph --
19     43.  I'm sorry.
20 A.  Yes, I'm sorry.  What was your question?
21 Q.  Yeah.
22 A.  Yeah.
23 Q.  You said that your colleague took one device
24     at a time, took pictures of the device, and

91

1      then they would be downloaded on your laptop,
2      correct?
3  A.  The pictures were downloaded, yes.
4  Q.  And that colleague that you refer to is
5      Daniel Mascaro?
6  A.  That is correct.
7  Q.  Okay.  So did you actually inspect the
8      transceivers yourself, visually?
9  A.  Yes.
10 Q.  You looked at the transceivers?
11 A.  Yes.
12 Q.  And then you scanned the 1D and 2D barcodes?
13 A.  That is correct.
14 Q.  And you recorded the EEPROM data --
15 A.  That is correct.
16 Q.  -- correct?
17         Did you inspect the holographic logos
18     from the transceivers.
19 A.  I did not.
20 Q.  Why not?
21 A.  The reason for that being that in my years of
22     experience in analyzing such products the only
23     way to conclusively determine if a product, if
24     a transceiver product is genuine or

92

1　counterfeit, is by doing a thorough forensic
2　analysis of the product.
3　Q.　And then in your opinion, holographic logos
4　are not relevant to the counterfeit
5　determination?
6　A.　Not in my experience, no.
7　Q.　So if a transceiver carries a fake logo, you
8　would call the transceiver authentic or fake?
9　　　　MR. BUNIS:  Objection, compound
10　question.
11　A.　Again, as I said, in order to conclusively
12　determine if a product is genuine or
13　counterfeit, my testing methodology would
14　recommend doing a thorough forensic analysis
15　of the product.
16　Q.　And that total forensic analysis, according to
17　your methodology, excludes holographic logos?
18　A.　I use that as a data point; but it is nice to
19　have, but not necessarily what I base my
20　findings on.
21　Q.　When you say you used that as a data point in
22　this analysis or this --
23　A.　I did not.
24　Q.　Did you use it as a data point in previous

93

1　analysis of other products?
2　A.　As a data point, yes, just to collect
3　information and know what the design of the
4　holographic label is.
5　Q.　And why didn't you use it as a data point in
6　this inspection?
7　A.　I asked for information on the holographic
8　labels; and I was told that there was no
9　information, no document that would explain
10　the features of the holographic label.
11　Q.　Whom did you ask?
12　A.　HP.
13　Q.　Whom at HP did you ask?
14　A.　I think I asked that question, if I remember
15　correctly, through the counsel here.
16　Q.　And you were told that there is no document
17　that could explain the features of holographic
18　logos?
19　A.　Yes.
20　Q.　In general, do you agree that a fake logo is
21　an indicator of counterfeiting?
22　A.　No.
23　Q.　In your opinion, a fake holographic logo is
24　not an indicator counterfeiting?

94

1　A.　No.  My methodology and my years of experience
2　is that for you to conclusively determine if
3　the product is genuine or counterfeit, you
4　have to do a forensic analysis of the product.
5　You have to look at multiple data points in
6　reaching that conclusion.  And that's what I
7　did.
8　Q.　If you knew that the characteristics of
9　holographic logos, in this case, wouldn't you
10　use it as a data point?
11　A.　No.  I would -- it would be nice to have
12　information, for me; but I would, at the end
13　of the day, rely on the analysis of the
14　product itself, as I read it in my report, the
15　steps that I go through to determine the
16　product is genuine or counterfeit.
17　Q.　Mm-hmm.
18　A.　I would not rely on just the holographic label
19　to determine if a product is genuine or
20　counterfeit.
21　Q.　If a transceiver has a fake holographic logo
22　on it, would that mean that the transceiver is
23　counterfeit?
24　　　　Please say it on the record.

95

1　A.　No.
2　Q.　You need to verbalize it so the reporter can
3　take it down.
4　A.　No.  No.  Again, I would analyze the product.
5　Q.　Okay.  Yeah.  So if you had a transceiver with
6　a fake holographic logo, you would -- and
7　other data in your analysis says it's
8　authentic, you would call it authentic?
9　　　　MR. BUNIS:  Objection.  You can answer.
10　A.　I -- I would like you to say that question
11　again.
12　Q.　If you have in front of you a transceiver and
13　you know -- in this hypothetical of ours you
14　know the transceiver has a fake holographic
15　log on it, would you call that transceiver
16　fake?
17　　　　MR. BUNIS:  Objection.  You can answer.
18　A.　I -- as I said, again, my methodology just
19　focuses on analyzing the product, a thorough
20　forensic analysis of the product, not just the
21　label, a thorough forensic analysis of the
22　product to determine if the product is genuine
23　or counterfeit.
24　Q.　You just said "not just the label," but

96

1    there's no -- in fact, your analysis did not
2    include label information at all?
3  A. It did not.
4  Q. No. So my question is simple and it calls for
5     a yes or no answer. If a transceiver has a
6     counterfeit holographic logo on it, would you
7     consider that transceiver authentic?
8  A. It depends on what my product analysis --
9  Q. Is there any facts --
10        MR. BUNIS: Let the witness --
11        MR. JOFFE: Yeah.
12        MR. BUNIS: You got to let the witness
13     finish his testimony. Go ahead, you can
14     finish.
15 A. Yeah. My final determination is going to be
16     based on the analysis of the product.
17 Q. Right. So just the fact that the transceiver
18     carries a counterfeit logo would not lead you
19     to a conclusion that the transceiver is
20     counterfeit?
21 A. That is correct.
22 Q. But there is a possibility that a transceiver
23     carrying counterfeit logo could be authentic?
24 A. I'm -- again, can you repeat that question

97

1     again?
2  Q. Yes. So the transceiver with counterfeit logo
3     under your analysis could be authentic?
4        MR. BUNIS: Objection. His analysis --
5     I'm not -- are you talk- --
6  Q. Your methodology?
7        MR. BUNIS: I just want to distinguish
8     between his analysis and what you -- the
9     question you're posing.
10        MR. JOFFE: Yeah.
11 Q. For this analysis, if some of the transceivers
12     or one of the transceivers is shown to carry a
13     holographic -- counterfeit holographic label,
14     would you still determine that the transceiver
15     is authentic?
16 A. I would go through my methodology and purely
17     base my determination on my methodology, which
18     does not include analysis of the holographic
19     label; and I would definitely not say that a
20     product is counterfeit just based on one data
21     point, that data point being the holographic
22     label.
23 Q. Well, in Paragraph 67 of your report you say
24     that "the mere fact that every one of the

98

1     647 transceivers contains a unique serial
2     number is itself evidence that they are all
3     authentic"; do you see that?
4        MR. BUNIS: Take your time and read
5     that.
6  A. I see that, yes.
7  Q. So this is one fact?
8  A. One of many facts, yes.
9  Q. Well, no, no, no. Your statement here
10     actually starts with "Importantly," the mere
11     fact that every one has a unique serial number
12     is itself evidence that they're authentic,
13     right?
14 A. So my -- my analysis was holistic and looked
15     at multiple data points. And I would like to
16     explain as to what that was. So if you can
17     give me a minute, I will point you to that
18     paragraph in the document.
19        So I'd like to bring your attention to
20     Paragraph No. 52 --
21 Q. Okay.
22 A. -- on page 18, which says, "First, if all of
23     the following conditions were true, the
24     transceiver was presumptively authentic."

99

1        The first one being that "the serial
2     number printed on the label matched the serial
3     number encoded in the 1D barcode; and the
4     serial number printed on the label matched the
5     serial number read from the EEPROM; and the
6     serial number printed on the label did not
7     match the serial number printed on the label
8     of any other unit of seized equipment; and"
9     lastly, "wherever applicable, the 2D barcode
10     scan matched the alphanumeric string printed
11     next to it."
12        So I looked at all of these four data
13     points to reach a conclusion on whether the
14     product was genuine or counterfeit.
15 Q. Okay. And the holographic logo is not listed
16     among any of those criteria, correct?
17 A. That is correct.
18 Q. So the four bullet points refer to the serial
19     numbers printed on the label read from the
20     EEPROM or from the barcode, correct?
21        MR. BUNIS: Objection, misstates his
22     testimony. You may answer.
23 A. Yes. Includes that, yes.
24 Q. And then in Paragraph 67 you said the mere

100

1    fact that every one of the transceivers
2    contained a unique serial number is itself
3    evidence that they are all authentic, correct?
4  A.  Yeah.  So that was on top of the -- the four
5    criterias that I outlined.  The reason I
6    captured that was because counterfeiters --
7    and I would like to actually read this off my
8    report as well, which is actually Paragraph
9    No. 67:
10        "As I explained above, counterfeiters
11   typically copy and paste serial numbers across
12   large batches of their counterfeit
13   transceivers.  The likelihood that this set of
14   647 transceivers -- or, indeed, the entire
15   inventory list of 3,370 transceivers -
16   consists solely of unique serial numbers
17   created by one or" more -- "one or many
18   (unidentified) counterfeiters would be
19   vanishingly small.  And the likelihood that
20   every one of those unique serial numbers would
21   be perfectly replicated within each individual
22   transceiver, with no anomalies, is -- in my
23   opinion and experience -- zero."
24  Q.  Well, can you explain what you do you mean by

101

1    that the likelihood of those serial -- unique
2    serial numbers replicated within each
3    transceiver is zero?  Does it mean that you
4    cannot find a transceiver with perfectly
5    replicated individual unique serial numbers on
6    it that would be counterfeit?
7  A.  Can you repeat that question again --
8  Q.  Yeah.
9  A.  -- please?
10 Q.  Would there be a transceiver that is
11   counterfeit that replicates all the serial
12   numbers?
13 A.  And -- and that is true, and that is the
14   point.  And I would like to, again, refer to
15   my report, if you can give me a minute.
16       So I would like to bring your attention
17   to Paragraph No. 71.
18 Q.  Mm-hmm.
19 A.  And specifically the last bullet, it says,
20   "Finally -- and importantly -- six transceivers
21   in this batch of 28 contained duplicative
22   serial numbers in their EEPROM data.
23   'P9N0V9M' was read from four products while
24   "P9N0V17M' was from two" product -- two

102

1    products.  Such serial repetition would never
2    happen on genuine products."
3  Q.  Yes, I understand that.  But I'm not asking
4    you about whether the serial numbers could be
5    repeated.  I'm asking you whether there could
6    be a transceiver that is counterfeit, but if
7    the -- but the serial numbers on its label, on
8    the barcode, and EEPROM data will match?
9        MR. BUNIS:  Can you just repeat the
10   question for me, so I can hear it again?
11       (Question read)
12       MR. BUNIS:  Objection, hypothetical.
13   You can answer if you understand the question.
14 A.  I'm not sure I understand the question.  But
15   my response is going to be that as the
16   methodology that I explained prior to you, I'm
17   not looking at a single data point to make a
18   conclusive determination of whether the
19   product is genuine or counterfeit; and that's
20   exactly the reason why I would just not be
21   looking at the holographic label to make a
22   determination, you know, solely the
23   holographic label to make a determination if a
24   product is genuine or -- or counterfeit.

103

1        My goal is to look at it holistically,
2    because in my years of experience, I've
3    understood how counterfeiters work.  And --
4    that is the reason why it is important for me,
5    as I analyze the product, to first ensure that
6    the serial number redundancy that you talked
7    about is there, which is the serial number on
8    the product matches the serial number in -- on
9    the 1D barcode; and it also matches the serial
10   number in the EEPROM.  But my analysis just
11   does not look at just that one data point.  I
12   have to look at it holistically.
13       So for these products I also have to
14   look at the fact that wherever there was a 2D
15   barcode present on the barcodes, then that 2D
16   barcode also matched the alphanumeric string
17   that was printed next to it.  Counterfeiters
18   do not have the infracture or the know-how.
19   So in many cases, in the counterfeit product
20   they use the same serial number across
21   multiple products.  And -- and the fact that
22   for all the products that were determined to
23   be genuine based on my particular methodology
24   also did not have a single serial number that

104

1  was repeated in the 647 products that were
2  determined to be genuine also further
3  substantiates the fact that these are, in
4  deed, genuine transceivers.
5       On the other hand, as I've pointed out,
6  and I'll bring your attention to the document
7  here again -- so if I could bring your
8  attention to page No. 22, following the same
9  methodology and the various data points that I
10 looked at holistically to determine if the
11 product is genuine or counterfeit, I use that
12 same methodology, nothing different for the
13 products that I analyzed in Bag No. 16. And
14 as I state in Paragraph 71, and I'll read this
15 off, "But there are also" -- I'm sorry. I
16 will start with Paragraph No. 70.
17      "For each of the 28 transceivers in Bag
18 No. 16, the serial number on the product label
19 did not" I repeat that again -- "did not match
20 the serial number recorded in the EEPROM.
21 This alone indicates counterfeiting because
22 genuine OEM products would never have such a
23 mismatch." But besides that, as I state in
24 Paragraph No. 71, my goal is to capture as

105

1  many data points as possible for me to have a
2  high degree of confidence to state that a
3  given product is counterfeit or genuine.
4       So as I state in Paragraph No. 71, "But
5  there are also numerous other indicators of
6  counterfeiting for the 28 transceivers in Bag
7  No. 16." The first one being, "Approximately
8  half of these products did not follow the
9  serial number nomenclature for genuine
10 products. For example, one device had a
11 printed serial number of '100044061421' while
12 the EEPROM serial number was 'P9N0V27M'. As
13 noted above, the serial numbers on all of the
14 authentic transceivers began with 'BP' or
15 'EX.' (The remaining 13 transceivers in Bag
16 No. 16 did follow the 'BP' nomenclature, but
17 otherwise failed my authenticity tests, as
18 noted above and below.)"
19 Q. May I just ask you a question about this
20    paragraph --
21 A. Sure.
22 Q. -- that you just read; and in particular,
23    where it says, "As noted above, the serial
24    numbers on all of the authentic transceivers

106

1  began with 'BP' or 'EX,'" correct?
2  A. Yes.
3  Q. Yes. And when you said, "As noted above," you
4     probably noted above somewhere else. I think
5     it's also in Paragraph 58.
6  A. That is correct.
7  Q. Is it correct --
8  A. Yes.
9  Q. -- where you refer to "Appendix A, Units on
10    Inventory List"?
11 A. So I -- so I'll read Paragraph 58.
12 Q. No. You don't need to read the whole thing.
13 A. Yeah. It's the second sentence in that
14    paragraph --
15 Q. Yeah.
16 A. -- which states the reference that I just made
17    which is --
18 Q. Yeah.
19 A. Yes.
20 Q. It says that, for each transceiver, the
21    printed serial number begin with BP or EX for
22    all products analyzed, correct?
23 A. Yes, that's correct.
24 Q. Yeah. Okay. Well, I would like to show you

107

1  Appendix 8 to your report, which is a
2  spreadsheet.
3           MR. JOFFE: This is the next exhibit.
4           (PX Exhibit No. 9, Spreadsheet marked
5           for identification)
6           MR. BUNIS: Can I?
7           MR. JOFFE: Yeah.
8           MR. BUNIS: Thank you.
9  Q. And the first several pages are all in green
10    and are printed off the tab called Units on
11    the Inventory List.
12 A. That -- yeah.
13 Q. Yeah.
14 A. These are all the first half, yes.
15 Q. Yeah. And I want you to look at the last page
16    of that -- sorry -- next to last page of that
17    spreadsheet. Did you get that page?
18 A. Yes.
19 Q. Can you tell me what's the serial number that
20    is three lines from the bottom?
21 A. It's A0151060 --
22        THE STENOGRAPHER: I'm sorry. Can you
23    say it again.
24 A. Okay. Sorry.

108

1  Q.  You can just tell me the first two.
2  A.  A0.
3  Q.  Okay.  And the next one up?
4  A.  A0.
5  Q.  Okay.  And do you see there are several of
6      those serial numbers that starts with A0?
7  A.  Yes.
8  Q.  And those transceivers are determined to be
9      genuine?
10 A.  That is correct.
11 Q.  Okay.  So I want to ask you whether your
12     statement that all authentic transceivers
13     began with either BP or EX is correct?
14 A.  Yeah.  It should mention A0 as well.
15 Q.  I'm asking you whether your statement that the
16     serial numbers on all of the authentic
17     transceivers began with BP or EX; is that a
18     correct statement?
19 A.  Can you please refer to the paragraph?
20 Q.  71, Bullet Point 1.
21 A.  That would not be a correct statement.
22 Q.  That is mistaken?
23 A.  Yeah.
24 Q.  I want you to take a look at the next tab,

109

1      which is printed off Units Not on Inventory
2      List.
3  A.  Mm-hmm.
4  Q.  Do you see those are printed in green,
5      referring to be genuine?
6  A.  Yes.
7  Q.  Yes.  Could you tell me what the serial
8      numbers begin with on those genuine
9      transceivers?
10     Let's start with the first one.  Just
11     tell me the first two letters.
12 A.  9X.
13 Q.  And the next one?
14 A.  Is UG.
15 Q.  And the next?
16 A.  Is UH.
17 Q.  And the next?
18 A.  Is O3.
19 Q.  We can go on, but would you agree with me that
20     100 or 30 transceivers listed there are listed
21     as genuine and they do not necessarily begin
22     with BP or EX?
23 A.  That is correct.
24 Q.  Okay.  So the indicator counterfeiting that

110

1      you listed in Paragraph 70, the first bullet
2      point isn't correct; would you agree?
3  A.  No.  That -- if you can repeat the question
4      for me, please.
5  Q.  Okay.  Bullet Point 1 in Paragraph 71 states
6      that "the serial numbers on all of the
7      authentic transceivers began with BP or EX";
8      do you see that statement?
9  A.  Yes, I do.
10 Q.  Yes.  And I want you to let me know if, after
11     reviewing the serial numbers of genuine
12     transceivers in Appendix A to your report, you
13     agree that this statement is false?
14 A.  If you don't mind, let me read through this --
15 Q.  Of course.
16 A.  -- carefully and --
17 Q.  Yes.
18 A.  -- then I'll respond to you.
19     Yes.  If you could -- I'm sorry.  If
20     you could go ahead and repeat the question.
21 Q.  My question is:  The statement in Paragraph 71
22     of your expert report that lists are
23     indicators of counterfeiting says in Bullet 1
24     -- Bullet Point 1 that the serial number --

111

1      "the serial numbers on all of the authentic
2      transceivers began with BP or EX."  My
3      question to you:  Is that a false statement?
4      Can you say yes or no, please?
5  A.  Yes.  It does -- yes.  And I would like to --
6      I -- yes.
7  Q.  Let me get it first for the record.
8  A.  Yeah.
9  Q.  That's a false statement --
10 A.  Yes.
11 Q.  -- correct?
12     Okay.  Then I will ask you that the
13     statement is -- we've looked before.  You
14     repeat it several times in your report,
15     correct?
16     MR. BUNIS:  Objection.
17 Q.  We can go back again and look at it.
18     Paragraph 58.  And just that -- or in the
19     Units on Inventory list --
20 A.  Yes.
21 Q.  -- printed alphanumeric serial numbers began
22     with BP or EX for all products analyzed.  That
23     is --
24 A.  This is in relation to the 643 transceivers.

112

1  Q.  Correct.
2  A.  Yes.  This particular comment, yes.
3  Q.  Correct.  Is that a false statement?
4  A.  That is not entirely correct.
5  Q.  Is it a false statement?
6  A.  Yes.
7  Q.  Thank you.
8          Why did you make those false statements
9      in your report?
10         MR. BUNIS:  Objection.  You can answer.
11 A.  I did not intend to make a false statement.
12     That is just an oversight.  But in the end it
13     does not change the overall analysis of the
14     product --
15 Q.  Well, I'm not asking about the --
16         MR. BUNIS:  Let him finish.
17 A.  It doesn't --
18         MR. BUNIS:  Okay.
19 A.  It does not change my final determination,
20     because, as I said, the idea with my
21     methodology is to not rely on just one data
22     point but multiple data points.  And as stated
23     in Paragraph 71, there are multiple other data
24     points that I looked at holistically

113

1      altogether to come to a final determination.
2  Q.  Yeah.  Well, we'll break them down, okay,
3      because we're not going to look at them
4      holistically.  We'll just take one by one.
5      Would you agree with that approach?
6  A.  I'm okay with the approach.
7  Q.  Okay.  And the first bullet point in that
8      holistic approach of yours, you just admitted
9      is false --
10         MR. BUNIS:  Objection.
11 Q.  -- true?
12         MR. BUNIS:  Objection.
13 Q.  Are you familiar with H3C's nomenclature
14     conventions?
15         MR. BUNIS:  Objection, vague.  You can
16     answer if you understand.
17 A.  Nomenclature of -- of what?
18 Q.  Nomenclature conventions.  You used that term
19     several times in your report.
20 A.  So my observation was based on the products
21     that were deemed -- that were qualified as
22     being genuine.
23 Q.  Yeah.  And here is the -- we just looked at
24     both lists, Units on the Inventory List and

114

1      Units Not on the Inventory List.  The genuine
2      transceivers there do not all start with BP or
3      EX.  So how could your conclusion was based on
4      that application?
5  A.  As I said, yeah, that was -- that was an
6      oversight on my part.
7  Q.  Okay.  All right.  The next bullet point in
8      your Paragraph 71 says that the vendor listed
9      in EEPROM data is H3C, which is not a valid
10     value; do you see that?
11 A.  That is correct.
12 Q.  And how do you know it's not a valid value?
13 A.  Well, in my years of experience, it is the ODM
14     -- ODM, it's an acronym -- that is listed
15     under the vendor name field and the EEPROM.
16     And I was also informed by HP that an
17     authorized vendor for this part number was
18     WTD.
19 Q.  Let's just go back for a second to your list
20     of genuine transceivers on the inventory list.
21     And we're going back to the page next to the
22     last one.  And the page next to last of the
23     inventory list, the previous -- yeah, that's
24     the section.  Do you see in the vendor name

115

1      it's not just WTD; there is another vendor --
2  A.  Yes.
3  Q.  -- called Hisense; do you see that?
4  A.  Yes.
5  Q.  Okay.  And also in the Units Not on the
6      Inventory List there are a number of different
7      vendors.  That's Sumitomo Electric, Finisar,
8      and -- or -- all right.  So four.
9  A.  So the WTD reference that I made to was the
10     ODM vendor for the SFB devices.  And I was
11     also informed that for X -- XFB devices, the
12     ODM -- approved ODM vendors were Sumitomo
13     Electric and Finisar Corporation.
14 Q.  All right.  So it's not just WTD, correct?
15 A.  That is correct.
16 Q.  Yeah.  Okay.  Thank you.
17         And I want to show you the next
18     exhibit, which is this document, which was
19     actually Exhibit 3 to Dr. Fang's report.
20         MR. BUNIS:  Exhibit 3.  Okay.
21 Q.  And you would have viewed Dr. Fang's report,
22     correct?
23 A.  That's correct.
24 Q.  Yeah.

116

| | |
|---|---|
| 1 | (PX Exhibit No. 10, Document - Exhibit 3 |
| 2 | marked for identification) |
| 3 Q. | Before we ask about this report, I'm going to |
| 4 | ask you in your prior work on counterfeiting |
| 5 | at Cisco, did you deal with H3C brand |
| 6 | transceivers? |
| 7 A. | No. |
| 8 Q. | No.  At Vantage Point did you ever work with |
| 9 | H3C transceivers? |
| 10 A. | No. |
| 11 Q. | And at Sideman & Bancroft did you work with |
| 12 | H3C transceivers? |
| 13 A. | No. |
| 14 Q. | No.  And at True Pedigree did you work with |
| 15 | H3C transceivers? |
| 16 A. | Only in this capacity. |
| 17 Q. | Well, right. |
| 18 | Yeah. |
| 19 Q. | I understand that.  But outside of this you |
| 20 | didn't have any prior experience with H3C |
| 21 | products, correct? |
| 22 A. | Yeah.  I have experience with transceivers, |
| 23 | but not with -- |
| 24 Q. | But not H3C -- my question is about H3C. |

117

| | |
|---|---|
| 1 | Okay.  All right.  So I want you to |
| 2 | take a look at Exhibit 3 to Dr. Fang's report, |
| 3 | which is in front of you.  And it's in |
| 4 | Mandarin, but there is a translation further |
| 5 | on.  But I want to show you this page with the |
| 6 | electronic readout of the transceiver.  Do you |
| 7 | see that one. |
| 8 A. | Yes. |
| 9 Q. | Do you see that it has a vendor name? |
| 10 A. | Yes. |
| 11 Q. | And what does it say for vendor name? |
| 12 | MR. BUNIS:  I -- go ahead, answer. |
| 13 | MR. JOFFE:  Do you have objection to my |
| 14 | question? |
| 15 | MR. BUNIS:  I was just going to ask him |
| 16 | to read the entire document if he needs to, |
| 17 | because you're ask -- you're pointing him to |
| 18 | one page.  So I was just going to instruct him |
| 19 | to take his time and look at the whole thing. |
| 20 | MR. JOFFE:  It's Mandarin.  He can't |
| 21 | read the whole page. |
| 22 | MR. BUNIS:  He can't read the document |
| 23 | because it's in Mandarin. |
| 24 | MR. JOFFE:  It has English translation |

118

| | |
|---|---|
| 1 | that -- I will ask him about that. |
| 2 Q. | My point is:  Do you see the printout, the |
| 3 | readout of the vendor name on it? |
| 4 A. | Yes, I do. |
| 5 Q. | Yeah.  Do you see which company's listed as |
| 6 | the vendor? |
| 7 A. | H3C. |
| 8 Q. | Okay.  The English version has the same |
| 9 | picture.  So there's not much to read, other |
| 10 | than vendor name is listed as H3C, correct? |
| 11 A. | The vendor name is listed -- |
| 12 Q. | Yeah. |
| 13 A. | -- as H3C, but this does not necessarily -- |
| 14 | A) this document, you know, to me is |
| 15 | unreliable, because it's originally in |
| 16 | Mandarin.  I don't know where it came from, |
| 17 | what products it covers.  And most importantly |
| 18 | what I want you to be aware of, that what this |
| 19 | does at the very top is a command which says |
| 20 | display transceiver interface.  It has no |
| 21 | connection with the data that I'm reading from |
| 22 | the EEPROM. |
| 23 Q. | My question is:  You said that H3C is not a |
| 24 | valid value for vendor name.  We just |

119

| | |
|---|---|
| 1 | established that you've never worked with H3C |
| 2 | products, correct?  And I showed you a |
| 3 | document that Dr. Fang's used as H3C security |
| 4 | bulletin that is published in -- there is not |
| 5 | -- of course, a question for you, whether it's |
| 6 | authentic or not; but it's published by H3C, |
| 7 | and it shows vendor name for the transceiver, |
| 8 | and it has H3C value and the vendor name; is |
| 9 | that correct? |
| 10 | MR. BUNIS:  Hold on.  Can you repeat |
| 11 | the question, please. |
| 12 | THE STENOGRAPHER:  I was actually going |
| 13 | to ask if you -- |
| 14 | MR. JOFFE:  I could repeat it. |
| 15 Q. | Did the document that I showed you, which |
| 16 | Dr. Fang attaches to his report as H3C |
| 17 | security bulletin, shows an electronic readout |
| 18 | of the transceiver which has H3C as a vendor |
| 19 | name; do you see that? |
| 20 A. | That is correct. |
| 21 | MR. BUNIS:  I -- |
| 22 Q. | My question to you is:  Your Bullet Point |
| 23 | No. 2 said that H3C is not a valid value -- |
| 24 A. | But, again, I -- |

120

1  Q.  -- as a vendor?

2  A.  And, again as I'm saying to you, like
3      previously, the field that is defined as the
4      vendor name and EEPROM is different from what
5      is being defined here.  I have no means to
6      know as to what vendor name this field refers
7      to and where.  And -- and, again, I want to
8      reiterate this.  As I've said before, my goal
9      is to collect different data points, right, my
10     observation and -- and --

11 Q.  You said that already.

12     MR. BUNIS:  Let him finish.

13 A.  I want to complete my -- because it's very
14     important.  The -- I was informed by HP that
15     the vendor for SFB devices is WTD, okay?  I
16     capture that as data point.  But as I've
17     shared with you earlier, that data point was
18     not taken into account in determining if the
19     product was genuine or counterfeit.  What I
20     based my analysis on was the anomalies of
21     which the serial number on the product did not
22     match the serial number in the -- either the
23     1D barcode or the serial in EEPROM.  That to
24     me is an anomaly; and if that is present, then

121

1      the product is counterfeit.

2      And also ensured that the 2D barcode,
3      okay, now a different data point, a 2D barcode
4      was -- was represented correctly as the
5      alphanumeric string that was printed next to
6      it.  And then last, but not least, that there
7      was no repetition of serial numbers in all the
8      products that were determined to be genuine;
9      whereas, as in the other case, there were
10     repetitive serial numbers and other criterias,
11     which I'm more than happy to point out.  So at
12     the end of the day, the vendor name was not --
13     it was a data point that I had; but it was not
14     the basis for my final determination in
15     concluding whether the product was genuine or
16     counterfeit.

17 Q.  Thank you, Mr. Raina.  I understand that.  I'm
18     trying to go bullet by bullet and statement by
19     statement in Paragraph 71 that lists are the
20     indicators for counterfeiting.  I understand
21     your holistic approach.  I just want to probe
22     each of the points or some of the points that
23     you've listed as indicators of counterfeiting
24     that you've considered.

122

1      We've looked at Bullet Point 1 where
2      your indicator was a serial number
3      nomenclature.  And we've established that that
4      statement was false.  I'm looking at the
5      Bullet Point 2 where you said that H3C is not
6      a valid value for vendor.  And I showed you
7      one document by H3C where it lists vendor name
8      as H3C.

9  A.  So I -- and I --

10 Q.  So just sticking --

11 A.  -- responded --

12 Q.  -- with this vendor number, is -- if you look
13     at this printout, would you agree, at least
14     based on this document, that had H3C is a
15     valid vender number --

16 A.  I --

17 Q.  -- name -- sorry --

18 A.  I would not -- I would not, because I --

19 Q.  -- based on this document?

20 A.  -- I would not find this document reliable.

21 Q.  You would not?

22 A.  Yes.

23 Q.  Okay.  Well, let me -- I'm going to show you
24     another document.

123

1      MR. BUNIS:  Before we get to the next
2      document, let's take a break.

3  Q.  And what's the basis for you doubting the --

4      MR. BUNIS:  Wait.  We're going to take
5      a break.  That's right.  Before we get to the
6      next document, we're going to take a break.

7      MR. JOFFE:  No.  I control the
8      deposition.  He didn't ask for a break.  You
9      asked for a break, and we're not giving you a
10     break.

11     THE WITNESS:  I would like to have a
12     break.

13     MR. JOFFE:  Do you want to -- you
14     didn't even ask me.

15     MR. BUNIS:  We can go off the record.

16     MR. JOFFE:  So are you interrupting the
17     deposition?

18     THE STENOGRAPHER:  Are we off or on?

19     MR. JOFFE:  Are you --

20     MR. BUNIS:  The witness asked for a
21     break.  We're going to take a break.

22     MR. JOFFE:  On your --

23     MR. BUNIS:  We've been going more than
24     an hour.  We're going to take a break.

124

1     MR. JOFFE:  On your command.

2     (Discussion off the record)

3     MR. JOFFE:  Are we on the record?

4     THE STENOGRAPHER:  Yes.

5  Q.  Mr. Raina, did I tell you in the beginning

6     that if you want a break, just ask and we'll

7     arrange for a break while there is no pending

8     questions?  You didn't ask me for a break?

9  A.  I just did.  I would like to take a break.

10 Q.  You just did?

11 A.  Yes.

12 Q.  And you asked me after your counsel

13    interrupted and asked for a break, correct?

14    MR. BUNIS:  Dimitry, we're going to

15    take a break.  Let's go off the record.

16    THE WITNESS:  Need a break.

17    MR. JOFFE:  If you need a break, tell

18    me next time.

19    THE WITNESS:  Okay.

20    (Discussion off the record)

21    (Lunch recess)

22

23

24

125

1              AFTERNOON SESSION

2     MR. JOFFE:  Back on the record?

3     THE STENOGRAPHER:  Yes.

4     MR. JOFFE:  Thank you.

5  Q.  So, Mr. Raina, just before the break we were

6     looking at Exhibit 3 to Dr. Fang's report,

7     which showed an electronic printout of

8     information received transceiver; and it lists

9     H3C in the vendor name field.  And I wanted

10    you to take a look at that exhibit, because in

11    your Paragraph 71, among indicators of

12    counterfeiting, you said that H3C is not a

13    valid value for the vendor field, correct?

14    MR. BUNIS:  Objection.  I just -- it --

15    can you read back the question?

16    (Question read)

17    MR. BUNIS:  Objection, vague.  But you

18    can answer if you understand the question.

19 A.  I do see H3C written on the document here

20    (indicating); but to me this document is not

21    reliable, as I pointed out before.  And I was

22    informed by HP, as I stated earlier, that WTD,

23    amongst other, was an approved vendor for the

24    product in question.  So all I see here is

126

1     something that I can't rely on, was written in

2     Mandarin.  All I see written in front of me is

3     H3C.  That's all I can honestly attest to.

4  Q.  If you assume, which I ask you to do, that the

5     document in front of you is authentic H3C

6     document, would you agree that the document

7     lists H3C as a valid vendor name?

8     MR. BUNIS:  Objection, vague.  You can

9     answer if you understand.

10 A.  Again, it's unreliable to me.  So I'm not --

11    it doesn't say -- you know, I have no idea --

12    this was written in Mandarin, which I cannot

13    read it, obviously.  I can't trust the

14    translation.  I see H3C written here.  I agree

15    as the vendor name, but I don't know in what

16    context this is being referred to.

17 Q.  Okay.  I'll show you the next exhibit; but

18    before that, I want to ask you this.  Are you

19    aware that you were supposed to disclose all

20    the facts and data that you relied upon in the

21    report?

22 A.  I'm sorry.  Can you repeat that question

23    again?

24 Q.  Do you -- are you aware that you should have

127

1     disclosed all the facts and data that you

2     relied upon in reaching your opinions in your

3     report?

4  A.  That is correct, yes.

5  Q.  Correct.  You just said several times that

6     you've been told by HP that WTD is the vendor

7     for the transceivers?

8  A.  One of many approved vendors for the

9     transceivers, yes.

10 Q.  You used that fact to say that H3C is not a

11    valid vendor?

12 A.  Yes.

13 Q.  Okay.  Well, shouldn't you have disclosed that

14    information in your report?

15 A.  I think I have disclosed that where --

16 Q.  Where?

17 A.  It's -- H3C is not an approved vendor.

18 Q.  No, no, no.  The fact that WTD is the vendor

19    for those transceivers, where did you disclose

20    that in your report?

21 A.  So -- so my analysis for the 647 transceivers,

22    as I've shared earlier, did not take into

23    account -- I was -- I was looking for anomaly.

24    So what I captured are the anomalies that I

128

1  observed on the products. And whenever they
2  were not present, I kind of stated that out.
3  Q. Right, I understand. What I'm asking you is
4  that -- and I think you confirmed -- that you
5  should have disclosed all the data and facts
6  that you relied upon in reaching your
7  conclusions. And one of the facts that you
8  just disclosed is that you've been told by HP
9  that WTD is the approved vendor for those
10  transceivers?
11 A. The -- yes. They did inform me, yes.
12 Q. Yeah. But -- okay -- and I don't believe it's
13  stated in your report anywhere. If you can
14  show me where it is, I'll be happy to take a
15  look.
16 A. And what -- what it is exactly that you're
17  looking for, what kind of --
18 Q. That WTD is an approved vendor for those
19  transceivers.
20 A. In my report?
21 Q. Yes.
22 A. I don't think that's captured anywhere.
23 Q. Okay. Thank you.
24      I want to show you the next exhibit.

129

1      MR. BUNIS: This is No. 11?
2      THE STENOGRAPHER: 11, yup.
3      (PX Exhibit No. 11, Statement of
4      Anti-counterfeiting for H3C Hosts, and
5      Optical Modular marked for
6      identification)
7  Q. And I apologize for part of it, and that's how
8  it's printed. But the document is called
9  "Statement on Anti-counterfeiting for H3C
10  Hosts, and Optical Modules." It has HC3 logo
11  on the top.
12      MR. BUNIS: Dimitry, I'm sorry to
13  interrupt.
14      MR. JOFFE: Yes.
15      MR. BUNIS: Are you going to ask him
16  questions about this document?
17      MR. JOFFE: Yeah.
18      MR. BUNIS: Okay. And so why don't you
19  take the time --
20      MR. JOFFE: I want --
21      MR. BUNIS: -- to read the whole thing.
22      MR. JOFFE: I want to ask him questions
23  about the -- actually, the second page
24  printout.

130

1      MR. BUNIS: Yeah. Well, you're going
2  to read the whole thing.
3      MR. JOFFE: Yeah.
4      MR. BUNIS: Take your time and read the
5  whole thing.
6      THE WITNESS: Is it okay if I can
7  borrow a pen from someone?
8      MR. BUNIS: A pen?
9      THE WITNESS: Yeah.
10      MR. JOFFE: Sure. You can borrow from
11  me.
12 Q. The first part --
13      MR. BUNIS: I'm just going to -- I
14  don't want you to write on it, just -- you can
15  underline it, but I don't want you to write on
16  it.
17 Q. You can use another copy if you want to write.
18      MR. BUNIS: He -- no, that's okay.
19 A. I'm just -- yeah. I'm just going to
20  underline.
21 Q. Okay.
22      MR. BUNIS: And just wait for him to
23  read the whole thing.
24      MR. JOFFE: Well, listen, if I ask him

131

1  about a particular document, about just one
2  part of the document, I don't need to sit and
3  wait until he reads the whole document.
4      MR. BUNIS: I --
5      MR. JOFFE: Because the document could
6  be multipage. It has nothing to do with my
7  question or his answer. So I'm directing him
8  to the relevant part.
9      MR. BUNIS: I beg to differ with you.
10      MR. JOFFE: Well --
11      MR. BUNIS: I think it's a matter of
12  giving the most complete and accurate
13  testimony. It's fair that the witness be
14  allowed to review the entire the document, and
15  not just sort of the portions that you want to
16  direct him to. And that's what I'm going to
17  instruct him to do.
18      I think there's language on the bottom
19  of the first page of 11 that's cut off from
20  mine. I don't know -- I can't -- the same for
21  the top of the second page.
22      MR. JOFFE: Yeah. Yeah.
23 A. Okay.
24 Q. Okay. So my question is really on page 2 and

132

1     it's very limited.  I just wanted to ask you

2     to take a look at electronic readout that's on

3     top of the page.

4  A.  It's very small but I -- yeah.  I'll try my

5     best to read it.

6  Q.  Yeah.  I think it says the two places shall be

7     filled with yes and H3C to indicate that this

8     optical module is the -- appears an authentic

9     H3C product.  And there's H3C and the vendor

10    name; do you see that?

11       MR. BUNIS:  Objection.  You can answer.

12  A.  Again, I see H3C.

13       MR. BUNIS:  Do you see?

14  A.  Yeah.  And then I can -- I -- I -- it's

15     printed there as the vendor name.  That's what

16     I see.  It's written here on this document --

17  Q.  Right.

18  A.  -- yes.

19  Q.  Right.  And you see that the rest of the

20     document on the bottom indicates the date

21     December 31, 2019, and that it's an H3C

22     statement to anti-counterfeiting?

23       MR. BUNIS:  Objection.  You can answer

24     if you can.

133

1  A.  So I don't know the source of this document;

2     but I do see December 31, 2019 --

3  Q.  Yes.

4  A.  -- written at the bottom of the document.

5  Q.  So what I want to ask you is that do you see

6     that H3C is used as a vendor name --

7  A.  So this is --

8  Q.  -- for the transceiver?

9  A.  So this is, again, where I want to explain the

10    difference here.  I -- I --

11  Q.  I'm asking you --

12  A.  It is very important.

13  Q.  -- a specific question.  Please ask -- answer

14    my specific question.

15  A.  The vendor name and EEPROM can be very

16    different than what you see being displayed

17    here by the command at the very top that is

18    entered on an H3C device, most likely a router

19    or a switch.  In my previous experience with

20    Cisco and other networking companies, the

21    software that is reading it is not reading the

22    EEPROM from fields necessarily.  It's

23    interpreting -- interpreting the fields in the

24    EEPROM.

134

1     So what I mean by that is if in the

2     EEPROM, for example, if the part number says

3     XYZ-H3C, what the software picks up on for the

4     end customer -- because the end customer is

5     purchasing this from H3C.  They're not

6     purchasing this product from WTD.  So what

7     they showcase to the end customer is that this

8     is an H3C vendor that you purchased it from.

9     But it is not the same vendor that I'm talking

10    about in my report as it relates to the field

11    in the EEPROM.

12     And I want to make sure that you

13    understand -- and there's a big difference

14    between the two.  This is the vendor name as

15    it is showcased to the end customer for H3C.

16    H3C sells routers and switches and

17    transceivers that plug into its enterprise

18    customers, to businesses.  When those

19    businesses get the routers and switches, they

20    plug in the transceivers.  They've been

21    provided a software command that displays this

22    information.  And this information is not

23    being read from the EEPROM.

24     I've -- I've done this for multiple

135

1    networking companies.  They're interpreting

2    the data that is in the transceiver and

3    letting the enterprise and customer know that

4    you are looking an H3C device or a CISCO

5    device or a Juniper device.  They're not

6    sharing with the end customer as to who their

7    vendor is.  But in the EEPROM, the vendor name

8    or field that I'm talking about, it's an

9    industry standard.  That's why if you look at

10    any EEPROM in the same location in the EEPROM,

11    it's going to tell you the vendor name, which

12    is really the ODM, who design and manufacture

13    the product.

14     So there is a big difference in how

15    you're interpreting the vendor name, because

16    the vendor name is subjective.  It's whose

17    vendor.  This is for the end customer.  Who

18    was their vendor?  Who did they purchase from?

19    And they purchased from H3C.  But when I'm

20    looking the EEPROM, I'm -- what I'm looking at

21    is the vendor for H3C, who H3C procured the

22    products from.  So that could be WTD.  That

23    could be, as -- you know, as we've seen, that

24    could be Sumitomo, because those are the

136

1  vendors that design these products in this
2  space.
3  Q.  Mm-hmm.  Okay.  Let's take a look at Bullet
4  Point -- in Paragraph 71, back to your report.
5  Bullet Point 4 at the end of the page.
6  A.  Yes.
7  Q.  And if you can read that bullet point, please.
8  A.  "The EEPROM date code for all but 1 of the
9  28 devices was '101028,' which strongly
10  suggests a counterfeit operation where the
11  same date code was written on all the EEPROMs.
12  In the 647 genuine transceivers, by contrast,
13  there are 25 different dates of manufacture."
14  Q.  Okay.  So in 647 genuine transceivers, there
15  were 25 different dates of manufacture you
16  say --
17  A.  Yes.
18  Q.  -- correct?
19        And that comes out -- if I divide it,
20  647 by 25 comes out to 26 devices on average
21  were the same date, correct?
22        MR. BUNIS:  You're asking him about the
23  math?
24        MR. JOFFE:  Yeah.

137

1  A.  That is --
2  Q.  Well, approximately.  We can easily divide 647
3  by 25.
4        MR. BUNIS:  You're asking him to check
5  -- I'm just confirming the question.
6  Q.  No.  I'm just -- yeah.  Why don't we check.
7  A.  That is not how it was dispersed.  If you're
8  just looking at an average --
9  Q.  No, I understand.  So my question is simple.
10  647 devices with 25 it different dates.  So on
11  average, not dispersed, though, on average,
12  that would come to about 26 devices with the
13  same date, is that not correct, 647 divided by
14  25?
15  A.  It's -- that is not how it was -- how that
16  looked if I -- you know, I -- if the analysis
17  that was done.  But at an average, yes, you're
18  correct.
19  Q.  Yes.  Okay.  And how was the distribution, the
20  dates and the transceiver section?
21  A.  I do not have that information with me.
22  Q.  But it's easy to check if you have your
23  spreadsheet, correct?
24  A.  No.  It's not captured in the spreadsheet.

138

1  Q.  Okay.  Well, let's take a look on the
2  spreadsheet then.
3  A.  The overall numbers that I'm talking about.
4  Q.  Yeah.  You see date code?
5  A.  Yes.
6  Q.  So it is captured in this spreadsheet?
7  A.  I'm -- yeah.  What I'm referring to is the --
8  the overall numbers for a certain date code,
9  how that is dispersed across different date
10  codes --
11  Q.  Well, the date codes --
12  A.  -- a specific date code.
13  Q.  Date codes are listed in the spreadsheet,
14  correct?
15  A.  That is correct.
16  Q.  Okay.  Would it surprise you that there are
17  50 devices in the spreadsheet that you deemed
18  genuine with the same date?
19  A.  It would not surprise me.
20  Q.  Okay.  Would it surprise you that there are
21  80 devices for the same date?
22  A.  How many?  I'm sorry.
23  Q.  80.
24  A.  I haven't done that calculation; but if that

139

1  is the right calculation, it wouldn't surprise
2  me.
3  Q.  136 devices with the same date would surprise
4  you?
5  A.  No.
6  Q.  No.
7  A.  Not at all.
8  Q.  Okay.  Well, I -- I'll just explain that these
9  numbers can be easily accomplished if you
10  sort --
11  A.  Okay.  Yeah.
12  Q.  -- you know, you sort your column by dates --
13  A.  Yeah.
14  Q.  -- then you will see it will repeat the
15  date --
16  A.  Correct.
17  Q.  -- right?
18        So when you say that all but 1 of 28,
19  which means 27 devices have the same date
20  code, and you say that this strongly suggests
21  a counterfeiting operation, would 150 or
22  80 devices with the same date code not
23  strongly suggest a counterfeiting operation?
24  A.  No.  That's -- that's absolutely incorrect.

140

1    So what this suggests is that if a big
2    majority of the products that were deemed
3    counterfeit had the same date code -- and I in
4    my years of experience have observed this over
5    and over again when you're getting batches.
6    So from what I was -- I know is that ICT
7    procured products from different sources
8    outside of HP.  And if that procurement was
9    coming from one counterfeiting entity, this is
10   a strong indication that the same date code
11   has been written into all those EEPROMs; and
12   whereas, if you're looking at a large data
13   set, in this case about 657 products, that
14   were sold by HP initially in the 2010 time
15   frame, it doesn't surprise me that there would
16   be a few date codes that would have, you know,
17   the numbers that you're talking about.
18       But the -- the -- the key point
19   here is that a big chunk of the products that
20   were determined to be counterfeit had this
21   fingerprint.  And again I want to go back to
22   the point I was making earlier.  My job was to
23   look at multiple data points and reach a
24   conclusion by looking at this holistically.

141

1    All right.  So if this was the only indicator,
2    I would not be too sure.  I'm adding up all
3    the indicators that I know in my personal
4    experience and how counterfeiters work,
5    because counterfeiters are lazy.  So what they
6    do is they -- they do not have the
7    infrastructure or the automation.  They'll
8    just say, okay, pick one date code.  Let's
9    counterfeit
10   100 devices today, 28 devices today.  Let's
11   burn in 101028 and we're done.  And that's
12   what I'm trying to indicate.
13       So it's not the numbers purely that
14   you're talking about.  It's the numbers in
15   context of the overall quantity and along with
16   the other data points that I'm trying to
17   showcase here.
18 Q. Well, I think your report says that those are
19   indicators of counterfeiting -- and let me
20   finish that -- and I would think that you look
21   at all the transceivers to see whether they
22   have indicators of counterfeiting; but you did
23   something different.  You've determined that
24   28 are presumptively counterfeiting, and then

142

1    you tried to fit those criterias to match
2    them.  Because if the -- a group of
3    27 transceivers with the same date code,
4    according to your report, strongly suggests a
5    counterfeit operation, then why a group of
6    transceivers of 50 or 80 or more than 100 do
7    not suggest a counterfeit operation --
8        MR. BUNIS:  I'm not --
9 Q. -- again, if that is the criteria that you use
10   as an indicator of counterfeiting?
11       MR. BUNIS:  I'm not sure I understand
12   what the question is.
13       MR. JOFFE:  Well, Mr. Raina report says
14   that 27 transceivers with the same date code
15   is strong suggestion of counterfeit operation.
16   That's what the bullet point says --
17       MR. BUNIS:  What --
18       MR. JOFFE:  -- on Paragraph 71.  And I
19   give Mr. Raina a scenario that from his
20   analysis (indicating) where there are groups
21   of transceivers numbering in 50, 80, or more
22   than 100 with the same date code.
23 Q. And how is that not an indicator of
24   counterfeiting?  That was my question.

143

1        MR. BUNIS:  I --
2 Q. And I understand your answer.
3        MR. BUNIS:  You're -- okay.
4 Q. Right?
5 A. I think you -- I'm sorry to say, but I don't
6    think you're understanding my response, which
7    is I'm not just looking at that data point.
8    So let me elaborate.
9 Q. I understand your holistic --
10 A. No.  I would like to elaborate, because I want
11   to be accurate --
12 Q. Okay.
13 A. -- and -- and I describe what I've done here,
14   because I've done that.  So if you look -- if
15   you're just looking at that one data point --
16   what I'm telling you, I'm looking at this
17   holistically.  So, for example, if you look at
18   the second to last bullet on page 23, "All but
19   1 of the 28 products had a 2D barcode, and all
20   27 read incorrectly."
21       It further adds to my indicators of
22   counterfeit; whereas, for all the devices that
23   I've determined are genuine were -- a 2D
24   barcode was present, I did not have this

DEPOSITION OF SHELLEY RANA                                                                    02/05/2020

144

1    anomaly.  I did not see this anomaly.
2  Q. Okay.
3  A. On top of that, last but very important --
4    and, again, this is with my experience and --
5    and -- and living in this world for 20 years,
6    on a genuine transceiver or a batch of genuine
7    transceivers, you will not see a serial number
8    being duplicated.  That just does not happen.
9    The genuine manufacturing operations have
10   quality control in place.  They have checks
11   and balances in place that that never happens.
12        For this set of 28 transceivers, there
13   were two set of serial numbers that were
14   repeated, one four times and the other one two
15   times.  So, again, I go back to the point I
16   was making earlier.  What I'm stating is
17   looking at multiple data points, looking at it
18   holistically and not basing my assumption on
19   one data point, and that's exactly why I just
20   did not want to be looking at the holographic
21   labels as the only indicator, because that
22   would not in my years of experience be a
23   truthful and precise determination of the
24   nature of the product.

145

1  Q. I don't think I ever asked you whether you
2    look at hologram labels as the only indicator.
3    My question to you was:  Whether you looked at
4    hologram label as an indicator, one of the
5    indicators of counterfeiting; and you said
6    that you didn't, correct?
7  A. That is correct.
8  Q. Correct.
9  A. My response to you also was that I did as an
10   engineer, I always try to collect all the data
11   points that are relevant in context of what
12   I'm trying to achieve; and I did ask HP for
13   that data point, but they did not have it.  So
14   I looked at everything else holistically.
15 Q. Which data point did you ask HP for?
16 A. As I stated earlier, when you asked me earlier
17   today, that data point was around did they
18   have any documentation around H3C holographic
19   labels at that point in time.
20 Q. And HP told you that they didn't?
21 A. Yes.
22 Q. Okay.  You mentioned Bullet Point 2 on page 23
23   about 2D barcode?
24 A. The second bullet point?

146

1  Q. Yeah.
2  A. Yes.
3  Q. 2D barcode matching the alphanumeric string
4    printed next to it.  Is that a serial number?
5  A. That is not the serial number.
6  Q. What is that number?
7  A. I am not sure as to what that number was.
8  Q. You don't know what alphanumeric string is?
9  A. I know what an alphanumeric string is.
10 Q. No, no, no.
11 A. It's a combination of --
12 Q. I mean, in this context what does alphanumeric
13   string printed next to the 2D barcode
14   indicate?
15 A. No.
16 Q. Okay.
17      MR. BUNIS:  Wait.  I'm sorry.  Hold on
18   a second.  I just want to make sure there's an
19   understanding of the question.
20      MR. JOFFE:  He answered it.  So we're
21   moving on.
22      MR. BUNIS:  I --
23 Q. It's not the serial number, correct?
24 A. The -- yeah.

147

1  Q. The 2D barcode?
2  A. The 1D -- the 1D barcode --
3  Q. No.  I'm asking about 2D --
4      THE STENOGRAPHER:  I can only do one.
5      THE WITNESS:  I'm sorry.
6  Q. On Bullet Point 2 on page 23, it talks about
7    2D barcode and alphanumeric printed string
8    next to it.  The alphanumeric string is not a
9    serial number, correct?
10 A. It's not the serial number, correct.
11 Q. It's not.  Then I asked you do you know what
12   that number is?
13      MR. BUNIS:  Hold on.  Hold on.  I want
14   to make sure I understand.  When you say "that
15   number," what are you -- what do you mean?
16      MR. JOFFE:  Alphanumeric string printed
17   next to the 2D barcode.
18      MR. BUNIS:  Are you asking him does he
19   know what the alphanumeric string number is?
20      MR. JOFFE:  What it means.  We've
21   established it's not a serial number.  So I
22   want to know what that is.
23 A. I --
24      MR. BUNIS:  If you can answer, please

148

1    answer.
2  A.  Yeah.  I don't know.  But my -- but the point
3      I'm trying to make here is that alphanumeric
4      string -- so what you have to understand about
5      labels is that just like the serial number it
6      is printed alphanumerically, so it is human
7      readable (indicating).  All of us can read it
8      if somebody asks us what the serial number is.
9      But then it is also represented in a machine
10     readable format.  And that is why you have the
11     1D barcodes, because on a manufacturing line
12     you have 1D barcode readers.  They're not --
13     you know, they don't have the team to read the
14     serial number, to scan the serial number, and
15     that's how they captured it.
16          Similarly, the 2D barcode is supposed
17     to represent -- in all the products that were
18     genuine, when I scanned the 2D barcode, it
19     presented the entire alphanumeric string that
20     was printed next to it.  So the goal being
21     that the alphanumeric string is also
22     represented in a machine readable format.
23     However, on these products that I have
24     determined to be counterfeit, the products

149

1      that had the 2D barcode and I read the 2D
2      barcode, it only read a portion of the string,
3      the second half of the string and not the
4      entire string; and that to me is a big anomaly
5      that I'm trying to capture in this as another,
6      as I stated before, as an extra data point
7      that adds up to the anomalies that I've
8      presented in this section.
9  Q.  Did you record your 2D barcode readings --
10 A.  I --
11 Q.  -- anywhere?
12 A.  I have recorded the 2D barcode readings.
13 Q.  And you just said that they contain half of
14     the alphanumeric code printed, but --
15 A.  Right.
16 Q.  -- not the whole of it?
17 A.  That is correct.  For these devices.
18 Q.  Okay.  What are those readings in your report?
19          MR. BUNIS:  Objection.  Readings?  I --
20 Q.  What are the readings from the 2D barcode in
21     your report?
22 A.  I'm not sure I -- I follow that.
23 Q.  Where did you capture --
24 A.  I --

150

1  Q.  You just said that you read the barcode,
2      compared them with alphanumeric string, and
3      see that they're half full, that is captured.
4      Where is that data in your report?
5  A.  That is not in this report, but that is a data
6      point that I did capture.
7  Q.  Well, why did you list it in your report then?
8  A.  I listed the -- the conclusion from that.
9  Q.  I understand.  But what is the actual readings
10     of the data that you collected?
11 A.  That is not -- that is not part of the report.
12 Q.  Okay.  Why is it not part of the report?
13 A.  As I said, my goal was to -- was to conclude
14     from the readings as to the anomalies that I
15     observed, and that is what I have captured in
16     the report.
17 Q.  Well, you've listed other data.  You've listed
18     serial numbers.  You've listed serial numbers
19     on 1D.  You've listed the serial numbers from
20     label and serial numbers from EEPROM.  But you
21     didn't list either alphanumeric numbers
22     printed onto the left label, nor the barcode
23     readings from the 2D barcode labels, correct?
24 A.  So that is correct.

151

1  Q.  Yeah.  So that's what I'm asking.  Why didn't
2      you include that data in your report?
3  A.  As I said, I just used that data to drive a
4      conclusion and capture that in the report.  So
5      that was my goal.
6  Q.  But we cannot not check that -- the conclusion
7      or test it without the readout data, correct?
8          MR. BUNIS:  You can test it.
9  A.  Yeah, you can.  Anybody can --
10 Q.  No?
11 A.  -- take a look at the products and test it for
12     -- for the 27 products that I'm talking about.
13     That's very simple for us to do.
14 Q.  Did you check the barcode on the label, 2D
15     barcode -- I'm talking about 2D barcode right
16     now -- on the rest of the transceivers as
17     well?
18 A.  On -- when you say "rest of the transceivers,"
19     what do you mean?
20 Q.  Well, you said the 28.  But I mean the whole
21     batch of the transceivers.  Did you --
22 A.  Yes.  Whatever the 2D -- and I would like to
23     go back to the report, and I think I've
24     mentioned this in the report.  I scanned the

152

1    2D barcodes wherever they were present.
2  Q. Yeah.
3  A. And I -- like, if you can give me a minute, I
4     can point you to -- for the products that were
5     deemed genuine.  A total -- there was a total
6     number of 2D barcodes that were scanned; and
7     in all the cases they were scanned correctly,
8     which means the entire alphanumeric string was
9     captured in the 2D barcode.
10 Q. You didn't record those readings in your
11    report as well; you just state your
12    conclusion?
13 A. Yeah.  I made an observation --
14 Q. That's all that's -- that was my question.
15 A. Yeah.  I made an observation, and -- and I
16    just want to clarify, because I want to be
17    accurate here.  So I scanned the 1D barcodes
18    as part of my inspection; and as I've captured
19    in my Excel spreadsheet, that if it matched or
20    not matched.  But I have not captured that in
21    any document.  Right.  So I want to be clear
22    that -- that you -- that is clear.
23       On the 2D barcodes, for all the
24    products that I scanned and it matched, I did

153

1     not capture that either.  I just made an
2     observation, that I -- you know, that -- that
3     those barcodes were scanned, and they -- they
4     -- and they were confirmed to be the same as
5     the alphanumeric string.  I did an Excel
6     spreadsheet, capture the ones that did not
7     match.  So I just want to make sure that that
8     -- that is -- that that is understood.  But my
9     goal was to analyze it, to capture the data,
10    and to summarize my findings in this -- in
11    this report.
12 Q. Okay.  Let's --
13 A. And if you can give me a minute, I would like
14    to point out in the report my final
15    observation and conclusion on the 2D barcode
16    reads for all the devices that were determined
17    to be genuine.
18 Q. Let's go back to Paragraph 52, please.  And in
19    that paragraph you -- your report said that
20    you relied upon two primary guidances --
21    guideline -- sorry -- in the determining
22    whether the transceiver was authentic or
23    counterfeit.
24 A. If you could just give me a few seconds,

154

1     please.
2  Q. Well, I wasn't asking you the -- I don't know.
3     I think you're looking for 2D barcode
4     statement?
5  A. Yeah.
6  Q. Yeah.
7  A. I have captured an overall number, to answer
8     your question, on how that matched up, how
9     many were observed and how many matched up for
10    all the genuine determinations.  So that is
11    the number I was --
12 Q. My question was:  whether you recorded the
13    data actually that was done there.  So I
14    didn't ask about how many you looked at.  But
15    please let's go back to paragraph 52, if you
16    would.
17 A. Yes.
18 Q. Okay.  And I'm referring to the guidelines you
19    used to determine whether a transceiver was
20    authentic or counterfeit.  And it says, "if
21    all of the following conditions were true,
22    then the transceiver was presumptively
23    authentic"; do you see that?
24 A. Yes.

155

1  Q. Yes.  Let me first ask you, what does
2     "presumptively" mean in your mind here, what
3     does it mean?
4  A. It means it's authentic.
5  Q. Well, you said "presumptively authentic."  But
6     there's a different between authentic and
7     presumptively authentic.  That's why the word
8     presumptively is there, correct?
9  A. To me it's -- I look at it the same.
10 Q. Okay.  So "presumptively" it means -- well,
11    I'm trying to determine what you meant by
12    that.  It's your words, so --
13 A. Yeah.  I just mean to see that they're
14    authentic.
15 Q. Categorically authentic?
16 A. Yes.
17 Q. Okay.  The first bullet point here, it says,
18    "the serial number printed on the label
19    matched the serial number encoded in the 1D
20    barcode"; do you see that?
21 A. Yes.
22 Q. Yeah.  Did you find any transceivers where the
23    serial number printed on the label did not
24    match the serial number on the 1D barcode?

156

```
 1   A.  No.
 2   Q.  You didn't find any?
 3   A.  No.
 4   Q.  Okay.  So both counterfeit transceivers, the
 5       ones that you deemed counterfeit, and the ones
 6       that you determined authentic satisfied that
 7       condition --
 8   A.  That is correct.
 9   Q.  -- correct?
10          And that condition in itself didn't
11       help you distinguish between the two?
12   A.  Just that condition alone?
13   Q.  Right.
14   A.  That's why I take -- I take multiple factors
15       into account, because you do not want to be
16       just relying on one data point, so --
17   Q.  Well --
18   A.  And irrespective of what the end results are
19       my methodology will always be the same, which
20       is that I will always -- when I'm analyzing
21       these products, I will always ensure that the
22       serial number matches the 1D barcode, because
23       in my experience many counterfeiters do not go
24       through the pain of doing that; and that is
```

157

```
 1       why it's one of my criterias for the testing
 2       methodology.
 3   Q.  Okay.  Your second bullet point is the serial
 4       number printed on the label must match the
 5       serial number from EEPROM?
 6   A.  That is correct.
 7   Q.  We call it EEPROM and you call it EEPROM?
 8   A.  It's a -- yeah.
 9   Q.  And just for the benefit of madam reporter,
10       because --
11   A.  Yeah.
12   Q.  -- it's the same --
13   A.  It's the same, yes.
14   Q.  Okay.  And then the third bullet point is "the
15       serial number printed on the label did not
16       match the serial number printed on the label
17       of any other unit of seized equipment,"
18       correct?
19   A.  Correct.
20   Q.  Okay.  So what is the significance of this
21       third bullet point?
22   A.  If I'm -- if I'm looking at a set of products,
23       in this case, about 700-odd, 700-odd products
24       it is important for me to also -- again, this
```

158

```
 1       goes back to my point that I'm looking at
 2       multiple data points, right, so if I -- it is
 3       very important that for any product that I
 4       deem authentic, they cannot be authentic if
 5       two general products have the same serial
 6       numbers.  As I said before, with an authorized
 7       manufacturing facility that produces these
 8       products, there are quality controls in place,
 9       there are checks and balances in place that
10       ensure that no two devices will have the same
11       serial numbers.  Whereas, in the
12       counterfeiting world and as indicated in
13       Paragraph No. 71, by just looking at a small
14       sample, which is the 28 products that I'm
15       talking about in the last bullet, there are
16       two serial numbers that were duplicated.  One
17       repeated four times, and the other repeated
18       two times.
19          So I want to be very thorough in my
20       analysis; and for that reason alone, again,
21       the point being I'm not going to look at one
22       data point, I want to be accurate, I want to
23       be thorough; and based on all these different
24       data points, I want to make a determination of
```

159

```
 1       what I believe to be authentic and
 2       counterfeit.
 3   Q.  And because the serial number on a transceiver
 4       does not match the serial number of other in
 5       the batch of 730 or so, you conclude that's a
 6       unique serial number?
 7          MR. BUNIS:  Hold on.  Can you repeat
 8       that?
 9          (Question read)
10          MR. BUNIS:  Objection.  If you
11       understand, you can answer.
12   A.  I don't think the question is clear.
13   Q.  Okay.  I'll try to rephrase.  The fact that
14       the serial number printed on the label does
15       not match the serial number on any other
16       transceiver in the batch of 730, I think, what
17       conclusion did you draw from that?
18   A.  Nothing.  That alone as a data point does not
19       derive any conclusion whatsoever.
20   Q.  Okay.
21   A.  My conclusion, as I -- I'll repeat again --
22   Q.  Yeah.
23   A.  -- is based on looking at multiple data points
24       and putting it all together.  So I cannot
```

160

1    drive a conclusion based on just one data
2    point.  It is a holistic approach on how you
3    should be authenticating a product.
4  Q.  Well, you say that "the mere fact that every
5    one of the 647 transceivers contains a unique
6    serial number is itself evidence that they are
7    all authentic"; and I quote from Paragraph 67.
8    How did you determine that they contained a
9    unique serial number?
10 A.  I'm sorry.  Can you repeat that question
11   again?
12 Q.  Yes.  You say that "the mere fact that every
13   one of the 647 transceivers contained a unique
14   serial number is itself evidence that they are
15   all authentic."  My question is:  How did you
16   determine that they contained unique serial
17   numbers?
18 A.  Because within that 647 transceivers that
19   we're talking about in this sentence that you
20   just read to me, there were no duplicate
21   serial numbers that were observed.
22 Q.  I understand.  But is that an indication that
23   the serial numbers were unique?
24 A.  For that 647, exactly.

161

1  Q.  For that 647 --
2  A.  Exactly.
3  Q.  -- correct?
4        But could there be serial numbers on
5    transceivers that are outside of this 647
6    group?
7        MR. BUNIS:  Objection, hypothetical.
8    You can answer.
9  A.  It is possible.
10 Q.  It is possible.  So there could be a
11   transceiver out their with a serial number
12   that's the same as one of the 647?
13       MR. BUNIS:  Objection, hypothetical.
14   You can answer.
15 A.  If it's a genuine transceiver, that's not
16   going to happen.
17 Q.  But if it --
18 A.  But if it's a counterfeit transceiver --
19 Q.  It --
20 A.  Yeah.
21 Q.  It could happen?
22 A.  Yeah.
23 Q.  So there could be, again, a hypothetical,
24   647 transceivers with the same serial numbers

162

1    somewhere; you haven't seen them, but there
2    could be serial numbers duplicated in another
3    batch of 647 transceivers, correct?
4  A.  Correct.
5  Q.  So I'm trying to determine how you figure out
6    that those serial numbers are unique.  They're
7    unique within the 647 batch, right?
8  A.  That is what I've been saying, yeah.
9  Q.  And that's all you're saying here?
10 A.  And that's what I've been saying, yeah.
11 Q.  Right.  That's all.  You're not saying that
12   there are no transceivers somewhere with the
13   same number on them?
14 A.  That is exactly right.
15 Q.  Okay.  So --
16       THE WITNESS:  Can we take a break?  Is
17   it okay if we take a break, bathroom break for
18   five or ten minutes?
19       MR. BUNIS:  You want to take a quick
20   bathroom break.  We'll come right back.
21       MR. JOFFE:  Right now or --
22       MR. BUNIS:  Yes.
23       MR. JOFFE:  Sure.
24       MR. BUNIS:  Thanks.

163

1        (Recess)
2        MR. JOFFE:  Ready to resume?
3        THE STENOGRAPHER:  Yes.
4  Q.  We were discussing whether the serial numbers
5    on the subject transceivers were unique, and
6    I'm trying to understand what you mean by
7    "unique."  And I think in response to my
8    question you confirmed that "unique" means it
9    does not appear within the 647 group of
10   transceivers, correct?
11 A.  That is correct.
12 Q.  Okay.  It doesn't mean that there are no other
13   transceivers with the same serial number
14   counterfeit somewhere?
15 A.  I wouldn't know that but --
16 Q.  But it's possible?
17 A.  It's possible.
18 Q.  Okay.  So in that sense, if there are
19   counterfeits and duplicates of those serial
20   numbers, the ones that you've looked at may
21   not be unique, correct?
22       MR. BUNIS:  Objection, hypothetical.
23   You can answer.
24 A.  Again, I don't -- what I want to reiterate is

164

1    that that is one of many data points --
2  Q.  I --
3  A.  -- that I'm looking at, right, and --
4  Q.  You explained.  I understand that.
5  A.  An additional point that I would like to make
6      -- and, again, this is kind of going back to
7      me looking at all the facts on the table.
8  Q.  But could you please answer my question,
9      please?
10 A.  I will.  And I just want to -- because this is
11     important for --
12 Q.  It is.
13 A.  -- to answer your question, because it's
14     important in context of what you're asking me;
15     and I want to be accurate in how I explain
16     this.  Is my criteria were the three criterias
17     that you see on page -- on the top of page 19.
18     An additional observation is the observation
19     that I'm capturing here, which is that the
20     fact that these products were determined to be
21     genuine were based on these -- these criterias
22     here on the top on page -- of page 19
23     (indicating).
24         What I'm trying to suggest is that with

165

1      this huge sample, there is no repetitions
2      versus a very small sample that -- that -- on
3      the counterfeit side there were two
4      repetitions.  Plus the fact that these
5      products were sold by HP to ICT further
6      indicates to me that these are truly unique,
7      within this batch and outside this batch,
8      because it's highly unlikely that a certain
9      counterfeiter out there or one of many
10     counterfeiters out there got access to the
11     same serial numbers that HP sold to ICT and
12     then replicated all the same information on
13     the transceivers.
14         So that to me is highly, highly
15     unlikely.
16 Q.  You don't know that, do you?
17 A.  I'm just saying that's highly unlikely.
18 Q.  Well, I understand.
19 A.  And I would --
20 Q.  The highly unlikely scenario that you're
21     saying is that counterfeiter getting their
22     hands on the list of serial numbers --
23 A.  Same serial number.
24 Q.  -- and they're using them on counterfeit

166

1      labels?
2  A.  And that happened to be procured by ICT as
3      well.
4  Q.  Yeah.  Well, that's not my question.  But
5      let's --
6  A.  But that is an important point, because,
7      again --
8  Q.  We'll get to it.
9  A.  -- I want to be accurate --
10 Q.  Yes.
11 A.  -- and I've done this for 20 years and --
12 Q.  Yeah.
13 A.  -- and I want to make sure that you understand
14     that it is not one or two different data
15     points that we're looking at.
16 Q.  Mm-hmm.
17 A.  I want to be accurate and I want to be as
18     complete as possible, based on the data that
19     was provided to me, that was in front of me.
20     And the fact that there was no duplicates in
21     the 647 serial numbers that were deemed
22     genuine to me, based on the other criterias,
23     is a big thing for me from a -- from an
24     analysis perspective; furthermore, having

167

1      access to an inventory list that I was
2      provided, which laid out these same serial
3      numbers or the serial numbers that were sold
4      by HP to ICT, further confirms my fact that it
5      is highly unlikely that the same transceivers
6      with the same serial numbers would be
7      counterfeited and then would also reach the
8      hands -- in the hands of ICT.
9  Q.  Okay.
10 A.  So that's -- that's something that I want to
11     make sure that you understand, because this
12     is -- you know, this is -- there's many things
13     that goes into it.
14 Q.  I understand.
15 A.  And I want to be accurate and complete in how
16     I share that with you.
17 Q.  Mr. Raina, I would love to hear you explain
18     that at length to me.  Unfortunately, we're
19     limited to little by time.  So I understand
20     that.  Now, please let's try to focus on my
21     questions.
22         And my question is, let's say, a
23     hypothetical.  A counterfeiter obtains a list
24     of 647 -- or the whole list of transceivers,

168

1    3,000 serial numbers, and then counterfeit,
2    reuses those serial numbers and prints fake
3    labels, a program, EEPROM data, and creates a
4    set of 3,000 fake transceivers.  Is that
5    possible?
6         MR. BUNIS:  Objection, hypothetical.
7    You can answer.
8  A. Highly unlikely.
9  Q. No.  But it's possible?
10 A. It's possible, very small chance.  Very small
11   chance.
12 Q. Why is that a small chance?
13 A. Just as I explained to you, the -- so many
14   things have to happen for this to happen.  You
15   have to understand the counterfeiters are in
16   the business of counterfeiting products
17   quickly.  So what they do is they just take
18   serial numbers as is observed by the
19   transceivers that I determined to be
20   counterfeit.  If you look at the serial
21   numbers in the EEPROM, they -- they start with
22   a P9.  They do not have to go -- they either
23   can't or will not go through the efforts that
24   you just outlayed; and that's why I'm saying

169

1    that the chances of that happening is very
2    small.
3         They can easily pick up any silly
4    number like they've done with the 26 products
5    that I talked about and just write that in the
6    EEPROM and send those products as counterfeit
7    products.
8  Q. So -- but from any hypothetical, if you assume
9    that the counterfeiter obtained the inventory
10   list of transceivers with the serial number
11   and other information, they had a list, and
12   then counterfeits reuses those serial numbers
13   and make another set of fake transceivers and
14   sell them somewhere else.  There would be two
15   batches of things.  How would you distinguish
16   between the two?
17        You assume -- you're now saying that
18   this list of 647 is genuine, because it
19   contains unique serial numbers.  I'm saying if
20   you had a set of fake transceivers, as I just
21   explained, used numbers from the inventories,
22   how would you distinguish between the two?
23 A. So my job in this particular case was to
24   analyze these set of transceivers.

170

1  Q. Of course.
2  A. And that's what I've done.  And the facts that
3    I observed and the determination that I made
4    is in this report.  I cannot speak to
5    something that I just did not analyze at all.
6    It's just -- it's -- you know, it's
7    hypothetical.
8  Q. Oh, no.  You analyzed this list --
9  A. Yeah.
10 Q. -- the 647 on inventory list; you look at them
11   and you record your data.  And the serial
12   number on inventory list matches the serial
13   number on the label, 1D, and EEPROM --
14 A. EEPROM and the --
15 Q. -- correct?
16 A. -- 2D barcode matched the --
17 Q. Okay.  So --
18 A. -- alphanumeric string, wherever the 2D was
19   present as well.
20 Q. Yes.
21 A. And then they were not duplicates when this --
22 Q. The were not duplicates?
23 A. Yeah.
24 Q. So what I'm saying is, if that whole set that

171

1    you analyzed was counterfeit, if the
2    counterfeiters used -- counterfeiters reused
3    serial numbers and printed fake labels with
4    serial numbers and programmed EEPROM data with
5    those serial numbers, how would you
6    distinguish between them?
7         MR. BUNIS:  Objection, hypothetical.
8    You can answer.
9  A. And in my years of experience -- and this is
10   20-plus years of experience having analyzed
11   hundreds and thousands of these products, the
12   counterfeiters -- that's why my test -- the
13   reason why my testing methodology is what it
14   is.  Counterfeiters do not get each and every
15   of these managers right.  They become lazy.
16   They can't or they will not replicate all the
17   data points that I'm looking at.  My goal is
18   to find that anomalous behavior.
19        So that is why I look at multiple data
20   points.  This is based on my experience.  I
21   know that sometimes they'll duplicate serial
22   numbers, which has been proven by -- by the
23   26 -- 28 that were deemed counterfeit.  The
24   serial number on the label will not match the

172

1  serial number in the EEPROM, again, showcased
2  by the products that were deemed counterfeit.
3  They will make one of many mistakes.  And
4  that's why my testing methodology relies on
5  their experience and how counterfeiters work.
6       They're goal again is not to exactly
7  replicated a given device.  Their goal is to
8  just do enough to be able to sell the product.
9  So I hope that you understand that.  That's
10 why I continue to say that in my experience
11 that is just not going to happen.  With the
12 counterfeiters with -- they just -- to your
13 point, they do not get the serial numbers, in
14 this case, from the inventory list, but then
15 be able to program each and every field in the
16 EEPROM, like a general device.
17 Q. And, I mean, your report also says that --
18 page 10, Paragraph 35, discussing "Counterfeit
19 Transceivers."  In Paragraph 35, Bullet
20 Point 2, it talks about "EEPROM programming."
21 And it says that "Counterfeiters use widely
22 available tools to program information into
23 the EEPROM, including the identification
24 information referenced above (serial numbers,

173

1  part numbers, and the like)."  And
2  counterfeiters do this in an attempt to 'fool'
3  or mislead purchasers by populating the EEPROM
4  with data that has the appearance of
5  legitimacy"; do you see that?
6  A. Yes.
7  Q. Yeah.  And then you said, "But, as I explained
8  below, counterfeiters cannot completely
9  replicate genuine OEM identifying information
10 because they must invent serial numbers and
11 other such unique identifiers"; do you see
12 that?
13 A. Yes.
14 Q. And my question is:  What if they don't have
15 to invent their serial numbers; what if they
16 have a list of serial numbers, genuine serial
17 numbers, they don't have to invent; they can
18 only reuse those numbers, correct?
19 A. Correct.
20 Q. So if counterfeiters reuse genuine serial
21 numbers and reprogram EEPROM with those
22 numbers and print labels for those numbers,
23 how would your methodology then allow to
24 distinguish between authentic and counterfeit?

174

1  A. So, again, I'll kind of repeat myself.  The
2  mere fact that they have the serial numbers
3  does not mean that the counterfeiter as -- as
4  -- again, I'll point to No. 71.  They might
5  have access to the serial numbers.  They might
6  not.  Either they can't or they won't go
7  through the pains of making sure that that
8  serial number is also captured or printed on
9  the label.
10      So that's why if you look at 71, the
11 serial numbers -- which is point No. 70 that
12 I'm trying to make.  Just having access
13 doesn't mean anything.  They also have to
14 replicate this across the board, the serial
15 number redundancy that I'm talking about, it
16 being on the label, being on the 1D barcode,
17 being on the EEPROM.  All of that requires an
18 infrastructure.  It requires time.  It
19 requires investment.  Something that the
20 counterfeiters either don't have or don't want
21 to be bothered with.
22      And that's why if you read No. 70, for
23 each of the 28 transceivers in Bag No. 16, the
24 serial number on the product label did not

175

1  match the serial number recorded EEPROM.  So
2  just having access to the serial number does
3  not mean the counterfeiters will create that
4  serial number redundancy across the board,
5  like I talked about.
6  Q. Going back through your Paragraph 35 where you
7  explained that counterfeiters cannot
8  completely replicate genuine identifying
9  informing because they must invent serial
10 numbers and other such unique identifiers.
11 And my question was:  That rather than
12 inventing serial numbers, they can reuse
13 serial numbers, genuine serial numbers from
14 the inventory list, correct?
15 A. That is possible.
16 Q. They don't have to invent serial numbers --
17 A. That is possible.
18 Q. -- they can reuse the serial numbers?
19      And if they do, they use serial numbers
20 for EEPROM programming and for printing
21 labels; then that transceiver will satisfy
22 your criteria for genuine, correct.
23 A. And that's why I look at other data points as
24 well, right.  So that is why I'm also looking

176

1  at the 2D barcode and the 2D barcode is
2  matching with the alphanumeric string. The
3  counterfeiters -- what I'm trying to say is,
4  again, based on my experience, the
5  counterfeiters are not going to go through
6  each and every step to make it look like a
7  genuine product again. They either can't or
8  they won't. Hence, they're going to drop the
9  ball somewhere; and my goal is, as I am
10  analyzing these products, is to identify that
11  anomalous behavior and capture that to the
12  best of my ability, based on the data that I
13  have.
14       And for the data that I had for the 647
15  products that I'm talking about, there was
16  none of this anomalous behavior. The serial
17  number on the product matched the serial
18  number on the EE -- EEPROM or the products
19  that I did determine to be counterfeit, they
20  did not. So to me that was one indication.
21  Then I went forward. I moved ahead on all the
22  genuine transceivers, the 2D barcode read
23  exactly the same as the alphanumeric string
24  next to it. In the case of the trans- --

177

1  counterfeit transceivers, wherever the 2D
2  barcode was present, it did not.
3       So as you can see, I'm taking this
4  holistic approach knowing very well as to how
5  the counterfeiters work and how did they
6  conduct their business. As you can
7  understand, they are in the business of making
8  money. They are not here in the business of
9  adhering to some principles and guidelines on
10  how all these products have to be
11  manufactured. And that's what I'm relying on,
12  because that's what, you know, my experience
13  has taught me.
14  Q.  And the transceivers are widely counterfeit
15      products, correct?
16  A.  That is correct.
17  Q.  You say that in Paragraph 33 the transceivers
18      are most widely counterfeited for the product
19      categories you worked with --
20  A.  And the --
21  Q.  -- correct?
22  A.  And the -- yeah.
23  Q.  And the transceivers typically have high
24      profit margins, correct? So economically

178

1  there is incentive to counterfeit, correct?
2  A.  Correct.
3  Q.  So -- okay. Not only counterfeiters that
4      reprogram EEPROM data, on the next page of
5      your report, page 11, Bullet Point 2 from the
6      top, you said that counterfeiters also print
7      fake labels designed to look as genuine OEM
8      labels, which includes serial numbers,
9      barcodes, and other identifying information;
10      do you see that?
11  A.  Yes.
12  Q.  Yeah. And then you say "it takes time,
13      effort, and technology (such as 1D or 2D
14      barcode generators) to match up serial numbers
15      across the various elements," correct?
16  A.  I'm sorry. Can you tell me which paragraph
17      you're looking at?
18  Q.  Yeah. It's "Label Printing" where you
19      described how counterfeiters bring fake
20      labels.
21  A.  And which sentence are you referring to?
22  Q.  It says that that is because "it takes time,
23      effort, and technology (such as 1D and D2
24      barcode generators) to match up serial numbers

179

1  across the various elements of a transceiver"?
2  A.  Correct.
3  Q.  Yeah.
4  A.  And it goes on to say, "steps counterfeiters
5      do not bother" --
6  Q.  Steps do not --
7       THE STENOGRAPHER: Wait. Wait. I can
8      only take one.
9       THE WITNESS: I'm sorry. I apologize.
10  A.  I just want to reiterate that the sentence
11      does go on and says, "steps counterfeiters do
12      not other (or cannot afford) to take."
13  Q.  Well, technology is available, correct, 1D and
14      2D barcode generators are -- are available?
15  A.  Correct.
16  Q.  Right. So it takes time, effort, and
17      technology; but if the counterfeiting high
18      margin, high profit margin products, it's
19      possibility they will do it --
20  A.  In my experience --
21  Q.  -- is that --
22  A.  -- as I said before, these are not ethical
23      people. Right. They're -- they're bad guys.
24      They're leveraging technology to counterfeit

180

1  products and to defraud companies and
2  corporations out there.  But they're not --
3  they're not -- that is an illegitimate
4  business.  So they're not going to go through
5  the pains and efforts and -- and put the
6  resources for them to replicate exactly a
7  genuine device.  Their goal is to produce as
8  much as possible, as quickly as possible, and
9  as close as possible so that for an end
10  customer it comes out looking like a genuine
11  device.
12       But that's where somebody like me sits
13  down.  We take a look at these products.  We
14  analyze in-depth and determine if it is,
15  indeed, a genuine or a counterfeit product.
16 Q. Yeah.  But counterfeiters also like to avoid
17  detection, right?
18 A. At the surface.  At the surface.  Not
19  necessarily in the details.  Because their
20  goal is they're handing out a product to
21  someone; and if it's a Cisco transceiver
22  they've counterfeited, just make sure that it
23  has a Cisco logo on it.  So if anybody looks
24  at it, okay, this is good.  All right.  I'll

181

1  purchase it.  No questions asked.  The same
2  with H3C.  The same with Juniper.
3       But this will not necessary -- and,
4  again, this is based on my experience
5  (indicating) of analyzing thousands of these.
6  They will not necessarily go through the pain
7  of ensuring the minuteness of details and the
8  managers that I'm talking about.  They're
9  going to cut corners.  They're going to drop
10  the ball somewhere.  They're going to -- it's
11  -- it's not organized infracture.  So they
12  will make mistakes, and those are the mistakes
13  that I'm looking at.  Those are the anomalies
14  that I'm looking at when I make a
15  determination; that's what I've captured in
16  the report for products where I saw those
17  anomalies.
18 Q. And if they didn't make a mistake, then -- if
19  they didn't make a mistake in the label and
20  EEPROM data, then you would characterize it as
21  a genuine transceiver, correct?
22 A. Again, if I -- I look at all the multiple data
23  points --
24 Q. No, I understand.

182

1 A. -- and --
2 Q. But if they didn't make a mistake, if they
3  printed the label and programmed EEPROM data
4  correctly, then you would not -- you would --
5  then you would, based on those criteria, list
6  it as genuine, correct?
7       MR. BUNIS:  Objection, misstates his
8  prior testimony.
9 Q. I'm asking the question.  You said that they
10  will make mistakes in replicating or reusing
11  the serial numbers, and I'm asking if they
12  didn't make a mistake, if they replicated the
13  serial number on the label and the serial
14  number in the EEPROM, and you read those
15  numbers and you see that they match, would you
16  determine that the transceiver is counterfeit
17  or authentic?
18       MR. BUNIS:  Objection, misstates his
19  prior testimony.  You can answer.
20       THE WITNESS:  I'm sorry, Mike.  I
21  didn't hear that.
22       MR. BUNIS:  I said misstates your prior
23  testimony.
24 A. Yeah.  So I would not just be looking at -- at

183

1  just what outlines.  As I said, I would also
2  be looking at other criterias, in this case,
3  the 2D barcode, for example, where the 2D
4  barcode did not match for the products that
5  were deemed counterfeit, and matched for the
6  products that I deemed authentic.  So that's
7  another criteria that I would be looking at,
8  as I stated in my report as well.
9 Q. Correct.  But there's also -- the 2D barcode
10  is a label that could be printed on the 2D
11  printer --
12 A. Correct.
13 Q. -- correct?
14       So if the label -- if the trans- -- if
15  the counterfeiter didn't make a mistake in
16  reusing the serial numbers on the EEPROM data
17  and on the label, and if they didn't make a
18  mistake of printing the 2D label with the
19  alphanumeric code next to it, so you would
20  determine that the transceiver is genuine,
21  correct?
22 A. If it fulfilled all my criterias, then I would
23  -- I would say that the product is genuine,
24  based on the criterias that I've laid out.

184

1  And that's what -- that's what goes to the
2  basis of my report.
3  Q.  All right.  Okay.  So I understand.  So if --
4  and correct me if I -- if you disagree, but if
5  a counterfeiter -- in this scenario, the
6  counterfeiter has a list of serial numbers
7  and -- inventory list of serial numbers and
8  duplicates them, those serial numbers on the
9  label and EEPROM data, and doesn't make a
10  mistake in duplicating them, you would
11  determine that those transceivers are
12  authentic?
13      MR. BUNIS:  Objection.  Are you done?
14      MR. JOFFE:  Yeah.
15      MR. BUNIS:  Objection, misstates his
16  prior testimony.  You can answer.
17  A.  So I would look at the other data points as
18  well and -- which are essentially the points
19  that I've laid out in my report.
20  Q.  In Paragraph 71, correct?
21  A.  Oh, not 71.  It would be Paragraph 52.
22  Q.  Yeah.  But we went through Paragraph 52, and
23  we've -- I think we've agreed that serial
24  numbers printed on the label matching the

185

1  serial numbers encoded in 1D barcode --
2  A.  Yes.  And in these --
3  Q.  -- they -- and that was done both on genuine
4  transceivers and authen- -- on counterfeit
5  transceivers, correct?
6  A.  Correct.
7  Q.  So that was replicated without mistakes?
8      So then the serial number printed on
9  the label and the serial number from EEPROM,
10  my question was that if the serial number
11  printed on the label matches the serial number
12  that the counterfeiter programmed through
13  EEPROM, then that will satisfy the second
14  criteria --
15  A.  Correct.
16  Q.  Right?
17      The serial number -- the third one, the
18  serial number printed on the label doesn't
19  match the serial number printed on the label
20  for any other unit of seized equipment,
21  correct?
22  A.  Correct.
23  Q.  If the transceivers duplicates or reuses the
24  list of serial numbers of genuine equipment,

186

1  that would also be satisfied, that condition
2  in Bullet Point 3?
3      MR. BUNIS:  Objection, vague.
4  A.  Could you repeat that again?
5  Q.  Yes.  If the counterfeiter reused the serial
6  numbers from the genuine list of serial
7  numbers, if the trans- -- if the counterfeiter
8  had had a set of transceivers that are on the
9  inventory list, authentic set of authentic
10  transceivers from the inventory list, and
11  reused those numbers to make another batch of
12  counterfeit transceivers, then your Bullet
13  Point No. 3 condition would be satisfied,
14  correct?
15      MR. BUNIS:  Can I have that again?
16      (Question read)
17      MR. BUNIS:  Objection, vague.  You can
18  answer if you understand the question.
19  A.  What I will reiterate with Point No. 3 is,
20  what I'm trying to say here is that the serial
21  number printed on the label -- that serial
22  number printed on the label did not match the
23  serial number on the label of any other
24  product within this batch of the seized

187

1  equipment.  So it did not.  If it did, then
2  that product would not be counterfeit in my
3  determination.  So it was a unique serial
4  number.  It has to be a unique serial number
5  in this batch that I analyzed for it to
6  fulfill one of these four criterias.
7  Q.  Yes.  What I'm asking you is if you -- if a
8  counterfeiter had the list of serial numbers
9  on the genuine inventory list and then reused
10  those numbers and printed labels with those
11  numbers and attached them to fake
12  transceivers --
13  A.  Then --
14  Q.  -- that -- that list of serial numbers from
15  fake transceivers would be -- would also not
16  match any other serial numbers on that list?
17  In other words, if you have a list of, let's
18  say, 647 serial numbers that are all unique
19  within that group of 647, you reuse them, you
20  duplicate them with counterfeit serial
21  numbers, that also 647, exactly the same
22  numbers, they would also not be matched within
23  that group of 647?
24  A.  So this Point No. 3 --

188

1   Q.   Yeah.
2   A.   -- is -- is only relevant to the -- the
3        devices that I analyzed, right.
4   Q.   Of course.
5   A.   This does not take into account any other
6        possibilities or circumstance.  Right.  This
7        is based on I had 781 products in front of me;
8        and out of these 781 that I determined to be
9        genuine, I -- the point is that there should
10       not be duplicates here.  I -- I cannot be
11       saying that new products are genuine within
12       this batch if they have the same serial
13       number, because the serial numbers are
14       supposed to be unique.
15  Q.   But the fact that the serial number is unique
16       within the batch does not indicate that the
17       batch is genuine, does it?
18  A.   For the products that I'm analyzing, it's a
19       data point that I look at, one of many data
20       points that I look at.
21  Q.   I'm asking about this particular point,
22       because this is an important point.  The fact
23       that the group of 647 transceivers does not
24       have a duplicated serial number in them, is it

189

1        an indicator that the transceivers are
2        genuine?
3   A.   It's definitely an indicator for me that it is
4        not counterfeit --
5   Q.   That --
6   A.   -- if all the other criterias are met.
7   Q.   Well, if the counterfeiter reuses the list of
8        genuine serial numbers and creates a set of
9        counterfeit transceivers with the same serial
10       numbers that were on the genuine list, you
11       would look at those numbers and you will see
12       that they don't -- they are not repeated
13       within that 647 list, correct?
14  A.   Yeah.  Hypothetically speaking --
15  Q.   Yes.
16  A.   -- if I had access to what you're saying,
17       then, yes, my determination would be that the
18       serial number is repeated; and hence, it fails
19       the criteria and it's -- it can't be
20       authentic.  But my goal and my objective and
21       what I was asked to do was just to analyze the
22       products that were in front of me and make my
23       deduction based on that.
24            To your point, if within those

190

1        647 products that I deemed genuine, based on
2        the other three criterias, if there was a
3        serial number that was repeated twice or more,
4        then I would have deemed those products
5        counterfeit --
6   Q.   And --
7   A.   -- because a serial number cannot be repeated.
8            MR. BUNIS:  Dimitry?  I just got to --
9            MR. JOFFE:  Yeah.
10           MR. BUNIS:  Okay.
11           MR. JOFFE:  Sure.
12           MR. BUNIS:  So we can go off.
13           (Discussion off the record)
14           (Recess)
15           MR. JOFFE:  Shall we?
16           THE WITNESS:  Yeah.
17  Q.   So let's go back to this list of four bullet
18       points on page 19 where you say that if all
19       the following conditions are met, then the
20       transceiver was presumptively authentic.
21           (Interruption)
22  Q.   Okay.  So question to you:  Was that -- well,
23       let's say if hypothetically there is a set of
24       genuine transceivers and there is a set of

191

1        transceivers where counterfeiters copied the
2        label information and fake the labels and
3        reprogram EEPROM data using that information.
4        So you would have two sets of transceivers:
5        One fake; one genuine --
6   A.   Okay.
7   Q.   -- correct?
8            And my question is:  Which ones of
9        these criteria would help you to determine
10       which one is fake, which one is genuine?
11       which of these trans- -- because -- let me
12       just go one by one.  The first one, the serial
13       number printed on the label matched the serial
14       number encoded in the 1D barcode.  That would
15       be true for both the fake and the genuine
16       transceivers, correct?
17  A.   Correct.
18  Q.   Okay.  Then the serial number printed on the
19       label matches the serial number right from the
20       EEPROM.  In my hypothetical, that scenario
21       would also be satisfied if the fake set was
22       made reusing and copying the original serial
23       numbers, correct?
24  A.   Correct.

192

1  Q.  Right.  And then third bullet point, the
2      serial number printed on the label did not
3      match the serial number printed on the label
4      of any other unit.  That would also be true
5      for the genuine set and for the set of
6      counterfeit transceivers --
7  A.  That is correct.
8  Q.  -- correct?
9  A.  And there is was one to one copy --
10 Q.  Right.
11 A.  -- and --
12 Q.  One to one.
13 A.  -- assuming that they did not --
14 Q.  Absolutely.
15 A.  -- print the serial number multiple times
16     which --
17 Q.  Correct.
18 A.  -- the counterfeiters do.
19 Q.  But that's not our scenario.  The scenario is
20     the counterfeiter is reusing the same numbers,
21     serial numbers that's on the original list.
22         And then the last one, whenever they
23     have 2D barcode, as long as the 2D barcode
24     matches the alphanumeric string next to it,

193

1      that will satisfy the fourth condition.
2  A.  If they had access to that 2D barcode
3      information --
4  Q.  Yes.
5  A.  -- which is not on the inventory list at all.
6      It was not provided in the inventory list.  So
7      I'm assuming your hypothet- -- your
8      hypothetical condition is talking about that
9      somehow the inventory list was -- was leaked
10     or --
11 Q.  Yes.  Yes.
12 A.  But the inventory list does not have 2D
13     barcode information --
14 Q.  It doesn't?
15 A.  -- captured.  It doesn't.
16 Q.  And you're sure of that?
17 A.  Yes.
18 Q.  How?
19 A.  Because I was provided the inventory list.
20         (Interruption)
21         MR. JOFFE:  Sorry.  I think that's my
22     phone.
23         (Discussion off the record)
24 Q.  You were -- and if you we were able to

194

1      demonstrate that the original inventory list
2      contained that alphanumerical string that's
3      encoded in 2D barcode, that would be
4      information that counterfeiters could copy,
5      correct?
6  A.  Correct.  If that information is available,
7      yes.
8  Q.  Yes.  Okay.  So if counterfeiters had the
9      information about a particular set of
10     transceivers, serial numbers and
11     alphanumerical strings printed on them, they
12     could program that information and print fake
13     labels and program EEPROM data, and these four
14     criterias would not be able to -- would not be
15     able to tell you which set is counterfeit and
16     which one is genuine?
17 A.  Yeah.  And just -- on the 2D barcode, I just
18     want to be clear --
19 Q.  Yeah?
20 A.  -- it's just not them copying the 2D barcode,
21     but also ensuring that the 2D barcode that
22     they generate, which they will have to
23     generate in their counterfeit labels, that is
24     the entire alphanumeric string that is printed

195

1      next to it as well, which in the case of my
2      analysis for the counterfeit transceivers
3      where there were 2D barcodes, when I read the
4      2D barcode, it only captured half of the
5      alphanumeric string.
6  Q.  Well, the -- I think you mentioned 300 or so
7      2D barcodes that captured the full string,
8      correct?
9  A.  Correct.
10 Q.  So -- and I think we agree that 2D barcodes or
11     1D barcodes could be counterfeited --
12 A.  Correct.
13 Q.  -- correct?
14         So that's what I'm asking.  If you had
15     a set of transceivers where counterfeiters
16     used -- reused the original serial numbers and
17     make a copy of them, then your four criterias
18     here would not be able to distinguish between
19     the two?
20 A.  That is correct.
21 Q.  Correct.  So if -- in that scenario if a
22     counterfeit transceiver satisfies all this
23     four criteria, it would be counterfeit still?
24     Your paragraph says that "if all of the

196

1    following conditions were true, the
2    transceiver was presumptively authentic."
3        (Interruption)
4        THE WITNESS:  Excuse me.  I'm sorry.
5    If you can just keep that over there.
6  A. I'm sorry.  Can you repeat that again?
7  Q. Yeah.  Your Paragraph 52 says, "if all of the
8    following conditions were true, then the
9    transceiver was presumptively authentic."  And
10   we've discussed that before.  You said
11   "presumptively authentic" in this case means
12   categorically, I think.
13       So we just discussed the scenario where
14   the counterfeit transceiver would match all
15   the four criteria, and it would still not be
16   authentic, correct?
17       MR. BUNIS:  Objection, hypothetical.
18   You can answer.
19  Q. Yeah.
20  A. It would still not be authentic?
21  Q. Authentic.  Authentic.  Genuine.
22  A. If -- I'm not sure if I understood the
23   question.  If hypothetically speaking --
24  Q. Yeah.

197

1  A. -- if the counterfeiters, where the chances
2    are, as I've said, is absolutely zero, if they
3    were to -- to exactly replicate the four
4    bullet items that I'm looking at without any
5    errors or anomalies, then, yes, the products
6    would be deemed genuine or authentic.
7  Q. And that would be incorrect?
8  A. In that case, that would be incorrect, yes.
9  Q. Okay.
10       Okay.  So I just want to make sure --
11   we'll summarize on this point.  Serial number
12   labels could be counterfeited --
13  A. Yes.
14  Q. -- correct?
15       1D barcodes could be counterfeited?
16  A. Correct.
17  Q. And EEPROM could be reprogrammed --
18  A. Correct.
19  Q. -- by counterfeiters, correct?
20  A. Correct.
21  Q. So 2D barcodes could also be counterfeited,
22   right?
23  A. Correct.
24  Q. So the four bullet points on page 19 of your

198

1    report refers to 1D, 2D, EEPROM data, with
2    serial numbers, each of them could be
3    counterfeited?
4  A. Yes, that's correct.
5  Q. Yes.  And you're saying that all the --
6    counterfeiters could do all that; they would
7    not necessarily go into trouble of doing it --
8  A. Mm-hmm.
9  Q. -- or they would not have the information such
10   as alphanumeric string numbers or the serial
11   numbers --
12  A. Or they --
13  Q. -- or the genuine serial numbers.  If they do
14   have that information, then they can
15   counterfeit the whole set; and this criterias
16   then, they would not help you to distinguish
17   between a counterfeit and genuine set,
18   correct?
19       MR. BUNIS:  Objection, misstates his
20   prior testimony.  Go ahead.
21  Q. Correct?
22  A. Hypothetically speaking, if that -- all of
23   that happens, where, as I said, in my
24   experience the chances of that are absolutely

199

1    zero, but if that all happens, yes.  The
2    answer to your question is yes.
3  Q. Well, the chances are zero?  That's what I --
4    I'm not sure I understand why the chances of
5    that are zero?
6  A. As I said, in my -- my experience of analyzing
7    products over so many years, the
8    counterfeiters either can't, just because
9    technology is available, which it is, doesn't
10   necessarily mean that the counterfeiters would
11   utilize that technology, A) so they can't.  Or
12   even if they can, they won't because of the
13   management, the resources, infrastructure that
14   is required to be organized to be able to do
15   this for each and every transceiver that we
16   are talking about in that unique fashion to
17   make sure that they replicate one to one.
18       Most -- 100 percent of the cases they
19   will -- there will be replication.  They will
20   duplicate serial numbers.  They won't create
21   the one to one.  They'll create the one to
22   many.  So they have duplicate serial numbers.
23   And that's why that second batch of 28
24   transceivers that I deemed counterfeit, the

200

1  duplicate aspect was captured as an anomaly.
2  Whereas, of all these 647 transceivers, there
3  was no duplication whatsoever.  They were all
4  unique serial numbers.
5       So based on my experience, based on the
6  motivation of the counterfeiters, based on my
7  understanding of their infrastructure, their
8  motives, that's why I say the chances of that
9  happening, that hypothetical situation that
10  you talked about is -- is zero, in my opinion.
11 Q. Well, in a hypothetical situation where a
12  counterfeit has a set of genuine transceivers
13  or a set or a list of serial numbers of
14  genuine transceivers, and theoretically they
15  can duplicate all the labels and the EEPROM
16  data and create another set that will be,
17  according to this criteria, identical to the
18  genuine set, if you reuse serial numbers on
19  everything, on EEPROM and -- well, everything,
20  but there are only two things, 1D code and
21  EEPROM that contain serial numbers, if you
22  replicate that --
23 A. And the 2D -- 2D representation.
24 Q. And 2D, but that's a separate number; it

201

1  doesn't -- it's not a serial number?
2  A. Yeah.  But it is -- yeah.  I mean, it is
3  captured in the machinery that will format,
4  and that's where the counterfeiters again --
5  Q. Mm-hmm.
6  A. -- either -- in this case, it's quite obvious
7  for the products that I deemed counterfeit
8  where the 2D was not read correctly, they just
9  did not know that they were supposed to
10  capture the entire string, so they captured
11  half of the string.  So that's where they made
12  that -- that mistake.
13       So, again, in the hypothetical
14  situation that you're talking about, I'm just
15  kind of sharing with you my experience in this
16  field where the counterfeiters do not go
17  through that pain, because of the resources
18  involved.  I mean, these are counterfeiting
19  entities that are doing these in shabby
20  places, in apartments, and they're quickly
21  trying to counterfeit it and just get it out
22  of the door.
23       So they just want to do enough where

202

1  the product looks like -- on the surface looks
2  like it's a genuine product making sure that
3  the log and the trademark is captured.  But
4  they do not go through the pains of ensuring
5  that they have to get each and every one of
6  these elements right.
7  Q. Well, they may not necessarily get all the
8  elements right; but they can get some of them
9  right, and when they do get it right, you
10  would consider that authentic, right?
11       MR. BUNIS:  Objection, misstates his
12  prior testimony.
13 Q. If counterfeiters manage to replicate or reuse
14  serial numbers on EEPROM and the barcode
15  labels, then you would consider them authentic
16  based on this --
17       MR. BUNIS:  I'm not -- I'm going to
18  object.
19 Q. -- right?
20       MR. BUNIS:  I think you're -- you asked
21  the exact question at least twice before, and
22  he's given you an answer; and you might not
23  like it, but --
24       MR. JOFFE:  I like it.

203

1       MR. BUNIS:  Well, then let's go on.
2  Q. That's --
3       MR. BUNIS:  Let's ask some other
4  questions.
5  Q. That's the thing.  They -- I think -- I just
6  wanted to summarize that the answer is if the
7  counterfeiter matches the serial numbers on
8  the barcodes and on the EEPROM, then you would
9  not be able, using this guidance, to
10  distinguish between the two?
11       MR. BUNIS:  Objection, misstates his
12  prior testimony.  He gave you an answer to
13  this exact question.
14 Q. You can answer.
15 A. Yeah.  So, again, I -- in your hypothetical
16  condition --
17 Q. Yeah.
18 A. -- you know, scenario, if all four of these
19  criterias were met, not just the EEPROM
20  program -- I want to make sure that you also
21  understand that the 2D is a very important
22  facet of this.  The fact that the -- the
23  unique -- there was no repetition in serial
24  numbers in the group of products that was

204

1    determined -- determined to be genuine.
2    Hypothetically speaking, the answer is, yes,
3    they would have replicated each and every
4    element, then, yes, these products would have
5    been determined authentic.
6  Q.  Okay.  You mentioned that you had asked for
7    holographic logo data, correct?
8  A.  Any information on -- yeah, on holographic
9    labels is what I asked.
10  Q.  All right.  And why did you ask for
11    holographic label data?
12  A.  Again, holographic labels were on -- on some
13    of these products, if not all of these
14    products; and as an engineer, as a person that
15    was going to be analyzing these products, that
16    was a data point that I wanted to have in
17    front of me so that I could factor that in.
18  Q.  And how would you factor that in if you had
19    that data and you've determined that the
20    holographic label on the transceiver is
21    counterfeit?
22  A.  So that would have been -- if -- for me, it's
23    -- my methodology always has been to
24    forensically and thoroughly analyze the

205

1    product itself.  That just -- the data point
2    on the holographic label is just nice to have
3    to understand what the features are.  But my
4    testing methodology never looks at the label.
5    It looks at product, and that's why -- that's
6    why I get into the analysis of the EEPROM, the
7    -- the redundancy of the serial number, which
8    is a unique identifier on the label, and the
9    1D barcode, and the EEPROM, anomalies like
10    with the 2D barcode, which is machinery
11    readable, should be exactly the same as the
12    alphanumeric string printed next to it.
13        So my analysis is based on that.  But
14    -- but, again, as an engineer, the goal is for
15    me to have as many data points in front of me
16    as possible; and that was just a data point
17    that I asked them about.  Do you have any
18    documentation that explains to me as to what
19    this holographic label looked like or the
20    features were during that period of time.  But
21    I was not dependent on it to analyze the
22    products with the testing methodology that I
23    believe in.
24  Q.  Okay.  If you have a transceiver that has

206

1    satisfied the four bullet points in
2    Paragraph 52, and it had the label in it, a
3    holographic security label that was
4    counterfeit, assume that it was counterfeit,
5    would you call that transceiver authentic or
6    counterfeit?
7  A.  I would -- I would base my determination on
8    the analysis of the product and not on --
9  Q.  You didn't answer my question.  If you analyze
10    the product that you said you would in your
11    guidance in Paragraph 52, and if the product
12    that you analyzed met all the four conditions
13    that are listed in bullet points, and it had a
14    counterfeit holographic security logo on it,
15    would you consider that transceiver authentic
16    or counterfeit?
17  A.  That would depend on the determination that I
18    would make.
19  Q.  And I'm asking you to make that determination
20    now --
21  A.  I --
22  Q.  -- because it is very important for your
23    expert report and for our expert report.  If
24    you have a transceiver that satisfies all of

207

1    the four bullet points in Paragraph 52, and it
2    had a counterfeit holographic log on it, would
3    you consider that transceiver authentic or
4    counterfeit?
5  A.  So if I understand --
6  Q.  Can you say?
7  A.  If I understand you -- I just want to
8    understand your question.  You said that the
9    product satisfied all the four criterias --
10  Q.  Or --
11  A.  -- for it being authentic?
12  Q.  Yes.  If the product satisfies all the four
13    criteria that are listed in Paragraph 52 --
14    but it says, "If all of the following
15    conditions were true, the transceiver was
16    presumptively authentic."  So the transceiver
17    satisfies all these four conditions, and it
18    has a counterfeit holographic H3C logo on it,
19    would you consider that transceiver authentic?
20  A.  I would consider that product authentic.  And
21    the reason, again, based on my experience, I
22    have seen all variations.  That's why I do not
23    rely on the holographic label, and let me
24    explain why.  In this --

208

1   Q.  I don't -- hold on.  Let me just ask a
2       follow-up question.
3           MR. BUNIS:  Well, hold on.  Let him
4       just complete the answer.  You can ask the
5       question after he completes his answer.
6   Q.  Okay.
7   A.  So I have seen -- I have seen genuine products
8       that are used, that are sold as new, in box
9       where a counterfeit holograph label is applied
10      to it to make it look a new in box product.
11      But it is a used product, but it is a genuine
12      product.  It -- it has been manufactured by an
13      authorized entity, by the OEM.  So that's
14      where I draw the distinction.
15          For me, the analysis is about the
16      product.  So it is important for me to
17      understand if the product is authentic or not.
18      And I've seen all these situations, and that's
19      why I do not factor in the -- the counterfeit
20      or the authentic nature of the holographic
21      label.  I -- I analyze the product itself,
22      forensically analyze the product.
23  Q.  Okay.  Thank you.
24          So I understand your position, that a

209

1       transceiver that has a counterfeit logo could
2       be considered authentic.
3   A.  Yes.  Counterfeit holographic label.  Because,
4       as I explained, I've seen situations --
5   Q.  Holographic --
6   A.  Yes.  As I've seen --
7   Q.  -- logo?
8   A.  As I've seen situations, again, this is --
9       transceiver is a very thriving business.
10      Motivation is there.  It's high margin.  A lot
11      of these products five or ten years later get
12      dumped into the second remarket.  They're
13      procured by someone in China.  They try to
14      label it like a new in box product.  They know
15      that these products should have a holographic
16      label on it.  They apply a counterfeit
17      holographic label, and then sell it as new in
18      box.
19          When that product comes to me, I'm
20      going to look at the product.  And if the
21      product is authentic based on the criterias
22      that I've laid out, I'll deem the product
23      genuine; and that's what -- what I'm trying to
24      explain.  I've also seen the inverse where the

210

1       product might be counterfeit, but the label on
2       it might be genuine.
3   Q.  You explained that.  I saw that.
4   A.  Yeah.
5   Q.  I don't have questions about that.  I have a
6       question about your statement that a
7       transceiver with counterfeit logo you would
8       consider authentic transceiver if the four
9       bullet points in Paragraph 52 are met?
10  A.  Right.  Yes.
11  Q.  Okay.  That's what I was trying to understand.
12      I want to show you Exhibit -- the next
13      exhibit, which is -- 12?
14          THE STENOGRAPHER:  Yes.
15          (PX Exhibit No. 12, Letter dated
16          4/22/13 marked for identification)
17  Q.  which is a copy of the document Bates stamped
18      ICT 1562 through ICT 1565.  Have you seen this
19      document before?
20          MR. BUNIS:  Take your time and read it.
21  A.  I've not seen it before.
22  Q.  Yeah.  I want to ask you about --
23          MR. BUNIS:  He's got to read the
24      whole --

211

1   Q.  -- one particular --
2           MR. BUNIS:  He's going the read the
3       whole thing.
4           MR. JOFFE:  I want to ask him to read
5       one part --
6           MR. BUNIS:  I --
7           MR. JOFFE:  -- and to see if I ask the
8       question, if he needs to read the rest of the
9       document, he can read the rest of the
10      document.
11          MR. BUNIS:  How will we know if he
12      needs to read the rest of the document?
13          MR. JOFFE:  No.  He will know by the
14      question because --
15          MR. BUNIS:  No.  I'm --
16          MR. JOFFE:  -- it's possible next -- if
17      I want to show him a 25-page document, he's
18      going to be sitting there reading 25 pages if
19      I want to ask one question.  That's not -- no.
20          MR. BUNIS:  That's exactly the point --
21          MR. JOFFE:  No.
22          MR. BUNIS:  -- which is you're not
23      going to confuse the witness by asking him --
24          MR. JOFFE:  I'm not confusing the

212

1    witness.
2        MR. BUNIS:  Okay.
3        MR. JOFFE:  If the witness needs to get
4    additional reading, he can; but let --
5        MR. BUNIS:  You can't --
6        MR. JOFFE:  -- me ask the question.
7        MR. BUNIS:  Nope.
8        MR. JOFFE:  And if he says I need to
9    read the whole thing --
10       MR. BUNIS:  I'm going --
11       MR. JOFFE:  -- then I will let him.
12       MR. BUNIS:  -- to tell you, as I've
13   told you before, this witness is going to read
14   a document in its full entirety that you put
15   in front of him that you want to ask him
16   questions about; and if you're dissatisfied
17   with that, I'm sorry.
18       MR. JOFFE:  All right.
19       MR. BUNIS:  That's what's going to
20   happen.
21 Q.  All right.  Read the whole document.
22       MR. BUNIS:  Take your time.
23       MR. JOFFE:  And I can -- when I ask him
24   to look at the Second Amended Complaint, we're

213

1    going to sit and wait 'til he reads 90 pages
2    of it?
3        MR. BUNIS:  You bet.
4        MR. JOFFE:  No way.
5        MR. BUNIS:  You know, it occurs to me
6    while he's reading the document that this
7    document is marked "confidential."  And to the
8    extent it's marked "confidential," I think
9    that the transcript of the deposition should
10   be similarly marked as "confidential."
11       MR. JOFFE:  No.  We'll waive the
12   confidentiality on this document.
13       MR. BUNIS:  It's not your
14   confidentiality to waive.
15       MR. JOFFE:  It is ours.
16       MR. BUNIS:  This is a document produced
17   by us -- excuse me -- produced by you; you
18   marked it "confidential"?
19       MR. JOFFE:  Yeah.
20       MR. BUNIS:  Dimitry, do you know if we
21   similarly marked it and produced it?
22       MR. JOFFE:  You didn't.
23       MR. BUNIS:  You know that?
24       MR. JOFFE:  I am pretty confident that

214

1    you didn't.
2        MR. BUNIS:  Well, to the extent that we
3    don't know and we can't be sure, we're going
4    to mark this "confidential."
5        MR. JOFFE:  I'm pretty sure that it's
6    not.
7        MR. BUNIS:  What's the harm in the
8    interim if it's going -- if the transcript be
9    marked "confidential"?
10       MR. JOFFE:  For what reason?  Based on
11   this letter?
12       MR. BUNIS:  You're asking him about a
13   document that's been marked "confidential,"
14   correct?
15       MR. JOFFE:  By us.  It's our document.
16       MR. BUNIS:  I similarly asked you
17   whether we produced the same document.
18       MR. JOFFE:  And I told you you didn't.
19       MR. BUNIS:  I thought you said you
20   didn't know?
21       MR. JOFFE:  No, I know.  You didn't.
22   Because it is our translation, and you didn't
23   make the same translation.
24       MR. BUNIS:  So --

215

1        MR. SASO:  That was where I was going
2    to say something, which is that -- and this is
3    Paul Saso speaking now.  So this -- what I
4    understand this exhibit to be is plaintiff's
5    translation of a letter that was originally in
6    Chinese; and, I mean, that should be clear on
7    the record.  That this has not been -- this
8    has not been a translation that has in any way
9    been authenticated or approved by the
10   defendants, and we don't know the accuracy of
11   what is being put before the witness right
12   now.
13 Q.  Have you read it?
14 A.  No.  I'm just --
15 Q.  Okay.
16 A.  -- listening to the talking.
17       So the language here doesn't make
18   sense, but I'll just continue reading.
19       Okay.
20 Q.  Okay.  I want you to look at page 3, which has
21   a Bates No. 1564.
22 A.  Bates No. 1 --
23 Q.  1564.
24 A.  Okay.

216

1  Q.  I want you to look at the first paragraph of
2      that page.  And I'm going read the last
3      sentence of it for the record.  "After the
4      equipment had been seized, H3C inspected this
5      equipment and based on the logos found on the
6      equipment, believe that the equipment was
7      counterfeit products."
8          Do you see that --
9  A.  I see that sentence, yes.
10 Q.  -- sentence?
11         This letter was provided by HP, as I
12     see there, to the Chinese Public Security
13     Bureau.  And it states that H3C determined
14     that the counterfeit -- the equipment was
15     counterfeit based on the logos found on the
16     equipment; do you see that?
17         MR. BUNIS:  Objection.  This Exhibit 12
18     was not provided to security --
19         MR. JOFFE:  It's the --
20         MR. BUNIS:  I'm not going to talk over
21     you, and you're not going to talk over me,
22     right?  So to be clear, Exhibit 12, it was not
23     provided to the Chinese Public Security
24     Bureau, as you represented to the witness.

217

1      And the sentence that you quoted was not part
2      of the letter to the extent that there is a
3      letter that was provided to the Public
4      Security Bureau.  This is a translation --
5      what you purport to be a translation of a
6      document that may or may not have been
7      provided to the Public Security Bureau.  We
8      don't know.  And this witness has already
9      testified he's never seen this document
10     before.
11         So I would object to your question
12     about this and representation about what's in
13     page 1564.
14 Q.  You said earlier that you asked defendants for
15     information on holographic logos, on H3C
16     holographic logos --
17 A.  Holographic labels.
18 Q.  -- holographic labels on the transceivers; and
19     you've been told that there is no such
20     information available; correct?
21 A.  I specifically asked if they had information
22     on the holographic labels that were affixed to
23     the products that I was going to analyze in
24     the time frame that we were looking at, which

218

1      is the 2010 to 2011 time frame.  And, yeah, I
2      was told that there was no information on
3      those labels.
4  Q.  Mm-hmm.  Did you know that H3C determined that
5      the transceivers were counterfeit based on
6      holographic logos?
7          MR. BUNIS:  Objection, calls for
8      speculation.
9  A.  Yes.
10 Q.  You did know that, aside from reading it now
11     in this letter (indicating)?
12 A.  No.  It was also -- it was Exhibit 4, I
13     believe, in Dr. Fang's report.
14 Q.  Okay.  Well, let's take a look at that.
15         Okay.  And just to make clear, you've
16     reviewed this document before, Exhibit 4 to
17     Dr. Fang's report?
18         MR. BUNIS:  Why don't --
19 Q.  -- correct?
20         MR. BUNIS:  Why don't you show it to
21     him before, so he knows what you're --
22         MR. JOFFE:  Yeah.  No.  I'm asking and
23     he just said that it was in Exhibit 4 to
24     Dr. Fang's report.

219

1  Q.  So did you review this document --
2          MR. BUNIS:  Dimitry --
3  Q.  -- before?
4          MR. BUNIS:  Dimitry, when you say "this
5      document" that you're holding and the witness
6      doesn't have it yet --
7          MR. JOFFE:  I'm not asking the document
8      I'm holding.  I'm asking the document that
9      Mr. Raina just referred to in his answers.  He
10     said Exhibit 4 to Dr. Fang's report, and I'm
11     asking whether he reviewed that Exhibit 4
12     previously?
13 A.  Yeah.  I just want to confirm that.
14 Q.  Yeah.  I'll ask you to confirm as soon as the
15     exhibit is marked.
16 A.  Yes.
17 Q.  I just don't want to start reading the whole
18     document that you already read as --
19         MR. BUNIS:  Oh, he's going to read it
20     again.
21         MR. JOFFE:  No, he will not.  Michael --
22         MR. BUNIS:  Absolutely.
23         MR. JOFFE:  -- would you just --
24         MR. BUNIS:  So he --

220

1      MR. JOFFE:  This is outrage and that he
2  read the document.  It's a multipage document.
3  He read it before.  He will see and if that's
4  what he read and he's not going to sit and
5  read it again.  It's taking my time.
6      MR. BUNIS:  I --
7      MR. JOFFE:  You've interrupted enough.
8      MR. BUNIS:  I'm going to tell you,
9  Dimitry, as I've told you before --
10      MR. JOFFE:  Yeah.
11      MR. BUNIS:  -- if you want to ask a
12  question -- if you put a document in front of
13  the witness as an exhibit that you want him to
14  answer a question about, he's going to road
15  the entire document --
16      MR. JOFFE:  No.  No.
17      MR. BUNIS:  -- before he --
18      MR. JOFFE:  That's not the rule, your
19  rule.  Sometimes there are multipage documents
20  and in depositions and you don't see it and
21  read the whole document --
22      MR. BUNIS:  I'm happy --
23      MR. JOFFE:  -- to answer a question
24  about a particular point.

221

1      MR. BUNIS:  If you'd like to call
2  Judge Sorokin and get him on the line and ask
3  him this question, I'd be more than happy to
4  do it.  But I'm going to tell you right now,
5  this witness is not going to answer questions
6  about any documents that he doesn't have an
7  opportunity to read completely, particularly --
8      MR. JOFFE:  By the way, did you have --
9      MR. BUNIS:  Excuse me.  Excuse me.
10  I've asked you -- you don't speak over me; I
11  won't speak over you, okay?
12      Particularly given a document that's
13  written in Mandarin.  So I -- it's absolutely
14  preposterous to think that you're going to put
15  a document in front of him that he doesn't
16  have a complete opportunity to review and ask
17  him a specific question about a page and not
18  give him an opportunity to read the whole
19  thing.
20      As I said, I'm absolutely more than
21  happy to call Judge Sorokin right now, and you
22  can ask him that question.
23      MR. JOFFE:  Can you mark that, please,
24  as an exhibit.

222

1      (PX Exhibit No. 13, Exhibit 4 marked
2      for identification)
3      MR. BUNIS:  Take your time.
4 Q.  Have you seen this document before?
5      MR. BUNIS:  He's going to wait until he
6  reads it; then you can ask him a question.
7      MR. JOFFE:  Are you instructing him not
8  to answer if he's seen the document before?
9      MR. BUNIS:  I'm instructing him to read
10  the entire thing, and then he can answer your
11  questions about the document.
12 Q.  You can answer the question if you've seen the
13  document before.
14      MR. BUNIS:  He's not going to answer
15  the question until he reads the whole
16  document.
17      MR. JOFFE:  Are you instructing him not
18  to answer?
19      MR. BUNIS:  I said -- I'll repeat the
20  instruction that I've given him.  And, by the
21  way, this is, obviously, distracting to the
22  witness's attempt to read the document.  So
23  the more you want to engage in this colloquy,
24  you're only undermining your own time.

223

1      And the instruction that I'm giving him
2  is to make sure he's read the document
3  completely until he answers questions that you
4  ask about.
5      MR. JOFFE:  I don't believe you can
6  instruct the witness to do that.  I believe
7  you're all in -- let's call.
8      MR. BUNIS:  Let's go off the record.
9  Actually, I guess we need to go on the record
10  to call.  So --
11      MR. JOFFE:  Yup.
12      MR. BUNIS:  -- I think it's your call.
13      MR. JOFFE:  No.
14      THE STENOGRAPHER:  Tell me if we're on
15  or off.
16      MR. BUNIS:  I think we should go on.
17  We're on.  Do you want to call?
18      MR. JOFFE:  You -- yeah.
19      MR. BUNIS:  Okay.  Well, go ahead and
20  call.  I mean, I'm giving the instruction for
21  it.
22      MR. JOFFE:  You're the one --
23      MR. BUNIS:  No.  I said you should be
24  happy to call if you want a different

224

1    instruction.  I'm instructing him not to
2    answer questions until he read the document
3    completely.  If you think that instruction is
4    improper, I think you need a ruling from the
5    Judge, because this witness is going to do
6    what I instruct him to do.
7         MR. JOFFE:  Okay.
8  Q. Did you read the document?
9  A. No.  I -- I --
10 Q. Okay.  Read it.
11 A. Everybody's talking, so --
12 Q. Have you seen this document before?
13        MR. BUNIS:  As I said to you before,
14   he's not going to answer questions about the
15   document until he's read it completely.  And I
16   -- as I pointed out, the more you do this,
17   you're just wasting your own time.
18        (Discussion off the record)
19 Q. Have you seen this document before?
20 A. Yes.
21 Q. As part of Dr. Fang's expert report?
22 A. Yes.
23 Q. Have you seen it prior to Dr. Fang's report?
24 A. No.

225

1  Q. The part you read is in English, I think.
2    It's plaintiff's translation of the document
3    that was produced by defendants, and has
4    defendants' production numbers on the bottom,
5    DEF 2807 through DEF 2817.  And the defendants
6    refer to this paper as H3C3 Verification
7    Report; and I'm asking you to assume that, the
8    reference.
9         MR. BUNIS:  The reference to the title?
10        MR. JOFFE:  To the title, H3C
11   Verification Report.
12 Q. And according to defendants, this report was
13   provided by H3C to the Chinese Police; and as
14   you can see, it contains H3C inspection of the
15   seized transceivers?
16        MR. BUNIS:  Objection.  I don't think
17   this witness can tell anything about what's
18   contained in the document.  It's written in
19   Mandarin.  He doesn't speak Mandarin.  He has
20   no idea -- what you're representing to him.
21        In fact, do you speak Mandarin?
22        MR. JOFFE:  I don't speak Mandarin.
23        MR. BUNIS:  How do you know what you've
24   just represented to the witness?

226

1         MR. JOFFE:  You have an objection?
2         MR. BUNIS:  I think I put my objection
3    on --
4         MR. JOFFE:  You got it.
5         MR. BUNIS:  -- the record.
6         MR. JOFFE:  Now --
7         MR. BUNIS:  And, by the way --
8  Q. Now, please answer the question.
9         MR. BUNIS:  What is the question?
10 A. what --
11        MR. JOFFE:  Well, you objected before I
12   asked the question.  Okay.
13        MR. BUNIS:  My concern here and -- is
14   that you're going to ask the witness a
15   question about a document that's in a language
16   that he doesn't speak, that you don't speak,
17   and I don't speak.
18        MR. JOFFE:  And now I cannot ask him
19   questions?
20        MR. BUNIS:  It's your time.  You can do
21   whatever you what.
22 Q. You reviewed that document as part of
23   Dr. Fang's report, correct?
24 A. Yes.

227

1  Q. And do you see that in this report H3C
2    analyzes Holographic logos attached to the
3    transceivers --
4         MR. BUNIS:  Where are you --
5  Q. -- do you see that?
6         MR. BUNIS:  Where in the exhibit are
7    you referring to?
8         MR. JOFFE:  He read the whole report.
9    So starting on page -- well, starting on
10   page 1 actually.
11        MR. BUNIS:  Page 1 on this?
12        MR. JOFFE:  Yeah.
13        MR. BUNIS:  Page 1 of Exhibit 14 -- 13.
14 Q. It talks about the barcode label and
15   anti-counterfeit label attached to the H3C
16   genuine transceiver product, yes?
17        MR. BUNIS:  I'm sorry.  Dimitry, what
18   page are you on.
19        MR. JOFFE:  On the first page of the
20   translation.
21        MR. BUNIS:  And this is not page --
22   there's no page numbers on it, right?  I just
23   want to --
24        MR. JOFFE:  It's that first page with

228

1     the translation.
2  A.  And where are you reading this off?
3  Q.  I'm reading at the bottom of the first page of
4     the translation, the paragraph that starts
5     with the barcode label and anti-counterfeit
6     label.
7        MR. BUNIS:  What's the question?
8  Q.  Well -- and then going onto the next page, it
9     describes that -- on Point 2 it describes "The
10     anti-counterfeit label of the seized product
11     is abnormal and is a counterfeit label"; do
12     you see that?
13  A.  I see that written, yes.
14  Q.  Yeah.  And then, as you just read it, it goes
15     on to several factors related to the
16     anti-counterfeit label; do you see that?
17        MR. BUNIS:  Objection.  I -- again, I'm
18     going to reiterate the objection that this is
19     -- purports to be a translation of a document.
20        MR. JOFFE:  It's another speaking
21     objection of yours.  You don't reiterate it.
22     We got it.
23        MR. BUNIS:  Yeah.  But I think it's --
24        MR. JOFFE:  It purports to be a

229

1     translation.
2        MR. BUNIS:  I think it's entirely
3     improper that you're asking him a question
4     about a document that purports to be a
5     translation of a document that is not in
6     English.
7        MR. JOFFE:  You're speak- -- that's a
8     speaking objection.  You state your objection.
9     That's it.  And don't repeat it again and
10     again.
11        (Interruption)
12        MR. JOFFE:  Sorry about that.
13        MR. BUNIS:  Is there a question?
14  Q.  Yes.  The question is:  The statement in this
15     -- on this page that says that the above
16     label, including anti-counterfeiting labels,
17     are abnormal, which is sufficient to indicate
18     that at least most of the seized transceivers
19     are determined to be counterfeit H3C products.
20     Do you see that statement?
21        MR. BUNIS:  Objection.  You can answer.
22  A.  I'm trying to locate that statement.  Can you
23     tell me which paragraph if -- on that page?
24  Q.  Yeah.  I can point it to you.  It's this one

230

1     (indicating).
2  A.  Okay.
3  Q.  Do you see this?  Right above Paragraph No. 3.
4  A.  I do.
5  Q.  Yeah.  You disagree with the statement that
6     abnormal label is sufficient to determine that
7     the transceiver is counterfeit?
8        MR. BUNIS:  Objection.
9  A.  Can you --
10        MR. BUNIS:  If you can tell.
11  A.  Can you -- I'm sorry.  Can you repeat the
12     question --
13  Q.  Yeah.
14  A.  -- again?
15  Q.  Yeah.  Well, this paragraph says that the --
16     because the labels -- the anti-counterfeit
17     labels are abnormal, it is sufficient to
18     determine that the transceiver is
19     counterfeit --
20  A.  I see that written here.
21  Q.  -- right?
22  A.  Yeah.  The translation, yes.
23  Q.  You see that.  Okay.
24        I asked you earlier if the counterfeit

231

1     logo on the transceiver would be sufficient to
2     indicate that it's counterfeit, and your
3     response was not necessarily?
4  A.  I want to make sure --
5  Q.  Yeah.
6  A.  -- that we're --
7  Q.  Yeah.
8  A.  -- talking about the same thing.  So what do
9     you mean when you say "counterfeit logo"?
10  Q.  It's a holographic H3C logo, trademark logo
11     attached to the transceiver.
12  A.  Okay.  I would -- I -- just so that we're
13     clear, I would -- the way I address that is
14     holographic label, not -- not a logo, because
15     logo can be in -- in different places.  So are
16     you talking about the holographic label?
17  Q.  Yes.
18  A.  Yes.
19  Q.  I'm talking about what appears on Figure 14 of
20     your report as a dark -- well, on my copy it's
21     dark, but it's this square (indicating).
22  A.  Page 14 or --
23  Q.  No.  Figure 14.  It's page 16.  It's in the
24     middle (indicating).

232

1  A.  (Indicating.)
2  Q.  Yes, exactly.  You're pointing to the square
3      in the middle of the label, and that's what I
4      meant by holographic logo.
5  A.  So that -- that is a holographic label, yeah.
6  Q.  Yeah.  Yeah.  Yeah.
7  A.  Okay.
8          (Interruption)
9  Q.  Yes.  So this is a holographic label, and H3C
10     in the report is stating that the counterfeit
11     or abnormal label is sufficient to indicate
12     that the transceivers are counterfeit?
13         MR. BUNIS:  What's the question?
14 Q.  My question to you is:  You've testified
15     earlier that having a counterfeit holographic
16     logo is not -- is not sufficient to indicate
17     they're counterfeiting, correct?
18         MR. BUNIS:  Objection, misstates his
19     prior testimony.
20 Q.  Correct?
21 A.  Yeah.  What I said before was that, yes --
22 Q.  Yes.
23 A.  -- I will not be looking at the label as the
24     only data point to analyze a product and then

233

1      based on that analysis, deem the product
2      counterfeit or genuine, yes.
3  Q.  Mm-hmm.  And that -- you disagree with this
4      statement (indicating) that a counterfeit
5      holographic logo is sufficient to determine
6      that the product is counterfeit --
7          MR. BUNIS:  Objection.
8  Q.  -- correct?
9          MR. BUNIS:  Objection, calls for
10     speculation.  To the point you can tell, you
11     can answer.
12 A.  So I'll be honest.  I mean, to me this
13     document is not a document that I can rely on,
14     because of the fact, as mentioned, this was
15     originated in Mandarin, this translation.  As
16     I read through this document, a lot of the
17     sentences didn't make sense to me.  So I -- I
18     have no idea or data to -- to understand what
19     "abnormal" means in this context or -- and
20     what they mean by, you know, saying
21     "sufficient" to indicate that at least most of
22     the seized transceivers are determined to be
23     counterfeit H3C products.
24 Q.  When you asked HP whether HP had any other

234

1      data on holographic labels, when did you ask
2      about that?
3  A.  This would be -- I'm just guessing in the
4      April --
5          MR. BUNIS:  Don't guess.
6  A.  April -- April -- around April time frame.
7  Q.  April 2019 --
8  A.  19.
9  Q.  -- correct?
10     And you were not given this report at
11     that time?
12         MR. BUNIS:  Objection.  Which?
13 Q.  This report (indicating) that is Exhibit 4 to
14     Dr. Fang's report.
15 A.  Yes, that is correct.
16 Q.  Then when you saw Dr. Fang's report, you saw
17     this Exhibit 4.  Was it the first time that
18     you saw this report?
19 A.  Yes.
20 Q.  Yes.  So just read it and you read it before,
21     and you see that the report indicates certain
22     characteristics of the logo that H3C found to
23     be abnormal --
24         MR. BUNIS:  The witness --

235

1  Q.  -- correct?
2          MR. BUNIS:  The witness testified that
3      he can't tell, he can't rely on the report
4      because of its translation.
5  A.  And I --
6  Q.  Assume it's a correct translation.  Because if
7      it's not, well --
8          MR. BUNIS:  We're not going to assume
9      that.
10 Q.  Okay.
11         MR. JOFFE:  Stop making speaking --
12     just make and objection and let the witness
13     continue.
14 Q.  The report contains certain discussions of
15     holographic logos on -- and the report lists
16     the characteristics of holographic logos that
17     were found to be abnormal; and based on that,
18     the report said it's sufficient to indicate
19     that the transceivers were counterfeit H3C
20     products.
21         MR. BUNIS:  Objection.
22 Q.  So my question is:  Would you be interested in
23     considering this information when you were
24     making your own inspection?

236

1    MR. BUNIS: "This information" meaning
2    this report (indicating)?
3    MR. JOFFE: Yes.
4  Q. The report --
5    MR. BUNIS: Objection.
6  Q. -- that's called HC3 Verification Report?
7    MR. BUNIS: Objection. You can answer
8    if you can.
9  A. This made no difference in -- after I read
10   this report, it makes -- my testing
11   methodology stays the say same that I've
12   discussed and shared with you before. And I'm
13   not going to be relying on the holographic
14   label to determine if the product and the
15   holographic label it is affixed to as genuine
16   or counterfeit.
17 Q. That's not my question. My question was: You
18   asked in April of last year whether HP had any
19   data on holographic logos, correct?
20   MR. BUNIS: Labels.
21 Q. Logos or labels, correct?
22 A. Yes.
23 Q. Yes. And you were told at the time that there
24   was no such information, correct?

237

1    You then saw Dr. Fang's report in
2    December or -- well, December or January of --
3    December of 2019, after you've done your own
4    work, correct?
5  A. Correct.
6  Q. Dr. Fang's report attached Exhibit 4, which is
7    H3C Verification Report, correct?
8    And that verification report discusses
9    the characteristics of holographic logos or
10   labels on the subject transceivers, correct.
11   MR. BUNIS: Objection. You keep
12   conflating the report and this translation to
13   the report, and I'm concerned about that.
14   MR. JOFFE: Translation of the report.
15   MR. BUNIS: So --
16   MR. JOFFE: You stated your objection
17   about translation. I understand. It's on the
18   record.
19   MR. BUNIS: But what's important is
20   you're representing that the translation of
21   the report was produced by HP and that's
22   incorrect.
23   MR. JOFFE: I'm not representing that.
24   It says on the translation that it's

238

1    "Plaintiffs' Office Translation" of the
2    document produced by the defendants. As the
3    document, this document (indicating) with
4    Bates Nos. DEF 2807 through 2817, was produced
5    by defendants and referred by defendants as
6    H3C Verification Report.
7  Q. And the document clearly says it's a
8    translation, which is what you read. And my
9    question is: This information in this
10   report --
11   MR. BUNIS: Wait. Wait. See, that's
12   the difference. It's not in the report. It's
13   in the translation.
14   MR. JOFFE: Is there an objection?
15   Michael, please make your objection. Stop
16   making speaking objections. All the time you
17   don't let me finish the question and don't let
18   the witness answer it. Stop, please.
19   MR. BUNIS: The problem --
20   MR. JOFFE: Let me ask the questions.
21   MR. BUNIS: Dimitry, the problem is
22   that you're purposely attempting to confuse
23   the witness by putting a document in front of
24   him, which you're purporting to be a different

239

1    document; and that different document is
2    written in a language that he can't
3    understand.
4    MR. JOFFE: Okay. You stated your
5    objection. Okay.
6    MR. BUNIS: I'm going to state my
7    objection. The fact of the matter is that if
8    you keep going on and trying to confuse the
9    witness deliberately, I'm going to instruct
10   the witness not to answer any more questions
11   about this document.
12 Q. This is a document that contains defendants'
13   Bates numbers and plaintiffs' translation of
14   the document. What I'm asking you is to --
15   well, because you can read only the
16   translation and to see if it contains
17   discussions of holographic labels on the
18   subject transceivers? Did you see the
19   discussion of holographic labels on the
20   transceivers --
21 A. There are observations that were made --
22 Q. Correct.
23 A. -- of holographic label on the transceivers.
24 Q. And my question is: The -- this information

240

1    contained in this verification report
2    (indicating), when you asked HP in April of
3    2019 if there is such information, would you
4    consider this report to be such information?
5  A.  No.  No.  What I was specifically asking was
6    for any design documents that they had on the
7    holographic labels.
8  Q.  So this --
9  A.  For the holographic labels that were --
10 Q.  Then this verification report would be of no
11   importance or interest to you in doing your
12   inspection?
13 A.  Absolutely, yeah.
14 Q.  No relevance?
15 A.  No relevance.  Because my testing methodology
16   that I shared with you before does not take
17   into account the analysis of the holographic
18   labels.  My testing methodology is -- again,
19   as I said, it's holistic.  It wants to check
20   the -- it looks at multiple data points, like
21   I pointed out before, checking for the serial
22   number redundancy on the label; and that's
23   exactly what I --
24 Q.  I understand.  I understand that.  So this

241

1    verification report would not be of interest
2    to you?  You don't consider it to have
3    meaningful information, relevant to the
4    counterfeiting investigation?
5  A.  For me, my final determination does not -- or
6    my final analysis does not change based on the
7    observations made -- based -- you know,
8    captured in this document or at least the
9    translated version of this document
10   (indicating).
11 Q.  Would it be -- I'm not asking whether it
12   changed your ultimate conclusion.  I'm asking
13   whether that would be meaningful information
14   for your analysis?
15     MR. BUNIS:  Objection, asked and
16   answered.
17 A.  No.
18 Q.  Why did you ask for holographic label data
19   back in April?
20 A.  As I said, I'm an engineer.  My goal is to get
21   all the data points as possible as it relates
22   to a given product; and if that given product
23   had holographic labels on it, my goal was to
24   collect all the information.  But the testing

242

1    methodology in my head was exactly the testing
2    methodology that I laid out, which is -- which
3    I've explained before.  So it was just nice to
4    have data point if that was something that was
5    presented to me.
6  Q.  And there is also Exhibit 3 to Dr. Fang's
7    report that you have -- we already marked that
8    as an exhibit.  It's H3C Security Bulletin.
9      MR. BUNIS:  Exhibit 10.
10 A.  Exhibit?
11     MR. BUNIS:  10.
12 A.  Okay.
13 Q.  You saw that document already, correct?
14     And it --
15 A.  Are you talking about Exhibit 3 (indicating)?
16 Q.  Yeah.
17 A.  Yes.
18 Q.  Yeah.  And it describes, first, among other
19   things, holographic logos on the transceivers?
20 A.  Labels, yes.
21 Q.  Logos or labels.  And it shows the -- there is
22   optic characteristics of the transceivers,
23   logos?
24 A.  Yes.

243

1  Q.  Do you see that?
2      It also shows the actual logo, the new
3    one with the old one?
4  A.  On which page are you talking about?
5  Q.  Page 1 shows the new transceiver logo.
6  A.  I see the label that is marked --
7  Q.  Yeah.
8  A.  -- mark new host label.
9  Q.  Yeah.  No.  On the right.  On the right.
10 A.  (Indicating.)
11 Q.  Yup.
12 A.  The new module label?
13 Q.  Yes.  So it presents the new holographic label
14   to be used on the transceivers, and it sets
15   out its optical characteristics; do you see
16   that?
17     MR. BUNIS:  Where are you?
18 A.  Which page are you referring to?
19 Q.  No.  The one that you're looking at now.
20 A.  So title would say the "Optical Modular
21   Authentication" --
22 Q.  Yes.
23 A.  -- "Methods"?
24 Q.  Yes.

244

1    A.   I see it.
2    Q.   So that the information contained in this
3         security bulletin would also be of no interest
4         to you in your inspection?
5    A.   It would not.  As -- as I've explained before,
6         the reason for that is, again, based on my
7         experience.  I've seen counterfeit labels on
8         genuine products.  I've seen genuine labels on
9         counterfeit products.  And my goal was to
10        analyze the product, not the holographic
11        label.  So that's why my testing methodology
12        focuses on the product itself and not the
13        label.
14             The reason I asked for the information
15        on the holographic labels was as a data point;
16        and in very small cases, which is true for a
17        company like Cisco, there are -- there are
18        unique identifiers in some cases in the
19        holographic label.  And if that was the case,
20        I would have decided on if that -- if that is
21        something that I would have factored into my
22        -- into my determination.
23             But my testing methodology is focused
24        on analyzing the product; and that's why I'm

245

1         looking at the EEPROM data.  I'm looking at
2         the -- the 1D representation and the
3         redundancy that is created by the brands for a
4         reason, same on the serial, same
5         alphanumerically, same in the 1D barcode, same
6         in the EEPROM and the 2D, whether 2D was
7         present, the 2D barcode was present.  So my
8         methodology stays the same irrespective of
9         what was presented here.
10   Q.   Okay.  So irrespective of logo, you look at
11        the product itself.  When the logo is
12        counterfeit -- well, they use logos.  If the
13        logo is counterfeit, you can still say that
14        the product itself is authentic --
15   A.   Yeah.
16   Q.   -- correct?
17   A.   My goal is to analyze the product.
18   Q.   Yeah.  So in your analysis, the results put in
19        the appendix, you're saying that the
20        transceiver itself is authentic, but you
21        express no opinion whether the logo attached
22        to that transceiver is authentic or
23        counterfeit?
24   A.   I did not analyze the labels.

246

1    Q.   Right.  So in your analysis, and I think you
2         testified to that before, it is possible that
3         authentic transceivers carried counterfeit
4         logos?
5    A.   It is possible that authentic transceivers
6         have counterfeit labels --
7    Q.   Okay.
8    A.   -- are counterfeit holographic labels.
9    Q.   Okay.  So if the subject transceivers had
10        counterfeit holographic labels, that would not
11        change your conclusion that the transceivers
12        themselves are authentic?
13   A.   That is correct.
14   Q.   Okay.  You -- do you express any opinion as to
15        whether holographic labels on the transceivers
16        were authentic or counterfeit?
17             MR. BUNIS:  Asked and answered.
18   A.   I -- I didn't analyze the holographic labels.
19   Q.   Well, look at Paragraph 81.
20   A.   Of -- of which document?
21   Q.   Of your report.
22   A.   Okay.
23   Q.   And you say in that paragraph, "I could (and
24        did) readily make substantially similar

247

1         observations just by looking at labels"; do
2         you see that?
3    A.   Yes.  I see that being written there.
4    Q.   And so you said that not only you could, but
5         you did readily make substantially similar
6         observations just by looking at the labels,
7         correct?
8    A.   No.  I --
9    Q.   No?
10   A.   No.  What I mean by here is that all the
11        observations that Dr. Fang made, I could have
12        easily made that through my naked eyes.  I did
13        not need -- you know, there's no need for you
14        to have a digital microscope.  It just -- no
15        need for "a digital microscope which is tilted
16        at '27.6 degree angle with respect to the
17        horizontal plane' at 200x magnification to
18        observe that certain labels are damaged, or
19        that the H3C logo shifts one direction or the
20        other in others."
21             All of this is something that could be
22        observed, you could make similar observations
23        by just looking at the label with your naked
24        eyes.

248

```
1   Q.  But you didn't do that --
2   A.  I --
3   Q.  --- did you?
4   A.  I just -- just casually looked at a few
5       labels, and I did see that the holographic
6       labels looked like, you know, the H -- you
7       know, they had the 3D element to it; and
8       that's about it.  But in looking at that --
9       those labels, all the observations that
10      Dr. Fang has made, there's no need for a
11      device.  One could do that with the naked eye.
12  Q.  Well, I understand that your contention -- my
13      point is just factual.  I want to establish
14      whether you actually inspected the logos,
15      whether you actually did find --
16          THE WITNESS:  Is it okay if we just
17      take a quick break --
18  Q.  -- the --
19          MR. JOFFE:  Yeah.
20          THE WITNESS:  -- quick bathroom break,
21      five- to ten-minute break?
22          MR. JOFFE:  Okay.  Sure.  We'll repeat
23      the question.
24          (Recess)
```

249

```
1           (Discussion off the record)
2           (Question and colloquy read)
3           MR. JOFFE:  So we're back on the
4       record, and I will go back to my question that
5       I tried to ask before the break.
6   Q.  My question was:  You didn't analyze the
7       holographic labels for indicators of
8       counterfeit --
9   A.  Correct.
10  Q.  -- correct?
11  A.  Yeah.
12  Q.  You don't know whether holographic labels on
13      the subject transceivers are counterfeit or
14      authentic, correct?
15  A.  Correct.
16  Q.  And you've described one of the scenarios,
17      whether authentic transceiver can have
18      counterfeit label attached to it, correct?
19  A.  Yes.
20  Q.  Have you ever encountered in your experience
21      dealing with the counterfeit products such
22      denial whether the product itself was
23      authentic based on the serial numbers matching
24      and it carried a counterfeit holographic logo?
```

250

```
1   A.  Label.
2   Q.  Or label?
3   A.  Yes.
4   Q.  You have experienced that?
5   A.  That's right.
6   Q.  And you said that it's done when -- well, why
7       don't you explain to me again what is the
8       reason that authentic product could carry a
9       counterfeit label?
10  A.  So as I said previously, a used product that
11      is dumped into the second remarket in many
12      cases is procured by counterfeit resellers,
13      counterfeiting resellers, and then sold as new
14      in box.  And in wanting to do so, there are
15      genuine labels or counterfeit labels, in this
16      case, that are put -- put on the device to
17      make it look like a new, in box product.
18  Q.  The count -- the original authentic device
19      would have an original authentic label
20      attached to it, correct?
21  A.  Not necessarily.  So I'm talking about used
22      devices that could be more than five, ten
23      years old that can dump into the second
24      remarket; and when they were originally
```

251

```
1       designed, there were no holographic labels on
2       them, and subsequently the holographic thick
3       labels were a reinvent of the design.  And
4       that point in time for -- for them to make it
5       look like a new in box product, they would
6       have to put holographic labels on it; and
7       that's where I've observed many cases in my
8       previous analysis of such products where there
9       is a counterfeit label on a product that is
10      genuine.
11          And when I -- when I say the product is
12      "genuine," what I mean by that is -- or
13      "authentic," what I mean by that is that it
14      has been manufactured at an authorized
15      facility by the OEM.
16  Q.  Well, I think you described genuine product
17      that matches your guidance in Paragraph 52 as
18      serial numbers.  We're not going to repeat it
19      again, but --
20  A.  Where is --
21  Q.  And I'm not trying to trick you, but your
22      criteria was the match of the unique serial
23      numbers across the product barcode and so
24      forth, right?  That's you criteria for --
```

252

1  A.  That's my testing methodology.
2  Q.  -- determining that?
3       Okay.  And you have not looked to
4      determine whether the labels attached to it
5      are counterfeit or authentic.  So you have no
6      opinions whether those transceivers carry
7      counterfeit or authentic holographic labels,
8      correct?
9  A.  I did not analyze the holographic labels, yes.
10 Q.  Okay.  So you would allow for the possibility
11     that the transceivers that you deemed genuine
12     carried counterfeit holographic H3C logos or
13     labels, correct?
14 A.  I'm sorry.  Can you repeat that question
15     again?
16 Q.  The transceivers, 647 transceivers that, based
17     on your analysis, you deemed to be genuine
18     could carry counterfeit holographic H3C
19     labels?
20      MR. BUNIS:  Objection, hypothetical.
21     You can answer.
22 A.  Hypothetically speaking, yes.
23 Q.  Well, you don't know, you didn't examine the
24     logos, you don't know whether they are

253

1      authentic?
2  A.  But you gave me a hypothetical situation --
3  Q.  Right.
4  A.  -- they were counterfeit.  So that's why my
5      response is hypothetically speaking.
6  Q.  Correct.  And your report doesn't speak on the
7      issue of holographic logos?
8       MR. BUNIS:  Labels.
9  A.  I've said it, yeah --
10 Q.  Yeah.
11 A.  -- many times.  I did not analyze the
12     holographic labels.  That was not part of my
13     methodology.
14 Q.  Why do manufacturers use holographic labels?
15 A.  As a deterrent to counterfeiters.
16 Q.  I think you've described in your report that
17     they are hard to counterfeit; that's why it's
18     a deterrent to counterfeiters?
19 A.  That is true.  They're hard and they're
20     expensive to produce.
21 Q.  You don't consider labels as an integral part
22     of the product?
23      MR. BUNIS:  Label?
24 Q.  Holographic label, you don't consider it to be

254

1      an integral part of the product, so --
2       MR. BUNIS:  Objection, vague.
3  A.  Yeah.  I mean, the question is vague to me.  I
4      don't understand what you mean when you say
5      "integral part of the product."
6  Q.  Well, in your description a transceiver itself
7      could be deemed authentic based on serial
8      number matches, but the logo -- label attached
9      to it could be counterfeit?
10      MR. BUNIS:  Objection, misstates his
11     prior testimony.  You can answer if you
12     understand.
13 A.  I am not sure if I understood.  If you could
14     you repeat that question again.
15 Q.  Yes.  The transceiver that matches your
16     guidance in Paragraph 52 with all the serial
17     numbers matching, which are determined then to
18     be a genuine product, could have a counterfeit
19     label attached to it?
20      MR. BUNIS:  Holographically?
21 Q.  Yeah.
22      MR. BUNIS:  You can answer.
23 A.  Yes.
24 Q.  Okay.  I'm going to show you --

255

1       MR. JOFFE:  Mark this, please.
2       (PX Exhibit No. 14, Validate marked
3       for identification)
4  Q.  Have you had a chance to look at the document?
5  A.  I believe the document is missing images.
6  Q.  Yes, it does.  That's the function of printing
7      off the website.  So there are images missing.
8      But I want to ask you about the text that's --
9       MR. JOFFE:  May I borrow your copy for
10     a second?
11      MR. BUNIS:  I've written on my copy.
12      MR. JOFFE:  Yeah.  That's -- I'm not
13     going to look.
14      MR. SASO:  Hold on.  I think we have a
15     clean copy.
16      MR. JOFFE:  Yeah.  So you have an extra
17     copy?
18      MR. BUNIS:  You gave us --
19      MR. JOFFE:  I gave you.  I was looking
20     for it.  That's why I couldn't find it.
21 Q.  So that's what I want to ask you about.  The
22     second page of the document, that says "Visual
23     Inspection - Label Hologram"; do you have
24     that?

256

1      MR. SASO:  Dimitry, do you have any
2  representation as to what this is that you're
3  showing the witness?
4      MR. JOFFE:  This is a printout of an
5  HPE document.  It's called Validation -- well
6  --
7      MR. SASO:  Done by whom, when, and what
8  website?
9      MR. JOFFE:  I printed it out, and I'll
10  be happy to provide you the reference to the
11  website.
12      MR. SASO:  When was it printed?
13      MR. BUNIS:  When was this printed?
14      MR. JOFFE:  Two days ago or a day ago.
15      MR. SASO:  Okay.  We just need -- we
16  haven't identified the document.
17      MR. JOFFE:  Yeah.  I'll be happy to
18  identify the website and provide the link.
19  Q.  But I want to direct your attention to the
20  second page where the document says that "To
21  help prevent security labels from being
22  counterfeited, HP uses a two-factor
23  authentication system.  The security ID can be
24  validated at the top of this web page, and the

257

1  hologram can be validated within the
2  guidelines here."
3      So are you familiar with the use of
4  hologram as a part of authentication system?
5  A.  I'm not sure I understand that question.
6  Q.  Well, I think what this says is that you used
7  two steps, two-factor authentication of the
8  product.  You compare the security label, the
9  ID number, the serial number that you can
10  identify; and as a second step, you inspect --
11  visually inspect hologram labels?
12      MR. BUNIS:  Are you asking him about
13  his experience with holograms in general or
14  about this document (indicating)?
15      MR. JOFFE:  I am asking about
16  Mr. Raina's familiarity with manufacturers
17  using both factors as authenticity
18  confirmation, both checking the serial number
19  on the product and reviewing holographic
20  labels on the product.
21  A.  I'm sorry?
22  Q.  What -- yeah.  Are you familiar that
23  manufacturers like HPE use two factors to
24  authenticate the product:  One, is to check

258

1  the serial numbers; and the other is to use
2  hologram labels?
3  A.  No.  I was not aware of that.
4  Q.  Why would manufacturers use holographic labels
5  on the product?
6  A.  As a deterrent to counterfeiters.
7  Q.  But you said that holographic labels
8  themselves, they don't indicate whether the
9  product is counterfeit or authentic?
10  A.  Correct.
11  Q.  So how would they be then a deterrent to
12  counterfeiters?
13  A.  They're a deterrent because they're -- they're
14  difficult and expensive to produce, and the
15  counterfeiters now have to somehow prove --
16  you know, affix a holographic label or a label
17  that looks like a holographic label on the
18  product.  So it's essentially raising the bar
19  for the counterfeiters in terms of their
20  production of counterfeit products.
21  Q.  For -- you worked with law enforcement
22  agencies?  I think you said in your report
23  that you helped law enforcement agencies
24  prosecute cases of counterfeiting?

259

1  A.  That's correct.
2  Q.  And if the person is selling a product there
3  in counterfeit trademark logo, would that
4  person used as subject to prosecution, if you
5  know?
6      MR. BUNIS:  Objection, hypothetical.
7  You can answer.
8  A.  I would not know the answer.
9  Q.  You don't know?
10  A.  I'm not a lawyer.  So I'm not -- I cannot
11  answer that question.
12  Q.  Did you -- in your experience, did you come
13  across instances whereas you said authentic
14  product would carry a counterfeit holographic
15  label?  Did you come across those instances?
16      MR. BUNIS:  Asked and answered.
17  A.  Yes.
18  Q.  And what would be the consequences for the
19  person selling such product?
20  A.  From a legal perspective, I -- I wouldn't
21  know.  I was -- I was the head of the
22  engineering team, and my responsibility was to
23  analyze the product and deem whether it is
24  counterfeit or genuine and capture that

260

1    analysis.  And my focus has always been on
2    analyzing the product itself, because at the
3    end of the day what we're really trying to
4    prove is, is the product counterfeit or
5    genuine, not the label, holographic label that
6    is on the product.
7  Q. But the holographic label is used as an
8    anti-counterfeiting feature of the product, is
9    it not?
10 A. I do not consider holographic labels as an
11   anti-counterfeiting feature.  In my opinion,
12   an anti-counterfeiting feature is a feature
13   that does not allow you to counterfeit a
14   product.  There's nothing about the
15   holographic label that does not allow the
16   counterfeiter to counterfeit a transceiver and
17   just apply a counterfeit label on top of it.
18   A counterfeiter can still counterfeit a
19   product, a functional counterfeit product
20   without the label.  So to me it is not an
21   anti-counterfeit technology.
22 Q. Just to confirm, you just said that
23   holographic label, in your opinion, is not an
24   anti-counterfeit technology?

261

1  A. Correct, in my opinion.
2  Q. And we saw that Exhibit PX 11, which is H3C's
3    Statement on Anti-Counterfeiting," which we
4    see "Hosts and Optical Modules."  Optical
5    modules is transceivers.  But H3C used this, I
6    believe, as anti-counterfeit technology for
7    their transceivers, no?
8        MR. BUNIS:  Objection.
9  A. I cannot be sure of that, as to how they
10   perceived it.  But my opinion is that it is
11   not an anti-counterfeit technology.
12 Q. I'm going to show you one more document.
13       MR. JOFFE:  Let's mark this.
14       (PX Exhibit No. 15, Hewlett Packard
15       Enterprise marked for identification)
16 Q. And this document has also been printed off
17   the HPE website.  It is called "Verification
18   of Authentic HPE Universal Hard Drives and
19   Solid State Drives."
20       MR. BUNIS:  Take your time.
21 Q. I'm sorry.  Mr. -- are you marking up the copy
22   that's --
23 A. (Indicating.)
24 Q. Yeah.  How much did you mark up there?

262

1  A. I just underlined a couple of lines.
2        MR. JOFFE:  Okay.  Let the record
3    indicate that the witness underlined the
4    document.
5  A. So I cannot underline?
6  Q. Well, yes.  As long as the record reflects
7    that it's you making the underlining --
8  A. Okay.
9  Q. -- and I did not give you the underlined
10   document, that's fine.
11 A. Okay.  So --
12       (Discussion off the record)
13 Q. Have you had a chance to review it?
14 A. Yes.
15 Q. Okay.  Let me read one passage from the
16   document.  It appears right under Figure 2.
17   There are no pages printed off the website,
18   but you will see Figure 2.
19       MR. BUNIS:  It's the eighth page, I
20   think.
21 Q. And I will read it for the record.  "Beware
22   that it is a common practice for
23   counterfeiters" --
24 A. Can you -- which paragraph?  I'm sorry.

263

1    just --
2  Q. It's right under Figure 2.
3  A. Okay.
4  Q. "Beware that it is a common practice for
5    counterfeiters to 'reuse' serial numbers
6    listed on the packaging and often on the
7    invoice and the number printed on the product
8    label in an effort to convince a customer that
9    the product is authentic.  This serial number
10   is not intended to be used for product
11   validation."
12       Do you see that statement?
13 A. Yes.
14 Q. Do you agree with it?
15 A. The serial number by itself is not used --
16 Q. Do you agree with the statement that's made in
17   this document?
18 A. I think what this statement means is that if
19   you're just looking at the serial number, just
20   based on that data point, then you cannot
21   prove one way or the other if the product is
22   authentic or counterfeit.  But in my analysis,
23   I'm just not looking at the serial number.
24   I'm looking at the serial number

264

1    representation in the 1D barcode, and I'm
2    looking at the serial number that is burned in
3    the EEPROM.
4        So there is a difference between this
5    statement and the multiprong approach that I
6    took. I was just not looking at the serial
7    number on the label. I was also looking at as
8    to how it was represented in the 1D barcode;
9    and then furthermore, if that same serial
10   number was also written into the EEPROM.
11 Q. I understand that. But as long as it's
12   repeated in the security in the barcode and
13   EEPROM and on the label, it's the serial
14   number that you are using for authentication
15   of the transceivers, correct?
16       MR. BUNIS: Objection.
17 A. I dis --
18       MR. BUNIS: Objection, misstates his
19   prior testimony. You can answer.
20 A. I disagree with that statement. What I'm
21   relying on is the redundancy of the serial
22   numbers across --
23 Q. Right.
24 A. -- and that are printed in 1D barcode and

265

1    written into the EEPROM.
2  Q. Correct. And my question is: If the serial
3    number is redundant, as you said, and it's the
4    same on the label, 1D barcode, and EEPROM,
5    then you would rely on that serial number to
6    authenticate the transceiver, correct?
7  A. I rely on the redundant nature --
8  Q. Yes.
9  A. -- of the serial number for it to be
10   authentic. And if the serial number does not
11   match, like it did not in the product --
12 Q. I --
13 A. -- products that were deemed counterfeit, then
14   to me that is an indication of a counterfeit
15   operation.
16 Q. Correct. So that's what I wanted to confirm.
17   Your report, in particular in Paragraph 67, it
18   expressly says that "Importantly, the mere
19   fact that every one of the 647 transceivers
20   contains a unique serial number is itself
21   evidence that they are all authentic."
22 A. And -- and your -- I'm sorry. Your question
23   is?
24 Q. My question is: That the fact that they

266

1    contain unique serial number to you, in your
2    opinion, is in itself evidence that they are
3    all authentic; and I'm asking you whether you
4    disagree with the statement by one of the
5    defendants, HPE, that the serial number is not
6    intended to be used for product validation?
7        MR. BUNIS: Objection. I think this is
8    -- you're talking about two completely
9    different products.
10       MR. JOFFE: Are you testifying for the
11   witness? Are you an expert?
12       MR. BUNIS: I think you're deliberately
13   trying to confuse --
14       MR. JOFFE: I think --
15       MR. BUNIS: -- the witness.
16       MR. JOFFE: I think if we read the
17   record you will see that you making so many
18   speaking objections, that you are not only
19   putting the words into Mr. Raina's mouth, you
20   are actually testifying for him. Are you now
21   answering my questions?
22       Can you just be quiet for just a little
23   bit and make your objections as we agreed,
24   state it briefly and concisely, and don't

267

1    testify for the witness? I'm serious,
2    Michael. We have a record. It will be before
3    Judge Sorokin.
4  Q. Do you need me to repeat the question?
5  A. Yes.
6  Q. You state in your report, on Paragraph 67,
7    "Importantly, the mere fact that every one of
8    the 647 transceivers contains a unique serial
9    number is itself evidence that they're all
10   authentic." HPE paper says that "The serial
11   number is not intended to be used for product
12   validation." And HPE paper also explains why,
13   because "it is a common practice for
14   counterfeiters to 'reuse' serial numbers in an
15   effort to convince a customer that the product
16   is authentic."
17       So my question is: Do you disagree
18   with the HPE statement?
19       MR. BUNIS: Objection, vague. You can
20   go.
21 A. These are two different statements in my
22   opinion. What I'm saying is very different
23   from what they're saying. I'm saying that
24   the mere fact that every one of the

268

1    647 transceivers contains a unique -- and I
2    would like to emphasize "unique" -- serial
3    number is itself evidence that they're not all
4    -- they're all authentic.
5        So, again, as I was saying earlier, as
6    I'm looking at multiple data points, besides
7    the three of the -- four indicators that I
8    talked about earlier, I was looking at the
9    647 products.  And since the 647 products did
10   not repeat any serial numbers, there were no
11   duplicate serial numbers, so I'm looking at it
12   from a holistic perspective and a batch of
13   products that I'm looking at.  This is only
14   talking about a serial number for a given
15   product, and that also is not talking about
16   the redundancy.
17       And because the context for this could
18   be for a product that does not have the
19   attributes that are present for a transceiver
20   where the serial number is also burned into
21   the EEPROM and the ID barcode as well.
22 Q. And do you see the HPE paper goes on to
23   describe "florescent holograms for
24   authentication"?  It's in the same part of the

269

1    paper (indicating).
2  A. Actually, I would -- I would like to bring
3    your attention --
4  Q. No.  Can you answer my question, please,
5    before bringing anything to my attention?
6  A. Okay.  But I would like to come back to it,
7    because I think this is a very important
8    point.
9  Q. Can you answer my question, and I'll give you
10   the opportunity.  I just want to ask you
11   whether you see that the paper refers to
12   "florescent holograms for authentication?
13 A. Which page is this?  Can you tell me?
14 Q. It's the same page (indicating), the same we
15   were looking at.
16 A. And where do you -- where are you reading that
17   off from?
18 Q. It's right after the statement that "the
19   serial number is not intended to be used for
20   product validation."
21 A. Mm-hmm.
22 Q. And then the next sentence, "The latest HPE
23   security label, which began in April 2019, has
24   the following security features"; do you see

270

1    that?
2  A. Yes.
3  Q. And then it says, "Security strip has
4    florescent holograms for authentication"?
5  A. Correct.
6  Q. And it goes on to discuss holograms that are
7    used for authentication.  Do you see that
8    under Figure 3 and other figures?  They all
9    describe use of holograms for authentication;
10   do you see that?
11 A. I do.
12 Q. Okay.  So you disagree that holograms indicate
13   -- are indicators of authenticity or
14   counterfeiting?
15       MR. BUNIS:  Objection, misstates his
16   prior testimony.  You can answer.
17 A. Again, my goal was to analyze the product and
18   deem whether it was counterfeit or genuine.
19   And I would like to bring your attention --
20   because I think this would be very revealing
21   for you.  I would like to bring your attention
22   to page No. --
23 Q. I have no page numbers.
24 A. -- 5.  I mean, there's no page.  So you'll

271

1    have to count from the beginning.  One, two,
2    three, four -- five.  And if you look at the
3    paragraph under "Security Labels," the second
4    sentence, and I will read this out, "These
5    labels have many layered security features
6    that provide cover and overt security to keep
7    the labels" -- and I'll rein- -- I'll repeat
8    that again -- "to keep the labels from being
9    counterfeited."
10       So this goes back to the point I was
11   making earlier.  Labels can be counterfeited.
12   That has no bearing on whether the product
13   that the label is applied on is counterfeit or
14   genuine.  That is why, in my experience, and
15   my experience is almost 20 years, I rely on
16   doing an analysis of the product and not the
17   labels.  And it is proven by this statement
18   made here (indicating).
19 Q. When you said that you then disagree with the
20   statement that the serial number is not
21   intended to be used for product validation --
22 A. Again, I think the context of that is not
23   clear, and it's not the same.  And I'll just
24   repeat my answer again, which is, I'm looking

272

1    at the redundancy of serial numbers, not just
2    on the fact that it is a serial number.
3  Q.  Does Cisco use any security labels -- let's
4    say this.  Did Cisco use any holographic
5    security labels on its transceivers?
6  A.  No.
7  Q.  Did Cisco use any other type of security
8    features on transceivers?
9  A.  We did, yes.
10  Q.  And what kind of security features?
11  A.  I'm not sure if I can divulge that
12    information.  That's confidential.
13  Q.  You can divulge confidential, but I'm not
14    asking you about confidential information.
15    Let's say in 2009 or 2010, when you were there
16    at Cisco, did you know if Cisco used any
17    security features on its labels?
18  A.  On which labels?
19  Q.  Transceiver labels.
20  A.  There was a security element built into the
21    transceivers labels, yes.
22  Q.  Why was it used?
23  A.  As a deterrent, again.
24  Q.  Well, what kind of deterrent was that?  Was it

273

1    overt or covert?
2  A.  I'm not sure that question makes sense.  It's
3    a -- it's a deterrent, just -- just period.
4    It's a deterrent and it raises the bar for the
5    counterfeiters to produce -- or the
6    counterfeit Cisco products.  They have to
7    worry about an additional thing that they need
8    to do in order to counterfeit a Cisco product.
9    So it's referred to as deterrent.
10  Q.  Okay.  Take a look at the first page of this
11    exhibit (indicating).  Yeah.  And there is a
12    second paragraph that says "Authentication by
13    HPE may be the only means of determining
14    whether product is genuine or not."
15  A.  Where are you reading this from?
16  Q.  I'm reading on the second paragraph on the
17    first page (indicating).
18  A.  Yes.
19  Q.  Why do you think authentication with HPE may
20    be the only means of determining the genuiness
21    of counterfeit nature of the product?
22        MR. BUNIS:  If you know?
23  A.  I think it might -- I -- I -- it might be the
24    reasons that I'm stating, which is, at the end

274

1    of the day, only HPE is -- has the ability to
2    analyze the product in the holistic fashion
3    like I did for the transceivers, and only they
4    can state whether -- truly state whether the
5    product is genuine or counterfeit.
6  Q.  And --
7  A.  And as they stated on this -- on page No. 5
8    that I reported out, that overt and covert
9    features built into the security label just
10    make it difficult from the labels from being
11    counterfeited, not necessarily the product.
12    The product can still be counterfeited.
13    There's nothing stopping the counterfeiters
14    from counterfeiting the product.  A label is
15    just something that you apply on top of the
16    product.
17        So for you to truly know if the product
18    is genuine or counterfeit, you have to analyze
19    the product itself.
20  Q.  Well, but it's -- my question is:  HPE is a
21    manufacturer of -- original equipment
22    manufacturer of these products, correct?
23        MR. BUNIS:  Objection.
24  A.  I --

275

1  Q.  Well, when it says that "authentication by HPE
2    may be the only means of determining whether
3    the product is genuine," they -- wouldn't you
4    agree that they refer to HPE products?
5  A.  I -- I -- I cannot say that unless they
6    categorically say that.  I am not able to say
7    that conclusively.
8  Q.  When you were at Cisco, did you analyze Cisco
9    brand counterfeit products --
10  A.  Yes.
11  Q.  -- or some other brands?
12  A.  Cisco brand.
13  Q.  Cisco brand only?
14        And Cisco work on authenticity or
15    counterfeit nature of its product was the
16    ultimate work, correct?
17  A.  I'm sorry.  Can you --
18  Q.  If Cisco said that this product is genuine,
19    its own product, then you will not be able to
20    challenge that conclusion, right?
21        MR. BUNIS:  Objection, hypothetical.
22    You can answer.
23  A.  They would be the source of that in that case,
24    yes.

276

1  Q.  Yes.  So Cisco was the ultimate authority on
2      the counterfeit or authentic nature of its own
3      products, correct?
4  A.  Yes.
5  Q.  If Cisco said in your face -- you as a Cisco
6      representative said this is a counterfeit
7      Cisco product, then who would be able to
8      challenge that conclusion?
9          MR. BUNIS:  Objection, hypothetical.
10     You can go ahead.
11 A.  I'm not sure if I follow the question.  I
12     mean, somebody could still disagree with the
13     analysis.
14 Q.  Yes.  And in your view, whose analysis would
15     be more credible?
16         MR. BUNIS:  Objection, hypothetical.
17     You can answer if you can.
18 A.  It will have to be based on facts.  You know,
19     you have to look at the facts.  So I cannot
20     say one way or the other as to whose analysis
21     is the -- is the right one.
22 Q.  Well, if Cisco received a batch of products
23     for its analysis, Cisco analyzed the product
24     and Cisco determined that this product is

277

1      counterfeit, right, and the person who was
2      selling the product says, No, it was
3      authentic, whose opinion would matter in this
4      circumstance?
5          MR. BUNIS:  Objection, hypothetical,
6      vague.  Answer if you can.
7  A.  It's -- you'll have to look at both the -- you
8      know, I -- I'm not at liberty to make -- to
9      say which one you will agree upon.
10 Q.  Right.
11 A.  You have to -- you will have to look at the
12     facts on both sides in totality.
13 Q.  So it's possible that Cisco says that its own
14     product is counterfeit where it's actually not
15     counterfeit but authentic?
16 A.  Hypothetically speaking, that can be true,
17     yes.  Somebody might disagree with it, with
18     the analysis.
19 Q.  Yeah.  But everyone can disagree, but it is a
20     Cisco word about its own products.  Does it
21     carry more weight than the third-party word
22     about its products?
23         MR. BUNIS:  Objection, hypothetical.
24     You can answer.

278

1  A.  It -- again, I -- it's difficult for me to
2      answer this question without really knowing
3      the facts.  I'm an engineer.  So for me it's
4      important to know what the facts are, for me
5      to analyze it, an then say one way or the
6      other if I feel who is -- who -- who has the
7      right analysis.  That's just my honest answer.
8  Q.  Are you a member of any professional
9      organizations or associations?
10 A.  No.
11 Q.  Is True Pedigree a member of any professional
12     associations?
13 A.  No.
14 Q.  Do you know -- are you aware of an
15     organization called INTA, which stands for
16     International Trademark Association?
17 A.  Yes.
18 Q.  You're aware of that?
19 A.  Yes.
20 Q.  Do you know if Cisco is a member of INTA?
21 A.  I'm not sure if I know that they are currently
22     a member or not.
23 Q.  Do you know if HP is a member of INTA?
24 A.  I'm not sure of that either.

279

1  Q.  And how do you know about INTA?
2  A.  It is -- it is one of the organizations that
3      I'm familiar with because of my experience in
4      this space.
5  Q.  Do they work in counter- -- anti-counterfeiting
6      on -- anti-counterfeiting issues?
7  A.  I'm not sure what you mean by that question in
8      terms of -- when you say "they work," what --
9      what does that mean?
10 Q.  Are you familiar with the applications,
11     reports?
12 A.  I haven't --
13 Q.  -- what's put in the report?
14 A.  Yeah.  I haven't read any of the reports or
15     publications; but, yeah, they work in this
16     space.  They're an organization that works in
17     this space.
18 Q.  Mm-hmm.  And is it a reputable organization?
19         MR. BUNIS:  If you know?
20 A.  Yeah, I think so.
21 Q.  Okay.
22         Okay.  So I want to introduce another
23     document.
24         (Discussion off the record)

280

1          (PX Exhibit No. 16, Expert Witnesses in
2          Court Proceedings for Actions Against
3          Counterfeit Goods marked for
4          identification)
5  Q.  And the document is a multipage document, and
6      most of it is completely irrelevant to what
7      we're discussing, because it goes and analyze
8      situations in various countries, which are of
9      no relevance to us.  And what's relevance to
10     it us is page 2 -- is pages 1, 2, and 3.  And
11     if you can just take a look at pages 1, 2, and
12     3 --
13 A.  Okay.
14 Q.  -- of the document, which is entitled "Expert
15     Witnesses in Court Proceedings for Actions
16     Against Counterfeit Goods."  And it is issued
17     by International Trademark Association.
18         MR. BUNIS:  Where is this from?
19         MR. JOFFE:  This is from INTA, that
20     website.
21         MR. BUNIS:  When was it --
22         MR. JOFFE:  It was issue --
23         MR. BUNIS:  Does it have a date?
24         MR. JOFFE:  -- in -- I believe it was

281

1      issued --
2          (Discussion off the record)
3          MR. JOFFE:  It's within the -- I
4      believe within the last two or three years.  I
5      think it's 2016 or '17.  But it's -- if you go
6      on the website, it's listed there and it has
7      the date on the website, on the INTA website.
8          MR. BUNIS:  Are you representing that
9      it's of a particular date or you don't know?
10         MR. JOFFE:  Yeah.  It has a date.  It
11     -- maybe not the particular date, but it would
12     say December 2016.
13         MR. BUNIS:  No.  My point is do you
14     know the date of the document?
15         MR. JOFFE:  I knew the date.  I just
16     don't remember the date at this point.
17         MR. BUNIS:  So as you sit here today,
18     you don't know the date.
19         MR. JOFFE:  I don't remember the date
20     of it.
21         MR. BUNIS:  Okay.
22         MR. JOFFE:  But that's available on
23     inta.org.
24         MR. BUNIS:  All right.  So we would

282

1      object to this document being introduced
2      insofar as it doesn't bear any hallmark of
3      authenticity of not knowing when it was
4      created in time.
5          (Discussion off the record)
6  A.  I read it and is it okay if we take a break?
7      But I've read all the way through the first
8      three pages.
9  Q.  Okay.
10         MR. BUNIS:  Go off the record.
11         (Discussion off the record)
12         (Recess)
13 Q.  Without asking you about the substance, I'm
14     going ask you if you talked to your counsel
15     during the break?
16 A.  Yes.
17 Q.  Yes.  And whether you discussed the exhibit,
18     expert report in front of you?
19         MR. BUNIS:  I'm sorry.  What did you
20     ask?
21         MR. JOFFE:  Whether the witness
22     discussed the "Expert Witnesses in Court
23     Proceeding for Actions Against Counterfeit
24     Goods," the report by INTA, the exhibit that I

283

1      placed before the witness right before he
2      called for a break.
3          MR. BUNIS:  I'm going to instruct the
4      witness not to answer.
5  Q.  Did you discuss your testimony of this
6      deposition?
7          MR. BUNIS:  I'm sorry?
8  Q.  I'm not asking you -- I just want to ask you
9      whether you discussed your testimony with your
10     counsel during the break?
11         MR. BUNIS:  You can answer yes or no.
12 A.  Yes.
13 Q.  You did.
14         Okay.  Have you had a chance to read
15     the first two pages -- the first three pages
16     of the expert report?
17         The report says -- and I'll quote a few
18     sentences from it.
19         "In the U.S., Canada" --
20         THE STENOGRAPHER:  I'm sorry?
21 Q.  "In the U.S., Canada, Australia, as well in
22     the majority of E.U. countries, the sole
23     person or entity entitled to determine whether
24     the goods in question are counterfeit is the

284

1    right holder of the trademark used on the
2    subject goods.  This is" --
3  A.  Which -- I'm sorry.  What was --
4  Q.  The second paragraph --
5  A.  Second paragraph.
6  Q.  -- on page one.
7  A.  Okay.
8  Q.  "This is the only logical choice, since only
9    the manufacturer of the genuine goods can know
10    if the goods in question originated from its
11    factory."
12        The report continues to say, "in
13    certain countries, an 'expert' is appointed to
14    determine if the goods are counterfeit.  This
15    'expert' is not affiliated with the trademark
16    owner and is not familiar with the materials,
17    process or distribution of genuine goods.  If
18    this role to determine whether the goods are
19    counterfeit is assigned to such a third party,
20    this would go against the principle of truth."
21        Do you see that?
22  A.  Yes.
23  Q.  You haven't been affiliated with the H3C,
24    correct?

285

1  A.  That is correct.
2  Q.  And you are not familiar with the materials,
3    process or distribution of H3C products,
4    correct?
5  A.  Correct.
6  Q.  Okay.  The report further says, "This practice
7    excludes the trademark owner from making a
8    determination about whether the goods are
9    counterfeit."
10        MR. BUNIS:  Where are you?
11  Q.  Yeah.  You see it (indicating)?
12        It's the next -- third paragraph --
13    well, the fourth paragraph from the top
14    (indicating).
15        MR. BUNIS:  The second here (indicating).
16        THE WITNESS:  Yeah.
17  Q.  Yeah.  "Indeed, the trademark owner has no
18    standing to weigh in on the nature of the
19    goods.  As the consequence, the courts are
20    influenced by their experts and not the right
21    holder's opinion when deciding whether the
22    goods are counterfeit.  In a number of
23    countries, the opinion of the expert differs
24    from that of the right holder; this is

286

1    particularly dangerous in the case where the
2    expert argues that the goods are not
3    counterfeit, when, in fact, they are" and it
4    can lead to mistaken court ruling --
5        MR. BUNIS:  Where --
6  Q.  -- that the goods are not counterfeit?
7        MR. BUNIS:  Where are you?
8  Q.  Well, it's in the same third paragraph.
9        MR. BUNIS:  No.
10        MR. JOFFE:  As a counter -- which one?
11        MR. BUNIS:  You're -- I think the
12    version that you're reading from is different
13    from the version that we have, 16.
14  Q.  Well, "As a consequence, the courts are
15    influenced by their experts and not the right
16    holder's" --
17        MR. BUNIS:  Where --
18  Q.  -- "opinion"; do you see that?
19        MR. BUNIS:  No.  I don't even know
20    where you are.
21        MR. JOFFE:  Do you see that?
22        MR. BUNIS:  No.
23  Q.  This paragraph, can you take a look at this
24    one (indicating).

287

1        MR. BUNIS:  I see that, but -- yeah, I
2    see that.  Okay.  "As a consequence"?
3        MR. JOFFE:  Michael, are you just
4    running the clock or -- sorry.
5        MR. BUNIS:  Trust me, Dimitry, no one
6    wants this deposition to end more than me --
7        MR. JOFFE:  Yeah.  I --
8        MR. BUNIS:  -- with the exception of
9    Mr. Raina.
10        MR. JOFFE:  I believe that, trust me.
11  Q.  So I just read the statement and -- and the
12    part, where you interrupted me, I read that
13    "this is particularly dangerous in the case
14    where the expert argues that the goods are not
15    counterfeit, when, in fact, they are."
16        And the last paragraph on this page,
17    "Clearly, such a practice results in the
18    aggravation of the right holder's in civil and
19    criminal proceedings; and as a consequence can
20    lead to a mistaken court ruling that the goods
21    are not counterfeit and consequently, that
22    there is no trademark infringement."
23        Yeah.  Mr. Raina, what's -- what is
24    your opinion that the statements in this

288

1      report --
2             MR. BUNIS:  Objection, vague.
3   Q.  -- that I just I read?
4             MR. BUNIS:  Objection, vague.  If you
5      can -- answer if you can.
6   Q.  Do you agree or disagree with those
7      statements?
8             MR. BUNIS:  If you can tell.
9   A.  I disagree with these statements.
10  Q.  Okay.
11  A.  Specifically keeping in mind what I was asked
12     to analyze, my opinion, there's -- I mean,
13     this is an opinion.  That's fine.  There are
14     always exceptions.  And the exception in this
15     case is that I've been asked to analyze a set
16     of products, transceivers, that are sold by
17     ODMs to numerous ODMs, Cisco being one of
18     them, a company that I worked for.  There are
19     other clients that I worked with in the
20     networking space that also procure
21     transceivers from these ODMs.
22            And all these ODMs procure the
23     transceivers from the same ODM players.  So
24     it's common knowledge that companies like

289

1      Finisar, Agilent, Avago, JDSU, Methode --
2             THE STENOGRAPHER:  I'm sorry, the last
3      one?
4   A.  Methode, M-e-t-h-o-d-e.  -- all ODM vendors
5      for these devices that are procured by various
6      ODMs.  So to me, these are generic devices and
7      not necessarily devices that are unique to a
8      certain OEM.  And because of my experience in
9      dealing with these devices at my role -- with
10     my role at Cisco and others that I've
11     supported, I feel I disagree with this; and I
12     feel like that I can very accurately analyze
13     these products based on the methodology that I
14     laid out.
15  Q.  You read the Complaint in this case and you
16     are familiar with the allegations in the
17     Complaint, correct?
18  A.  Yes.  I --
19  Q.  Yes?
20  A.  Yes.
21  Q.  So you know that H3C complained to the Chinese
22     police that plaintiffs were selling
23     counterfeit H3C transceivers --
24  A.  Correct.

290

1   Q.  -- correct?
2   A.  Yes.
3   Q.  And I showed you the H3C Verification Report
4      that described the features of the H3C logos
5      or labels that H3C claimed to be counterfeit.
6      I've shown you English translation of the
7      letter that we contend was sent by defendants
8      to the Chinese police stating that H3C
9      determined that the transceivers were
10     counterfeit, based on the logos attached to
11     the transceivers.
12            So we have a situation where the
13     trademark holder, which is H3C, is stating in
14     criminal proceedings, no less, that the
15     transceivers are counterfeit and that
16     plaintiffs should be prosecuted for selling
17     those transceivers.  And you, as an expert,
18     without looking at the labels or analyzing the
19     labels, are claiming that the transceivers
20     actually are authentic regardless of the
21     holographic label attached to them, correct?
22            MR. BUNIS:  Objection, misstates his
23     prior testimony.
24  A.  The 647 transceivers --

291

1   Q.  Yeah-
2   A.  -- yes.
3   Q.  -- the 647, the majority of them.
4   A.  There have been -- but I did analyze and deem
5      some products counterfeit, yes.
6   Q.  Okay.  So -- okay.  Let me show you one more
7      exhibit.  This is --
8             THE STENOGRAPHER:  Wait a minute.
9             (PX Exhibit No. 17, H3C letter
10            regarding barcode info on the website
11            marked for identification)
12  Q.  And this is a two-page document.  The first
13     page bears Bates No. ICT 1985.  The second one
14     bears Bates No. ICT 2006.  This is a copy of
15     the letter in Chinese and its translation that
16     was produced by plaintiff.
17            And the translation says, "H3C letter
18     regarding barcode info on the website"; do you
19     see that --
20  A.  Yes, I see that.
21  Q.  -- there?
22  A.  Yup.
23  Q.  So it says, "Regarding your inquiry, our
24     company checked barcode on the official

292

1  website and obtained the interface content as
2  follows:  'Hello, this barcode is the barcode
3  of the equipment sold by Hangzhou H3C.'"  And
4  it goes on to say, "This reply merely informs
5  a customer whether our company ever sold a
6  product with this barcode, and doesn't
7  indicate whether this product is authentic."
8      MR. BUNIS:  Is there a question?
9  Q. Do you see that?
10 A. Yes.
11 Q. So this is a letter we contend that H3C
12 submitted to the Chinese police.  And it says
13 that the -- if you check the barcode
14 information, you can get information of the --
15 the information in that barcode, correct?
16     MR. BUNIS:  Objection.  You -- I'm
17 going to object.  That this is another
18 document which is translated --
19     MR. JOFFE:  Correct.
20     MR. BUNIS:  -- which you're
21 representing is a translation, and we have no
22 way of verifying the translation.
23     MR. JOFFE:  You can use your own
24 translator to verify.

293

1      MR. BUNIS:  Can I finish?
2      MR. JOFFE:  No.  You're making a
3  speaking objection again.  I'm asking the
4  question about the translation.
5      MR. BUNIS:  Yeah.  What you purport to
6  be the translation.
7      MR. JOFFE:  Yeah.
8      MR. BUNIS:  This is another example of
9  what you're attempting to do, is to confuse
10 the witness by putting a document in front of
11 him that's written in another language and
12 purporting to show him a translation of that
13 and asking him to agree or disagree with
14 something which he has no way to validate.
15     MR. JOFFE:  How else would I put a
16 foreign language document before the witness?
17     MR. BUNIS:  I suspect you would
18 probably get one that's a certified
19 transition.
20     MR. JOFFE:  I will.
21     MR. BUNIS:  In fact, that's the way I
22 would do it.
23     MR. JOFFE:  This is a document that we
24 produced as it existed in our files, and

294

1  that's why I'm asking about this document.
2      MR. BUNIS:  But the reason why I'm
3  objecting and the reason why this is so
4  important is because you should have done that
5  certified translation --
6      MR. JOFFE:  Okay.  Can we --
7      MR. BUNIS:  Let me finish.  This is
8  critical for the record, because I want the
9  Judge to be able to understand exactly what my
10 objection is.
11     This is another example of you putting
12 a purported translation in front of the
13 witness, not certified, in an attempt to
14 confuse the witness as to his testimony to
15 agree or disagree with some statements in this
16 which are of completely uncertain origin.  And
17 if you were to do it correctly, you would have
18 obtained a certified translation.  You had
19 plenty of time to do that.
20     MR. JOFFE:  Thank you.
21     MR. SASO:  And, Dimitry, I'm sorry, and
22 I don't mean to pile on here; but on the top
23 of the translation, it is an inadmissible
24 document because it is not authenticated.  We

295

1  have no idea what this document is or
2  represents.  And I understand that you're
3  representing it as something, but we don't
4  have the author of this document who's capable
5  of saying what it is or the purpose or who
6  drafted it for what purpose, where it was
7  sent.
8      So, you know, any question based on
9  this document or any of the other inadmissible
10 hearsay is objectionable during the entire
11 deposition, but go ahead.
12 Q. So the document says that the fact that
13 barcode information is authentic doesn't mean
14 that the product itself is authentic.
15     MR. BUNIS:  Objection.
16     MR. JOFFE:  No.
17 Q. Can you explain what this is?
18     MR. BUNIS:  Objection.  If you can and
19 I don't --
20 A. I really can't.  I don't have the background
21 on this.  I just don't understand who's making
22 this request, what barcode they're talking
23 about, what product are they talking about,
24 how was this request sent.  I -- there's --

296

1      it's just very vague in how it's described.
2      It doesn't lay out the facts.
3          MR. JOFFE:  Okay.  One more document to
4      mark, please.
5          (PX Exhibit No. 18, Interrogation Board
6          marked for identification)
7          MR. JOFFE:  And just to your -- you can
8      make the same objection and please do.
9   Q.  The document I showed the witness is an
10     English language document produced on Bates
11     Nos. ICT 1970 through ICT 1972.  And the
12     Chinese language document produced is Bates
13     No. ICT 1967, ICT 1969.
14         MR. SASO:  So, Dimitry, you asked --
15     you said please do assert those objections.
16         MR. JOFFE:  Yeah.
17         MR. SASO:  So I will do that.
18         MR. JOFFE:  Okay.  I understand you
19     will.
20         MR. SASO:  We're objecting to this
21     translation, and we're objecting to this as
22     inadmissible hearsay.  It's an unauthenticated
23     document and so far an inauthenticable
24     document.

297

1          MR. BUNIS:  Yeah.  And beyond that, I
2      mean, I'm going to just restate the point that
3      I made before, that you're asking the witness
4      in what I believe is a deliberate attempt to
5      confuse the witness about testimony in a
6      not-certified translation of a Chinese
7      document.
8   Q.  Have you had a chance to read it, Mr. Raina?
9   A.  No.  I'm still reading it.
10  Q.  Okay.  Please let me know when you're done.
11  A.  Okay.
12  Q.  Thank you.
13         So I want to ask you if you disagree
14     with the statements made in this -- what's
15     called "Interrogation Record" by a person
16     called Wang You where he says, on page 2, in
17     particular, that you can determine whether
18     the --
19         MR. BUNIS:  Where are you reading?
20         MR. JOFFE:  On page 2, in the largest
21     paragraph in the middle of it.
22  Q.  It says that they carry -- the packaged
23     transceivers carry H3C's registered label, the
24     security label on the seized transceivers is

298

1      not the same as H3C's, the position pasted is
2      not the same, and the outside of some
3      transceivers is different from original H3C's
4      unit; do you see that?
5   A.  Yes.
6   Q.  And then the question is:  "Do you identify
7      counterfeit product only from outside?"  And
8      the response is:  "We identify counterfeited
9      products first from -- well, "first of all,
10     from the outside that includes package and
11     label.  And, if there is anything unusual
12     found outside, we can also inspect the
13     transceiver's label through testing.  (In
14     short, is the power-on to test) as an
15     additional weight.  But if the interior
16     inspection didn't pass the test, there is no
17     need to do the power-on test"; do you see
18     that?
19  A.  Yes.
20  Q.  You disagree with that statement, correct?
21         MR. BUNIS:  Objection.  I didn't think
22     -- I'm going to reiterate it.  I don't think
23     we know whether or not --
24  Q.  You --

299

1          MR. BUNIS:  -- he can tell what that
2      statement it.
3          MR. JOFFE:  Well, the statement there
4      is:  If the security label on the transceiver
5      is found to be counterfeit, there is no need
6      to do additional testing.
7          MR. BUNIS:  What --
8          MR. JOFFE:  And I'm asking the witness
9      -- if Mr. Raina agrees with that statement?
10         MR. BUNIS:  What transceiver are you
11     referring to?
12  Q.  Mr. Raina --
13  A.  Yes.
14  Q.  -- if the labels, security labels attached to
15     the transceivers are found to be counterfeit,
16     your position is it doesn't mean that the
17     transceiver itself is counterfeit, correct?
18         MR. BUNIS:  Objection.
19  A.  My testing methodology relies on analysis of
20     the product to determine if the product is
21     counterfeit or genuine.
22  Q.  So you agree that finding of a security
23     counterfeit label on the transceiver doesn't
24     mean that the transceiver is counterfeit?

300

1    MR. BUNIS:  Objection, vague.  You can
2  answer it if you understand.
3  A.  It doesn't mean that the product is
4     counterfeit.  The product needs to be analyzed
5     holistically for you to conclusively determine
6     if the product is, indeed, counterfeit or
7     genuine.
8  Q.  And on the next page, it says that the
9     electronic info can be written or revised
10    through a program and that program will leave
11    no trace, which means that the transceivers
12    can pass the power-on test but that cannot be
13    proved positively if they're a genuine, an
14    original H3C product; do you see that?
15 A.  Yes.
16 Q.  And you agree in your report that the EEPROM
17    data could be rewritten or counterfeit,
18    correct?
19 A.  They can be -- it can be erased and
20    overwritten.
21 Q.  And the last thing, I want you to take a look
22    at Exhibit -- well, it's Exhibit 3 to Mr. --
23    Exhibit 4 to Dr. Fang's expert report.  You
24    have it in front of you.

301

1    MR. BUNIS:  It's Exhibit 13 -- 4 you
2  said?
3    MR. JOFFE:  Exhibit 4, yes.  It's H3C
4  Verification Report.
5  Q.  Would you take a look at the English
6     translation, the third page in sequence.  You
7     see at the bottom there is a paragraph with
8     the No. 2?
9  A.  Yes.
10 Q.  And it says, among other things, "that the
11    product feature field in the memory of the
12    transceiver may be rewritten by the
13    counterfeiter or a similar hacker.  And the
14    characteristics of the software determine that
15    this rewriting will not leave traces, unlike
16    the label fraud, there are always subtle
17    differences."
18    "In view of the above two points, the
19    power-on detection cannot be used as a
20    condition for judging that the product is
21    genuine."
22 A.  Where do you read that?
23 Q.  In the same paragraph, which starts with
24    No. 2, towards the bottom.

302

1  A.  Yes.
2  Q.  Yeah.  And, "In view of the above two points,
3     the power-on detection cannot be used as a
4     condition for judging that the product is
5     genuine.  Therefore, power-on detection is
6     actually, meaningless."
7  A.  I just want to clarify --
8  Q.  Yeah.
9  A.  -- power-on detection here necessarily does
10    not mean what I did when I read the EEPROM.
11    So the power-on detection in the industry --
12    and it is used very vaguely -- in the industry
13    is when you have a net -- networking router or
14    a switch and you have a transceiver that is
15    plugged into it, when the system is powered
16    on, there's a -- there's a handshake between
17    the software that is running on the router or
18    switch and the product itself; and that
19    handshake can be different for different OEMs.
20    It's dependent on the software.  But it is not
21    the same test that I did, which is reading the
22    content of the EEPROM.
23    So the power-on test, for example,
24    could be the software comes up and in the part

303

1     number reads a dash H3C and says, okay, this
2     is a valid H3C device.  So I just want to make
3     sure this power-on test is not confused with
4     the EEPROM reading that I did.
5  Q.  Yes.  But in your report, in Paragraph 35,
6     with respect to EEPROM or EEPROM programming
7     you do say that "Counterfeiters use widely
8     available tools to program information into
9     the EEPROM, including that identification
10    information referenced above (serial numbers,
11    part numbers, and the like).  Counterfeiters
12    do this in an attempt to 'fool' and mislead
13    purchasers by populating the EEPROM data that
14    has the appearance of legitimacy."
15    Right.  So whether this reference to
16    power-on test is unclear, the substance of
17    what's in the H3C Verification Report and in
18    your report on counterfeiting is where the
19    EEPROM data is the same, correct?
20    MR. BUNIS:  Objection, misstates his
21    prior testimony.  You can answer.
22 A.  Can you repeat the question again?
23 Q.  Yeah.  You said in your report that EEPROM can
24    be reprogrammed by counterfeiters to basically

304

1    fake the serial numbers, part numbers, and
2    similar identification information, correct?
3  A. Correct.
4  Q. And the H3C Verification Report says, Instead
5     of using the term EEPROM, they use the term
6     power-on, at least the translation does; it
7     says the same thing, that the software can be
8     rewritten to fake the information in it?
9        MR. BUNIS:  Objection, misstates his
10    prior testimony.
11 A. So as I've said previously, my testing
12    methodology looks at multiple data points; and
13    this is just one of them.  So besides that
14    data point, I also have an additional data
15    point where, for example, the 2D barcode
16    doesn't match the alphanumeric string.  So I'm
17    looking at everything in totality and then
18    making a conclusion whether the product is
19    genuine or counterfeit.
20       And in my experience, as I've stated
21    before, the counterfeiters will not be able to
22    replicate these managers consistently, which
23    is the redundancy in the serial number and the
24    -- and the -- on the label and the 1D barcode

305

1     and the EEPROM.  That is further proven by the
2     fact that for the transceivers that we
3     determine to be counterfeit, it -- the fact
4     that it could write into the EEPROM does not
5     necessarily mean that they wrote the same
6     value into the EEPROM that was on the label.
7        So for -- under Point No. 71 -- or
8     Point No. 70, the serial number on the product
9     label did not match the serial number recorded
10    in the EEPROM.  So the mere fact that you can
11    write into the EEPROM does not necessarily
12    mean power counterfeiters will write the value
13    that is redundant to the serial number that is
14    showcased or printed on the label.  And those
15    are the anomalies that I'm looking for in --
16    in my analysis of the products.
17 Q. I understand.  And the question is:  You refer
18    to paragraph 70 where it says "the serial
19    number on the product label did not match the
20    serial number recorded in the EEPROM," and
21    that is an indicator of counterfeiting that is
22    sufficient to determine power product is
23    counterfeit.  But my question is different.
24       My question is:  The fact that the

306

1     serial number on the product label matches the
2     serial number in the EEPROM, is that for you
3     an indication of authenticity?
4  A. For me --
5  Q. Yeah.
6  A. -- that is one of the criterias --
7  Q. Yes.
8  A. -- that I use in order to determine if a
9     product is genuine or counterfeit.
10 Q. But it's not sufficient in itself to show that
11    the product is authentic?
12 A. If you can say that again, I'm sorry.
13 Q. The fact power label -- serial number on the
14    label matches the EEPROM serial number, is it
15    sufficient to show power document is authentic
16    -- the product is authentic?
17 A. It does not raise an anomaly in that case.
18 Q. Okay.  There was some transceivers that were
19    deemed genuine in your appendix that didn't
20    have 2D barcodes, correct?
21 A. Correct.
22 Q. Correct.  So for those transceivers that
23    didn't have 2D barcodes, your -- you found
24    power serial number on the label matched the

307

1     serial number on the 1D barcode and matched
2     the EEPROM serial number --
3  A. That is correct.
4  Q. -- correct?
5  A. Correct.
6  Q. And those redundancy with the serial number
7     led you to conclude that the transceiver is
8     authentic, correct?
9  A. And also the fact that -- the third point in
10    -- under 52, Paragraph No. 52, "the serial
11    number printed on the label did not match the
12    serial number printed on the label of any
13    other unit of seized equipment."
14 Q. Right.  You've concluded that because there is
15    no duplicate in the 647, that's a unique
16    number, correct?
17 A. I'm sorry.  If you can just give me a few
18    seconds.
19 Q. Yeah.
20 A. Yes.  I'm sorry.  Can you go ahead and -- and
21    repeat that question?
22 Q. Yes.  So you determined that there are among
23    647 transceivers that you deemed authentic;
24    there are 313, I believe, of them with

308

```
1       2D barcode?
2    A. I believe that's the number.
3    Q. Yeah.  So the rest of them would be -- the
4       majority of them would not have the 2D barcode
5       on them, correct?
6    A. Correct.
7    Q. Okay.  So for those transceivers that didn't
8       have the 2D barcode on them, your conclusion
9       that those transceivers are authentic were
10      based on they're meeting three criteria in
11      your Paragraph 52, correct?
12          MR. BUNIS:  Objection, asked --
13   Q. That's all I want to know.
14          MR. BUNIS:  -- answered.  We've been
15      over this.
16   Q. Yeah.
17   A. That is correct.
18   Q. Yeah.  For those transceivers, the serial
19      number on the label matched the serial number
20      on the 1D barcode?
21   A. Correct.
22   Q. And it matched the serial number on the
23      EEPROM, and it was not repeated in the rest of
24      647 transceivers, correct?
```

309

```
1    A. None of the serial number was repeated within
2       that batch of 647.
3    Q. Right.  So as long as those three criteria
4       were met, you determined that they were
5       authentic?
6    A. Correct.
7           MR. JOFFE:  Just give me maybe -- we'll
8       go off the record for a couple of minutes, and
9       then -- we're almost done.
10          (Recess)
11   Q. Okay.  My final questions:  Plaintiffs allege
12      that H3C claimed in China that the majority of
13      the seized transceivers were counterfeit.  And
14      you, in your expert opinion, are saying power
15      majority of the transceivers are authentic,
16      correct?
17   A. Yeah.  I just want to be accurate.  So I'll
18      read off my report as to what my summary was,
19      if that's okay?  Where's my --
20   Q. Well, I don't want you to read off the report.
21      I just want to say that you've analyzed
22      781 transceivers, correct?  You found 647 of
23      them to be genuine?
24   A. Of the 781 units --
```

310

```
1    Q. Yeah.
2    A. -- 647.
3    Q. 647 is the majority of the object transceivers,
4       right?
5    A. Yes.
6    Q. And in your expert opinion, the majority of
7       the seized transceivers are authentic H3C
8       transceivers --
9    A. Correct.
10   Q. -- correct?
11          And you want the Court to accept your
12      opinion over H3C's statements?
13          MR. SASO:  Objection.
14          MR. BUNIS:  Objection.  That's
15      completely inaccurate.  Go ahead.
16   A. It's my own independent analysis --
17   Q. Right.
18   A. -- based on my years of experience and my
19      testing methodology in place and carried that
20      testing methodology out, and the results are
21      in front of you in this -- in this report.
22          MR. JOFFE:  All right.  Well, thank you
23      for sitting through this and explaining your
24      conclusions and findings.
```

311

```
1           THE WITNESS:  Thank you.
2           MR. JOFFE:  Okay.
3           MR. BUNIS:  I just have a couple of
4       questions.
5           MR. JOFFE:  Sure.
6
7    EXAMINATION BY MR. BUNIS:
8    Q. So, Mr. Raina, before you recall that you gave some
9       testimony before about requesting information
10      about H3C holographic labels?
11   A. Yes.
12   Q. And can you describe what information you were
13      seeking?
14   A. So, again, I was seeking information on the
15      H3C holographic labels as it related to the
16      products that they were applied on for the
17      products in question and the time frame that
18      they were applied on, so any information on
19      the holographic labels during that time
20      period.
21   Q. You didn't receive that information, correct?
22   A. No.  I did not receive that information.
23   Q. Okay.  Had you received the information, would
24      it have changed your testing methodology
```

312

1    that's described in your report?

2 A.  No.

3        MR. BUNIS:  Okay.  No further questions.

4        MR. JOFFE:  Thank you.

5        (Whereupon, the deposition was

6        concluded at 6:16 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

313

1                CERTIFICATE

2

3    Commonwealth of Massachusetts

4    Norfolk, ss.

5

6        I, Marie C. Leonard, Registered

7    Professional Reporter, Certified Shorthand

8    Reporter, and a Notary Public in and for the

9    Commonwealth of Massachusetts, do hereby

10   certify:

11       That SHELLEY RAINA, the witness whose

12   deposition is hereinbefore set forth, was duly

13   sworn by me and that such deposition is a true

14   record of the testimony given by the said

15   witness.

16       IN WITNESS WHEREOF, I have hereunto set

17   my hand and notarial seal this 11th day of

18   February, 2020.

19

20

21       _____

                    Marie C. Leonard

22                  RPR, CSR No. 146799

23

     My commission expires

24   on June 17, 2022

'

'100044061421 [1] - 105:11
'101028 [1] - 136:9
'17 [5] - 35:12, 43:10, 281:5
'BP' [3] - 105:14, 105:16, 106:1
'carried [1] - 17:2
'counterfeit' [1] - 17:1
'EX [2] - 105:15, 106:1
'expert' [2] - 284:13, 284:15
'fool' [2] - 173:2, 303:12
'Hello [1] - 292:2
'P9N0V9M' [1] - 101:23
'reuse' [2] - 263:5, 267:14

**0**

02110 [1] - 2:9
02191 [1] - 1:23
03 [1] - 109:18

**1**

1 [23] - 3:9, 7:5, 7:6, 11:22, 11:24, 14:3, 63:14, 77:7, 108:20, 110:5, 110:23, 110:24, 122:1, 136:8, 139:18, 143:19, 215:22, 227:10, 227:11, 227:13, 243:5, 280:10, 280:11
1-17 [1] - 1:3
1-313 [1] - 1:2
10 [7] - 3:23, 21:6, 33:20, 116:1, 172:18, 242:9, 242:11
100 [6] - 60:13, 109:20, 141:10, 142:6, 142:22, 199:18
10025 [1] - 2:4
101028 [1] - 141:11
10119-3701 [1] - 2:14
107 [1] - 3:22
11 [7] - 4:3, 129:1, 129:2, 129:3, 131:19, 178:5, 261:2
116 [1] - 3:23
11th [1] - 313:17
12 [5] - 4:5, 210:13, 210:15, 216:17,

216:22
129 [1] - 4:3
13 [5] - 4:6, 105:15, 222:1, 227:13, 301:1
130 [1] - 139:3
14 [8] - 3:11, 4:7, 64:1, 227:13, 231:19, 231:22, 231:23, 255:2
146799 [2] - 1:19, 313:22
15 [6] - 3:12, 4:8, 7:13, 90:2, 90:15, 261:14
150 [1] - 139:21
1562 [1] - 210:18
1564 [3] - 215:21, 215:23, 217:13
1565 [1] - 210:18
16 [9] - 4:9, 104:13, 104:18, 105:7, 105:16, 174:23, 231:23, 280:1, 286:13
16-cv-10386LTS [1] - 1:5
17 [6] - 4:11, 57:8, 59:2, 59:3, 291:9, 313:24
18 [3] - 4:13, 98:22, 296:5
19 [5] - 164:17, 164:22, 190:18, 197:24, 234:8
1967 [1] - 296:13
1969 [1] - 296:13
1970 [1] - 296:11
1972 [1] - 296:11
1985 [1] - 291:13
1995 [2] - 26:4, 29:21
1D [35] - 49:21, 91:12, 99:3, 103:9, 120:23, 147:2, 148:11, 148:12, 150:19, 152:17, 155:19, 155:24, 156:22, 170:13, 174:16, 178:13, 178:23, 179:13, 185:1, 191:14, 195:11, 197:15, 198:1, 200:20, 205:9, 245:2, 245:5, 264:1, 264:8, 264:24, 265:4, 304:24, 307:1, 308:20

**2**

2 [22] - 3:11, 14:6, 14:7, 47:19, 119:23, 122:5, 131:24, 145:22, 147:6, 172:20, 178:5,

228:9, 262:16, 262:18, 263:2, 280:10, 280:11, 297:16, 297:20, 301:8, 301:24
20 [7] - 36:1, 61:22, 62:3, 76:5, 144:5, 166:11, 271:15
20-plus [2] - 38:6, 171:10
2005 [4] - 26:10, 27:7, 33:8, 39:6
2006 [1] - 291:14
2009 [1] - 272:15
200x [1] - 247:17
2010 [3] - 140:14, 218:1, 272:15
2011 [2] - 27:20, 218:1
2012 [1] - 27:21
2013 [1] - 27:22
2016 [2] - 281:5, 281:12
2017 [17] - 14:9, 14:10, 21:24, 22:1, 43:19, 57:8, 57:20, 58:22, 59:2, 59:3, 59:7, 61:22, 62:3, 62:9, 62:18, 63:11, 73:13
2018 [12] - 22:5, 22:11, 43:22, 43:24, 54:5, 54:10, 54:15, 55:10, 55:19, 59:17, 59:18, 62:19
2019 [8] - 14:13, 64:1, 132:21, 133:2, 234:7, 237:3, 240:3, 269:23
2020 [3] - 1:21, 7:13, 313:18
2022 [1] - 313:24
210 [1] - 4:5
212.554.9686 [1] - 2:15
212.613.2171 [1] - 2:14
212.808.3020 [1] - 2:5
22 [1] - 104:8
222 [1] - 4:6
23 [3] - 143:18, 145:22, 147:6
25 [9] - 7:20, 8:8, 136:13, 136:15, 136:20, 137:3, 137:10, 137:14, 211:18
25-page [1] - 211:17
255 [1] - 4:7
26 [4] - 136:20, 137:12, 169:4, 171:23
261 [1] - 4:8
27 [5] - 139:19, 142:3, 142:14, 143:20,

151:12
27.6 [1] - 247:16
28 [14] - 101:21, 104:17, 105:6, 136:9, 139:18, 141:10, 141:24, 143:19, 144:12, 151:20, 158:14, 171:23, 174:23, 199:23
280 [3] - 4:9, 31:22, 32:1
2807 [2] - 225:5, 238:4
2817 [2] - 225:5, 238:4
291 [1] - 4:11
296 [1] - 4:13
2C [1] - 2:3
2D [75] - 49:21, 91:12, 99:9, 103:14, 103:15, 121:2, 121:3, 143:19, 143:23, 145:23, 146:3, 146:13, 147:1, 147:3, 147:7, 147:17, 148:16, 148:18, 149:1, 149:9, 149:12, 149:20, 150:23, 151:14, 151:15, 151:22, 152:1, 152:6, 152:9, 152:23, 153:15, 154:3, 170:16, 170:18, 176:1, 176:22, 177:1, 178:13, 179:14, 183:3, 183:9, 183:10, 183:18, 192:23, 193:2, 193:12, 194:3, 194:17, 194:20, 194:21, 195:3, 195:4, 195:7, 195:10, 197:21, 198:1, 200:23, 200:24, 201:8, 203:21, 205:10, 245:6, 245:7, 304:15, 306:20, 306:23, 308:1, 308:4, 308:8

**3**

3 [21] - 3:12, 3:23, 14:14, 15:11, 115:19, 115:20, 116:1, 117:2, 125:6, 186:2, 186:13, 186:19, 187:24, 215:20, 230:3, 242:6, 242:15, 270:8, 280:10,

280:12, 300:22
3,000 [2] - 168:1, 168:4
3,370 [1] - 100:15
30 [1] - 109:20
300 [1] - 195:6
31 [2] - 132:21, 133:2
311 [1] - 3:5
313 [1] - 307:24
33 [1] - 177:17
35 [4] - 172:18, 172:19, 175:6, 303:5
37th [1] - 2:13
3D [1] - 248:7

**4**

4 [18] - 3:15, 4:6, 18:9, 46:4, 46:6, 136:5, 218:12, 218:16, 218:23, 219:10, 219:11, 222:1, 234:13, 234:17, 237:6, 300:23, 301:1, 301:3
4/22/13 [2] - 4:5, 210:16
40 [1] - 26:18
42 [1] - 90:3
43 [2] - 90:17, 90:19
46 [1] - 3:15

**5**

5 [15] - 1:21, 3:4, 3:16, 15:24, 16:1, 16:2, 16:15, 16:16, 21:5, 21:10, 33:20, 56:4, 56:7, 270:24, 274:7
50 [3] - 138:17, 142:6, 142:21
52 [16] - 98:20, 153:18, 154:15, 184:21, 184:22, 196:7, 206:2, 206:11, 207:1, 207:13, 210:9, 251:17, 254:16, 307:10, 308:11
53 [4] - 90:11, 90:14, 90:16
56 [1] - 3:16
58 [3] - 106:5, 106:11, 111:18

**6**

6 [2] - 3:18, 61:15
61 [1] - 3:18
617.248.4000 [1] - 2:10

617.249.5000 [1] - 2:9
63 [1] - 3:19
643 [1] - 111:24
647 [49] - 98:1, 100:14,
104:1, 127:21,
136:12, 136:14,
136:20, 137:2,
137:10, 137:13,
160:5, 160:13,
160:18, 160:24,
161:1, 161:5,
161:12, 161:24,
162:3, 162:7, 163:9,
166:21, 167:24,
169:18, 170:10,
176:14, 187:18,
187:19, 187:21,
187:23, 188:23,
189:13, 190:1,
200:2, 252:16,
265:19, 267:8,
268:1, 268:9,
290:24, 291:3,
307:15, 307:23,
308:24, 309:2,
309:22, 310:2, 310:3
650 [1] - 31:22
657 [1] - 140:13
67 [6] - 97:23, 99:24,
100:9, 160:7,
265:17, 267:6
6:16 [1] - 312:6

## 7

7 [3] - 3:9, 3:19, 63:21
70 [6] - 104:16, 110:1,
174:11, 174:22,
305:8, 305:18
700-odd [2] - 157:23
71 [19] - 101:17,
104:14, 104:24,
105:4, 108:20,
110:5, 110:21,
112:23, 114:8,
121:19, 125:11,
136:4, 142:18,
158:13, 174:4,
174:10, 184:20,
184:21, 305:7
730 [2] - 159:5, 159:16
76 [1] - 3:21
765 [1] - 2:3
781 [4] - 188:7, 188:8,
309:22, 309:24
781-258-5421 [1] -
1:24

## 8

8 [5] - 3:21, 28:15,
76:9, 77:1, 107:1

80 [5] - 138:21,
138:23, 139:22,
142:6, 142:21
81 [1] - 246:19

## 9

9 [2] - 3:22, 107:4
90 [1] - 213:1
917.929.1964 [1] - 2:4
925.413.5766 [1] -
22:22
9:20 [1] - 1:21
9X [1] - 109:12

## A

a.m [1] - 1:21
A0 [4] - 108:2, 108:4,
108:6, 108:14
A0151060 [1] - 107:21
ability [4] - 49:19,
49:21, 176:12, 274:1
able [15] - 20:16,
50:21, 172:8,
172:15, 193:24,
194:14, 194:15,
195:18, 199:14,
203:9, 275:6,
275:19, 276:7,
294:9, 304:21
abnormal [8] - 228:11,
229:17, 230:6,
230:17, 232:11,
233:19, 234:23,
235:17
absolutely [8] - 139:24,
192:14, 197:2,
198:24, 219:22,
221:13, 221:20,
240:13
accept [1] - 310:11
accepted [1] - 28:4
access [7] - 165:10,
167:1, 174:5,
174:12, 175:2,
189:16, 193:2
accomplished [1] -
139:9
according [6] - 43:18,
64:16, 92:16, 142:4,
200:17, 225:12
account [2] - 120:18,
127:23, 156:15,
188:5, 240:17
accuracy [1] - 215:10
accurate [14] - 13:23,
20:17, 34:14, 81:23,
82:1, 131:12,
143:11, 152:17,
158:22, 164:15,
166:9, 166:17,

167:15, 309:17
accurately [2] - 8:13,
289:12
achieve [1] - 145:12
acronym [1] - 114:14
action [1] - 21:8
Actions [4] - 4:10,
280:2, 280:15,
282:23
actual [2] - 150:9,
243:2
added [1] - 19:4
adding [1] - 141:2
addition [1] - 70:18
additional [9] - 49:22,
51:8, 164:5, 164:18,
212:4, 273:7,
298:15, 299:6,
304:14
address [5] - 57:12,
57:14, 57:24, 58:1,
231:13
addresses [1] - 68:1
adds [2] - 143:21,
149:7
adhering [1] - 177:9
admitted [1] - 113:8
affiliate [1] - 81:11
affiliated [3] - 64:23,
284:15, 284:23
affiliates [3] - 62:14,
68:23, 79:13
affix [1] - 258:16
affixed [2] - 217:22,
236:15
afford [1] - 179:12
AFTERNOON [1] -
125:1
agencies [3] - 31:10,
258:22, 258:23
aggravation [1] -
287:18
Agilent [1] - 289:1
ago [2] - 256:14
agree [21] - 35:15,
81:8, 82:21, 93:20,
109:19, 110:2,
110:13, 113:5,
122:13, 126:6,
126:14, 195:10,
263:14, 263:16,
275:4, 277:9, 288:6,
293:13, 294:15,
299:22, 300:16
agreed [6] - 20:2, 20:4,
20:10, 82:14,
184:23, 266:23
agrees [1] - 299:9
ahead [14] - 10:22,
13:1, 78:16, 82:7,
96:13, 110:20,
117:12, 176:21,
198:20, 223:19,

276:10, 295:11,
307:20, 310:15
ALEXANDER [1] - 1:6
Alexander [1] - 2:19
Alisa [1] - 56:23
allegations [1] - 289:16
allege [1] - 309:11
allow [5] - 51:23,
173:23, 252:10,
260:13, 260:15
allowed [1] - 131:14
almost [3] - 68:22,
271:15, 309:9
alone [4] - 104:21,
156:12, 158:20,
159:18
alphanumeric [30] -
99:10, 103:16,
111:21, 121:5,
146:3, 146:8, 146:9,
146:12, 147:7,
147:8, 147:16,
147:19, 148:3,
148:19, 148:21,
149:14, 150:2,
150:21, 152:8,
153:5, 170:18,
176:2, 176:23,
183:19, 192:24,
194:24, 195:5,
198:10, 205:12,
304:16
alphanumerical [2] -
194:2, 194:11
alphanumerically [2] -
148:6, 245:5
altogether [1] - 113:1
Amended [4] - 3:13,
15:12, 15:17, 212:24
Amsterdam [1] - 2:3
analysis [55] - 11:16,
31:8, 31:13, 92:2,
92:14, 92:16, 92:22,
93:1, 94:4, 94:13,
95:7, 95:20, 95:21,
96:1, 96:8, 96:16,
97:3, 97:4, 97:8,
97:11, 97:18, 98:14,
103:10, 112:13,
120:20, 127:21,
137:16, 142:20,
158:20, 166:24,
195:2, 205:6,
205:13, 206:8,
208:15, 233:1,
240:17, 241:6,
241:14, 245:18,
246:1, 251:8,
252:17, 260:1,
263:22, 271:16,
276:13, 276:14,
276:20, 276:23,
277:18, 278:7,

299:19, 305:16,
310:16
Analytics [9] - 28:8,
28:16, 28:23, 29:17,
32:9, 39:7, 73:16,
73:24, 74:8
analyze [35] - 11:5,
15:7, 89:13, 95:4,
103:5, 153:9,
169:24, 170:5,
180:14, 189:21,
204:24, 205:21,
206:9, 208:21,
208:22, 217:23,
232:24, 244:10,
245:17, 245:24,
246:18, 249:6,
252:9, 253:11,
259:23, 270:17,
274:2, 274:18,
275:8, 278:5, 280:7,
288:12, 288:15,
289:12, 291:4
analyzed [14] - 11:15,
31:9, 104:13,
106:22, 111:22,
170:8, 171:1,
171:10, 187:5,
188:3, 206:12,
276:23, 300:4,
309:21
analyzes [1] - 227:2
analyzing [12] - 89:16,
91:22, 95:19,
156:20, 176:10,
181:5, 188:18,
199:6, 204:15,
244:24, 260:2,
290:18
and/for [1] - 16:22
angle [1] - 247:16
anomalies [10] -
100:22, 120:20,
127:24, 149:7,
150:14, 181:13,
181:17, 197:5,
205:9, 305:15
anomalous [3] -
171:18, 176:11,
176:16
anomaly [7] - 120:24,
127:23, 144:1,
149:4, 200:1, 306:17
answer [109] - 6:10,
10:18, 13:2, 17:10,
18:3, 23:19, 25:14,
25:15, 32:21, 41:14,
52:7, 58:9, 65:2,
66:3, 71:15, 71:21,
71:23, 78:15, 79:15,
82:6, 82:8, 83:2,
84:11, 84:20, 85:3,
86:1, 86:10, 88:8,

88:9, 88:10, 89:12, 95:9, 95:17, 96:5, 99:22, 102:13, 112:10, 113:16, 117:12, 125:18, 126:9, 131:7, 132:11, 132:23, 133:13, 143:2, 147:24, 148:1, 154:7, 159:11, 161:8, 161:14, 163:23, 164:8, 164:13, 168:7, 171:8, 182:19, 184:16, 186:18, 196:18, 199:2, 202:22, 203:6, 203:12, 203:14, 204:2, 206:9, 208:4, 208:5, 220:14, 220:23, 221:5, 222:8, 222:10, 222:12, 222:14, 222:18, 224:2, 224:14, 226:8, 229:21, 233:11, 236:7, 238:18, 239:10, 252:21, 254:11, 254:22, 259:7, 259:8, 259:11, 264:19, 269:4, 269:9, 270:16, 271:24, 275:22, 276:17, 277:6, 277:24, 278:2, 278:7, 283:4, 283:11, 288:5, 300:2, 303:21
answered [7] - 25:9, 87:21, 146:20, 241:16, 246:17, 259:16, 308:14
answering [3] - 12:23, 66:7, 266:21
answers [4] - 6:8, 6:14, 219:9, 223:3
anti [22] - 21:15, 26:8, 26:15, 26:19, 29:6, 29:7, 132:22, 227:15, 228:5, 228:10, 228:16, 229:16, 230:16, 260:8, 260:11, 260:12, 260:21, 260:24, 261:6, 261:11, 279:5, 279:6
Anti [4] - 4:3, 129:4, 129:9, 261:3
anti-counterfeit [11] - 26:15, 26:19, 227:15, 228:5, 228:10, 228:16, 230:16, 260:21,

260:24, 261:6, 261:11
anti-counterfeiting [11] - 21:15, 26:8, 29:6, 29:7, 132:22, 229:16, 260:8, 260:11, 260:12, 260:21, 279:5, 279:6
Anti-counterfeiting [4] - 4:3, 129:4, 129:9, 261:3
apartments [1] - 201:21
apologize [2] - 129:7, 179:9
app [11] - 47:24, 48:1, 48:14, 49:8, 50:3, 50:9, 50:19, 50:21, 50:22, 51:9, 51:22
appear [2] - 58:5, 163:9
appearance [2] - 173:4, 303:14
appearances [1] - 19:3
APPEARANCES [1] - 2:1
Appendix [3] - 106:9, 107:1, 110:12
appendix [4] - 8:12, 13:20, 245:19, 306:19
applicable [2] - 1:17, 99:9
application [2] - 47:18, 114:4
applications [1] - 279:10
applied [4] - 208:9, 271:13, 311:16, 311:18
apply [5] - 209:16, 260:17, 274:15
appointed [1] - 284:13
approach [7] - 113:5, 113:6, 113:8, 121:21, 160:2, 177:4, 264:5
approached [1] - 12:10
approved [7] - 115:12, 125:23, 127:8, 127:17, 128:9, 128:18, 215:9
approximate [1] - 38:13
apps [1] - 51:5
April [9] - 234:4, 234:6, 234:7, 236:18, 240:2, 241:19, 269:23
arbitration [1] - 30:7
argues [2] - 286:2, 287:14
arrange [1] - 124:7

Articles [6] - 3:16, 56:5, 56:8, 56:19, 57:5, 58:17
Ashraf [2] - 76:21, 78:5
aside [2] - 83:4, 218:10
aspect [1] - 200:1
assert [1] - 296:15
assessments [1] - 34:18
assigned [1] - 284:19
assist [1] - 34:16
association [1] - 66:11
Association [2] - 278:16, 280:17
associations [1] - 278:9, 278:12
assume [7] - 126:4, 169:8, 169:17, 206:4, 225:7, 235:6, 235:8
assuming [3] - 19:4, 192:13, 193:7
assumption [1] - 144:18
attached [16] - 13:19, 30:5, 187:11, 227:2, 227:15, 231:11, 237:6, 245:21, 249:18, 250:20, 252:4, 254:8, 254:19, 290:10, 290:21, 299:14
attaches [1] - 119:16
attempt [7] - 70:21, 71:8, 173:2, 222:22, 294:13, 297:4, 303:12
attempted [1] - 70:14
attempting [2] - 238:22, 293:9
attention [10] - 90:1, 98:19, 101:16, 104:6, 104:8, 256:19, 269:3, 269:5, 270:19, 270:21
attest [1] - 126:3
attorney [3] - 5:12, 16:23, 17:5
attorney/client [6] - 12:24, 16:22, 41:11, 71:24, 84:22, 86:13
attributes [1] - 268:19
audits [3] - 24:14, 68:13, 68:14
Austin [5] - 28:10, 28:13, 43:9, 43:13, 72:8
Australia [1] - 283:21
authen [1] - 185:4
authentic [111] - 48:24, 92:8, 95:8, 96:7, 96:23, 97:3, 97:15,

98:3, 98:12, 98:24, 100:3, 105:14, 105:24, 108:12, 108:16, 110:7, 111:1, 119:6, 126:5, 132:8, 153:22, 154:20, 154:23, 155:4, 155:5, 155:6, 155:7, 155:14, 155:15, 156:6, 158:4, 159:1, 160:7, 160:15, 173:24, 182:17, 183:6, 184:12, 186:9, 189:20, 190:20, 196:2, 196:9, 196:11, 196:16, 196:20, 196:21, 197:6, 202:10, 202:15, 204:5, 206:5, 206:15, 207:3, 207:11, 207:16, 207:19, 207:20, 208:17, 208:20, 209:2, 209:21, 210:8, 245:14, 245:20, 245:22, 246:3, 246:5, 246:12, 246:16, 249:14, 249:17, 249:23, 250:8, 250:18, 250:19, 251:13, 252:5, 252:7, 253:1, 254:7, 258:9, 259:13, 263:9, 263:22, 265:10, 265:21, 266:3, 267:10, 267:16, 268:4, 276:2, 277:3, 277:15, 290:20, 292:7, 295:13, 295:14, 306:11, 306:15, 306:16, 307:8, 307:23, 308:9, 309:5, 309:15, 310:7
Authentic [1] - 261:18
authenticate [3] - 51:23, 257:24, 265:6
authenticated [2] - 215:9, 294:24
authenticating [1] - 160:3
Authentication [2] - 243:21, 273:12
authentication [14] - 47:21, 54:2, 66:21, 256:23, 257:4, 257:7, 264:14, 268:24, 269:12, 270:4, 270:7, 270:9, 273:19, 275:1

Authenticity [4] - 3:10, 7:8, 7:12, 9:4
authenticity [7] - 10:3, 105:17, 257:17, 270:13, 275:14, 282:3, 306:3
author [1] - 295:4
authority [1] - 276:1
authorized [5] - 63:13, 114:17, 158:6, 208:13, 251:14
automation [1] - 141:7
Avago [1] - 289:1
available [10] - 50:5, 50:9, 172:22, 179:13, 179:14, 194:6, 199:9, 217:20, 281:22, 303:8
Ave [1] - 2:3
average [5] - 136:20, 137:8, 137:11, 137:17
avoid [1] - 180:16
aware [10] - 5:16, 43:3, 72:3, 82:3, 118:18, 126:19, 126:24, 258:3, 278:14, 278:18

**B**

B-I-I-G [1] - 37:18
bachelor [1] - 29:20
back [33] - 30:21, 42:6, 42:10, 48:5, 48:6, 48:9, 49:23, 55:18, 80:8, 85:14, 89:9, 111:17, 114:19, 114:21, 125:2, 125:15, 136:4, 140:21, 144:15, 151:23, 153:18, 154:15, 158:1, 162:20, 164:6, 175:6, 190:17, 241:19, 249:3, 249:4, 269:6, 271:10
back-end [1] - 48:9
background [3] - 39:21, 41:19, 295:20
bad [1] - 179:23
Bag [5] - 104:13, 104:17, 105:6, 105:15, 174:23
balance [1] - 87:1
balances [2] - 144:11, 158:9
ball [2] - 176:9, 181:10
Bancroft [45] - 13:4, 34:3, 35:1, 35:23, 36:5, 36:19, 36:22, 38:17, 39:4, 39:11,

42:19, 43:6, 43:15, 44:11, 44:13, 57:3, 57:12, 57:21, 58:1, 59:6, 59:12, 59:21, 59:23, 60:3, 60:12, 60:14, 60:24, 62:16, 62:17, 63:16, 64:24, 65:17, 66:12, 69:21, 72:23, 73:5, 73:8, 73:10, 73:13, 75:2, 75:19, 76:15, 78:12, 116:11
Bancroft's [1] - 72:10
bar [9] - 48:20, 48:23, 49:2, 49:9, 49:11, 49:15, 49:21, 258:18, 273:4
barcode [94] - 4:11, 99:3, 99:9, 99:20, 102:8, 103:9, 103:15, 103:16, 120:23, 121:2, 121:3, 143:19, 143:24, 145:23, 146:3, 146:13, 147:1, 147:2, 147:7, 147:17, 148:12, 148:16, 148:18, 149:1, 149:2, 149:9, 149:12, 149:20, 150:1, 150:22, 150:23, 151:14, 151:15, 152:9, 153:15, 154:3, 155:20, 155:24, 156:22, 170:16, 174:16, 176:1, 176:22, 177:2, 178:14, 178:24, 179:14, 183:3, 183:4, 183:9, 185:1, 191:14, 192:23, 193:2, 193:13, 194:3, 194:17, 194:20, 194:21, 195:4, 202:14, 205:9, 205:10, 227:14, 228:5, 245:5, 245:7, 251:23, 264:1, 264:8, 264:12, 264:24, 265:4, 268:21, 291:10, 291:18, 291:24, 292:2, 292:6, 292:13, 292:15, 295:13, 295:22, 304:15, 304:24, 307:1, 308:1, 308:4, 308:8, 308:20
barcodes [18] - 91:12, 103:15, 148:11, 152:1, 152:6,

152:17, 152:23, 153:3, 178:9, 195:3, 195:7, 195:10, 195:11, 197:15, 197:21, 203:8, 306:20, 306:23
base [3] - 92:19, 97:17, 206:7
based [52] - 50:19, 82:21, 89:15, 96:16, 97:20, 103:23, 113:20, 114:3, 120:20, 122:14, 122:19, 158:23, 159:23, 160:1, 164:21, 166:18, 166:22, 171:20, 176:4, 176:12, 181:4, 182:5, 183:24, 188:7, 189:23, 190:1, 200:5, 200:6, 202:16, 205:13, 207:21, 209:21, 214:10, 216:5, 216:15, 218:5, 233:1, 235:17, 241:6, 241:7, 244:6, 249:23, 252:16, 254:7, 263:20, 276:18, 289:13, 290:10, 295:8, 308:10, 310:18
basing [1] - 144:18
basis [6] - 24:20, 25:4, 85:10, 121:14, 123:3, 184:2
batch [20] - 48:13, 101:21, 144:6, 151:21, 159:5, 159:16, 162:3, 162:7, 165:7, 186:11, 186:24, 187:5, 188:12, 188:16, 188:17, 199:23, 268:12, 276:22, 309:2
batches [3] - 100:12, 140:5, 169:15
Bates [9] - 210:17, 215:21, 215:22, 238:4, 239:13, 291:13, 291:14, 296:10, 296:12
bathroom [3] - 162:17, 162:20, 248:20
bear [2] - 10:2, 282:2
bearing [1] - 271:12
bears [2] - 291:13, 291:14
became [1] - 26:11
become [1] - 171:15
beg [1] - 131:9

began [8] - 105:14, 106:1, 108:13, 108:17, 110:7, 111:2, 111:21, 269:23
begin [3] - 106:21, 109:8, 109:21
beginning [7] - 22:5, 22:11, 54:15, 59:16, 62:18, 124:5, 271:1
behalf [1] - 1:16
behavior [3] - 171:18, 176:11, 176:16
behind [1] - 36:9
Bell [1] - 33:14
below [2] - 105:18, 173:8
beneficial [1] - 39:10
benefit [1] - 157:9
best [2] - 132:5, 176:12
bet [1] - 213:3
better [2] - 71:23, 78:24
between [17] - 14:9, 22:8, 62:24, 66:19, 97:8, 134:14, 155:6, 156:11, 169:16, 169:22, 171:6, 173:24, 195:18, 198:17, 203:10, 264:4, 302:16
beware [2] - 262:21, 263:4
beyond [2] - 10:14, 297:1
big [7] - 67:5, 134:13, 135:14, 140:1, 140:19, 144:4, 166:23
BIIG [8] - 37:18, 37:20, 37:22, 37:24, 38:4, 39:15, 40:15, 41:22
biographer [1] - 46:15
biographies [1] - 46:21
bit [2] - 36:17, 266:23
blank [1] - 66:8
Board [1] - 296:5
board [6] - 22:13, 22:14, 22:17, 22:19, 174:14, 175:4
borrow [3] - 130:7, 130:10, 255:9
Boston [2] - 1:20, 2:9
bother [1] - 179:5
bothered [1] - 174:21
bottom [12] - 16:1, 16:15, 56:20, 63:14, 107:20, 131:18, 132:20, 133:4, 225:4, 228:3, 301:7, 301:24
box [7] - 208:8,

208:10, 209:14, 209:18, 250:14, 250:17, 251:5
BP [8] - 106:21, 108:13, 108:17, 109:22, 110:7, 111:2, 111:22, 114:2
Brand [1] - 72:19
brand [12] - 3:15, 13:6, 13:7, 27:7, 31:6, 33:7, 39:23, 46:7, 116:5, 275:9, 275:12, 275:13
brands [2] - 245:3, 275:11
break [40] - 6:23, 7:1, 18:22, 19:13, 70:5, 70:12, 71:14, 113:2, 123:2, 123:5, 123:6, 123:8, 123:9, 123:10, 123:12, 123:21, 123:24, 124:6, 124:7, 124:8, 124:9, 124:13, 124:15, 124:16, 124:17, 125:5, 162:16, 162:17, 162:20, 248:17, 248:20, 248:21, 249:5, 282:6, 282:15, 283:2, 283:10
briefly [1] - 266:24
bring [9] - 90:1, 98:19, 101:16, 104:6, 104:7, 178:19, 269:2, 270:19, 270:21
bringing [1] - 269:5
broadly [1] - 53:16
broke [1] - 20:12
build [4] - 32:24, 51:12, 51:14, 51:22
built [6] - 45:6, 51:4, 54:2, 67:1, 272:20, 274:9
Bullet [13] - 108:20, 110:23, 110:24, 119:22, 122:1, 122:5, 136:3, 145:22, 147:6, 172:19, 178:5, 186:2, 186:12
bullet [26] - 99:18, 101:19, 110:1, 110:5, 113:7, 114:7, 121:18, 136:5, 136:7, 142:16, 143:18, 145:24, 155:17, 157:3, 157:14, 157:21, 158:15, 190:17, 192:1, 197:4,

197:24, 206:1, 206:13, 207:1, 210:9
bulletin [3] - 119:4, 119:17, 244:3
Bulletin [1] - 242:8
Bunis [2] - 2:7, 3:5
bUNIS [2] - 254:2, 286:5
BUNIS [374] - 7:22, 10:1, 10:12, 10:17, 12:8, 12:21, 13:9, 13:11, 13:15, 13:17, 14:2, 15:20, 16:14, 17:10, 17:19, 17:23, 18:3, 18:21, 19:1, 19:6, 19:10, 19:12, 19:19, 20:7, 20:11, 23:19, 24:19, 24:21, 25:9, 30:20, 32:20, 34:8, 41:8, 46:4, 46:9, 52:7, 52:13, 52:21, 53:14, 58:7, 58:9, 58:19, 60:7, 65:1, 66:5, 66:7, 69:13, 70:5, 70:10, 70:18, 71:15, 71:19, 71:21, 72:3, 74:22, 76:11, 76:19, 76:23, 77:6, 78:7, 78:14, 79:14, 81:13, 81:19, 81:21, 83:1, 83:20, 83:23, 84:2, 84:5, 84:10, 84:19, 85:3, 85:17, 85:21, 86:11, 86:17, 86:22, 87:16, 87:18, 87:21, 88:1, 88:5, 89:8, 89:11, 89:24, 90:16, 92:9, 95:9, 95:17, 96:10, 96:12, 97:4, 97:7, 98:4, 99:21, 102:9, 102:12, 107:6, 107:8, 111:16, 112:10, 112:16, 112:18, 113:10, 113:12, 113:15, 115:20, 117:12, 117:15, 117:22, 119:10, 119:21, 120:12, 123:1, 123:4, 123:15, 123:20, 123:23, 124:14, 125:14, 125:17, 126:8, 129:1, 129:12, 129:15, 129:18, 129:21, 130:1, 130:4, 130:13, 130:18, 130:22, 131:4, 131:9, 131:11, 132:11, 132:13, 132:23, 136:22, 137:4,

142:8, 142:11,
142:17, 143:1,
143:3, 146:17,
146:22, 147:13,
147:18, 147:24,
149:19, 151:8,
159:7, 159:10,
161:7, 161:13,
162:19, 162:22,
162:24, 163:22,
168:6, 171:7, 182:7,
182:18, 182:22,
184:13, 184:15,
186:3, 186:15,
186:17, 190:8,
190:10, 190:12,
196:17, 198:19,
202:11, 202:17,
202:20, 203:1,
203:3, 203:11,
208:3, 210:20,
210:23, 211:2,
211:6, 211:11,
211:15, 211:20,
211:22, 212:2,
212:5, 212:7,
212:10, 212:12,
212:19, 212:22,
213:3, 213:5,
213:13, 213:16,
213:20, 213:23,
214:2, 214:7,
214:12, 214:16,
214:19, 214:24,
216:17, 216:20,
218:7, 218:18,
218:20, 219:2,
219:4, 219:19,
219:22, 219:24,
220:6, 220:8,
220:11, 220:17,
220:22, 221:1,
221:9, 222:3, 222:5,
222:9, 222:14,
222:19, 223:8,
223:12, 223:16,
223:19, 223:23,
224:13, 225:9,
225:16, 225:23,
226:2, 226:5, 226:7,
226:9, 226:13,
226:20, 227:4,
227:6, 227:11,
227:13, 227:17,
227:21, 228:7,
228:17, 228:23,
229:2, 229:13,
229:21, 230:8,
230:10, 232:13,
232:18, 233:7,
233:9, 234:5,
234:12, 234:24,
235:2, 235:8,

235:21, 236:1,
236:5, 236:7,
236:20, 237:11,
237:15, 237:19,
238:11, 238:19,
238:21, 239:6,
241:15, 242:9,
242:11, 243:17,
246:17, 252:20,
253:8, 253:23,
254:10, 254:20,
254:22, 255:11,
255:18, 256:13,
257:12, 259:6,
259:16, 261:8,
261:20, 262:19,
264:16, 264:18,
266:7, 266:12,
266:15, 267:19,
270:15, 273:22,
274:23, 275:21,
276:9, 276:16,
277:5, 277:23,
279:19, 280:18,
280:21, 280:23,
281:8, 281:13,
281:17, 281:21,
281:24, 282:10,
282:19, 283:3,
283:7, 283:11,
285:10, 285:15,
286:7, 286:9,
286:11, 286:17,
286:19, 286:22,
287:1, 287:5, 287:8,
288:2, 288:4, 288:8,
290:22, 292:8,
292:16, 292:20,
293:1, 293:5, 293:8,
293:17, 293:21,
294:2, 294:7,
295:15, 295:18,
297:1, 297:19,
298:21, 299:1,
299:7, 299:10,
299:18, 300:1,
301:1, 303:20,
304:9, 308:12,
308:14, 310:14,
311:3, 311:7, 312:3
burden [2] - 10:3, 10:4
Bureau [4] - 216:13,
216:24, 217:4, 217:7
burn [1] - 141:11
burned [2] - 264:2,
268:20
business [12] - 53:2,
64:20, 67:7, 68:19,
74:11, 74:13,
168:16, 177:6,
177:7, 177:8, 180:4,
209:9
businesses [2] -

134:18, 134:19
BY [2] - 5:9, 311:7

# C

calculation [2] -
138:24, 139:1
California [3] - 43:16,
61:23, 72:9
Canada [2] - 283:19,
283:21
cannot [23] - 86:5,
86:6, 101:4, 126:12,
151:6, 158:4,
159:24, 170:4,
173:8, 175:7,
179:12, 188:10,
190:7, 226:18,
259:10, 261:9,
262:5, 263:20,
275:5, 276:19,
300:12, 301:19,
302:3
capable [1] - 295:4
capacity [2] - 28:17,
116:16
capture [13] - 35:24,
104:24, 120:16,
149:5, 149:23,
150:6, 151:4, 153:1,
153:6, 153:9,
176:11, 201:10,
259:24
captured [29] - 8:14,
11:8, 11:16, 51:18,
54:16, 62:21, 62:22,
100:6, 127:24,
128:22, 137:24,
138:6, 148:15,
150:3, 150:15,
152:9, 152:18,
152:20, 154:7,
174:8, 181:15,
193:15, 195:4,
195:7, 200:1, 201:3,
201:10, 202:3, 241:8
captures [2] - 33:23,
48:2
capturing [1] - 164:19
career [2] - 26:3, 26:21
careful [2] - 41:13,
84:20
carefully [1] - 110:16
CAROLINE [1] - 1:8
carried [7] - 16:11,
17:9, 17:17, 246:3,
249:24, 252:12,
310:19
carries [2] - 92:7,
96:18
carry [8] - 97:12,
250:8, 252:6,
252:18, 259:14,

277:21, 297:22,
297:23
carrying [1] - 96:23
case [32] - 5:13, 5:17,
30:12, 42:13, 42:16,
50:22, 50:23, 76:20,
76:24, 79:3, 80:17,
80:18, 94:9, 121:9,
140:13, 157:23,
169:23, 172:14,
176:24, 183:2,
195:1, 196:11,
197:8, 201:6,
244:19, 250:16,
275:23, 286:1,
287:13, 288:15,
289:15, 306:17
CASE [1] - 1:5
cases [8] - 103:19,
152:7, 199:18,
244:16, 244:18,
250:12, 251:7,
258:24
casually [1] - 248:4
categorically [3] -
155:15, 196:12,
275:6
categories [1] - 177:19
CATHY [1] - 1:8
Center [2] - 57:13,
65:12
CEO [12] - 21:11, 22:3,
22:6, 23:7, 23:17,
44:1, 44:4, 45:7,
50:10, 52:5, 67:3,
67:10
certain [11] - 41:6,
61:1, 82:3, 82:5,
138:8, 165:8,
234:21, 235:14,
247:18, 284:13,
289:8
certainly [1] - 70:24
CERTIFICATE [1] -
313:1
certified [5] - 293:18,
294:5, 294:13,
294:18, 297:6
Certified [2] - 1:18,
313:7
certify [1] - 313:10
chain [19] - 21:20,
24:14, 25:21, 32:13,
33:4, 33:19, 33:22,
34:7, 34:17, 34:21,
34:22, 35:18, 35:19,
36:4, 37:6, 37:16,
39:19, 51:24, 68:13
challenge [2] - 275:20,
276:8
chance [10] - 46:11,

61:18, 61:24,
168:10, 168:11,
168:12, 255:4,
262:13, 283:14,
297:8
chances [6] - 169:1,
197:1, 198:24,
199:3, 199:4, 200:8
change [5] - 64:5,
112:13, 112:19,
241:6, 246:11
Change [3] - 3:20,
63:22, 63:24
changed [2] - 241:12,
311:24
changes [1] - 8:15
CHANGUA [1] - 1:10
CHANGZHEN [1] - 1:8
channel [1] - 68:13
character [1] - 49:18
characteristics [7] -
94:8, 234:22,
235:16, 237:9,
242:22, 243:15,
301:14
characterize [1] -
181:20
charges [1] - 6:9
chase [1] - 53:17
check [9] - 76:17,
137:4, 137:6,
137:22, 151:6,
151:14, 240:19,
257:24, 292:13
checked [1] - 291:24
checking [2] - 240:21,
257:18
checks [2] - 144:10,
158:9
CHENG [4] - 1:7, 1:8,
1:9
chief [13] - 9:12, 22:10,
29:16, 44:16, 44:17,
45:10, 45:13, 45:14,
45:17, 68:5, 68:6,
68:7
China [2] - 209:13,
309:12
Chinese [10] - 215:6,
216:12, 216:23,
225:13, 289:21,
290:8, 291:15,
292:12, 296:12,
297:6
Choate [1] - 1:20, 2:7,
12:5
choice [1] - 284:8
chunk [1] - 140:19
circumstance [2] -
188:6, 277:4
CISCO [1] - 135:4
Cisco [43] - 26:1, 26:4,
27:6, 27:9, 27:13,

27:22, 29:23, 31:4, 32:8, 32:16, 39:5, 74:1, 74:7, 116:5, 133:20, 180:21, 180:23, 244:17, 272:3, 272:4, 272:7, 272:16, 273:6, 273:8, 275:8, 275:12, 275:13, 275:14, 275:18, 276:1, 276:5, 276:7, 276:22, 276:23, 276:24, 277:13, 277:20, 278:20, 288:17, 289:10
citations [1] - 32:11
Civil [1] - 1:17
civil [1] - 287:18
claimed [2] - 290:5, 309:12
claiming [1] - 290:19
clarify [9] - 6:21, 31:3, 59:10, 75:8, 75:13, 76:3, 88:17, 152:16, 302:7
classified [1] - 31:11
clean [1] - 255:15
clear [13] - 30:20, 53:14, 78:22, 78:23, 152:21, 152:22, 159:12, 194:18, 215:6, 216:22, 218:15, 231:13, 271:23
clearly [1] - 238:7
Clearly [1] - 287:17
client [7] - 48:18, 51:15, 70:24, 74:15, 74:16, 74:17
clients [12] - 29:10, 37:16, 39:16, 39:22, 40:1, 40:2, 40:4, 40:15, 41:12, 41:22, 51:5, 288:19
clock [1] - 287:4
close [1] - 180:9
code [22] - 48:20, 48:23, 49:2, 49:10, 49:11, 49:15, 136:8, 136:11, 138:4, 138:8, 138:12, 139:20, 139:22, 140:3, 140:10, 141:8, 142:3, 142:14, 142:22, 149:14, 183:19, 200:20
codes [5] - 49:21, 138:10, 138:11, 138:13, 140:16
cofound [6] - 21:22, 54:11, 55:5, 55:24, 73:18, 74:4

cofounded [7] - 21:23, 44:6, 54:7, 55:6, 69:2, 73:16, 73:24
cofounder [8] - 21:11, 28:7, 44:8, 47:11, 58:10, 58:13, 59:8, 60:11
cofounders [1] - 58:13
colleague [4] - 41:2, 90:12, 90:23, 91:4
collect [4] - 93:2, 120:9, 145:10, 241:24
collected [1] - 150:10
collectively [1] - 67:6
colloquy [2] - 222:23, 249:2
column [1] - 139:12
combination [1] - 146:11
combined [5] - 44:18, 76:7, 76:13, 77:3, 77:4
comfortable [1] - 48:4
coming [1] - 140:9
command [4] - 118:19, 124:1, 133:17, 134:21
commencement [1] - 54:9
commencing [1] - 1:21
comment [1] - 112:2
commented [1] - 83:21
comments [10] - 85:20, 86:16, 86:19, 86:20, 87:10, 87:15, 87:20, 87:23, 88:2, 88:11
commission [1] - 313:23
common [6] - 23:22, 66:11, 262:22, 263:4, 267:13, 288:24
Commonwealth [3] - 1:19, 313:3, 313:9
communication [2] - 71:24, 87:13
communications [4] - 13:1, 41:16, 84:22, 86:14
COMMUNICATIONS [1] - 1:7
companies [15] - 23:21, 65:21, 66:12, 67:3, 67:23, 68:23, 69:1, 69:9, 69:12, 82:13, 82:15, 133:20, 135:1, 180:1, 288:24
Company [23] - 77:10, 77:13, 77:17, 77:22, 78:1, 78:13, 78:19, 79:4, 79:8, 79:12,

79:19, 79:23, 80:2, 80:4, 80:5, 80:15, 80:21, 81:1, 81:8, 81:10, 81:12, 82:23, 82:24
COMPANY [2] - 1:12, 1:14
company [41] - 23:18, 23:20, 28:7, 28:22, 45:20, 47:4, 49:5, 52:2, 52:5, 52:11, 52:15, 52:20, 52:23, 52:24, 53:1, 54:5, 55:2, 55:6, 55:16, 56:12, 58:6, 58:14, 58:16, 58:22, 59:8, 59:19, 59:20, 60:11, 62:13, 65:4, 65:7, 66:19, 67:6, 68:20, 70:2, 73:16, 74:11, 244:17, 288:18, 291:24, 292:5
company's [3] - 28:9, 72:8, 118:5
Company's [2] - 3:13, 15:12
compare [3] - 48:6, 49:24, 257:8
compared [2] - 48:8, 150:2
compares [1] - 48:7
comparison [1] - 49:5
compensated [2] - 31:21, 31:24
Compensation [1] - 31:20
complained [1] - 289:21
Complaint [3] - 212:24, 289:15, 289:17
complete [7] - 7:24, 120:13, 131:12, 166:18, 167:15, 208:4, 221:16
completely [11] - 87:4, 173:8, 175:8, 221:7, 223:3, 224:3, 224:15, 266:8, 280:6, 294:16, 310:15
completes [1] - 208:5
compliance [3] - 26:11, 27:4, 28:1
composed [1] - 37:24
compound [3] - 32:20, 89:11, 92:9
concern [1] - 226:13
concerned [1] - 237:13
concise [1] - 38:12
concisely [1] - 266:24
conclude [3] - 150:13, 159:5, 307:7
concluded [2] - 307:14,

312:6
concluding [1] - 121:15
conclusion [30] - 10:13, 17:15, 17:18, 17:22, 18:1, 58:20, 60:8, 65:2, 79:15, 83:2, 94:6, 96:19, 99:13, 114:3, 140:24, 150:8, 151:4, 151:6, 152:12, 153:15, 159:17, 159:19, 159:21, 160:1, 241:12, 246:11, 275:20, 276:8, 304:18, 308:8
conclusions [4] - 16:24, 17:7, 128:7, 310:24
conclusive [1] - 102:18
conclusively [5] - 91:23, 92:11, 94:2, 275:7, 300:5
condition [10] - 156:7, 156:10, 156:12, 186:1, 186:13, 193:1, 193:8, 203:16, 301:20, 302:4
conditions [8] - 98:23, 154:21, 190:19, 196:1, 196:8, 206:12, 207:15, 207:17
conduct [2] - 86:5, 177:6
confidence [1] - 105:2
confident [1] - 213:24
confidential [12] - 51:4, 51:7, 213:7, 213:8, 213:10, 213:18, 214:4, 214:9, 214:13, 272:12, 272:13, 272:14
confidentiality [2] - 213:12, 213:14
confirm [4] - 219:13, 219:14, 260:22, 265:16
confirmation [1] - 257:18
confirmed [3] - 128:4, 153:4, 163:8
confirming [1] - 137:5
confirms [1] - 167:4
conflating [1] - 237:12
confuse [7] - 211:23, 238:22, 239:8, 266:13, 293:9, 294:14, 297:5
confused [1] - 303:3
confusing [1] - 211:24
connection [1] - 118:21
consequence [4] -

285:19, 286:14, 287:2, 287:19
consequences [1] - 259:18
consequently [1] - 287:21
consider [14] - 37:9, 96:7, 202:10, 202:15, 206:15, 207:3, 207:19, 207:20, 210:8, 240:4, 241:2, 253:21, 253:24, 260:10
considered [2] - 121:24, 209:2
considering [1] - 235:23
consistently [1] - 304:22
consists [1] - 100:16
Consult [1] - 65:13
consultant [2] - 29:18, 39:22
consulted [1] - 29:1
consulting [5] - 13:6, 21:14, 30:15, 30:16, 32:3, 66:24
Consulting [14] - 65:5, 65:24, 66:17, 67:2, 67:9, 67:11, 67:16, 67:20, 68:9, 68:16, 68:22, 69:17, 70:3, 74:17
contain [4] - 36:19, 149:13, 200:21, 266:1
contained [10] - 64:5, 100:2, 101:21, 160:8, 160:13, 160:16, 194:2, 225:18, 240:1, 244:2
contains [10] - 98:1, 160:5, 169:19, 225:14, 235:14, 239:12, 239:16, 265:20, 267:8, 268:1
contend [3] - 16:10, 290:7, 292:11
content [2] - 292:1, 302:22
contention [1] - 248:12
Contents [1] - 8:21
contents [2] - 9:1, 9:2
context [8] - 126:16, 141:15, 145:11, 146:12, 164:14, 233:19, 268:17, 271:22
continue [5] - 20:9, 71:3, 172:10, 215:18, 235:13
continued [1] - 4:1

continues [2] - 64:12,
284:12
contract [1] - 29:5
contrast [1] - 136:12
contribute [1] - 83:20
contributed [3] - 83:16,
83:18, 84:9
control [2] - 123:7,
144:10
controls [1] - 158:8
conventions [2] -
113:14, 113:18
conversation [2] -
19:21, 39:8
conversations [1] - 6:7
convince [2] - 263:8,
267:15
COO [3] - 45:11,
45:16, 74:9
copied [1] - 191:1
copy [18] - 7:10, 13:18,
56:8, 61:21, 78:24,
100:11, 130:17,
192:9, 194:4,
195:17, 210:17,
231:20, 255:9,
255:11, 255:15,
255:17, 261:21,
291:14
copying [2] - 191:22,
194:20
CORCORAN [1] - 1:22
corners [1] - 181:9
corporation [1] - 52:1
Corporation [1] -
115:13
corporations [1] -
180:2
correct [334] - 6:12,
6:15, 6:16, 6:19, 8:2,
8:9, 9:9, 9:10, 9:13,
9:14, 9:16, 9:19,
14:18, 17:5, 17:6,
17:9, 21:8, 21:9,
21:16, 21:17, 21:20,
21:21, 23:8, 24:16,
24:17, 25:8, 25:10,
26:1, 26:2, 26:5,
26:6, 26:12, 26:13,
26:16, 26:17, 26:19,
26:20, 27:22, 27:23,
29:21, 29:22, 30:2,
30:7, 30:8, 32:14,
32:15, 33:23, 34:7,
34:12, 34:18, 34:19,
34:23, 35:12, 35:13,
35:19, 35:20, 37:3,
40:3, 41:23, 41:24,
42:2, 43:14, 43:17,
43:22, 43:23, 44:2,
44:6, 44:7, 44:11,
44:12, 44:20, 45:7,
45:8, 45:10, 45:12,

46:16, 46:23, 46:24,
47:4, 47:5, 47:15,
47:23, 50:12, 52:17,
54:5, 55:2, 55:3,
55:17, 55:19, 56:15,
56:17, 57:10, 57:11,
57:16, 57:17, 57:22,
57:23, 58:2, 58:3,
58:8, 58:18, 58:22,
58:23, 61:11, 61:12,
64:7, 64:8, 64:11,
64:24, 65:15, 67:13,
67:21, 68:2, 69:22,
72:12, 73:9, 73:13,
73:14, 74:3, 74:5,
74:10, 74:12, 82:2,
82:16, 83:13, 84:24,
88:21, 88:22, 90:14,
91:2, 91:6, 91:13,
91:15, 91:16, 96:21,
99:16, 99:17, 99:20,
100:3, 106:1, 106:6,
106:7, 106:22,
106:23, 108:10,
108:13, 108:18,
108:21, 109:23,
110:2, 111:11,
111:15, 112:1,
112:3, 112:4,
114:11, 115:14,
115:15, 115:22,
115:23, 116:21,
118:10, 119:2,
119:9, 119:20,
124:13, 125:13,
127:4, 127:5,
136:18, 136:21,
137:13, 137:18,
137:23, 138:14,
138:15, 139:16,
145:6, 145:7, 145:8,
146:23, 147:9,
147:10, 149:17,
150:23, 150:24,
151:7, 155:8, 156:8,
156:9, 157:6,
157:18, 157:19,
161:3, 162:3, 162:4,
163:10, 163:11,
163:21, 170:15,
173:18, 173:19,
175:14, 175:22,
177:15, 177:16,
177:21, 177:24,
178:1, 178:2,
178:15, 179:2,
179:13, 179:15,
181:21, 182:6,
183:9, 183:12,
183:13, 183:21,
184:4, 184:20,
185:5, 185:6,
185:15, 185:21,

185:22, 186:14,
189:13, 191:7,
191:16, 191:17,
191:23, 191:24,
192:7, 192:8,
192:17, 194:5,
194:6, 195:8, 195:9,
195:12, 195:13,
195:20, 195:21,
196:16, 197:14,
197:16, 197:18,
197:19, 197:20,
197:23, 198:4,
198:18, 198:21,
204:7, 214:14,
217:20, 218:19,
226:23, 232:17,
232:20, 233:8,
234:9, 234:15,
235:1, 235:6,
236:19, 236:21,
236:24, 237:4,
237:5, 237:7,
237:10, 239:22,
242:13, 245:16,
246:13, 247:7,
249:9, 249:10,
249:14, 249:15,
249:18, 250:20,
252:8, 252:13,
253:6, 258:10,
259:1, 261:1,
264:15, 265:2,
265:6, 265:16,
270:5, 274:22,
275:16, 276:3,
284:24, 285:1,
285:4, 285:5,
289:17, 289:24,
290:1, 290:21,
292:15, 298:20,
299:17, 300:18,
303:19, 304:2,
304:3, 306:20,
306:21, 306:22,
307:3, 307:4, 307:5,
307:8, 307:16,
308:5, 308:6,
308:11, 308:17,
308:21, 308:24,
309:6, 309:16,
309:22, 310:9,
310:10, 311:21
Correct [1] - 292:19
corrected [1] - 8:11
corrections [1] - 8:16
correctly [6] - 93:15,
121:4, 152:7, 182:4,
201:8, 294:17
counsel [40] - 8:12,
12:1, 12:4, 12:7,
13:5, 14:19, 25:11,
39:4, 39:19, 71:14,

71:20, 75:1, 75:2,
75:20, 75:21, 76:16,
77:9, 77:12, 77:21,
78:18, 79:12, 80:9,
81:5, 82:15, 84:15,
84:16, 84:17, 84:24,
85:20, 86:16, 86:21,
87:13, 87:14, 87:20,
93:15, 124:12,
282:14, 283:10
counsel's [2] - 88:2,
88:11
count [3] - 89:18,
250:18, 271:1
counter [2] - 279:5,
286:10
Counterfeit [5] - 4:10,
172:18, 280:3,
280:16, 282:23
counterfeit [237] - 10:6,
11:7, 14:16, 14:24,
15:2, 15:4, 15:8,
16:11, 17:2, 17:8,
17:9, 17:15, 17:17,
18:2, 26:15, 26:19,
31:14, 48:11, 49:1,
49:13, 50:2, 51:11,
88:21, 89:3, 89:14,
89:18, 92:1, 92:4,
92:13, 94:3, 94:16,
94:20, 94:23, 95:23,
96:6, 96:18, 96:20,
96:23, 97:2, 97:13,
97:20, 99:14,
100:12, 101:6,
101:11, 102:6,
102:19, 102:24,
104:11, 105:3,
120:19, 121:1,
121:16, 136:10,
140:3, 140:20,
141:9, 142:5, 142:7,
142:15, 143:22,
148:24, 153:23,
154:20, 156:4,
156:5, 159:2,
161:18, 163:14,
165:3, 165:24,
168:1, 168:20,
169:6, 171:1,
171:23, 172:2,
173:24, 176:19,
177:1, 177:14,
178:1, 179:24,
180:15, 182:16,
183:5, 185:4,
186:12, 187:2,
187:20, 189:4,
189:9, 190:5, 192:6,
194:15, 194:23,
195:2, 195:22,
195:23, 196:14,
198:15, 198:17,

199:24, 200:12,
201:7, 201:22,
204:21, 206:4,
206:6, 206:14,
206:16, 207:2,
207:4, 207:18,
208:9, 208:19,
209:1, 209:3,
209:16, 210:1,
210:7, 216:7,
216:14, 216:15,
218:5, 227:15,
228:5, 228:10,
228:11, 228:16,
229:19, 230:7,
230:16, 230:19,
230:24, 231:2,
231:9, 232:10,
232:12, 232:15,
233:2, 233:4, 233:6,
233:23, 235:19,
236:16, 244:7,
244:9, 245:12,
245:13, 245:23,
246:3, 246:6, 246:8,
246:10, 246:16,
249:8, 249:13,
249:18, 249:21,
249:24, 250:9,
250:12, 250:15,
251:9, 252:5, 252:7,
252:12, 252:18,
253:4, 253:17,
254:9, 254:18,
258:9, 258:20,
259:3, 259:14,
259:24, 260:4,
260:13, 260:16,
260:17, 260:18,
260:19, 260:21,
260:24, 261:6,
261:11, 263:22,
265:13, 265:14,
270:18, 271:13,
273:6, 273:8,
273:21, 274:5,
274:18, 275:9,
275:15, 276:2,
276:6, 277:1,
277:14, 277:15,
283:24, 284:14,
284:19, 285:9,
285:22, 286:3,
286:6, 287:15,
287:21, 289:23,
290:5, 290:10,
290:15, 291:5,
298:7, 299:5,
299:15, 299:17,
299:21, 299:23,
299:24, 300:4,
300:6, 300:17,
304:19, 305:3,

305:23, 306:9,
309:13
counterfeited [15] -
103:19, 167:7,
177:18, 180:22,
195:11, 197:12,
197:15, 197:21,
198:3, 256:22,
271:9, 271:11,
274:11, 274:12,
298:8
counterfeiter [18] -
165:9, 165:21,
167:23, 169:9,
174:3, 183:15,
184:5, 184:6,
185:12, 186:5,
186:7, 187:8, 189:7,
192:20, 203:7,
260:16, 260:18,
301:13
counterfeiters [60] -
100:6, 100:10,
100:18, 103:3,
103:17, 141:4,
141:5, 156:23,
165:10, 168:15,
171:2, 171:12,
171:14, 172:5,
172:12, 173:2,
173:8, 173:20,
174:20, 175:3,
175:7, 176:3, 176:5,
177:5, 178:3, 178:6,
178:19, 179:4,
179:11, 180:16,
191:1, 192:18,
194:4, 194:8,
195:15, 197:1,
197:19, 198:6,
199:8, 199:10,
200:6, 201:4,
201:16, 202:13,
253:15, 253:18,
258:6, 258:12,
258:15, 258:19,
262:23, 263:5,
267:14, 273:5,
274:13, 303:11,
303:24, 304:21,
305:12
Counterfeiters [2] -
172:21, 303:7
Counterfeiting [1] -
261:3
counterfeiting [46] -
4:3, 21:15, 26:8,
29:6, 29:7, 32:19,
93:21, 93:24,
104:21, 105:6,
109:24, 110:23,
116:4, 121:20,
121:23, 125:12,

129:4, 129:9,
132:22, 139:21,
139:23, 140:9,
141:19, 141:22,
141:24, 142:10,
142:24, 145:5,
158:12, 168:16,
179:17, 201:19,
229:16, 232:17,
241:4, 250:13,
258:24, 260:8,
260:11, 260:12,
270:14, 274:14,
279:5, 279:6,
303:18, 305:21
counterfeits [2] -
163:19, 169:12
countries [4] - 280:8,
283:22, 284:13,
285:23
couple [4] - 59:22,
262:1, 309:8, 311:3
course [10] - 19:23,
20:12, 41:13, 70:19,
71:2, 89:23, 110:15,
119:5, 170:1, 188:4
COURT [2] - 1:4, 1:5
court [3] - 20:16,
286:4, 287:20
Court [6] - 1:23, 4:9,
280:2, 280:15,
282:22, 310:11
courts [2] - 285:19,
286:14
cover [1] - 271:6
covers [1] - 118:17
covert [2] - 273:1,
274:8
Cozzilino [8] - 40:13,
41:3, 41:5, 42:4,
42:12, 42:14, 42:18,
43:8
create [5] - 36:15,
175:3, 199:20,
199:21, 200:16
created [3] - 100:17,
245:3, 282:4
creates [2] - 168:3,
189:8
Credential [3] - 35:1,
36:6, 36:20
Credentials [3] - 21:5,
25:19, 32:7
credentials [1] - 21:6
credible [1] - 276:15
criminal [2] - 287:19,
290:14
criteria [17] - 99:16,
142:9, 164:16,
175:22, 182:5,
183:7, 185:14,
189:19, 191:9,
195:23, 196:15,

200:17, 207:13,
251:22, 251:24,
308:10, 309:3
criterias [20] - 100:5,
121:10, 142:1,
157:1, 164:16,
164:21, 166:22,
183:2, 183:22,
183:24, 187:6,
189:6, 190:2,
194:14, 195:17,
198:15, 203:19,
207:9, 209:21, 306:6
critical [1] - 294:8
CSR [1] - 313:22
Curriculum [2] - 3:11,
14:7
customer [11] - 134:4,
134:7, 134:15,
135:3, 135:6,
135:17, 180:10,
263:8, 267:15, 292:5
customers [1] - 134:18
customized [1] - 51:13
cut [2] - 131:19, 181:9
CV [13] - 13:19, 13:21,
30:5, 34:16, 37:5,
43:18, 54:16, 55:8,
59:15, 62:21, 62:22,
63:4, 68:16

## D

D2 [1] - 178:23
damaged [1] - 247:18
Dan [6] - 18:16, 18:17,
24:4, 32:2, 40:12,
45:3
dangerous [2] - 286:1,
287:13
Daniel [4] - 24:12,
68:8, 72:13, 91:5
dark [2] - 231:20,
231:21
dash [1] - 303:1
data [121] - 8:14, 48:5,
48:6, 48:7, 48:9,
49:6, 49:22, 50:17,
50:20, 51:17, 91:14,
92:18, 92:21, 92:24,
93:2, 93:5, 94:5,
94:10, 95:7, 97:20,
97:21, 98:15, 99:12,
101:22, 102:8,
102:17, 103:11,
104:9, 105:1,
112:21, 112:22,
112:23, 114:9,
118:21, 120:9,
120:16, 120:17,
121:3, 121:13,
126:20, 127:1,
128:5, 135:2,

140:12, 140:23,
141:16, 143:7,
143:15, 144:17,
144:19, 145:10,
145:13, 145:15,
145:17, 149:6,
150:4, 150:5,
150:10, 150:17,
151:2, 151:3, 151:7,
153:9, 154:13,
156:16, 158:2,
158:22, 158:24,
159:18, 159:23,
160:1, 164:1,
166:14, 166:18,
168:3, 170:11,
171:4, 171:17,
171:19, 173:4,
175:23, 176:12,
176:14, 178:4,
181:20, 181:22,
182:3, 183:16,
184:9, 184:17,
188:19, 191:3,
194:13, 198:1,
200:16, 204:7,
204:11, 204:16,
204:19, 205:1,
205:15, 205:16,
232:24, 233:18,
234:1, 236:19,
240:20, 241:18,
241:21, 242:4,
244:15, 245:1,
263:20, 268:6,
300:17, 303:13,
303:19, 304:12,
304:14
Data [1] - 3:15
Data-driven [1] - 3:15
Date [1] - 46:6
date [42] - 22:2, 54:8,
54:12, 55:8, 55:21,
55:22, 57:4, 57:7,
132:20, 136:8,
136:11, 136:21,
137:13, 138:4,
138:8, 138:9,
138:11, 138:12,
138:13, 138:18,
138:21, 139:3,
139:15, 139:19,
139:22, 140:3,
140:10, 140:16,
141:8, 142:3,
142:14, 142:22,
280:23, 281:7,
281:9, 281:10,
281:11, 281:14,
281:15, 281:16,
281:18, 281:19
Date-driven [1] - 46:6
dated [4] - 4:5, 7:13,

61:22, 210:15
dates [1] - 136:13,
136:15, 137:10,
137:20, 139:12
DAVID [1] - 1:14
days [1] - 256:14
deal [3] - 26:7, 26:14,
116:5
dealing [2] - 249:21,
289:9
dealt [1] - 33:1
decades [2] - 21:19,
32:12
December [10] - 14:10,
35:12, 43:10, 43:19,
132:21, 133:2,
237:2, 237:3, 281:12
decided [3] - 82:17,
89:4, 244:20
deciding [1] - 285:21
decision [1] - 76:20
deduction [1] - 189:23
deed [1] - 104:4
deem [6] - 158:4,
209:22, 233:1,
259:23, 270:18,
291:4
deemed [21] - 113:21,
138:17, 140:2,
152:5, 156:5,
166:21, 171:23,
172:2, 183:5, 183:6,
190:1, 190:4, 197:6,
199:24, 201:7,
252:11, 252:17,
254:7, 265:13,
306:19, 307:23
DEF [3] - 225:5, 238:4
Defendant [3] - 3:12,
15:11, 15:17
Defendants [1] - 1:15
defendants [18] - 2:11,
2:16, 12:1, 16:5,
16:8, 16:13, 17:13,
53:17, 215:10,
217:14, 225:3,
225:5, 225:12,
238:2, 238:5, 266:5,
290:7
defendants' [2] - 225:4,
239:12
define [1] - 30:10
defined [2] - 120:3,
120:5
definitely [3] - 79:16,
97:19, 189:3
defraud [1] - 180:1
degree [3] - 29:20,
105:2, 247:16
deliberate [1] - 297:4
deliberately [2] - 239:9,
266:12
demonstrate [2] - 10:4,

194:1
denial [1] - 249:22
department [1] - 37:12
dependent [2] - 205:21, 302:20
deposed [1] - 5:16
Deposition [1] - 3:2
deposition [15] - 5:20, 20:2, 20:15, 30:7, 71:2, 71:9, 123:8, 123:17, 213:9, 283:6, 287:6, 295:11, 312:5, 313:12, 313:13
DEPOSITION [1] - 1:16
depositions [2] - 71:9, 220:20
depth [1] - 180:14
derive [1] - 159:19
derived [1] - 48:8
describe [7] - 12:19, 21:18, 89:19, 143:13, 268:23, 270:9, 311:12
described [8] - 90:10, 178:19, 249:16, 251:16, 253:16, 290:4, 296:1, 312:1
describes [4] - 18:10, 228:9, 242:18
description [2] - 28:15, 254:6
design [9] - 26:4, 26:9, 27:2, 32:24, 93:3, 135:12, 136:1, 240:6, 251:3
designed [3] - 47:2, 178:7, 251:1
detail [3] - 52:10, 52:11, 90:11
details [6] - 48:4, 49:3, 51:1, 51:3, 180:19, 181:7
detection [6] - 180:17, 301:19, 302:3, 302:5, 302:9, 302:11
determination [26] - 10:24, 48:10, 49:7, 50:1, 50:18, 92:5, 96:15, 97:17, 102:18, 102:22, 102:23, 112:19, 113:1, 121:14, 144:23, 158:24, 170:3, 181:15, 187:3, 189:17, 206:7, 206:17, 206:19, 241:5, 244:22, 285:8
determinations [1] - 154:10
determine [44] - 11:6,

14:15, 14:20, 15:8, 31:13, 51:8, 51:10, 88:19, 89:2, 89:14, 89:17, 91:23, 92:12, 94:2, 94:15, 94:19, 95:22, 97:14, 104:10, 154:19, 155:11, 160:8, 160:16, 162:5, 180:14, 182:16, 183:20, 184:11, 191:9, 230:6, 230:18, 233:5, 236:14, 252:4, 283:23, 284:14, 284:18, 297:17, 299:20, 300:5, 301:14, 305:3, 305:22, 306:8
determined [28] - 88:15, 103:22, 104:2, 108:8, 121:8, 140:20, 141:23, 143:23, 148:24, 153:16, 156:6, 164:20, 168:19, 176:19, 188:8, 204:1, 204:5, 204:19, 216:13, 218:4, 229:19, 233:22, 254:17, 276:24, 290:9, 307:22, 309:4
determining [6] - 120:18, 153:21, 252:2, 273:13, 273:20, 275:2
deterrent [10] - 253:15, 253:18, 258:6, 258:11, 258:13, 272:23, 272:24, 273:3, 273:4, 273:9
develop [3] - 26:18, 29:7, 61:5
Development [9] - 77:13, 77:24, 79:8, 79:23, 80:4, 80:14, 81:7, 81:12, 82:24
device [17] - 90:12, 90:14, 90:23, 90:24, 105:10, 133:18, 135:4, 135:5, 172:7, 172:16, 180:7, 180:11, 248:11, 250:16, 250:18, 303:2
devices [24] - 115:10, 115:11, 120:15, 136:9, 136:20, 137:10, 137:12, 138:17, 138:21, 139:3, 139:19, 139:22, 141:10,

143:22, 149:17, 153:16, 158:10, 188:3, 250:22, 289:5, 289:6, 289:7, 289:9
differ [1] - 131:9
difference [8] - 9:17, 22:8, 133:10, 134:13, 135:14, 236:9, 238:12, 264:4
differences [1] - 301:17
different [30] - 50:22, 65:7, 76:6, 104:12, 115:6, 120:4, 120:9, 121:3, 133:16, 136:13, 136:15, 137:10, 138:9, 140:7, 141:23, 155:6, 158:23, 166:14, 223:24, 231:15, 238:24, 239:1, 266:9, 267:21, 267:22, 286:12, 298:3, 302:19, 305:23
differentiate [1] - 66:17
differentiation [1] - 68:19
differs [1] - 285:23
difficult [4] - 38:12, 258:14, 274:10, 278:1
digital [2] - 247:14, 247:15
dimitry [2] - 129:12, 219:2
Dimitry [16] - 2:3, 5:12, 10:15, 19:21, 86:11, 124:14, 190:8, 213:20, 219:4, 220:9, 227:17, 238:21, 256:1, 287:5, 294:21, 296:14
dimitry@joffe.law [1] - 2:5
direct [2] - 131:16, 256:19
directing [1] - 131:7
direction [2] - 18:12, 247:19
directions [1] - 18:15
director [12] - 24:14, 26:11, 26:14, 27:4, 27:8, 27:12, 27:14, 27:15, 28:1, 68:13, 72:22
dis [1] - 264:17
disagree [18] - 184:4, 230:5, 233:3, 264:20, 266:4, 267:17, 270:12,

271:19, 276:12, 277:17, 277:19, 288:6, 288:9, 289:11, 293:13, 294:15, 297:13, 298:20
disclose [2] - 126:19, 127:19
disclosed [5] - 127:1, 127:13, 127:15, 128:5, 128:8
discuss [5] - 42:12, 71:18, 72:2, 270:6, 283:5
discussed [7] - 19:23, 196:10, 196:13, 236:12, 282:17, 282:22, 283:9
discusses [1] - 207:8
discussing [3] - 163:4, 172:18, 280:7
Discussion [12] - 18:6, 18:8, 70:8, 76:18, 124:2, 124:20, 190:13, 193:23, 224:18, 249:1, 279:24, 282:11
discussion [6] - 18:23, 70:17, 239:19, 262:12, 281:2, 282:5
discussions [2] - 235:14, 239:17
Dismissal [1] - 79:6
dispersed [3] - 137:7, 137:11, 138:9
display [1] - 118:20
displayed [1] - 133:16
displays [1] - 134:21
dissatisfied [1] - 212:16
distinction [1] - 208:14
distinguish [9] - 97:7, 156:11, 169:15, 169:22, 171:6, 173:24, 195:18, 198:16, 203:10
distracting [1] - 222:21
distribution [3] - 137:19, 284:17, 285:3
DISTRICT [2] - 1:4, 1:5
divide [2] - 136:19, 137:2
divided [1] - 137:13
divulge [2] - 272:11, 272:13
docket [1] - 77:16
Dockets [1] - 3:21, 76:9
dockets [2] - 76:14, 76:19
doctrine [1] - 16:23

Document [1] - 116:1
document [142] - 7:11, 58:4, 82:11, 82:22, 93:9, 93:16, 98:18, 104:6, 115:18, 117:16, 117:22, 118:14, 119:3, 119:15, 122:7, 122:14, 122:19, 122:20, 122:24, 123:2, 123:6, 125:19, 125:20, 126:5, 126:6, 129:8, 129:16, 131:1, 131:2, 131:3, 131:5, 131:14, 132:16, 132:20, 133:1, 133:4, 152:21, 210:17, 210:19, 211:9, 211:10, 211:12, 211:17, 212:14, 212:21, 213:6, 213:7, 213:12, 213:16, 214:13, 214:15, 214:17, 217:6, 217:9, 218:16, 219:1, 219:5, 219:7, 219:8, 219:18, 220:2, 220:12, 220:15, 220:21, 221:12, 221:15, 222:4, 222:8, 222:11, 222:13, 222:16, 222:22, 223:2, 224:2, 224:8, 224:12, 224:15, 224:19, 225:2, 225:15, 226:5, 226:22, 228:19, 229:4, 229:5, 233:13, 233:16, 238:2, 238:3, 238:7, 238:23, 239:1, 239:11, 239:12, 239:14, 241:8, 241:9, 242:13, 246:20, 255:4, 255:5, 255:22, 256:5, 256:16, 256:20, 257:14, 261:12, 261:16, 262:4, 262:10, 262:16, 263:17, 279:23, 280:5, 280:14, 281:14, 282:1, 291:12, 292:18, 293:10, 293:16, 293:23, 294:1, 294:24, 295:1, 295:4, 295:9, 295:12, 296:3, 296:9, 296:10,

296:12, 296:23,
296:24, 297:7,
306:15
documentation [2] -
145:18, 205:18
documents [8] - 61:19,
76:7, 76:12, 81:16,
81:24, 220:19,
221:6, 240:6
done [19] - 12:16,
134:24, 137:17,
138:24, 141:11,
143:13, 143:14,
154:13, 166:11,
169:4, 170:2,
184:13, 185:3,
237:3, 250:6, 256:7,
294:4, 297:10, 309:9
door [1] - 201:23
doubting [1] - 123:3
down [4] - 51:15, 95:3,
113:2, 180:13
downloaded [2] - 91:1,
91:3
Dr [26] - 9:13, 11:4,
11:9, 11:14, 11:17,
115:19, 115:21,
117:2, 119:3,
119:16, 125:6,
218:13, 218:17,
218:24, 219:10,
224:21, 224:23,
226:23, 234:14,
234:16, 237:1,
237:6, 242:6,
247:11, 248:10,
300:23
draft [2] - 84:15, 84:23
drafted [1] - 295:6
drafts [2] - 36:11,
36:18
draw [2] - 159:17,
208:14
drive [2] - 151:3, 160:1
driven [2] - 3:15, 46:6
driver's [1] - 5:5
Drives [2] - 261:18,
261:19
drop [2] - 176:8, 181:9
drugs [3] - 18:19,
18:20, 19:16
dual [3] - 29:15, 29:16,
59:14
duly [2] - 5:5, 313:12
dump [1] - 250:23
dumped [2] - 209:12,
250:11
duplicate [9] - 160:20,
171:21, 187:20,
199:20, 199:22,
200:1, 200:15,
268:11, 307:15
duplicated [4] - 144:8,

158:16, 162:2,
188:24
duplicates [7] - 163:19,
166:20, 170:21,
170:22, 184:8,
185:23, 188:10
duplicating [1] - 184:10
duplication [1] - 200:3
duplicative [1] - 101:21
during [1] - 19:22,
20:12, 70:12, 71:2,
71:14, 205:20,
282:15, 283:10,
295:10, 311:19

## E

E.U [1] - 283:22
early [1] - 27:21
easily [4] - 137:2,
139:9, 169:3, 247:12
easy [2] - 84:13,
137:22
economically [1] -
177:24
Edgarton [1] - 12:13
edited [1] - 83:22
EE [1] - 176:18
EEPROM [94] - 91:14,
99:5, 99:20, 101:22,
102:8, 103:10,
104:20, 105:12,
114:9, 114:15,
118:22, 120:4,
120:23, 133:15,
133:22, 133:24,
134:2, 134:11,
134:23, 135:7,
135:10, 135:20,
136:8, 150:20,
157:5, 157:7, 168:3,
168:21, 169:6,
170:13, 170:14,
171:4, 172:1,
172:16, 172:20,
172:23, 173:3,
173:21, 174:17,
175:1, 175:20,
176:18, 178:4,
181:20, 182:3,
182:14, 183:16,
184:9, 185:9,
185:13, 191:3,
191:20, 194:13,
197:17, 198:1,
200:15, 200:19,
200:21, 202:14,
203:8, 203:19,
205:6, 205:9, 245:1,
245:6, 264:3,
264:10, 264:13,
265:1, 265:4,
268:21, 300:16,

302:10, 302:22,
303:4, 303:6, 303:9,
303:13, 303:19,
303:23, 304:5,
305:1, 305:4, 305:6,
305:10, 305:11,
305:20, 306:2,
306:14, 307:2,
308:23
EEPROMs [2] -
136:11, 140:11
effort [5] - 178:13,
178:23, 179:16,
263:8, 267:15
efforts [2] - 168:23,
180:5
eight [1] - 27:3
eighth [1] - 262:19
either [16] - 64:22,
68:16, 71:3, 75:11,
83:12, 108:13,
120:22, 150:21,
153:1, 168:22,
174:6, 174:20,
176:7, 199:8, 201:6,
278:24
elaborate [2] - 143:8,
143:10
Electric [2] - 115:7,
115:13
electronic [5] - 117:6,
119:17, 125:7,
132:2, 300:9
element [3] - 204:4,
248:7, 272:20
elements [4] - 178:15,
179:1, 202:6, 202:8
Embarcadero [2] -
57:13, 65:12
emphasize [1] - 268:2
employee [1] - 24:4
employees [4] - 24:1,
24:3, 24:6, 67:15
encoded [5] - 99:3,
155:19, 185:1,
191:14, 194:3
encountered [1] -
249:20
end [25] - 7:18, 8:6,
27:20, 48:5, 48:6,
48:9, 49:23, 62:18,
73:13, 94:12,
112:12, 121:12,
134:4, 134:7,
134:15, 135:6,
135:17, 136:5,
156:18, 180:9,
260:3, 273:24, 287:6
enforcement [3] -
31:10, 258:21,
258:23
engage [1] - 222:23
engagement [4] -

12:17, 53:6, 53:10,
53:11
engineer [14] - 26:4,
26:9, 26:22, 27:1,
27:2, 32:18, 32:24,
39:20, 61:5, 145:10,
204:14, 205:14,
241:20, 278:3
engineering [6] - 31:7,
31:13, 33:8, 39:21,
41:21, 259:22
English [2] - 20:18,
117:24, 118:8,
225:1, 229:6, 290:6,
296:10, 301:5
ensure [3] - 103:5,
156:21, 158:10
ensured [1] - 121:2
ensuring [4] - 67:7,
181:7, 194:21, 202:4
entered [1] - 133:18
ENTERPRISE [1] -
1:14
Enterprise [9] - 3:13,
4:8, 15:12, 77:9,
77:17, 77:21, 80:4,
80:10, 261:15
enterprise [2] - 134:17,
135:3
Entire [1] - 79:6
entire [15] - 10:6, 10:9,
60:22, 71:2, 100:14,
117:16, 131:14,
148:19, 149:4,
152:8, 194:24,
201:10, 220:15,
222:10, 295:10
entirely [2] - 112:4,
229:2
entirety [1] - 212:14
entities [4] - 75:24,
82:5, 82:18, 201:20
entitled [3] - 7:11,
280:14, 283:23
entity [6] - 60:24,
66:16, 75:23, 140:9,
208:13, 283:23
entrepreneur [3] -
59:19, 66:2, 66:10
Equipment [4] - 3:10,
7:8, 7:13, 9:5
equipment [28] - 11:13,
14:16, 15:1, 15:4,
16:10, 17:1, 17:8,
17:14, 17:16, 18:2,
88:16, 88:20, 88:24,
89:7, 99:8, 157:17,
185:20, 185:24,
187:1, 216:4, 216:5,
216:6, 216:14,
216:16, 274:21,
292:3, 307:13
equity [8] - 60:10,

60:12, 60:15, 60:24,
61:2, 61:7, 69:16,
70:2
erased [1] - 300:19
errors [1] - 197:5
especially [1] - 23:22
Esq [4] - 2:3, 2:7, 2:8,
2:13
essentially [6] - 39:18,
45:3, 89:16, 90:8,
184:18, 258:18
establish [2] - 82:11,
248:13
established [4] - 37:2,
119:1, 122:3, 147:21
ethical [1] - 179:22
events [2] - 42:22, 43:2
evidence [9] - 98:2,
98:12, 100:3, 160:6,
160:14, 265:21,
266:2, 267:9, 268:3
evidences [1] - 32:12
EX [8] - 106:21,
108:13, 108:17,
109:22, 110:7,
111:2, 111:22, 114:3
exact [7] - 22:2, 38:5,
54:12, 55:7, 55:21,
202:21, 203:13
exactly [20] - 55:14,
57:24, 88:6, 102:20,
128:16, 144:19,
160:24, 161:2,
162:14, 172:6,
176:23, 180:6,
187:21, 197:3,
205:11, 211:20,
232:2, 240:23,
242:1, 294:9
EXAMINATION [2] -
5:9, 311:7
Examination [2] - 3:4,
3:5
examine [1] - 252:23
examined [2] - 5:6,
89:20
example [11] - 25:24,
33:15, 66:21,
105:10, 134:2,
143:17, 183:3,
293:8, 294:11,
302:23, 304:15
examples [1] - 25:20
Excel [2] - 152:19,
153:5
except [1] - 46:15
exception [2] - 287:8,
288:14
exceptions [1] - 288:14
excludes [2] - 92:17,
285:7
excuse [4] - 196:4,
213:17, 221:9

executive [3] - 22:11, 45:14, 45:17
Exhibit [51] - 3:23, 4:6, 7:5, 7:6, 14:3, 14:7, 15:11, 46:6, 56:4, 56:7, 61:15, 63:21, 76:5, 76:9, 77:1, 107:4, 115:19, 115:20, 116:1, 117:2, 125:6, 129:3, 210:12, 210:15, 216:17, 216:22, 218:12, 218:16, 218:23, 219:10, 219:11, 222:1, 227:13, 234:13, 234:17, 237:6, 242:6, 242:9, 242:15, 255:2, 261:2, 261:14, 280:1, 291:9, 296:5, 300:22, 300:23, 301:1
exhibit [29] - 8:3, 15:10, 46:3, 56:2, 61:14, 61:21, 63:19, 76:2, 76:8, 76:13, 77:8, 107:3, 115:18, 125:10, 126:17, 128:24, 210:13, 215:4, 219:15, 220:13, 221:24, 227:6, 242:8, 242:10, 273:11, 282:17, 282:24, 291:7, 301:3
EXHIBITS [1] - 1:3
Exhibits [2] - 3:8, 4:2
exhibits [1] - 14:4
exist [3] - 50:7, 58:24, 64:13
existed [4] - 54:5, 55:2, 58:22, 293:24
exists [1] - 50:9
expensive [2] - 253:20, 258:14
experience [53] - 21:19, 25:20, 32:8, 32:11, 32:13, 33:5, 33:11, 33:18, 33:21, 34:21, 35:3, 35:14, 35:18, 36:1, 89:16, 91:22, 92:6, 94:1, 100:23, 103:2, 114:13, 116:20, 116:22, 133:19, 140:4, 141:4, 144:4, 144:22, 156:23, 171:9, 171:10, 171:20, 172:5, 172:10, 176:4, 177:12, 179:20, 181:4, 198:24,

199:6, 200:5, 201:15, 207:21, 244:7, 249:20, 257:13, 259:12, 271:14, 271:15, 279:3, 289:8, 304:20, 310:18
experienced [1] - 250:4
expert [40] - 9:9, 11:2, 11:9, 11:18, 12:1, 18:9, 21:7, 30:6, 30:9, 30:10, 30:11, 30:13, 30:15, 30:16, 30:24, 31:2, 31:12, 31:15, 32:3, 32:18, 36:11, 36:14, 53:12, 68:17, 110:22, 206:23, 224:21, 266:11, 282:18, 283:16, 285:23, 286:2, 287:14, 290:17, 300:23, 309:14, 310:6
Expert [13] - 3:9, 4:9, 7:6, 7:11, 21:5, 25:19, 32:7, 35:1, 36:6, 36:20, 280:1, 280:14, 282:22
expert's [1] - 10:5
experts [2] - 285:20, 286:15
expires [1] - 313:23
explain [16] - 28:20, 35:21, 47:24, 63:3, 93:9, 93:17, 98:16, 100:24, 133:9, 139:8, 164:15, 167:17, 207:24, 209:24, 250:7, 295:17
explained [11] - 100:10, 102:16, 164:4, 168:13, 169:21, 173:7, 175:7, 209:4, 210:3, 242:3, 244:5
explaining [1] - 310:23
explains [2] - 205:18, 267:12
exposure [1] - 33:2
express [2] - 245:21, 246:14
expressly [1] - 265:18
extent [8] - 10:17, 12:22, 41:11, 82:7, 82:19, 213:8, 214:2, 217:2
extra [4] - 47:9, 47:13, 149:6, 255:16
eye [1] - 248:11
eyes [2] - 247:12, 247:24

# F

face [1] - 276:5
facet [1] - 203:22
facilities [1] - 29:12
facility [2] - 158:7, 251:15
fact [46] - 14:16, 14:23, 14:24, 86:20, 87:14, 88:20, 96:1, 96:17, 97:24, 98:7, 98:11, 100:1, 103:14, 103:21, 104:3, 127:10, 127:18, 159:13, 160:4, 160:12, 164:20, 165:4, 166:20, 167:4, 174:2, 188:15, 188:22, 203:22, 225:21, 233:14, 239:7, 265:19, 265:24, 267:7, 267:24, 272:2, 286:3, 287:15, 293:21, 295:12, 305:2, 305:3, 305:10, 305:24, 306:13, 307:9
factor [5] - 204:17, 204:18, 208:19, 256:22, 257:7
factored [1] - 244:21
factors [4] - 156:14, 228:15, 257:17, 257:23
factory [1] - 284:11
facts [14] - 96:9, 98:8, 126:20, 127:1, 128:5, 128:7, 164:7, 170:2, 276:18, 276:19, 277:12, 278:3, 278:4, 296:2
factual [3] - 15:1, 15:5, 248:13
failed [1] - 105:17
fails [1] - 189:18
failure [2] - 35:7, 35:22
fair [3] - 79:11, 87:4, 131:13
fake [25] - 92:7, 92:8, 93:20, 93:23, 94:21, 95:6, 95:14, 95:16, 168:2, 168:4, 169:13, 169:20, 171:3, 178:7, 178:19, 187:11, 187:15, 191:2, 191:5, 191:10, 191:15, 191:21, 194:12, 304:1, 304:8
false [9] - 110:13, 111:3, 111:9, 112:3,

112:5, 112:8, 112:11, 113:9, 122:4
familiar [8] - 113:13, 257:3, 257:22, 279:3, 279:10, 284:16, 285:2, 289:16
familiarity [1] - 257:16
fang [1] - 247:11
Fang [2] - 119:16, 248:10
Fang's [22] - 9:13, 11:4, 11:9, 11:14, 11:17, 115:19, 115:21, 117:2, 119:3, 125:6, 218:13, 218:17, 218:24, 219:10, 224:21, 224:23, 226:23, 234:14, 234:16, 237:1, 237:6, 242:6
fang's [1] - 300:23
FANGSHOU [1] - 1:9
far [5] - 45:1, 46:13, 69:13, 75:18, 296:23
fashion [2] - 199:16, 274:2
feature [5] - 260:8, 260:11, 260:12, 301:11
features [12] - 89:6, 93:10, 93:17, 205:3, 205:20, 269:24, 271:5, 272:8, 272:10, 272:17, 274:9, 290:4
February [2] - 1:21, 64:1, 313:18
Federal [1] - 1:17
felt [1] - 39:8
few [5] - 140:16, 153:24, 248:4, 283:17, 307:17
field [11] - 36:2, 114:15, 120:3, 120:6, 125:9, 125:13, 134:10, 135:8, 172:15, 201:16, 301:11
fields [2] - 133:22, 133:23
Figure [6] - 231:19, 231:23, 262:16, 262:18, 263:2, 270:8
figure [7] - 17:12, 17:21, 36:7, 54:10, 55:4, 87:14, 162:5
figures [1] - 270:8
filed [8] - 57:5, 61:22, 62:3, 63:24, 64:9, 64:21, 64:22, 76:24
files [2] - 58:17, 293:24

filled [1] - 132:7
final [8] - 96:15, 112:19, 113:1, 121:14, 153:14, 241:5, 241:6, 309:11
Finally [1] - 101:20
FINANCIAL [2] - 1:11, 1:12
findings [3] - 92:20, 153:10, 310:24
fine [5] - 30:23, 71:13, 262:10, 288:13
fingerprint [1] - 140:21
Finisar [3] - 115:7, 115:13, 289:1
finish [11] - 81:21, 86:23, 86:24, 96:13, 96:14, 112:16, 120:12, 141:20, 238:17, 293:1, 294:7
firm [17] - 21:14, 36:24, 37:4, 37:13, 38:16, 38:17, 39:9, 39:14, 39:15, 40:16, 41:10, 41:23, 44:19, 58:1, 60:6, 67:22, 69:20
First [4] - 3:13, 15:13, 15:18, 98:22
first [40] - 10:4, 11:15, 14:11, 25:24, 29:23, 32:16, 47:6, 47:9, 80:9, 85:7, 99:1, 103:5, 105:7, 107:9, 107:14, 108:1, 109:10, 109:11, 110:1, 111:7, 113:7, 130:12, 131:19, 155:1, 155:17, 191:12, 216:1, 227:19, 227:24, 228:3, 234:17, 242:18, 273:10, 273:17, 282:7, 283:15, 291:12, 298:9
fit [1] - 142:1
five [5] - 162:18, 209:11, 248:21, 250:22, 271:2
Flextronics [11] - 28:17, 28:21, 28:22, 28:24, 29:2, 29:3, 29:4, 29:11, 29:14, 29:18, 32:9
Flextronics' [1] - 29:11
Floor [1] - 2:13
floor [4] - 43:7, 57:16, 65:13, 65:16
florescent [3] - 268:23, 269:12, 270:4
focus [2] - 167:20, 260:1

focused [1] - 244:23
focuses [2] - 95:19, 244:12
folks [2] - 40:12, 45:20
follow [5] - 105:8, 105:16, 149:22, 208:2, 276:11
follow-up [1] - 208:2
following [8] - 98:23, 104:8, 154:21, 190:19, 196:1, 196:8, 207:14, 269:24
follows [2] - 5:7, 292:2
foreign [1] - 293:16
forensic [6] - 92:1, 92:14, 92:16, 94:4, 95:20, 95:21
forensically [2] - 204:24, 208:22
form [1] - 85:10
formal [2] - 40:22, 53:1
format [3] - 148:10, 148:22, 201:3
formed [2] - 55:16, 62:13
formulating [1] - 39:23
forth [3] - 30:21, 251:24, 313:12
forward [2] - 28:4, 176:21
founded [10] - 28:7, 45:20, 55:18, 57:19, 58:5, 58:18, 58:24, 59:2, 59:3, 59:20
founding [2] - 22:4, 28:6
four [25] - 99:12, 99:18, 100:4, 101:23, 115:8, 144:14, 158:17, 187:6, 190:17, 194:13, 195:17, 195:23, 196:15, 197:3, 197:24, 203:18, 206:1, 206:12, 207:1, 207:9, 207:12, 207:17, 210:8, 268:7, 271:2
fourth [2] - 193:1, 285:13
frame [6] - 13:24, 140:15, 217:24, 218:1, 234:6, 311:17
Francisco [5] - 28:11, 28:14, 36:24, 57:13, 72:9
fraud [1] - 301:16
frequently [1] - 28:14
front [21] - 34:5, 34:17, 81:24, 95:12, 117:3, 126:2, 126:5,

166:19, 188:7, 189:22, 204:17, 205:15, 212:15, 220:12, 221:15, 238:23, 282:18, 293:10, 294:12, 300:24, 310:21
fstfngrs@yahoo.com [1] - 1:24
fulfill [1] - 187:6
fulfilled [1] - 183:22
full [15] - 22:3, 24:6, 24:15, 44:21, 44:22, 52:15, 52:20, 52:23, 54:14, 55:9, 59:16, 73:2, 150:3, 195:7, 212:14
full-time [9] - 22:3, 24:6, 24:15, 44:21, 44:22, 54:14, 55:9, 59:16, 73:2
fully [1] - 72:3
function [1] - 255:6
functional [1] - 260:19
furthermore [2] - 166:24, 264:9

**G**

gen [1] - 10:6
Gen [1] - 77:18
general [5] - 40:18, 93:20, 158:5, 172:16, 257:13
generally [2] - 41:15, 61:8
generate [2] - 194:22, 194:23
generating [1] - 67:7
generators [3] - 178:14, 178:24, 179:14
generic [1] - 289:6
genuine [130] - 11:6, 15:8, 31:14, 48:10, 49:12, 50:2, 51:11, 89:14, 89:18, 91:24, 92:12, 94:3, 94:16, 94:19, 95:22, 99:14, 102:2, 102:19, 102:24, 103:23, 104:2, 104:4, 104:11, 104:22, 105:3, 105:9, 108:9, 109:5, 109:8, 109:21, 110:11, 113:22, 114:1, 114:20, 120:19, 121:8, 121:15, 136:12, 136:14, 138:18, 143:23, 144:6, 144:9, 148:18, 152:5,

153:17, 154:10, 161:15, 164:21, 166:22, 169:18, 173:9, 173:16, 173:20, 175:8, 175:13, 175:22, 176:7, 176:22, 178:7, 178:7, 180:10, 180:15, 181:21, 182:6, 183:20, 183:23, 185:3, 185:24, 186:6, 187:9, 188:9, 188:11, 188:17, 189:2, 189:8, 189:10, 190:1, 190:24, 191:5, 191:10, 191:15, 192:5, 194:16, 196:21, 197:6, 198:13, 198:17, 200:12, 200:14, 200:18, 202:2, 204:1, 208:7, 208:11, 209:23, 210:2, 227:16, 233:2, 236:15, 244:8, 250:15, 251:10, 251:12, 251:16, 252:11, 252:17, 254:18, 259:24, 260:5, 270:18, 271:14, 273:14, 274:5, 274:18, 275:3, 275:18, 284:9, 284:17, 299:21, 300:7, 300:13, 301:21, 302:5, 304:19, 306:9, 306:19, 309:23
genuineness [1] - 273:20
Gibbons [1] - 2:12
GILL [1] - 1:14
given [13] - 31:14, 51:14, 87:3, 105:3, 172:7, 202:22, 221:12, 222:20, 234:10, 241:22, 268:14, 313:14
global [1] - 72:22
goal [20] - 103:1, 104:24, 120:8, 148:20, 150:13, 151:5, 153:9, 171:17, 172:6, 172:7, 176:9, 180:7, 180:20, 189:20, 205:14, 241:20, 241:23, 244:9, 245:17, 270:17
goods [14] - 283:24, 284:2, 284:9,

284:10, 284:14, 284:17, 284:18, 285:8, 285:19, 285:22, 286:2, 286:6, 287:14, 287:20
Goods [4] - 4:10, 280:3, 280:16, 282:24
graduation [1] - 29:24
great [1] - 6:23
green [2] - 107:9, 109:4
grounds [1] - 16:20
Group [1] - 72:19
group [16] - 31:7, 37:12, 37:14, 37:17, 37:18, 38:4, 38:8, 39:16, 142:2, 142:5, 161:6, 163:9, 187:19, 187:23, 188:23, 203:24
groups [3] - 38:11, 40:11, 142:20
guess [2] - 223:9, 234:5
guessing [1] - 234:3
guidance [4] - 203:9, 206:11, 251:17, 254:16
guidances [1] - 153:20
guideline [1] - 153:21
guidelines [3] - 154:18, 177:9, 257:2
guys [1] - 179:23

**H**

H3C [102] - 4:4, 4:11, 50:21, 51:9, 114:9, 116:5, 116:9, 116:12, 116:15, 116:20, 116:24, 118:7, 118:10, 118:13, 118:23, 119:1, 119:3, 119:6, 119:8, 119:16, 119:18, 119:23, 122:5, 122:7, 122:8, 122:14, 125:9, 125:12, 125:19, 126:3, 126:5, 126:7, 126:14, 127:10, 127:17, 129:4, 129:9, 132:7, 132:9, 132:12, 132:21, 133:6, 133:18, 134:3, 134:5, 134:8, 134:15, 134:16, 135:4, 135:19, 135:21, 145:18, 181:2, 207:18, 216:4, 216:13,

217:15, 218:4, 225:10, 225:13, 225:14, 227:1, 227:15, 229:19, 231:10, 232:9, 233:23, 234:22, 235:19, 237:7, 238:6, 242:8, 247:19, 252:12, 252:18, 261:5, 284:23, 285:3, 289:21, 289:23, 290:3, 290:4, 290:5, 290:8, 290:13, 291:9, 291:17, 292:3, 292:11, 300:14, 301:3, 303:1, 303:2, 303:17, 304:4, 309:12, 310:7, 311:10, 311:15
H3C's [6] - 113:13, 261:2, 297:23, 298:1, 298:3, 310:12
H3C3 [1] - 225:6
hacker [1] - 301:13
half [9] - 42:6, 63:11, 105:8, 107:14, 149:3, 149:13, 150:3, 195:4, 201:11
Hall [3] - 1:20, 2:7, 12:5
Hallam [19] - 22:18, 38:24, 40:19, 41:1, 44:9, 44:10, 44:16, 45:10, 47:11, 60:19, 61:10, 64:17, 67:17, 68:3, 68:5, 68:7, 69:3, 69:23, 83:7
Hallam's [1] - 47:6
hallmark [1] - 282:2
Hampshire [2] - 72:16, 72:17
hand [1] - 104:5, 313:17
handed [1] - 7:10
handing [1] - 180:20
hands [3] - 165:22, 167:8
handshake [2] - 302:16, 302:19
Hangzhou [1] - 292:3
happy [9] - 87:5, 121:11, 128:14, 220:22, 221:3, 221:21, 223:24, 256:10, 256:17
Hard [1] - 261:18
hard [3] - 38:9, 253:17, 253:19
hardware [5] - 26:4, 26:9, 27:2, 32:18, 32:24

harm [1] - 214:7
hats [1] - 59:14
HC3 [2] - 129:10, 236:6
HCC [1] - 50:18
head [13] - 27:16, 31:6, 33:7, 37:23, 42:11, 52:4, 54:24, 55:8, 56:1, 58:9, 60:23, 242:1, 259:21
headed [2] - 23:11, 69:2
hear [4] - 19:18, 102:10, 167:17, 182:21
hearsay [2] - 295:10, 296:22
held [4] - 22:5, 22:7, 27:9, 27:13
help [4] - 156:11, 191:9, 198:16, 256:21
helped [2] - 61:5, 258:23
hence [2] - 176:8, 189:18
hereby [1] - 313:9
hereinbefore [1] - 313:12
hereunto [1] - 313:16
HEWLETT [3] - 1:11, 1:12, 1:13
Hewlett [23] - 3:12, 4:8, 15:11, 77:9, 77:13, 77:17, 77:21, 77:24, 78:13, 78:19, 79:4, 79:8, 80:2, 80:3, 80:10, 80:14, 80:21, 81:7, 81:10, 81:12, 82:23, 82:24, 261:14
Hewlett-Packard [13] - 77:13, 78:13, 78:19, 79:4, 79:8, 80:2, 80:14, 80:21, 81:7, 81:10, 81:12, 82:23, 82:24
HEWLETT-PACKARD [2] - 1:11, 1:12
hierarchy [5] - 40:17, 40:21, 45:1, 45:5, 45:19
high [5] - 105:2, 177:23, 179:17, 179:18, 209:10
highly [7] - 165:8, 165:14, 165:17, 165:20, 167:5, 168:8
hired [1] - 38:15
Hisense [1] - 115:3
hmm [21] - 14:23, 31:5, 31:15, 59:11, 70:4, 75:10, 77:2,

80:20, 90:4, 90:10, 94:17, 101:18, 109:3, 136:3, 166:16, 198:8, 201:5, 218:4, 233:3, 269:21, 279:18
hold [12] - 27:7, 67:4, 84:19, 89:8, 119:10, 146:17, 147:13, 159:7, 208:1, 208:3, 255:14
holder [3] - 284:1, 285:24, 290:13
holder's [3] - 285:21, 286:16, 287:18
holders [2] - 60:15, 69:16
holding [3] - 22:8, 219:5, 219:8
holds [1] - 68:12
holistic [9] - 98:14, 113:8, 121:21, 143:9, 160:2, 177:4, 240:19, 268:12, 274:2
holistically [11] - 68:24, 103:1, 103:12, 104:10, 112:24, 113:4, 140:24, 143:17, 144:18, 145:14, 300:5
hologram [6] - 145:2, 145:4, 257:1, 257:4, 257:11, 258:2
Hologram [1] - 255:23
holograms [7] - 257:13, 268:23, 269:12, 270:4, 270:6, 270:9, 270:12
holograph [1] - 208:9
Holographic [1] - 227:2
holographic [109] - 91:17, 92:3, 92:17, 93:4, 93:7, 93:10, 93:17, 93:23, 94:9, 94:18, 94:21, 95:6, 95:14, 96:6, 97:13, 97:18, 97:21, 99:15, 102:21, 102:23, 144:20, 145:18, 204:7, 204:8, 204:11, 204:12, 204:20, 205:2, 205:19, 206:3, 206:14, 207:2, 207:18, 207:23, 208:20, 209:3, 209:5, 209:15, 209:17, 217:15, 217:16, 217:17, 217:18, 217:22, 218:6, 231:10, 231:14, 231:16,

232:4, 232:5, 232:9, 232:15, 233:5, 234:1, 235:15, 235:16, 236:13, 236:15, 236:19, 237:9, 239:17, 239:19, 239:23, 240:7, 240:9, 240:17, 241:18, 241:23, 242:19, 243:13, 244:10, 244:15, 244:19, 246:8, 246:10, 246:15, 246:18, 248:5, 249:7, 249:12, 249:24, 251:1, 251:2, 251:6, 252:7, 252:9, 252:12, 252:18, 253:7, 253:12, 253:14, 253:24, 257:19, 258:4, 258:7, 258:16, 258:17, 259:14, 260:5, 260:7, 260:10, 260:15, 260:23, 272:4, 290:21, 311:10, 311:15, 311:19
holographically [1] - 254:20
home [3] - 43:9, 72:14
honest [2] - 233:12, 278:7
honestly [1] - 126:3
hope [2] - 72:4, 172:9
horizontal [2] - 46:24, 247:17
host [1] - 243:8
Hosts [4] - 4:4, 129:4, 129:10, 261:4
hour [4] - 31:22, 32:1, 70:6, 123:24
hours [1] - 25:2
HP [60] - 1:13, 12:16, 12:18, 12:20, 13:4, 13:5, 13:6, 40:3, 40:4, 42:20, 53:7, 53:13, 53:15, 53:16, 53:22, 72:19, 74:15, 74:16, 74:20, 74:24, 75:2, 75:6, 75:11, 75:23, 78:1, 79:7, 79:12, 79:13, 79:19, 79:21, 79:22, 80:4, 81:1, 81:5, 81:6, 82:15, 82:18, 93:12, 93:13, 114:16, 120:14, 125:22, 127:6, 128:8, 140:8, 140:14, 145:12, 145:15, 145:20, 165:5, 165:11,

167:4, 216:11, 233:24, 236:18, 237:21, 240:2, 256:22, 278:23
HPE [31] - 15:17, 16:20, 53:18, 75:11, 75:22, 76:16, 79:12, 79:16, 79:17, 79:18, 79:19, 80:12, 81:9, 82:16, 82:23, 256:5, 257:23, 261:17, 261:18, 266:5, 267:10, 267:12, 267:18, 268:22, 269:22, 273:13, 273:19, 274:1, 274:20, 275:1, 275:4
HPFS [3] - 5:17, 53:18
HPI [6] - 53:18, 53:23, 54:1, 54:3, 81:9, 82:23
huge [1] - 165:1
human [1] - 148:6
hundreds [1] - 171:11
hypothet [1] - 193:7
hypothetical [26] - 95:13, 102:12, 161:7, 161:13, 161:23, 163:22, 167:23, 168:6, 169:8, 170:7, 171:7, 191:20, 193:8, 196:17, 200:9, 200:11, 201:13, 203:15, 252:20, 253:2, 259:6, 275:21, 276:9, 276:16, 277:5, 277:23
hypothetically [8] - 189:14, 190:23, 196:23, 198:22, 204:2, 252:22, 253:5, 277:16

## I

ICT [15] - 5:17, 140:6, 165:5, 165:11, 166:2, 167:4, 167:8, 210:18, 291:13, 291:14, 296:11, 296:13
ID [3] - 256:23, 257:9, 268:21
idea [5] - 112:20, 126:11, 225:20, 233:18, 295:1
identical [1] - 200:17
identification [21] - 7:9, 14:8, 15:15, 46:8, 56:6, 61:17, 63:23, 76:10, 107:5, 116:2,

129:6, 172:23, 210:16, 222:2, 255:3, 261:15, 280:4, 291:11, 296:6, 303:9, 304:2
identified [2] - 5:4, 256:16
identifier [1] - 205:8
identifiers [3] - 173:11, 175:10, 244:18
identify [6] - 18:14, 176:10, 256:18, 257:10, 298:6, 298:8
identifying [3] - 173:9, 175:8, 178:9
II [4] - 21:4, 25:19, 32:6, 33:12
illegitimate [1] - 180:3
images [2] - 255:5, 255:7
importance [1] - 240:11
important [18] - 81:22, 103:4, 120:14, 133:12, 144:3, 157:24, 158:3, 164:11, 164:14, 166:6, 188:22, 203:21, 206:22, 208:16, 237:19, 269:7, 278:4, 294:4
importantly [2] - 101:20, 118:17
Importantly [3] - 98:10, 265:18, 267:7
improper [2] - 82:9, 85:7, 86:13, 224:4, 229:3
IN [1] - 313:16
in-depth [1] - 180:14
inaccurate [1] - 310:15
inadmissible [3] - 294:23, 295:9, 296:22
inauthenticable [1] - 296:23
INC [2] - 1:7, 1:13
Inc [9] - 52:6, 74:16, 75:2, 75:6, 75:11, 75:23, 79:7, 81:5, 81:6
incentive [1] - 178:1
include [6] - 76:14, 88:2, 88:11, 96:2, 97:18, 151:2
includes [5] - 9:2, 9:21, 99:23, 178:8, 298:10
including [3] - 172:23, 229:16, 303:9
incorporate [2] - 87:23, 88:1
Incorporation [1] - 58:17

incorrect [4] - 139:24, 197:7, 197:8, 237:22
incorrectly [1] - 143:20
indeed [4] - 100:14, 180:15, 285:17, 300:6
independent [1] - 310:16
independently [1] - 11:15
INDIA [1] - 1:13
India) [1] - 53:18
indicate [14] - 132:7, 141:12, 146:14, 188:16, 229:17, 231:2, 232:11, 232:16, 233:21, 235:18, 258:8, 262:3, 270:12, 292:7
indicated [3] - 19:24, 69:24, 158:12
indicates [5] - 59:15, 104:21, 132:20, 165:6, 234:21
indicating [17] - 80:19, 125:20, 142:20, 181:5, 218:11, 232:1, 233:4, 234:13, 236:2, 238:3, 240:2, 242:15, 243:10, 257:14, 261:23, 269:14, 285:11
indicating) [17] - 78:8, 78:9, 78:17, 84:12, 148:7, 164:23, 230:1, 231:21, 231:24, 241:10, 269:1, 271:18, 273:11, 273:17, 285:14, 285:15, 286:24
indication [5] - 140:10, 160:22, 176:20, 265:14, 306:3
indicator [13] - 93:21, 93:24, 109:24, 122:2, 141:1, 142:10, 142:23, 144:21, 145:2, 145:4, 189:1, 189:3, 305:21
indicators [13] - 105:5, 110:23, 121:20, 121:23, 125:11, 141:3, 141:19, 141:22, 143:21, 145:5, 249:7, 268:7, 270:13
individual [7] - 18:16, 23:24, 61:3, 70:2, 82:4, 100:21, 101:5
individuals [4] - 12:11,

14:22, 60:19, 61:3
industry [3] - 135:9, 302:11, 302:12
influence [1] - 6:18
influenced [2] - 285:20, 286:15
info [4] - 4:11, 291:10, 291:18, 300:9
inform [1] - 128:11
Information [5] - 3:18, 61:16, 61:22, 62:2, 64:6
information [69] - 16:21, 23:6, 48:2, 49:4, 49:16, 49:24, 51:7, 51:8, 64:5, 93:3, 93:7, 93:9, 94:12, 96:2, 125:8, 127:14, 134:22, 137:21, 165:12, 169:11, 172:22, 172:24, 173:9, 178:9, 191:2, 191:3, 193:3, 193:13, 194:4, 194:6, 194:9, 194:12, 198:9, 198:14, 204:8, 217:15, 217:20, 217:21, 218:2, 235:23, 236:1, 236:24, 238:9, 239:24, 240:3, 240:4, 241:3, 241:13, 241:24, 244:2, 244:14, 272:12, 272:14, 292:14, 292:15, 295:13, 303:8, 303:10, 304:2, 304:8, 311:9, 311:12, 311:14, 311:18, 311:21, 311:22, 311:23
informed [5] - 70:12, 114:16, 115:11, 120:14, 125:22
informing [1] - 175:9
informs [1] - 292:4
infracture [2] - 103:18, 181:11
infrastructure [5] - 141:7, 174:18, 199:13, 200:7, 201:18
infringement [1] - 287:22
inquiring [1] - 41:10
inquiry [1] - 291:23
insofar [1] - 282:2
inspect [1] - 91:7, 91:17, 257:10, 257:11, 298:12
inspected [2] - 216:4,

248:14
inspecting [4] - 11:13, 88:23, 90:7, 90:9
inspection [10] - 50:14, 88:16, 89:6, 93:6, 152:18, 225:14, 235:24, 240:12, 244:4, 298:16
Inspection [1] - 255:23
instances [2] - 259:13, 259:15
Instead [1] - 304:4
instruct [10] - 12:22, 41:9, 70:24, 88:7, 117:18, 131:17, 223:6, 224:6, 239:9, 283:3
instructed [2] - 20:5, 86:1
instructing [6] - 70:15, 71:22, 222:7, 222:9, 222:17, 224:1
instruction [7] - 85:17, 87:2, 222:20, 223:1, 223:20, 224:1, 224:3
instructs [1] - 25:14
INTA [7] - 278:15, 278:20, 278:23, 279:1, 280:19, 281:7, 282:24
inta.org [1] - 281:23
integral [3] - 253:21, 254:1, 254:5
INTEGRATED [1] - 1:6
intend [1] - 112:11
intended [2] - 263:10, 266:6, 267:11, 269:19, 271:21
interaction [1] - 48:3
Interaction [1] - 79:6
interacts [1] - 48:1
interest [4] - 60:13, 240:11, 241:1, 244:3
interested [2] - 29:13, 235:22
interface [2] - 118:20, 292:1
interim [1] - 214:8
interior [1] - 298:15
International [4] - 1:20, 2:8, 278:16, 280:17
interpreting [4] - 133:23, 135:1, 135:15
Interrogation [3] - 4:13, 296:5, 297:15
interrogatories [2] - 16:4, 16:7
Interrogatories [3] - 3:14, 15:14, 15:18
Interrogatory [2] - 16:2, 16:16
interrogatory [3] -

16:18, 16:21, 17:13
interrupt [1] - 129:13
interrupted [3] - 124:13, 220:7, 287:12
interrupting [2] - 25:5, 123:16
interruption [1] - 190:21
Interruption [4] - 193:20, 196:3, 229:11, 232:8
interview [1] - 38:21
interviewed [1] - 39:1
intimidate [1] - 70:22
introduce [1] - 279:22
introduced [1] - 282:1
Introduction [1] - 11:23
invent [5] - 173:10, 173:15, 173:17, 175:9, 175:16
inventing [1] - 175:12
inventories [1] - 169:21
inventory [19] - 100:15, 114:20, 114:23, 167:1, 169:9, 170:10, 170:12, 172:14, 175:14, 184:7, 186:9, 186:10, 187:9, 193:5, 193:6, 193:9, 193:12, 193:19, 194:1
Inventory [7] - 106:10, 107:11, 109:1, 111:19, 113:24, 114:1, 115:6
inverse [1] - 209:24
invest [2] - 60:1, 66:13
invested [5] - 28:22, 59:12, 59:21, 62:16, 67:22
investigate [2] - 89:5, 89:7
investigation [2] - 41:19, 241:4
investigations [8] - 21:16, 26:8, 26:12, 26:16, 28:2, 29:7, 41:20, 72:22
investing [1] - 69:11
investment [1] - 174:19
investments [1] - 62:15
investors [1] - 60:4
invoice [1] - 263:7
involved [2] - 43:1, 201:18
involvement [2] - 42:15, 42:22
irrelevant [1] - 280:6
irrespective [3] - 156:18, 245:8, 245:10

issue [2] - 253:7, 280:22
issued [2] - 280:16, 281:1
issues [3] - 26:8, 26:15, 279:6
items [1] - 197:4
iterations [1] - 36:15
its's [1] - 23:20
itself [28] - 49:8, 69:10, 94:14, 98:2, 98:12, 100:2, 156:10, 160:6, 160:14, 205:1, 208:21, 244:12, 245:11, 245:14, 245:20, 249:22, 254:6, 260:2, 263:15, 265:20, 266:2, 267:9, 268:3, 274:19, 295:14, 299:17, 302:18, 306:10

## J

JADE [1] - 1:7
January [21] - 7:13, 14:9, 35:12, 43:10, 43:22, 43:24, 54:4, 54:9, 54:15, 55:10, 55:19, 57:8, 57:20, 58:22, 59:2, 59:3, 59:7, 59:17, 62:18, 237:2
JASON [1] - 1:7
JDSU [1] - 289:1
Jeff [11] - 22:18, 38:24, 40:19, 41:1, 44:9, 44:10, 44:16, 45:10, 60:19, 67:17, 68:5
Jeffery [2] - 47:12, 47:13
Jeffrey [3] - 47:11, 61:9, 69:23
job [2] - 29:23, 140:22, 169:23
Joffe [4] - 2:2, 2:3, 3:4, 5:12
JOFFE [208] - 5:9, 10:11, 10:20, 13:14, 14:5, 16:15, 17:20, 20:4, 20:9, 20:22, 21:2, 24:20, 24:24, 30:23, 34:10, 46:2, 53:16, 56:3, 61:20, 70:7, 71:6, 72:1, 72:5, 76:4, 76:12, 76:22, 77:2, 81:18, 81:20, 82:9, 83:21, 84:1, 84:3, 84:7, 85:1, 85:5, 85:23, 86:15, 86:18, 87:7,

87:17, 87:19, 96:11,
97:10, 107:3, 107:7,
117:13, 117:20,
117:24, 119:14,
123:7, 123:13,
123:16, 123:19,
123:22, 124:1,
124:3, 124:17,
125:2, 125:4,
129:14, 129:17,
129:20, 129:22,
130:3, 130:8,
130:10, 130:24,
131:5, 131:10,
131:22, 136:24,
142:13, 142:18,
146:20, 147:16,
147:20, 162:21,
162:23, 163:2,
184:14, 190:9,
190:11, 190:15,
193:21, 202:24,
211:4, 211:7,
211:13, 211:16,
211:21, 211:24,
212:3, 212:6, 212:8,
212:11, 212:18,
212:23, 213:4,
213:11, 213:15,
213:19, 213:22,
213:24, 214:5,
214:10, 214:15,
214:18, 214:21,
216:19, 218:22,
219:7, 219:21,
219:23, 220:1,
220:7, 220:10,
220:16, 220:18,
220:23, 221:8,
221:23, 222:7,
222:17, 223:5,
223:11, 223:13,
223:18, 223:22,
224:7, 225:10,
225:22, 226:1,
226:4, 226:6,
226:11, 226:18,
227:8, 227:12,
227:19, 227:24,
228:20, 228:24,
229:7, 229:12,
235:11, 236:3,
237:14, 237:16,
237:23, 238:14,
238:20, 239:4,
248:19, 248:22,
249:3, 255:1, 255:9,
255:12, 255:16,
255:19, 256:4,
256:9, 256:14,
256:17, 257:15,
261:13, 262:2,
266:10, 266:14,

266:16, 280:19,
280:22, 280:24,
281:3, 281:10,
281:15, 281:19,
281:22, 282:21,
286:10, 286:21,
287:3, 287:7,
287:10, 292:19,
292:23, 293:2,
293:7, 293:15,
293:20, 293:23,
294:6, 294:20,
295:16, 296:3,
296:7, 296:16,
296:18, 297:20,
299:3, 299:8, 301:3,
309:7, 310:22,
311:2, 311:5, 312:4
joined [4] - 27:6,
27:10, 39:11, 54:4
Judge [6] - 87:5,
221:2, 221:21,
224:5, 267:3, 294:9
judging [2] - 301:20,
302:4
June [1] - 313:24
JUNGANG [1] - 1:9
Juniper [2] - 135:5,
181:2

K

keep [6] - 85:5, 196:5,
237:11, 239:8,
271:6, 271:8
keeping [1] - 288:11
Kevin [2] - 2:8, 12:11
key [2] - 40:12, 140:18
kind - 38:11,
50:20, 51:8, 53:24,
128:2, 128:17,
164:6, 174:1,
201:15, 272:10,
272:24
know-how [1] - 103:18
knowing [3] - 177:4,
278:2, 282:3
knowledge [2] - 42:21,
288:24
knows [1] - 218:21
kquigley@choate.com
[1] - 2:11

L

Label [2] - 178:18,
255:23
label [152] - 49:14,
49:16, 49:20, 93:4,
93:10, 94:18, 95:21,
95:24, 96:2, 97:13,
97:19, 97:22, 99:2,

99:4, 99:6, 99:7,
99:19, 102:7,
102:21, 102:23,
104:18, 145:4,
150:20, 150:22,
151:14, 155:18,
155:23, 157:4,
157:15, 157:16,
159:14, 170:13,
171:24, 174:9,
174:16, 174:24,
181:19, 182:3,
182:13, 183:10,
183:14, 183:17,
183:18, 184:9,
184:24, 185:9,
185:11, 185:18,
185:19, 186:21,
186:22, 186:23,
191:2, 191:13,
191:19, 192:2,
192:3, 204:11,
204:20, 205:2,
205:4, 205:8,
205:19, 206:2,
206:3, 207:23,
208:9, 208:21,
209:3, 209:14,
209:16, 209:17,
210:1, 227:14,
227:15, 228:5,
228:6, 228:10,
228:11, 228:16,
229:16, 230:6,
231:14, 231:16,
232:3, 232:5, 232:9,
232:11, 232:23,
236:14, 236:15,
239:23, 240:22,
241:18, 243:6,
243:8, 243:12,
243:13, 244:11,
244:13, 244:19,
247:23, 249:18,
250:1, 250:2, 250:9,
250:19, 251:9,
253:23, 253:24,
254:8, 254:19,
257:8, 258:16,
258:17, 259:15,
260:5, 260:7,
260:15, 260:17,
260:20, 260:23,
263:8, 264:7,
264:13, 265:4,
269:23, 271:13,
274:9, 274:14,
290:21, 297:23,
297:24, 298:11,
298:13, 299:4,
299:23, 301:16,
304:24, 305:6,
305:9, 305:14,

305:19, 306:1,
306:13, 306:14,
306:24, 307:11,
307:12, 308:19
labels [100] - 93:8,
144:21, 145:2,
145:19, 148:5,
150:23, 166:1,
168:3, 171:3,
173:22, 175:21,
178:7, 178:8,
178:20, 187:10,
191:2, 194:13,
194:23, 197:12,
200:15, 202:15,
204:9, 204:12,
217:17, 217:18,
217:22, 218:3,
229:16, 230:16,
230:17, 234:1,
236:20, 236:21,
237:10, 239:17,
239:19, 240:7,
240:9, 240:18,
241:23, 242:20,
242:21, 244:7,
244:8, 244:15,
245:24, 246:6,
246:8, 246:10,
246:15, 246:18,
247:1, 247:6,
247:18, 248:5,
248:6, 248:9, 249:7,
249:12, 250:15,
251:1, 251:3, 251:6,
252:4, 252:7, 252:9,
252:13, 252:19,
253:8, 253:12,
253:14, 253:21,
256:21, 257:11,
257:20, 258:2,
258:4, 258:7,
260:10, 271:5,
271:7, 271:8,
271:11, 271:17,
272:3, 272:5,
272:17, 272:18,
272:19, 272:21,
274:10, 290:5,
290:18, 290:19,
299:14, 311:10,
311:15, 311:19
Labels [1] - 271:3
labs [1] - 31:9
laid [6] - 167:2, 183:24,
184:19, 209:22,
242:2, 289:14
landing [2] - 46:14,
46:18
language [9] - 20:14,
131:18, 215:17,
226:15, 239:2,
293:11, 293:16,

296:10, 296:12
laptop [1] - 91:1
large [2] - 100:12,
140:12
largest [2] - 29:4,
297:20
last [29] - 7:20, 8:8,
8:11, 27:8, 27:13,
30:4, 30:22, 42:3,
42:6, 42:8, 81:4,
82:19, 85:15,
101:19, 107:15,
107:16, 114:22,
121:6, 143:18,
144:3, 158:15,
192:22, 216:2,
236:18, 281:4,
287:16, 289:2,
300:21
lastly [1] - 99:9
latest [1] - 269:22
law [18] - 31:10, 36:24,
37:13, 38:15, 38:17,
39:9, 39:13, 39:15,
40:16, 41:10, 41:23,
44:19, 58:1, 60:6,
67:22, 69:20,
258:21, 258:23
Law [1] - 2:2
lawsuit [1] - 14:12
lawyer [8] - 17:24,
37:1, 41:23, 42:1,
81:15, 82:1, 82:4,
259:10
lawyers [6] - 37:14,
37:24, 38:2, 40:5,
40:13
lay [1] - 296:2
layered [1] - 271:5
lazy [2] - 141:5, 171:15
lead [3] - 96:18, 286:4,
287:20
leaked [1] - 193:9
learn [1] - 14:11
least [9] - 55:23,
81:11, 121:6,
122:13, 202:21,
229:18, 233:21,
241:8, 304:6
leave [4] - 27:24, 71:4,
300:10, 301:15
leaving [1] - 74:1
led [1] - 307:7
left [4] - 27:22, 36:6,
39:6, 150:22
legal [15] - 10:13,
16:24, 17:7, 17:15,
17:18, 17:21, 18:1,
58:20, 60:8, 65:2,
78:4, 79:15, 82:3,
83:2, 259:20
legitimacy [2] - 173:5,
303:14

length [1] - 167:18
Leonard [3] - 1:18,
313:6, 313:21
less [2] - 69:19, 290:14
Letter [2] - 4:5, 210:15
letter [12] - 4:11,
214:11, 215:5,
216:11, 217:2,
217:3, 218:11,
290:7, 291:9,
291:15, 291:17,
292:11
letters [1] - 109:11
letting [1] - 135:3
level [1] - 45:5
leveraging [1] - 179:24
liability [1] - 52:2
liberty [1] - 277:8
license [1] - 5:5
like [2] - 173:1, 303:11
likelihood [3] - 100:13,
100:19, 101:1
likely [1] - 133:18
limited [3] - 52:1,
132:1, 167:19
LIMITED [1] - 1:13
line [3] - 82:19, 148:11,
221:2
lines [3] - 34:17,
107:20, 262:1
link [1] - 256:18
links [2] - 46:14, 46:22
List [6] - 106:10,
107:11, 109:2,
113:24, 114:1, 115:6
list [48] - 21:6, 47:3,
60:22, 79:20,
100:15, 111:19,
114:19, 114:20,
114:23, 150:7,
150:21, 165:22,
167:1, 167:23,
167:24, 169:10,
169:11, 169:18,
170:8, 170:10,
170:12, 172:14,
173:16, 175:14,
182:5, 184:6, 184:7,
185:24, 186:6,
186:9, 186:10,
187:8, 187:9,
187:14, 187:16,
187:17, 189:7,
189:10, 189:13,
190:17, 192:21,
193:5, 193:6, 193:9,
193:12, 193:19,
194:1, 200:13
listed [26] - 63:12,
64:23, 77:8, 77:12,
77:20, 81:4, 99:15,
109:20, 110:1,
114:8, 114:14,

118:5, 118:10,
118:11, 121:23,
138:13, 150:8,
150:17, 150:18,
150:19, 206:13,
207:13, 263:6, 281:6
listen [1] - 130:24
listening [1] - 215:16
lists [9] - 54:8, 80:9,
110:22, 113:24,
121:19, 122:7,
125:8, 126:7, 235:15
literally [1] - 86:9
litigation [2] - 30:19,
31:16, 32:4, 42:23,
43:2, 74:21, 74:24,
76:16
litigations [1] - 77:5
living [1] - 144:5
LLC [24] - 52:6, 52:16,
56:9, 56:13, 56:16,
57:14, 57:18, 62:3,
62:10, 63:13, 64:2,
64:12, 65:5, 65:8,
65:14, 66:1, 67:11,
67:16, 67:20, 68:9,
68:16, 69:17, 69:18
LLP [6] - 1:20, 2:7,
52:4, 52:6, 52:16,
56:15
locate [1] - 229:22
location [1] - 135:10
log [3] - 95:15, 202:3,
207:2
logic [1] - 49:23
logical [1] - 284:8
logo [38] - 92:7, 93:20,
93:23, 94:21, 95:6,
96:6, 96:18, 96:23,
97:2, 99:15, 129:10,
180:23, 204:7,
206:14, 207:18,
209:1, 209:7, 210:7,
231:1, 231:9,
231:10, 231:14,
231:15, 232:4,
232:16, 233:5,
234:22, 243:2,
243:5, 245:10,
245:11, 245:13,
245:21, 247:19,
249:24, 254:8, 259:3
logos [27] - 91:17,
92:3, 92:17, 93:18,
94:9, 216:5, 216:15,
217:15, 217:16,
218:6, 227:2,
235:15, 235:16,
236:19, 236:21,
237:9, 242:19,
242:21, 242:23,
245:12, 246:4,
248:14, 252:12,

252:24, 253:7,
290:4, 290:10
look [77] - 7:23, 8:1,
8:20, 15:24, 16:17,
23:5, 46:9, 46:11,
47:19, 49:7, 53:5,
56:7, 61:18, 68:18,
82:12, 82:17, 88:13,
94:5, 103:1, 103:11,
103:12, 103:14,
107:15, 108:24,
111:17, 113:3,
117:2, 117:19,
122:12, 125:10,
128:15, 132:2,
135:9, 136:3, 138:1,
140:23, 141:20,
143:14, 143:17,
145:2, 151:11,
155:9, 158:21,
168:20, 170:10,
171:19, 174:10,
175:23, 176:6,
178:7, 180:13,
181:22, 184:17,
188:19, 188:20,
189:11, 208:10,
209:20, 212:24,
215:20, 216:1,
218:14, 245:10,
246:19, 250:17,
251:5, 255:4,
255:13, 271:2,
273:10, 276:19,
277:7, 277:11,
280:11, 286:23,
300:21, 301:5
looked [19] - 45:23,
82:10, 91:10, 98:14,
99:12, 104:10,
111:13, 112:24,
113:23, 122:1,
137:16, 145:3,
145:14, 154:14,
163:20, 205:19,
248:4, 248:6, 252:3
looking [70] - 16:14,
28:4, 30:12, 34:9,
34:10, 38:20, 38:21,
58:4, 64:20, 102:17,
102:21, 122:4,
125:6, 127:23,
128:17, 135:4,
135:20, 137:8,
140:12, 140:24,
143:7, 143:15,
143:16, 144:17,
144:20, 154:3,
157:22, 158:1,
158:13, 159:23,
164:3, 164:7,
166:15, 171:17,
175:24, 178:17,

180:10, 181:13,
181:14, 182:24,
183:2, 183:7, 197:4,
217:24, 232:23,
243:19, 245:1,
247:1, 247:6,
247:23, 248:8,
255:19, 263:19,
263:23, 263:24,
264:2, 264:6, 264:7,
268:6, 268:8,
268:11, 268:13,
269:15, 271:24,
290:18, 304:17,
305:15
looks [13] - 13:11,
13:13, 76:20, 78:7,
78:9, 180:23, 202:1,
205:4, 205:5,
240:20, 258:17,
304:12
love [1] - 167:17
LP [3] - 77:13, 79:8,
80:15
Lunch [1] - 124:21

## M

M-e-t-h-o-d-e [1] -
289:4
MA [1] - 1:23
machine [2] - 148:9,
148:22
machinery [2] - 201:3,
205:10
madam [1] - 157:9
magnification [1] -
247:17
majority [8] - 140:2,
283:22, 291:3,
308:4, 309:12,
309:15, 310:3, 310:6
manage [1] - 202:13
management [1] -
199:13
manager [2] - 27:10,
27:11
managers [3] - 171:15,
181:8, 304:22
managing [2] - 40:19,
41:1
Mandarin [12] - 117:4,
117:20, 117:23,
118:16, 126:2,
126:12, 221:13,
225:19, 225:21,
225:22, 233:15
manufacture [4] -
29:10, 135:12,
136:13, 136:15
manufactured [3] -
177:11, 208:12,
251:14

manufacturer [4] -
29:5, 274:21,
274:22, 284:9
manufacturers [4] -
253:14, 257:16,
257:23, 258:4
manufacturing [5] -
29:12, 51:19, 144:9,
148:11, 158:7
MARAFAO [1] - 1:8
March [1] - 14:13
margin [3] - 179:18,
209:10
margins [1] - 177:24
Marie [3] - 1:18, 313:6,
313:21
mark [10] - 7:5, 14:5,
56:3, 214:4, 221:23,
243:8, 255:1,
261:13, 261:24,
296:4
Mark [2] - 12:12, 12:13
marked [28] - 7:9,
14:8, 15:14, 46:7,
56:5, 61:16, 63:22,
76:10, 107:4, 116:2,
129:5, 210:16,
213:7, 213:8,
213:10, 213:18,
213:21, 214:9,
214:13, 219:15,
222:1, 242:7, 243:6,
255:2, 261:15,
280:3, 291:11, 296:6
marking [1] - 261:21
MARY [1] - 1:22
Mascaro [11] - 18:16,
18:17, 24:5, 32:2,
40:12, 45:3, 68:8,
72:18, 72:21, 83:9,
91:5
Mascaro's [2] - 24:12,
72:13
MASSACHUSETTS
[1] - 1:5
Massachusetts [5] -
1:19, 1:21, 2:9,
313:3, 313:9
match [28] - 99:7,
102:8, 104:19,
120:22, 142:1,
153:7, 155:24,
157:4, 157:16,
159:4, 159:15,
171:24, 175:1,
178:14, 178:24,
182:15, 183:4,
185:19, 186:22,
187:16, 192:3,
196:14, 251:22,
265:11, 304:16,
305:9, 305:19,
307:11

matched [19] - 99:2, 99:4, 99:10, 103:16, 152:19, 152:20, 152:24, 154:8, 154:9, 155:19, 170:16, 176:17, 183:5, 187:22, 191:13, 306:24, 307:1, 308:19, 308:22

matches [13] - 103:8, 103:9, 156:22, 170:12, 185:11, 191:19, 192:24, 203:7, 251:17, 254:8, 254:15, 306:1, 306:14

matching [5] - 146:3, 176:2, 184:24, 249:23, 254:17

materials [2] - 284:16, 285:2

math [1] - 136:23

matter [4] - 50:18, 131:11, 239:7, 277:3

matters [5] - 13:7, 39:20, 39:24, 41:6, 41:7

mbunis@choate.com [1] - 2:10

mean [56] - 10:19, 10:23, 14:24, 28:20, 33:16, 46:17, 51:13, 60:9, 66:20, 73:22, 73:23, 88:18, 94:22, 100:24, 101:3, 134:1, 146:12, 147:15, 151:19, 151:20, 155:2, 155:3, 155:13, 163:6, 163:12, 172:17, 174:3, 174:13, 175:3, 199:10, 201:2, 201:19, 215:6, 223:20, 231:9, 233:12, 233:20, 247:10, 251:12, 251:13, 254:3, 254:4, 270:24, 276:12, 279:7, 279:9, 288:12, 294:22, 295:13, 297:2, 299:16, 299:24, 300:3, 302:10, 305:5, 305:12

meaning [1] - 236:1

meaningful [2] - 241:3, 241:13

meaningless [1] - 302:6

means [15] - 6:5,

120:5, 139:19, 147:20, 152:8, 155:4, 155:10, 163:8, 196:11, 233:19, 263:18, 273:13, 273:20, 275:2, 300:11

meant [2] - 155:11, 232:4

medication [1] - 6:17

meeting [1] - 308:10

MEIXIANG [1] - 1:9

member [6] - 22:19, 278:8, 278:11, 278:20, 278:22, 278:23

members [6] - 22:13, 22:14, 22:17, 46:16, 46:21, 64:18

memory [2] - 23:13, 301:11

mention [8] - 34:24, 35:7, 35:22, 36:19, 68:15, 68:24, 69:5, 108:14

mentioned [19] - 33:11, 33:20, 34:2, 35:11, 37:5, 39:16, 40:1, 40:5, 43:4, 45:9, 67:10, 73:1, 80:2, 82:16, 145:22, 151:24, 195:6, 204:6, 233:14

mere [10] - 97:24, 98:10, 99:24, 160:4, 160:12, 174:2, 265:18, 267:7, 267:24, 305:10

merely [1] - 292:4

met [6] - 189:6, 190:19, 203:19, 206:12, 210:9, 309:4

Methode [1] - 289:1

methode [1] - 289:4

methodology [37] - 89:15, 92:13, 92:17, 94:1, 95:18, 97:6, 97:16, 97:17, 102:16, 103:23, 104:9, 104:12, 112:21, 156:19, 157:2, 171:13, 172:4, 173:23, 204:23, 205:4, 205:22, 236:11, 240:15, 240:18, 242:1, 242:2, 244:11, 244:23, 245:8, 252:1, 253:13, 289:13, 299:19, 304:12, 310:19, 310:20, 311:24

Methods [1] - 243:23

Michael [11] - 2:7, 12:11, 18:20, 19:16, 24:20, 85:1, 85:23, 219:21, 238:15, 267:2, 287:3

microscope [2] - 247:14, 247:15

middle [5] - 16:19, 78:11, 231:24, 232:3, 297:21

might [12] - 49:15, 69:10, 76:3, 89:22, 174:4, 174:5, 202:22, 210:1, 210:2, 273:23, 277:17

Mike [1] - 182:20

mind [4] - 55:21, 110:14, 155:2, 288:11

mine [1] - 131:20

minute [6] - 98:17, 101:15, 152:3, 153:13, 248:21, 291:8

minuteness [1] - 181:7

minutes [2] - 162:18, 309:8

mischaracterizes [1] - 52:21

mislead [2] - 173:3, 303:14

mismatch [1] - 104:23

missing [5] - 8:22, 47:8, 47:13, 255:5, 255:7

misspelled [2] - 47:6, 47:12

misstates [15] - 99:21, 182:7, 182:18, 182:22, 184:15, 198:19, 202:11, 203:11, 232:18, 254:10, 264:18, 270:15, 290:22, 303:20, 304:9

mistake [8] - 181:18, 181:19, 182:2, 182:12, 183:15, 183:18, 184:10, 201:12

mistaken [3] - 108:22, 286:4, 287:20

mistakes [5] - 172:3, 181:12, 182:10, 185:7

mobile [1] - 50:3

mode [2] - 48:13

Modular [2] - 129:5, 243:20

module [2] - 132:8, 243:12

Modules [3] - 4:4, 129:10, 261:4

modules [1] - 261:5

money [1] - 177:8

month [2] - 55:23, 55:24

months [1] - 42:10

morning [3] - 5:10, 5:11, 70:19

most [8] - 118:17, 131:12, 133:18, 177:18, 199:18, 229:18, 233:21, 280:6

motivation [2] - 200:6, 209:10

motives [1] - 200:8

mouth [2] - 86:9, 266:19

moved [1] - 176:21

moving [1] - 146:21

MR [598] - 5:9, 7:22, 10:1, 10:11, 10:12, 10:17, 10:20, 12:8, 12:21, 13:9, 13:11, 13:14, 13:15, 13:17, 14:2, 14:5, 15:20, 16:14, 16:15, 17:10, 17:19, 17:20, 17:23, 18:3, 18:21, 19:1, 19:6, 19:10, 19:12, 19:19, 20:4, 20:7, 20:9, 20:11, 20:20, 20:22, 20:24, 21:2, 21:3, 23:19, 24:19, 24:20, 24:21, 24:24, 25:9, 30:20, 30:23, 32:20, 34:8, 34:10, 41:8, 46:2, 46:4, 46:9, 52:7, 52:13, 52:21, 53:14, 53:16, 56:3, 58:7, 58:9, 58:19, 60:7, 61:20, 65:1, 66:5, 66:7, 69:13, 70:5, 70:7, 70:10, 70:18, 71:6, 71:15, 71:19, 71:21, 72:1, 72:3, 72:5, 74:22, 76:4, 76:11, 76:12, 76:19, 76:22, 76:23, 77:2, 77:6, 78:7, 78:14, 79:14, 81:13, 81:18, 81:19, 81:20, 81:21, 82:9, 83:1, 83:20, 83:21, 83:23, 84:1, 84:2, 84:3, 84:5, 84:7, 84:10, 84:19, 85:1, 85:3, 85:5, 85:17, 85:21, 85:23, 86:11, 86:15, 86:17, 86:18, 86:22, 87:7, 87:16, 87:17, 87:18, 87:19,

87:21, 88:1, 88:5, 89:8, 89:11, 89:24, 90:16, 92:9, 95:9, 95:17, 96:10, 96:11, 96:12, 97:4, 97:7, 97:10, 98:4, 99:21, 102:9, 102:12, 107:3, 107:6, 107:7, 107:8, 111:16, 112:10, 112:16, 112:18, 113:10, 113:12, 113:15, 115:20, 117:12, 117:13, 117:15, 117:20, 117:22, 117:24, 119:10, 119:14, 119:21, 120:12, 123:1, 123:4, 123:7, 123:13, 123:15, 123:16, 123:19, 123:20, 123:22, 123:23, 124:1, 124:3, 124:14, 124:17, 125:2, 125:4, 125:14, 125:17, 126:8, 129:1, 129:12, 129:14, 129:15, 129:17, 129:18, 129:20, 129:21, 129:22, 130:1, 130:3, 130:4, 130:8, 130:10, 130:13, 130:18, 130:22, 130:24, 131:4, 131:5, 131:9, 131:10, 131:11, 131:22, 132:11, 132:13, 132:23, 136:22, 136:24, 137:4, 142:8, 142:11, 142:13, 142:17, 142:18, 143:1, 143:3, 146:17, 146:20, 146:22, 147:13, 147:16, 147:18, 147:20, 147:24, 149:19, 151:8, 159:7, 159:10, 161:7, 161:13, 162:19, 162:21, 162:22, 162:23, 162:24, 163:2, 163:22, 168:6, 171:7, 182:7, 182:18, 182:22, 184:13, 184:14, 184:15, 186:3, 186:15, 186:17, 190:8, 190:9, 190:10, 190:11,

190:12, 190:15,
193:21, 196:17,
198:19, 202:11,
202:17, 202:20,
202:24, 203:1,
203:3, 203:11,
208:3, 210:20,
210:23, 211:2,
211:4, 211:6, 211:7,
211:11, 211:13,
211:15, 211:16,
211:20, 211:21,
211:22, 211:24,
212:2, 212:3, 212:5,
212:6, 212:7, 212:8,
212:10, 212:11,
212:12, 212:18,
212:19, 212:22,
212:23, 213:3,
213:4, 213:5,
213:11, 213:13,
213:15, 213:16,
213:19, 213:20,
213:22, 213:23,
213:24, 214:2,
214:5, 214:7,
214:10, 214:12,
214:15, 214:16,
214:18, 214:19,
214:21, 214:24,
215:1, 216:17,
216:19, 216:20,
218:7, 218:18,
218:20, 218:22,
219:2, 219:4, 219:7,
219:19, 219:21,
219:22, 219:23,
219:24, 220:1,
220:6, 220:7, 220:8,
220:10, 220:11,
220:16, 220:17,
220:18, 220:22,
220:23, 221:1,
221:8, 221:9,
221:23, 222:3,
222:5, 222:7, 222:9,
222:14, 222:17,
222:19, 223:5,
223:8, 223:11,
223:12, 223:13,
223:16, 223:18,
223:19, 223:22,
223:23, 224:7,
224:13, 225:9,
225:10, 225:16,
225:22, 225:23,
226:1, 226:2, 226:4,
226:5, 226:6, 226:7,
226:9, 226:11,
226:13, 226:18,
226:20, 227:4,
227:6, 227:8,
227:11, 227:12,

227:13, 227:17,
227:19, 227:21,
227:24, 228:7,
228:17, 228:20,
228:23, 228:24,
229:2, 229:7,
229:12, 229:13,
229:21, 230:8,
230:10, 232:13,
232:18, 233:7,
233:9, 234:5,
234:12, 234:24,
235:2, 235:8,
235:11, 235:21,
236:1, 236:3, 236:5,
236:7, 236:20,
237:11, 237:14,
237:15, 237:16,
237:19, 237:23,
238:11, 238:14,
238:19, 238:20,
238:21, 239:4,
239:6, 241:15,
242:9, 242:11,
243:17, 246:17,
248:19, 248:22,
249:3, 252:20,
253:8, 253:23,
254:2, 254:10,
254:20, 254:22,
255:1, 255:9,
255:11, 255:12,
255:14, 255:16,
255:18, 255:19,
256:1, 256:4, 256:7,
256:9, 256:12,
256:13, 256:14,
256:15, 256:17,
257:12, 257:15,
259:6, 259:16,
261:8, 261:13,
261:20, 262:2,
262:19, 264:16,
264:18, 266:7,
266:10, 266:12,
266:14, 266:15,
266:16, 267:19,
270:15, 273:22,
274:23, 275:21,
276:9, 276:16,
277:5, 277:23,
279:19, 280:18,
280:19, 280:21,
280:22, 280:23,
280:24, 281:3,
281:8, 281:10,
281:13, 281:15,
281:17, 281:19,
281:21, 281:22,
281:24, 282:10,
282:19, 282:21,
283:3, 283:7,
283:11, 285:10,

285:15, 286:5,
286:7, 286:9,
286:10, 286:11,
286:17, 286:19,
286:21, 286:22,
287:1, 287:3, 287:5,
287:7, 287:8,
287:10, 288:2,
288:4, 288:8,
290:22, 292:8,
292:16, 292:19,
292:20, 292:23,
293:1, 293:2, 293:5,
293:7, 293:8,
293:15, 293:17,
293:20, 293:21,
293:23, 294:2,
294:6, 294:7,
294:20, 294:21,
295:15, 295:16,
295:18, 296:3,
296:7, 296:14,
296:16, 296:17,
296:18, 296:20,
297:1, 297:19,
297:20, 298:21,
299:1, 299:3, 299:7,
299:8, 299:10,
299:18, 300:1,
301:1, 301:3,
303:20, 304:9,
308:12, 308:14,
309:7, 310:13,
310:14, 310:22,
311:2, 311:3, 311:5,
311:7, 312:3, 312:4
multipage [4] - 131:6,
220:2, 220:19, 280:5
multiple [22] - 26:23,
26:24, 40:11, 49:6,
66:12, 94:5, 98:15,
103:21, 112:22,
112:23, 134:24,
140:23, 144:17,
156:14, 158:2,
159:23, 171:19,
181:22, 192:15,
240:20, 268:6,
304:12
multiprong [1] - 264:5
must [3] - 157:4,
173:10, 175:9

## N

naked [3] - 247:12,
247:23, 248:11
name [42] - 5:12, 12:7,
18:17, 37:17, 47:6,
47:9, 52:11, 52:15,
52:20, 52:23, 53:1,
56:12, 56:22, 78:17,
114:15, 114:24,

117:9, 117:11,
118:3, 118:10,
118:11, 118:24,
119:7, 119:8,
119:19, 120:4,
120:6, 121:12,
122:7, 122:17,
125:9, 126:7,
126:15, 132:10,
132:15, 133:6,
133:15, 134:14,
135:7, 135:11,
135:15, 135:16
named [2] - 14:22,
47:11
names [2] - 38:21,
40:8
nature [9] - 48:19,
51:16, 144:24,
208:20, 265:7,
273:21, 275:15,
276:2, 285:18
nearly [1] - 32:12
necessarily [17] -
45:18, 92:19,
109:21, 118:13,
133:22, 180:19,
181:6, 198:7,
199:10, 202:7,
231:3, 250:21,
274:11, 289:7,
302:9, 305:5, 305:11
necessary [1] - 181:3
need [20] - 6:23, 51:9,
95:2, 106:12,
124:16, 124:17,
131:2, 201:19,
212:8, 223:9, 224:4,
247:13, 247:15,
248:10, 256:15,
267:4, 273:7,
298:17, 299:5
needs [5] - 117:16,
211:8, 211:12,
212:3, 300:4
Nelson [34] - 22:17,
38:23, 40:23, 44:9,
44:10, 44:17, 45:9,
60:19, 61:9, 64:17,
67:18, 68:4, 69:3,
69:23, 74:20, 75:5,
75:14, 75:15, 76:15,
77:4, 77:8, 77:12,
77:20, 78:12, 79:2,
79:7, 79:11, 81:4,
81:9, 82:11, 82:14,
82:18, 82:21, 83:5
net [1] - 302:13
networking [4] -
133:20, 135:1,
288:20, 302:13
never [7] - 43:4, 102:1,
104:22, 119:1,

144:11, 205:4, 217:9
new [13] - 188:11,
208:8, 208:10,
209:14, 209:17,
243:2, 243:5, 243:8,
243:12, 243:13,
250:13, 250:17,
251:5
New [6] - 2:4, 2:14,
72:16, 72:17
next [48] - 3:24, 8:20,
16:17, 25:3, 46:2,
56:2, 61:13, 63:19,
77:16, 78:1, 79:5,
88:13, 99:11,
103:17, 107:3,
107:16, 108:3,
108:24, 109:13,
109:15, 109:17,
114:7, 114:21,
114:22, 115:17,
121:5, 123:1, 123:6,
124:18, 126:17,
128:24, 146:4,
146:13, 147:8,
147:17, 148:20,
176:24, 178:4,
183:19, 192:24,
195:1, 205:12,
210:12, 211:16,
228:8, 269:22,
285:12, 300:8
Next [1] - 77:17
NI [2] - 1:9, 1:10
nice [4] - 92:18, 94:11,
205:2, 242:3
night [1] - 8:11
NO [1] - 1:5
nomenclature [6] -
105:9, 105:16,
113:13, 113:17,
113:18, 122:3
non [2] - 40:5, 40:13
non-lawyers [2] - 40:5,
40:13
none [4] - 8:18, 8:19,
176:16, 309:1
nonlegal [2] - 38:1,
38:2
Norfolk [1] - 313:4
Nos [2] - 238:4, 296:11
not-certified [1] - 297:6
notarial [1] - 313:17
Notary [3] - 1:19, 5:6,
313:8
note [1] - 19:6
noted [6] - 70:19,
105:13, 105:18,
105:23, 106:3, 106:4
nothing [8] - 6:13,
33:13, 69:6, 104:12,
131:6, 159:18,
260:14, 274:13

noticed [1] - 20:11
November [3] - 61:22, 62:3, 62:9
number [191] - 22:21, 22:22, 22:23, 22:24, 23:1, 23:4, 23:10, 23:13, 23:18, 23:23, 24:18, 24:22, 25:6, 25:8, 38:5, 38:9, 38:12, 38:13, 47:3, 61:2, 76:6, 98:2, 98:11, 99:2, 99:3, 99:4, 99:5, 99:6, 99:7, 100:2, 103:6, 103:7, 103:8, 103:10, 103:20, 103:24, 104:18, 104:20, 105:9, 105:11, 105:12, 106:21, 107:19, 110:24, 114:17, 115:6, 120:21, 120:22, 122:2, 122:12, 122:15, 134:2, 144:7, 146:4, 146:5, 146:6, 146:7, 146:23, 147:9, 147:10, 147:12, 147:15, 147:19, 147:21, 148:5, 148:8, 148:14, 152:6, 154:7, 154:11, 155:18, 155:19, 155:23, 155:24, 156:22, 157:4, 157:5, 157:15, 157:16, 159:3, 159:4, 159:6, 159:14, 159:15, 160:6, 160:9, 160:14, 161:11, 162:13, 163:13, 165:23, 169:4, 169:10, 170:12, 170:13, 171:24, 172:1, 174:8, 174:15, 174:24, 175:1, 175:2, 175:4, 176:17, 176:18, 182:13, 182:14, 185:8, 185:9, 185:10, 185:11, 185:17, 185:18, 185:19, 186:21, 186:22, 186:23, 187:4, 188:13, 188:15, 188:24, 189:18, 190:3, 190:7, 191:13, 191:14, 191:18, 191:19, 192:2, 192:3, 192:15, 197:11, 200:24,

201:1, 205:7, 240:22, 254:8, 257:9, 257:18, 263:7, 263:9, 263:15, 263:19, 263:23, 263:24, 264:2, 264:7, 264:10, 264:14, 265:3, 265:5, 265:9, 265:10, 265:20, 266:1, 266:5, 267:9, 267:11, 268:3, 268:14, 268:20, 269:19, 271:20, 272:2, 285:22, 303:1, 304:23, 305:8, 305:9, 305:13, 305:19, 305:20, 306:1, 306:2, 306:13, 306:14, 306:24, 307:1, 307:2, 307:6, 307:11, 307:12, 307:16, 308:2, 308:19, 308:22, 309:1
numbering [1] - 142:21
numbers [149] - 8:24, 9:1, 99:19, 100:11, 100:16, 100:20, 101:2, 101:5, 101:12, 101:22, 102:4, 102:7, 105:13, 105:24, 108:6, 108:16, 109:8, 110:6, 110:11, 111:1, 111:21, 121:7, 121:10, 138:3, 138:8, 139:9, 140:17, 141:13, 141:14, 144:13, 150:18, 150:19, 150:20, 150:21, 158:6, 158:11, 158:16, 160:17, 160:21, 160:23, 161:4, 161:24, 162:2, 162:6, 163:4, 163:20, 165:11, 165:22, 166:21, 167:3, 167:6, 168:1, 168:2, 168:18, 168:21, 169:12, 169:19, 169:21, 171:3, 171:4, 171:5, 171:22, 172:13, 172:24, 173:1, 173:10, 173:15, 173:16, 173:17, 173:18, 173:21, 173:22, 174:2, 174:5, 174:11,

175:10, 175:12, 175:13, 175:16, 175:18, 175:19, 178:8, 178:14, 178:24, 182:11, 182:15, 183:16, 184:6, 184:7, 184:8, 184:24, 185:1, 185:24, 186:6, 186:7, 186:11, 187:8, 187:10, 187:11, 187:14, 187:16, 187:18, 187:21, 187:22, 188:13, 189:8, 189:10, 189:11, 191:23, 192:20, 192:21, 194:10, 195:16, 198:2, 198:10, 198:11, 198:13, 199:20, 199:22, 200:4, 200:13, 200:18, 200:21, 202:14, 203:7, 203:24, 225:4, 227:22, 239:13, 249:23, 251:18, 251:23, 254:17, 258:1, 263:5, 264:22, 267:14, 268:10, 268:11, 270:23, 272:1, 303:10, 303:11, 304:1
numerous [2] - 105:5, 288:17

## O

oath [4] - 5:23, 6:1, 6:4, 6:8
object [8] - 10:1, 10:20, 81:13, 202:18, 217:11, 282:1, 292:17, 310:3
objected [1] - 226:11
objecting [3] - 294:3, 296:20, 296:21
Objection [1] - 126:8
objection [123] - 16:19, 17:10, 18:3, 23:19, 24:19, 25:1, 25:3, 25:13, 32:20, 52:7, 52:13, 52:21, 58:7, 58:19, 60:7, 65:1, 79:14, 81:20, 82:10, 83:1, 83:20, 84:10, 85:9, 85:11, 85:12, 85:24, 86:6, 88:1, 89:11, 92:9, 95:9, 95:17, 97:4, 99:21, 102:12, 111:16, 112:10, 113:10,

113:12, 113:15, 117:13, 125:14, 125:17, 132:11, 132:23, 149:19, 159:10, 161:7, 161:13, 163:22, 168:6, 171:7, 182:7, 182:18, 184:13, 184:15, 186:3, 186:17, 196:17, 198:19, 202:11, 203:11, 216:17, 218:7, 225:16, 226:1, 226:2, 228:17, 228:18, 228:21, 229:8, 229:21, 230:8, 232:18, 233:7, 233:9, 234:12, 235:12, 235:21, 236:5, 236:7, 237:11, 237:16, 238:14, 238:15, 239:5, 239:7, 241:15, 252:20, 254:2, 254:10, 259:6, 261:8, 264:16, 264:18, 266:7, 267:19, 270:15, 274:23, 275:21, 276:9, 276:16, 277:5, 277:23, 288:2, 288:4, 290:22, 292:16, 293:3, 294:10, 295:15, 295:18, 296:8, 298:21, 299:18, 300:1, 303:20, 304:9, 308:12, 310:13, 310:14
objectionable [1] - 295:10
objections [8] - 10:21, 25:4, 69:13, 85:6, 238:16, 266:18, 266:23, 296:15
objective [1] - 189:20
objects [2] - 16:20, 25:11
obligations [1] - 72:4
observation [8] - 113:20, 120:10, 152:13, 152:15, 153:2, 153:15, 164:18
observations [8] - 9:8, 239:21, 241:7, 247:1, 247:6, 247:11, 247:22, 248:9
observe [1] - 247:18
observed [9] - 128:1,

140:4, 150:15, 154:9, 160:21, 168:18, 170:3, 247:22, 251:7
obtain [1] - 87:20
obtained [3] - 169:9, 292:1, 294:18
obtains [1] - 167:23
obvious [1] - 201:6
obviously [2] - 126:13, 222:21
occurs [1] - 213:5
OCR [1] - 49:17
ODM [8] - 114:13, 114:14, 115:10, 115:12, 135:12, 288:23, 289:4
ODMs [5] - 288:17, 288:21, 288:22, 289:6
OEM [6] - 104:22, 173:9, 178:7, 208:13, 251:15, 289:8
OEMs [1] - 302:19
OF [1] - 1:5
offer [1] - 29:9
offered [3] - 29:13, 66:19, 67:1
offering [3] - 39:17, 39:18, 68:20
offers [1] - 66:23
office [18] - 22:21, 22:22, 22:23, 23:3, 23:9, 23:13, 25:7, 28:9, 28:10, 28:12, 28:13, 28:14, 43:9, 65:10, 65:11, 72:10, 72:13, 72:14
Office [1] - 238:1
officer [10] - 22:11, 29:17, 44:16, 44:17, 45:14, 45:17, 68:5, 68:6, 68:7
officers [3] - 59:23, 67:15, 67:17
offices [3] - 1:20, 43:7, 72:8
official [2] - 63:6, 291:24
often [1] - 263:6
old [2] - 243:3, 250:23
one [137] - 8:5, 9:1, 14:21, 15:9, 16:12, 18:16, 19:15, 30:12, 33:5, 40:2, 40:4, 47:8, 57:13, 58:13, 61:5, 63:1, 63:20, 65:19, 66:19, 75:12, 76:13, 77:18, 79:5, 81:4, 81:11, 82:15, 90:12, 90:23, 97:12, 97:20, 97:24, 98:7,

98:8, 98:11, 99:1,
100:1, 100:17,
100:20, 103:11,
105:7, 105:10,
108:3, 109:10,
109:13, 112:21,
113:4, 114:22,
117:7, 117:18,
122:7, 127:8, 128:7,
131:1, 140:9, 141:8,
143:15, 144:14,
144:19, 145:4,
147:4, 156:16,
157:1, 158:16,
158:21, 160:1,
160:5, 160:13,
161:12, 164:1,
165:9, 166:14,
172:3, 176:20,
179:8, 185:17,
187:6, 188:19,
191:5, 191:10,
191:12, 192:9,
192:12, 192:22,
194:16, 199:17,
199:21, 202:5,
211:1, 211:5,
211:19, 223:22,
229:24, 243:3,
243:19, 247:19,
248:11, 249:16,
257:24, 261:12,
262:15, 263:21,
265:19, 266:4,
267:7, 267:24,
271:1, 276:20,
276:21, 277:9,
278:5, 279:2, 284:6,
286:10, 286:24,
287:5, 288:17,
289:3, 291:6,
291:13, 293:18,
296:3, 304:13, 306:6
One [2] - 2:13, 65:12
ones [6] - 39:1, 153:6,
156:5, 163:20, 191:8
online [1] - 23:14
operating [4] - 29:17,
44:16, 45:14, 68:6
operation [7] - 136:10,
139:21, 139:23,
142:5, 142:7,
142:15, 265:15
operations [1] - 144:9
opinion [28] - 10:5,
10:6, 10:8, 11:10,
11:19, 78:5, 92:3,
93:23, 100:23,
200:10, 245:21,
246:14, 260:11,
260:23, 261:1,
261:10, 266:2,
267:22, 277:3,

285:21, 285:23,
286:18, 287:24,
288:12, 288:13,
309:14, 310:6,
310:12
Opinions [1] - 9:3
opinions [3] - 9:22,
127:2, 252:6
opportunities [1] -
66:14
opportunity [9] - 28:3,
28:5, 28:6, 66:13,
69:10, 221:7,
221:16, 221:18,
269:10
optic [1] - 242:22
Optical [5] - 4:4, 129:5,
129:10, 243:20,
261:4
optical [4] - 49:17,
132:8, 243:15, 261:4
order [5] - 20:15, 48:9,
92:11, 273:8, 306:8
organization [3] -
278:15, 279:16,
279:18
Organization [5] - 3:17,
56:5, 56:9, 56:20,
57:5
organizations [2] -
278:9, 279:2
organized [2] - 181:11,
199:14
origin [1] - 294:16
original [10] - 10:24,
191:22, 192:21,
194:1, 195:16,
250:18, 250:19,
274:21, 298:3,
300:14
originally [3] - 118:15,
215:5, 250:24
originated [2] - 233:15,
284:10
Ortiz [2] - 73:19, 74:4
otherwise [2] - 45:4,
105:17
outlayed [1] - 168:24
outlined [1] - 100:5
outlines [1] - 183:1
outrage [1] - 220:1
outside [21] - 13:5,
39:4, 39:18, 75:1,
75:2, 75:20, 75:21,
76:15, 77:8, 77:20,
78:18, 79:12, 82:15,
116:19, 140:8,
161:5, 165:7, 298:2,
298:7, 298:10,
298:12
outsource [1] - 52:9
overall [5] - 112:13,
138:3, 138:8,

141:15, 154:7
oversight [6] - 35:3,
35:8, 35:22, 36:10,
112:12, 114:6
overt [3] - 271:6,
273:1, 274:8
overwritten [1] - 300:20
own [11] - 89:15,
222:24, 224:17,
235:24, 237:3,
275:19, 276:2,
277:13, 277:20,
292:23, 310:16
owned [2] - 60:6, 60:9
owner [3] - 284:16,
285:7, 285:17

**P**

P.C [2] - 2:2, 2:12
p.m [1] - 312:6
P9 [1] - 168:22
P9N0V17M' [1] -
101:24
P9N0V27M' [1] -
105:12
package [1] - 298:10
packaged [1] - 297:22
packaging [1] - 263:6
PACKARD [3] - 1:11,
1:12, 1:14
Packard [23] - 3:12,
4:8, 15:11, 77:9,
77:13, 77:17, 77:21,
77:24, 78:13, 78:19,
79:4, 79:8, 80:2,
80:4, 80:10, 80:14,
80:21, 81:7, 81:10,
81:12, 82:23, 82:24,
261:14
page [103] - 3:24, 7:16,
7:20, 8:8, 8:20, 8:22,
8:24, 9:1, 9:16,
11:22, 13:12, 15:21,
15:24, 16:1, 16:15,
16:17, 46:14, 46:18,
46:24, 47:17, 47:19,
63:14, 77:7, 77:14,
78:1, 78:6, 78:11,
80:9, 90:2, 90:15,
98:22, 104:8,
107:15, 107:16,
107:17, 114:21,
114:22, 117:5,
117:18, 117:21,
129:23, 131:19,
131:21, 131:24,
132:3, 136:5,
143:18, 145:22,
147:6, 164:17,
164:22, 172:18,
178:4, 178:5,
190:18, 197:24,

215:20, 216:2,
217:13, 221:17,
227:9, 227:10,
227:11, 227:13,
227:18, 227:19,
227:21, 227:22,
227:24, 228:3,
228:8, 229:15,
229:23, 231:22,
231:23, 243:4,
243:5, 243:18,
255:22, 256:20,
256:24, 262:19,
269:13, 269:14,
270:22, 270:23,
270:24, 273:10,
273:17, 274:7,
280:10, 284:6,
287:16, 291:12,
291:13, 297:16,
297:20, 300:8, 301:6
Page [3] - 3:2, 3:8, 4:2
pages [12] - 46:14,
46:22, 46:23, 107:9,
211:18, 213:1,
262:17, 280:10,
280:11, 282:8,
283:15
PAGES [1] - 1:2
paid [5] - 62:17, 62:19,
73:7, 73:10, 73:12
pain [3] - 156:24,
181:6, 201:17
pains [3] - 174:7,
180:5, 202:4
Pannsylvania [1] - 2:13
paper [8] - 78:15,
81:15, 225:6,
267:10, 267:12,
268:22, 269:1,
269:11
Paragraph [54] - 11:24,
14:14, 21:5, 21:10,
28:15, 33:20, 90:2,
90:14, 97:23, 98:20,
99:24, 100:8,
101:17, 104:14,
104:16, 104:24,
105:4, 106:5,
106:11, 110:1,
110:5, 110:21,
111:18, 112:23,
114:8, 121:19,
125:11, 136:4,
142:18, 153:18,
158:13, 160:7,
172:18, 172:19,
175:6, 177:17,
184:20, 184:21,
184:22, 196:7,
206:2, 206:11,
207:1, 207:13,
210:9, 230:3,

246:19, 251:17,
254:16, 265:17,
267:6, 303:5,
307:10, 308:11
paragraph [33] - 18:9,
21:18, 30:4, 90:16,
90:18, 98:18,
105:20, 106:14,
108:19, 153:19,
154:15, 178:16,
195:24, 216:1,
228:4, 229:23,
230:15, 246:23,
262:24, 271:3,
273:12, 273:16,
284:4, 284:5,
285:12, 285:13,
286:8, 286:23,
287:16, 297:21,
301:7, 301:23,
305:18
paramount [1] - 33:2
part [37] - 8:2, 29:9,
51:18, 51:19, 54:17,
54:22, 55:1, 55:12,
55:15, 75:6, 76:24,
114:6, 114:17,
129:7, 130:12,
131:2, 131:8, 134:2,
150:11, 150:12,
152:18, 173:1,
211:5, 217:1,
224:21, 225:1,
226:22, 253:12,
253:21, 254:1,
254:5, 257:4,
268:24, 287:12,
302:24, 303:11,
304:1
Part [5] - 9:3, 21:4,
25:19, 32:6, 33:12
part-time [5] - 54:17,
54:22, 55:1, 55:12,
55:15
particular [13] - 103:23,
105:22, 112:2,
131:1, 169:23,
188:21, 194:9,
211:1, 220:24,
265:17, 281:9,
281:11, 297:17
particularly [4] - 221:7,
221:12, 286:1,
287:13
parties [1] - 39:10
partner [6] - 40:18,
40:19, 41:1, 57:3,
57:20, 68:14
partnered [2] - 28:17,
28:21
partners [5] - 44:11,
59:22, 61:2, 61:7,
70:1

party [2] - 277:21, 284:19
pass [2] - 298:16, 300:12
passage [1] - 262:15
paste [1] - 100:11
pasted [1] - 298:1
Paul [4] - 2:13, 73:19, 74:4, 215:3
Pedigree [114] - 21:12, 21:14, 21:22, 21:23, 22:13, 22:15, 22:16, 22:23, 23:7, 23:13, 24:1, 24:3, 24:4, 24:7, 24:13, 24:15, 25:7, 32:9, 43:22, 44:1, 44:3, 44:6, 44:15, 44:19, 44:23, 45:1, 45:23, 47:22, 50:10, 52:1, 52:16, 52:24, 53:6, 53:13, 53:22, 53:23, 54:1, 54:4, 54:8, 54:14, 54:17, 54:19, 54:22, 55:10, 56:9, 56:13, 57:14, 57:18, 59:13, 59:16, 59:19, 59:21, 59:24, 60:1, 60:4, 60:13, 60:16, 61:1, 61:4, 61:6, 61:8, 62:3, 62:6, 62:8, 62:9, 62:15, 62:16, 62:20, 62:24, 63:8, 63:13, 64:2, 64:12, 65:4, 65:7, 65:11, 65:13, 65:14, 65:24, 66:13, 66:16, 66:23, 67:2, 67:8, 67:9, 67:11, 67:16, 67:19, 67:20, 68:9, 68:15, 68:21, 68:24, 69:17, 69:18, 70:3, 72:7, 73:2, 73:6, 73:7, 74:14, 74:15, 74:16, 74:17, 74:18, 74:19, 83:15, 83:18, 84:8, 116:14, 278:11
Pedigree's [3] - 23:3, 23:9, 31:21
pen [2] - 130:7, 130:8
pending [2] - 7:1, 124:7
people [3] - 26:18, 40:6, 179:23
per [2] - 31:22, 32:1
perceived [1] - 261:10
percent [2] - 60:13, 199:18
perfectly [2] - 100:21, 101:4
performed [1] - 18:10
perhaps [1] - 23:15
period [5] - 54:21,

55:11, 205:20, 273:3, 311:20
perjury [1] - 6:9
person [12] - 12:6, 45:4, 56:18, 63:13, 64:22, 204:14, 259:2, 259:4, 259:19, 277:1, 283:23, 297:15
personal [1] - 141:3
perspective [4] - 41:21, 166:24, 259:20, 268:12
phone [18] - 22:21, 22:22, 22:24, 23:1, 23:3, 23:15, 23:18, 23:23, 24:18, 25:6, 25:7, 47:3, 47:18, 47:20, 49:9, 50:3, 50:11, 193:22
pick [2] - 141:8, 169:3
picks [1] - 134:3
picture [2] - 47:20, 118:9
pictures [3] - 90:13, 90:24, 91:3
piece [1] - 78:15
pieces [3] - 49:3, 49:24, 81:15
pile [1] - 294:22
Place [1] - 1:20, 2:8
place [5] - 144:10, 144:11, 158:8, 158:9, 310:19
placed [1] - 283:1
places [3] - 132:6, 201:21, 231:15
plaintiff [2] - 20:5, 291:16
plaintiff's [1] - 9:9, 215:4, 225:2
Plaintiffs [1] - 1:10
plaintiffs [10] - 1:16, 2:6, 5:13, 16:5, 16:6, 16:8, 16:13, 289:22, 290:16, 309:11
Plaintiffs' [4] - 3:13, 15:13, 15:18, 238:1
plaintiffs' [1] - 239:13
plane' [1] - 247:17
plans [1] - 69:9
platform [1] - 48:7
players [1] - 288:23
Plaza [1] - 2:13
plenty [1] - 294:19
plug [2] - 134:17, 134:20
plugged [1] - 302:15
plus [1] - 165:4
point [86] - 14:2, 66:8, 70:11, 92:18, 92:21, 92:24, 93:2, 93:5, 94:10, 97:21, 98:17,

101:14, 102:17, 103:11, 110:2, 112:22, 113:7, 114:7, 118:2, 120:16, 120:17, 121:3, 121:11, 121:13, 136:7, 140:18, 140:22, 142:16, 143:7, 143:15, 144:15, 144:19, 145:13, 145:15, 145:17, 145:19, 145:24, 148:2, 149:6, 150:6, 152:4, 153:14, 155:17, 156:16, 157:3, 157:14, 157:21, 158:1, 158:21, 158:22, 159:18, 160:2, 164:5, 166:6, 172:13, 174:4, 174:11, 188:9, 188:19, 188:21, 188:22, 189:24, 192:1, 197:11, 204:16, 205:1, 205:16, 211:20, 220:24, 229:24, 232:24, 233:10, 242:4, 244:15, 248:13, 251:4, 263:20, 269:8, 271:10, 281:13, 281:16, 297:2, 304:14, 304:15, 307:9
Point [29] - 28:8, 28:16, 28:23, 29:17, 32:8, 39:6, 73:15, 73:24, 74:8, 108:20, 110:5, 110:24, 116:8, 119:22, 122:1, 122:5, 136:4, 136:5, 145:22, 147:6, 172:20, 178:5, 186:2, 186:13, 186:19, 187:24, 228:9, 305:7, 305:8
pointed [5] - 79:18, 104:5, 125:21, 224:16, 240:21
pointing [2] - 117:17, 232:2
points [41] - 49:6, 94:5, 98:15, 99:13, 99:18, 104:9, 105:1, 112:22, 112:24, 120:9, 121:22, 140:23, 141:16, 144:17, 145:11, 158:2, 158:24,

159:23, 164:1, 166:15, 171:17, 171:20, 175:23, 181:23, 184:17, 184:18, 188:20, 190:18, 197:24, 205:15, 206:1, 206:13, 207:1, 210:9, 240:20, 241:21, 268:6, 301:18, 302:2, 304:12
police [3] - 289:22, 290:8, 292:12
Police [1] - 225:13
populating [2] - 173:3, 303:13
portion [1] - 149:2
portions [1] - 131:15
posing [1] - 97:9
position [22] - 10:9, 26:7, 26:14, 26:24, 27:24, 29:14, 34:20, 36:3, 37:4, 37:7, 37:8, 37:10, 38:15, 39:2, 40:17, 44:21, 44:22, 68:11, 73:1, 208:24, 298:1, 299:16
positions [2] - 44:15, 68:3
positively [1] - 300:13
possibilities [1] - 188:6
possibility [3] - 96:22, 179:19, 252:10
possible [20] - 105:1, 161:9, 161:10, 163:16, 163:17, 166:18, 168:5, 168:9, 168:10, 175:15, 175:17, 180:8, 180:9, 205:16, 211:16, 241:21, 246:2, 246:5, 277:13
potential [2] - 6:9, 86:12
power [19] - 47:20, 298:14, 298:17, 300:12, 301:19, 302:3, 302:5, 302:9, 302:11, 302:23, 303:3, 303:16, 304:6, 305:12, 305:22, 306:13, 306:15, 306:24, 309:14
power-on [12] - 298:14, 298:17, 300:12, 301:19, 302:3, 302:5, 302:9, 302:11, 302:23, 303:3, 303:16, 304:6

powered [2] - 47:21, 302:15
practice [5] - 262:22, 263:4, 267:13, 285:6, 287:17
precise [1] - 144:23
prepared [2] - 11:3, 36:12
preposterous [1] - 221:14
presence [2] - 19:7, 28:11
Present [1] - 2:18
present [11] - 20:15, 103:15, 120:24, 128:2, 143:24, 152:1, 170:19, 177:2, 245:7, 268:19
presented [6] - 66:15, 148:19, 149:8, 242:5, 245:9
presents [2] - 69:10, 243:13
presumptive [1] - 48:9
presumptively [18] - 48:24, 49:1, 49:12, 50:2, 98:24, 141:24, 154:22, 155:2, 155:5, 155:7, 155:8, 155:10, 190:20, 196:2, 196:9, 196:11, 207:16
pretty [3] - 39:5, 213:24, 214:5
prevent [3] - 6:13, 6:18, 256:21
prevents [1] - 51:2
preview [1] - 11:9
previous [5] - 64:6, 92:24, 114:23, 133:19, 251:8
previously [3] - 30:6, 31:12, 120:3, 219:12, 250:10, 304:11
primary [2] - 33:6, 153:20
principle [2] - 77:3, 284:20
principles [1] - 177:9
print [4] - 173:22, 178:6, 192:15, 194:12
printed [61] - 49:19, 78:20, 99:2, 99:4, 99:6, 99:7, 99:10, 99:19, 103:17, 105:11, 106:21, 107:10, 109:1, 109:4, 111:21, 121:5, 129:8, 132:15, 146:4, 146:13, 147:7,

147:16, 148:6,
148:20, 149:14,
150:22, 155:18,
155:23, 157:4,
157:15, 157:16,
159:14, 171:3,
174:8, 182:3,
183:10, 184:24,
185:8, 185:11,
185:18, 185:19,
186:21, 186:22,
187:10, 191:13,
191:18, 192:2,
192:3, 194:11,
194:24, 205:12,
256:9, 256:12,
256:13, 261:16,
262:17, 263:7,
264:24, 305:14,
307:11, 307:12
printer [1] - 183:11
printing [3] - 175:20,
183:18, 255:6
Printing [1] - 178:18
printout [10] - 46:1,
46:19, 76:14, 78:4,
80:19, 118:2,
122:13, 125:7,
129:24, 256:4
Printout [2] - 3:21, 76:9
printouts [1] - 81:16
prints [1] - 168:2
PRIVATE [1] - 1:13
privilege [2] - 16:22,
41:17
privileged [1] - 86:14
probe [1] - 121:21
problem [2] - 238:19,
238:21
Procedure [1] - 1:17
Proceeding [1] -
282:23
Proceedings [3] - 4:10,
280:2, 280:15
proceedings [2] -
287:19, 290:14
process [3] - 51:19,
284:17, 285:3
procure [2] - 288:20,
288:22
procured [6] - 135:21,
140:7, 166:2,
209:13, 250:12,
289:5
procurement [1] -
140:8
produce [4] - 180:7,
253:20, 258:14,
273:5
produced [12] - 213:16,
213:17, 213:21,
214:17, 225:3,
237:21, 238:2,

238:4, 291:16,
293:24, 296:10,
296:12
produces [1] - 158:7
product [211] - 16:23,
21:19, 25:21, 31:14,
32:13, 33:2, 33:18,
33:22, 34:6, 34:17,
34:20, 34:22, 35:17,
35:19, 35:22, 36:4,
37:5, 37:15, 39:19,
47:21, 48:2, 48:3,
48:8, 48:10, 48:14,
48:17, 48:19, 48:21,
48:24, 49:11, 50:1,
51:20, 54:2, 66:21,
89:18, 91:23, 91:24,
92:2, 92:12, 92:15,
94:3, 94:4, 94:14,
94:16, 94:19, 95:4,
95:19, 95:20, 95:22,
96:8, 96:16, 97:20,
99:14, 101:24,
102:19, 102:24,
103:5, 103:8,
103:19, 104:11,
104:18, 105:3,
112:14, 120:19,
120:21, 121:1,
121:15, 125:24,
132:9, 134:6,
135:13, 144:24,
158:3, 160:3, 172:8,
174:24, 176:7,
176:17, 177:18,
180:15, 180:20,
183:23, 186:24,
187:2, 202:1, 202:2,
205:1, 205:5, 206:8,
206:10, 206:11,
207:9, 207:12,
207:20, 208:10,
208:11, 208:12,
208:16, 208:17,
208:21, 208:22,
209:14, 209:19,
209:20, 209:21,
209:22, 210:1,
227:16, 228:10,
232:24, 233:1,
233:6, 236:14,
241:22, 244:10,
244:12, 244:24,
245:11, 245:14,
245:17, 249:22,
250:8, 250:10,
250:17, 251:5,
251:9, 251:11,
251:16, 251:23,
253:22, 254:1,
254:5, 254:18,
257:8, 257:19,
257:20, 257:24,

258:5, 258:9,
258:18, 259:2,
259:14, 259:19,
259:23, 260:2,
260:4, 260:6, 260:8,
260:14, 260:19,
263:7, 263:9,
263:10, 263:21,
265:11, 266:6,
267:11, 267:15,
268:15, 268:18,
269:20, 270:17,
271:12, 271:16,
271:21, 273:8,
273:14, 273:21,
274:2, 274:5,
274:11, 274:12,
274:14, 274:16,
274:17, 274:19,
275:3, 275:15,
275:18, 275:19,
276:7, 276:23,
276:24, 277:2,
277:14, 292:6,
292:7, 295:14,
295:23, 298:7,
299:20, 300:3,
300:4, 300:6,
300:14, 301:11,
301:20, 302:4,
302:18, 304:18,
305:8, 305:19,
305:22, 306:1,
306:9, 306:11,
306:16
production [3] - 5:4,
225:4, 258:20
products [125] - 10:4,
11:5, 11:15, 15:7,
29:10, 31:8, 32:24,
33:1, 51:17, 51:24,
61:6, 66:18, 89:13,
89:17, 90:7, 90:9,
91:22, 93:1, 101:23,
102:1, 102:2,
103:13, 103:21,
103:22, 104:1,
104:13, 104:22,
105:8, 105:10,
106:22, 111:22,
113:20, 116:21,
118:17, 119:2,
121:8, 128:1,
135:22, 136:1,
140:2, 140:7,
140:13, 140:19,
143:19, 148:17,
148:23, 148:24,
151:11, 151:12,
152:4, 152:24,
156:21, 157:22,
157:23, 158:5,
158:8, 158:14,

164:20, 165:5,
168:16, 169:4,
169:6, 169:7,
171:11, 172:2,
176:10, 176:15,
176:18, 177:10,
177:15, 179:18,
180:1, 180:13,
181:16, 183:4,
183:6, 188:7,
188:11, 188:18,
189:22, 190:1,
190:4, 197:5, 199:7,
201:7, 203:24,
204:4, 204:13,
204:14, 204:15,
205:22, 208:7,
209:11, 209:15,
216:7, 217:23,
229:19, 233:23,
235:20, 244:8,
244:9, 249:21,
251:8, 258:20,
265:13, 266:9,
268:9, 268:13,
273:6, 274:22,
275:4, 275:9, 276:3,
276:22, 277:20,
277:22, 285:3,
288:16, 289:13,
291:5, 298:9,
305:16, 311:16,
311:17
professional [3] - 26:3,
278:8, 278:11
Professional [3] - 1:18,
1:23, 313:7
professionals [5] -
18:11, 18:15, 38:1,
38:2, 38:7
profit [2] - 177:24,
179:18
program [9] - 168:3,
172:15, 172:22,
194:12, 194:13,
203:20, 300:10,
303:8
programmed [3] -
171:4, 182:3, 185:12
programming [3] -
172:20, 175:20,
303:6
projects [1] - 66:24
promoted [3] - 27:11,
27:12, 27:15
promotions [3] - 26:22,
26:24, 27:5
proof [1] - 10:3
proper [2] - 24:24, 87:3
prosecute [1] - 258:24
prosecuted [1] -
290:16
prosecution [1] - 259:4

protect [2] - 3:15, 46:7
protected [1] - 16:21
protection [5] - 13:7,
27:7, 31:6, 33:7,
39:24
prove [3] - 258:15,
260:4, 263:21
proved [1] - 300:13
proven [3] - 171:22,
271:17, 305:1
provide [8] - 11:10,
17:7, 18:1, 25:4,
25:20, 256:10,
256:18, 271:6
provided [19] - 11:17,
11:19, 13:5, 30:6,
30:9, 30:11, 31:1,
87:15, 134:21,
166:19, 167:2,
193:6, 193:19,
216:11, 216:18,
216:23, 217:3,
217:7, 225:13
providing [2] - 17:21,
40:14
provisions [1] - 1:17
psaso@gibbonslaw.
com [1] - 2:15
Public [7] - 1:19, 5:6,
216:12, 216:23,
217:3, 217:7, 313:8
publications [1] -
279:15
published [2] - 119:4,
119:6
purchase [2] - 135:18,
181:1
purchased [2] - 134:8,
135:19
purchasers [2] - 173:3,
303:13
purchasing [2] - 134:5,
134:6
purely [2] - 97:16,
141:13
purport [3] - 81:16,
217:5, 293:5
purported [1] - 294:12
purporting [2] - 238:24,
293:12
purports [3] - 228:19,
228:24, 229:4
purpose [4] - 10:7,
36:9, 295:5, 295:6
purposely [1] - 238:22
purposes [2] - 30:18,
50:13
pursuant [1] - 1:17
PUSHUN [1] - 1:8
put [18] - 19:3, 19:20,
38:9, 46:2, 81:24,
83:4, 180:5, 212:14,
215:11, 220:12,

221:14, 226:2,
245:18, 250:16,
251:6, 279:13,
293:15
putting [6] - 86:9,
159:24, 238:23,
266:19, 293:10,
294:11
PX [22] - 3:8, 4:2, 7:6,
14:6, 14:7, 15:11,
46:6, 56:4, 61:15,
63:21, 76:9, 107:4,
116:1, 129:3,
210:15, 222:1,
255:2, 261:2,
261:14, 280:1,
291:9, 296:5

## Q

qualification [1] - 21:7
qualifications [1] -
25:18
qualified [2] - 82:6,
113:21
qualities [2] - 88:24,
89:6
quality [2] - 144:10,
158:8
quantity [1] - 141:15
questioned [1] - 6:1
questioning [1] - 82:20
questions [31] - 5:14,
6:20, 7:1, 16:4, 16:7,
16:12, 19:22, 25:12,
25:15, 41:14, 82:7,
124:8, 129:16,
129:22, 167:21,
181:1, 203:4, 210:5,
212:16, 221:5,
222:11, 223:3,
224:2, 224:14,
226:19, 238:20,
239:10, 266:21,
309:11, 311:4, 312:3
quick [3] - 162:19,
248:17, 248:20
quickly [3] - 168:17,
180:8, 201:21
quiet [1] - 266:22
Quigley [1] - 2:8
quite [2] - 28:14, 201:6
quote [2] - 160:7,
283:17
quoted [1] - 217:1

## R

RAINA [4] - 1:16, 3:3,
5:3, 313:11
raina [5] - 7:10, 10:16,
17:21, 121:17,

167:17
Raina [18] - 3:10, 5:10,
7:7, 7:12, 17:5, 72:6,
82:14, 124:5, 125:5,
142:13, 142:19,
219:9, 287:9,
287:23, 297:8,
299:9, 299:12, 311:8
Raina's [2] - 257:16,
266:19
raise [1] - 306:17
raises [1] - 273:4
raising [1] - 258:18
random [1] - 81:15
ranging [1] - 31:21
rate [1] - 31:24
rates [1] - 31:21
rather [1] - 175:11
reach [3] - 99:13,
140:23, 167:7
reached [1] - 39:7
reaching [3] - 94:6,
127:2, 128:6
read [102] - 49:19,
49:21, 79:1, 85:14,
85:16, 89:9, 90:8,
94:14, 98:4, 99:5,
99:19, 100:7,
101:23, 102:11,
104:14, 105:22,
106:11, 106:12,
110:14, 117:16,
117:21, 117:22,
118:9, 125:15,
125:16, 126:13,
129:21, 130:2,
130:4, 130:23,
132:5, 134:23,
136:7, 143:20,
148:7, 148:13,
149:1, 149:2, 150:1,
159:9, 160:20,
174:22, 176:22,
182:14, 186:16,
195:3, 201:8,
210:20, 210:23,
211:2, 211:4, 211:8,
211:9, 211:12,
212:9, 212:13,
212:21, 215:13,
216:2, 219:18,
219:19, 220:2,
220:3, 220:4, 220:5,
220:21, 221:7,
221:18, 222:9,
222:22, 223:2,
224:2, 224:8,
224:10, 224:15,
225:1, 227:8,
228:14, 233:16,
234:20, 236:9,
238:8, 239:15,
249:2, 262:15,

262:21, 266:16,
271:4, 279:14,
282:6, 282:7,
283:14, 287:11,
287:12, 288:3,
289:15, 297:8,
301:22, 302:10,
309:18, 309:20
readable [4] - 148:7,
148:10, 148:22,
205:11
readers [1] - 148:12
readily [2] - 246:24,
247:5
reading [19] - 118:21,
133:21, 211:18,
212:4, 213:6,
215:18, 218:10,
219:17, 228:2,
228:3, 269:16,
273:15, 273:16,
286:12, 297:9,
297:19, 302:21,
303:4
readings [9] - 149:9,
149:12, 149:18,
149:19, 149:20,
150:9, 150:14,
150:23, 152:10
readout [5] - 117:6,
118:3, 119:17,
132:2, 151:7
reads [6] - 131:3,
153:16, 213:1,
222:6, 222:15, 303:1
ready [1] - 163:2
really [6] - 87:11,
131:24, 135:12,
260:3, 278:2, 295:20
reason [16] - 77:2,
88:6, 91:21, 100:5,
102:20, 103:4,
158:20, 171:13,
207:21, 214:10,
244:6, 244:14,
245:4, 250:8, 294:2,
294:3
reasons [2] - 33:6,
273:24
rebut [1] - 10:7
Rebuttal [3] - 3:9, 7:6,
7:11
rebuttal [7] - 9:8, 9:12,
9:15, 9:18, 9:24,
10:23, 11:3
receive [1] - 85:20,
311:21, 311:22
received [9] - 8:11,
19:20, 58:16, 86:16,
86:20, 87:10, 125:8,
276:22, 311:23
recent [1] - 35:14
Recess [1] - 70:9

recess [7] - 18:24,
124:21, 163:1,
190:14, 248:24,
282:12, 309:10
recognition [1] - 49:18
recommend [1] - 92:14
Record [2] - 4:13,
297:15
record [56] - 18:6,
18:8, 18:23, 19:3,
19:9, 19:12, 19:20,
20:16, 20:18, 20:21,
20:22, 21:1, 61:20,
70:8, 70:11, 70:17,
71:7, 76:18, 85:8,
87:7, 94:24, 111:7,
123:15, 124:2,
124:3, 124:15,
124:20, 125:2,
149:9, 152:10,
170:11, 190:13,
193:23, 215:7,
216:3, 223:8, 223:9,
224:18, 226:5,
237:18, 249:1,
249:4, 262:2, 262:6,
262:12, 262:21,
266:17, 267:2,
279:24, 281:2,
282:5, 282:10,
282:11, 294:8,
309:8, 313:14
recorded [7] - 91:14,
104:20, 149:12,
154:12, 175:1,
305:9, 305:20
records [1] - 64:20
redundancy [11] -
103:6, 174:15,
175:4, 205:7,
240:22, 245:3,
264:21, 268:16,
272:1, 304:23, 307:6
redundant [3] - 265:3,
265:7, 305:13
refer [9] - 53:17, 91:4,
99:18, 101:14,
106:9, 108:19,
225:6, 275:4, 305:17
reference [7] - 75:14,
106:16, 115:9,
225:8, 225:9,
256:10, 303:15
referenced [2] -
172:24, 303:10
referencing [1] - 63:3
referred [4] - 126:16,
219:9, 238:5, 273:9
referring [7] - 109:5,
138:7, 154:18,
178:21, 227:7,
243:18, 299:11
refers [4] - 30:4, 120:6,

198:1, 269:11
reflects [2] - 54:13,
55:9, 262:6
refresh [1] - 23:12
Regarding [5] - 3:10,
7:7, 7:12, 9:4,
291:23
regarding [3] - 4:11,
291:10, 291:18
regardless [1] - 290:20
registered [4] - 53:3,
57:19, 58:16, 297:23
Registered [1] - 1:18,
313:6
registration [1] - 56:19
rein [1] - 271:7
reinvent [1] - 251:3
reiterate [7] - 120:8,
163:24, 179:10,
186:19, 228:18,
228:21, 298:22
related [2] - 228:15,
311:15
relates [2] - 134:10,
241:21
relation [1] - 111:24
relationship [1] - 40:22
relevance [4] - 240:14,
240:15, 280:9
relevant [14] - 21:7,
33:10, 33:13, 33:21,
34:21, 35:4, 35:5,
35:14, 35:18, 92:4,
131:8, 145:11,
188:2, 241:3
reliable [2] - 122:20,
125:21
relied [4] - 126:20,
127:2, 128:6, 153:20
relies [2] - 172:4,
299:19
rely [10] - 94:13, 94:18,
112:21, 126:1,
207:23, 233:13,
235:3, 265:5, 265:7,
271:15
relying [4] - 156:16,
177:11, 236:13,
264:21
remaining [1] - 105:15
remarket [3] - 209:12,
250:11, 250:24
remember [27] - 12:9,
13:21, 14:21, 23:9,
24:18, 25:6, 25:7,
27:16, 37:19, 37:23,
42:5, 52:3, 52:6,
52:10, 52:12, 52:17,
52:19, 53:4, 54:12,
54:24, 55:7, 55:20,
55:24, 61:7, 93:14,
281:16, 281:19
remotely [1] - 43:15

repeat [32] - 8:4, 84:2, 96:24, 101:7, 102:9, 104:19, 110:3, 110:20, 111:14, 119:10, 119:14, 126:22, 139:14, 159:7, 159:21, 160:10, 174:1, 186:4, 196:6, 222:19, 229:9, 230:11, 248:22, 251:18, 252:14, 254:14, 267:4, 268:10, 271:7, 271:24, 303:22, 307:21
repeated [12] - 102:5, 104:1, 144:14, 158:17, 189:12, 189:18, 190:3, 190:7, 264:12, 308:23, 309:1
repeatedly [2] - 86:4, 86:8
repetition [3] - 102:1, 121:7, 203:23
repetitions [2] - 165:1, 165:4
repetitive [1] - 121:10
rephrase [4] - 6:21, 25:12, 42:24, 159:13
replicate [10] - 171:16, 173:9, 174:14, 175:8, 180:6, 197:3, 199:17, 200:22, 202:13, 304:22
replicated [8] - 100:21, 101:2, 101:5, 165:12, 172:7, 182:12, 185:7, 204:3
replicates [1] - 101:11
replicating [1] - 182:10
replication [1] - 199:19
reply [1] - 292:4
Report [12] - 3:9, 7:7, 7:11, 225:7, 225:11, 236:6, 237:7, 238:6, 290:3, 301:4, 303:17, 304:4
report [182] - 7:19, 7:21, 8:1, 8:7, 8:12, 8:17, 9:11, 9:12, 9:15, 9:18, 9:19, 9:21, 10:7, 10:10, 11:1, 11:3, 11:4, 11:8, 11:9, 11:14, 11:18, 11:19, 11:23, 13:22, 14:3, 14:14, 18:9, 18:10, 21:4, 29:19, 30:10, 30:11, 30:13, 30:18, 31:1, 31:12, 31:16, 32:6, 33:12, 33:21, 36:7,

36:11, 36:15, 36:18, 40:16, 40:23, 45:2, 45:13, 45:17, 68:17, 83:5, 83:7, 83:9, 83:11, 83:16, 83:19, 84:9, 84:14, 84:15, 84:24, 87:15, 87:24, 88:3, 88:11, 88:14, 94:14, 97:23, 100:8, 101:15, 107:1, 110:12, 110:22, 111:14, 112:9, 113:19, 115:19, 115:21, 116:3, 117:2, 119:16, 125:6, 126:21, 127:3, 127:14, 127:20, 128:13, 128:20, 134:10, 136:4, 141:18, 142:4, 142:13, 149:18, 149:21, 150:4, 150:5, 150:7, 150:11, 150:12, 150:16, 151:2, 151:4, 151:23, 151:24, 152:11, 153:11, 153:14, 153:19, 170:4, 172:17, 178:5, 181:16, 183:8, 184:2, 184:19, 198:1, 206:23, 218:13, 218:17, 218:24, 219:10, 224:21, 224:23, 225:12, 226:23, 227:1, 227:8, 231:20, 232:10, 234:10, 234:13, 234:14, 234:16, 234:18, 234:21, 235:3, 235:14, 235:15, 235:18, 236:2, 236:4, 236:10, 237:1, 237:6, 237:8, 237:12, 237:13, 237:14, 237:21, 238:10, 238:12, 240:1, 240:4, 240:10, 241:1, 242:7, 246:21, 253:6, 253:16, 258:22, 265:17, 267:6, 279:13, 282:18, 282:24, 283:16, 283:17, 284:12, 285:6, 288:1, 300:16, 300:23, 303:5, 303:18, 303:23, 309:18, 309:20,

310:21, 312:1
reported [2] - 40:18, 274:8
Reporter [5] - 1:18, 1:23, 313:7, 313:8
reporter [4] - 7:5, 20:16, 95:2, 157:9
reporting [2] - 40:22, 40:24
reports [9] - 30:9, 31:2, 31:7, 31:9, 31:13, 44:3, 45:4, 279:11, 279:14
represent [1] - 148:17
representation [5] - 200:23, 217:12, 245:2, 256:2, 264:1
representative [1] - 276:6
represented [12] - 77:5, 79:2, 81:10, 82:13, 82:18, 82:22, 121:4, 148:9, 148:22, 216:24, 225:24, 264:8
representing [8] - 5:13, 78:12, 225:20, 237:20, 237:23, 281:8, 292:21, 295:3
represents [7] - 74:20, 74:24, 79:3, 79:7, 81:9, 82:12, 295:2
reprogram [3] - 173:21, 178:4, 191:3
reprogrammed [2] - 197:17, 303:24
reputable [1] - 279:18
reputations [1] - 82:4
request [3] - 71:7, 295:22, 295:24
requesting [1] - 311:9
required [1] - 199:14
requires [3] - 174:17, 174:18, 174:19
resellers [2] - 250:12, 250:13
resources [1] - 180:6, 199:13, 201:17
respect [2] - 247:16, 303:6
respond [2] - 25:12, 110:18
responded [1] - 122:11
responding [1] - 11:13
response [12] - 9:18, 10:10, 16:18, 17:13, 25:13, 102:15, 143:6, 145:9, 163:7, 231:3, 253:5, 298:8
Responses [3] - 3:13, 15:12, 15:17
responsibilities [4] - 39:13, 41:12, 52:8,

63:7
responsibility [1] - 259:22
responsible [2] - 37:15, 41:18
rest [8] - 132:19, 151:16, 151:18, 211:8, 211:9, 211:12, 308:3, 308:23
restate [2] - 84:5, 297:2
restroom [2] - 70:15, 71:10
results [4] - 156:18, 245:18, 287:17, 310:20
resume [6] - 34:5, 34:10, 54:7, 54:13, 72:5, 163:2
retained [6] - 11:24, 12:4, 12:5, 12:7, 13:4, 84:17
reuse [7] - 173:18, 173:20, 175:12, 175:18, 187:19, 200:18, 202:13
reused [5] - 171:2, 186:5, 186:11, 187:9, 195:16
reuses [4] - 168:2, 169:12, 185:23, 189:7
reusing [4] - 182:10, 183:16, 191:22, 192:20
reveal [5] - 12:24, 41:13, 41:15, 84:22, 86:13
revealing [1] - 270:20
revenue [1] - 67:8
review [8] - 61:24, 83:5, 83:7, 83:9, 131:14, 219:1, 221:16, 262:13
reviewed [5] - 11:18, 83:21, 218:16, 219:11, 226:22
reviewing [2] - 110:11, 257:19
revised [1] - 300:9
rewriting [1] - 301:15
rewritten [3] - 300:17, 301:12, 304:8
Richard [9] - 40:23, 41:1, 45:9, 61:9, 69:23, 74:20, 76:14, 79:2, 79:11
Rick [8] - 22:17, 38:23, 44:9, 44:10, 44:17, 60:19, 67:18, 68:6
road [1] - 220:14
Robert [5] - 40:13,

41:3, 41:5, 41:18, 42:7
Rojas [2] - 63:12, 64:9
role [10] - 26:9, 29:15, 29:16, 39:8, 65:24, 66:6, 74:8, 284:18, 289:9, 289:10
room [2] - 19:7, 71:4
roughly [2] - 38:6, 63:10
router [3] - 133:18, 302:13, 302:17
routers [2] - 134:16, 134:19
RPR [1] - 313:22
rule [2] - 220:18, 220:19
Rules [1] - 1:17
rules [1] - 49:23
ruling [3] - 224:4, 286:4, 287:20
running [2] - 287:4, 302:17
Russian [2] - 20:20, 20:24

**S**

sales [1] - 51:19
sample [2] - 158:14, 165:1, 165:2
San [5] - 28:11, 28:14, 36:24, 57:13, 72:9
sanctionable [1] - 86:5
Saso [2] - 2:13, 215:3
SASO [11] - 215:1, 255:14, 256:1, 256:7, 256:12, 256:15, 294:21, 296:14, 296:17, 296:20, 310:13
satisfactorily [1] - 5:4
satisfied [6] - 156:6, 186:1, 186:13, 191:21, 206:1, 207:9
satisfies [4] - 195:22, 206:24, 207:12, 207:17
satisfy [3] - 175:21, 185:13, 193:1
saw [10] - 42:6, 66:12, 181:16, 210:3, 234:16, 234:18, 237:1, 242:13, 261:2
scan [10] - 48:12, 48:13, 48:16, 48:20, 49:9, 49:14, 49:16, 99:10, 148:14
scanned [6] - 91:12, 148:18, 151:24, 152:6, 152:7, 152:17, 152:24, 153:3

scanning [1] - 48:23
scenario [9] - 142:19,
165:20, 184:5,
191:20, 192:19,
195:21, 196:13,
203:18
scenarios [1] - 249:16
science [1] - 29:20
scope [5] - 10:14,
39:12, 88:15, 88:17,
89:5
seal [1] - 313:17
second [31] - 10:7,
29:4, 63:11, 80:8,
85:12, 89:8, 106:13,
114:19, 129:23,
131:21, 143:18,
145:24, 146:18,
149:3, 157:3,
185:13, 199:23,
209:12, 250:11,
250:23, 255:10,
255:22, 256:20,
257:10, 271:3,
273:12, 273:16,
284:4, 284:5,
285:15, 291:13
Second [1] - 212:24
seconds [2] - 153:24,
307:18
Secretary [9] - 3:16,
3:18, 3:19, 56:4,
61:15, 61:23, 63:21,
64:1, 64:21
section [9] - 9:7, 31:19,
35:2, 36:6, 36:20,
88:13, 114:24,
137:20, 149:8
securities [1] - 37:6
security [44] - 13:7,
21:20, 25:21, 32:14,
32:19, 33:1, 33:3,
33:4, 33:19, 33:22,
34:7, 34:18, 34:21,
34:22, 35:18, 35:19,
36:4, 37:16, 39:20,
119:3, 119:17,
206:3, 206:14,
216:18, 244:3,
256:21, 256:23,
257:8, 264:12,
269:23, 269:24,
271:5, 271:6, 272:3,
272:5, 272:7,
272:10, 272:17,
272:20, 274:9,
297:24, 299:4,
299:14, 299:22
Security [8] - 72:19,
216:12, 216:23,
217:4, 217:7, 242:8,
270:3, 271:3
see [144] - 7:14, 7:18,

8:2, 8:6, 8:21, 9:5,
12:2, 13:18, 14:17,
15:16, 15:19, 15:21,
16:2, 16:13, 17:2,
17:4, 18:12, 21:12,
25:21, 28:18, 31:22,
34:13, 46:13, 47:7,
47:14, 47:22, 49:10,
56:9, 56:12, 56:20,
57:4, 62:4, 64:2,
76:2, 76:19, 77:4,
77:7, 77:11, 77:18,
78:1, 78:11, 78:14,
78:17, 79:9, 79:17,
79:21, 80:3, 80:7,
80:11, 80:23, 82:13,
82:17, 98:3, 98:6,
108:5, 109:4, 110:8,
114:10, 114:24,
115:3, 117:7, 117:9,
118:2, 118:5,
119:19, 125:19,
125:24, 126:2,
126:14, 132:10,
132:12, 132:13,
132:16, 132:19,
133:2, 133:5,
133:16, 138:4,
139:14, 141:21,
144:1, 144:7, 150:3,
154:23, 155:13,
155:20, 164:17,
173:5, 173:11,
177:3, 178:10,
182:15, 189:11,
211:7, 216:8, 216:9,
216:12, 216:16,
220:3, 220:20,
225:14, 227:1,
227:5, 228:12,
228:13, 228:16,
229:20, 230:3,
230:20, 230:23,
234:21, 238:11,
239:16, 239:18,
243:1, 243:6,
243:15, 244:1,
247:2, 247:3, 248:5,
261:4, 262:18,
263:12, 266:17,
268:22, 269:11,
269:24, 270:7,
270:10, 284:21,
285:11, 286:18,
286:21, 287:1,
287:2, 291:19,
291:20, 292:9,
294:9, 298:17,
300:14, 301:7
seeking [2] - 311:13,
311:14
seeks [3] - 16:21,
16:24, 17:15

Seized [4] - 3:10, 7:8,
7:13, 9:4
seized [15] - 14:15,
16:10, 99:8, 157:17,
185:20, 186:24,
216:4, 225:15,
228:10, 229:18,
233:22, 297:24,
307:13, 309:13,
310:7
selected [1] - 33:6
sell [3] - 169:14, 172:8,
209:17
selling [5] - 259:2,
259:19, 277:2,
289:22, 290:16
sells [1] - 134:16
send [1] - 169:6
senior [1] - 27:11
sense [4] - 163:18,
215:18, 233:17,
273:2
sent [3] - 290:7, 295:7,
295:24
sentence [10] - 106:13,
160:19, 178:21,
179:10, 216:3,
216:9, 216:10,
217:1, 269:22, 271:4
sentences [2] - 233:17,
283:18
separate [2] - 9:7,
200:24
sequence [2] - 11:12,
301:6
serial [273] - 98:1,
98:11, 99:1, 99:2,
99:4, 99:5, 99:6,
99:7, 99:18, 100:2,
100:11, 100:16,
100:20, 101:1,
101:2, 101:5,
101:11, 101:22,
102:1, 102:4, 102:7,
103:6, 103:7, 103:8,
103:9, 103:20,
103:24, 104:18,
104:20, 105:9,
105:11, 105:12,
105:13, 105:23,
106:21, 107:19,
108:6, 108:16,
109:7, 110:6,
110:11, 110:24,
111:1, 111:21,
120:21, 120:22,
120:23, 121:7,
121:10, 122:2,
144:7, 144:13,
146:4, 146:5,
146:23, 147:9,
147:10, 147:21,
148:5, 148:8,

148:14, 150:18,
150:19, 150:20,
155:18, 155:19,
155:23, 155:24,
156:22, 157:3,
157:5, 157:15,
157:16, 158:5,
158:11, 158:16,
159:3, 159:4, 159:6,
159:14, 159:15,
160:6, 160:9,
160:14, 160:16,
160:21, 160:23,
161:4, 161:11,
161:24, 162:2,
162:6, 163:4,
163:13, 163:19,
165:11, 165:22,
165:23, 166:21,
167:2, 167:3, 167:6,
168:1, 168:2,
168:18, 168:20,
169:10, 169:12,
169:19, 170:11,
170:12, 171:3,
171:4, 171:5,
171:21, 171:24,
172:1, 172:13,
172:24, 173:10,
173:15, 173:16,
173:20, 174:2,
174:5, 174:8,
174:11, 174:14,
174:24, 175:1,
175:2, 175:4, 175:9,
175:12, 175:13,
175:16, 175:18,
175:19, 176:16,
176:17, 178:8,
178:14, 178:24,
182:11, 182:13,
183:16, 184:6,
184:7, 184:8,
184:23, 185:1,
185:8, 185:9,
185:10, 185:11,
185:17, 185:18,
185:19, 185:24,
186:5, 186:6,
186:20, 186:21,
186:23, 187:3,
187:4, 187:8,
187:14, 187:16,
187:18, 187:20,
188:12, 188:13,
188:15, 188:24,
189:8, 189:9,
189:18, 190:3,
190:7, 191:12,
191:13, 191:18,
191:19, 191:22,
192:2, 192:3,
192:15, 192:21,

194:10, 195:16,
197:11, 198:2,
198:10, 198:13,
199:20, 199:22,
200:4, 200:13,
200:18, 200:21,
201:1, 202:14,
203:7, 203:23,
205:7, 240:21,
245:4, 249:23,
251:18, 251:22,
254:7, 254:16,
257:9, 257:18,
258:1, 263:5, 263:9,
263:15, 263:19,
263:23, 263:24,
264:2, 264:6, 264:9,
264:13, 264:21,
265:2, 265:5, 265:9,
265:10, 265:20,
266:1, 266:5, 267:8,
267:10, 267:14,
268:2, 268:10,
268:11, 268:14,
268:20, 269:19,
271:20, 272:1,
272:2, 303:10,
304:1, 304:23,
305:8, 305:9,
305:13, 305:18,
305:20, 306:1,
306:2, 306:13,
306:14, 306:24,
307:1, 307:2, 307:6,
307:10, 307:12,
308:18, 308:19,
308:22, 309:1
serious [1] - 267:1
served [2] - 32:3,
39:21
service [1] - 29:12
services [6] - 13:6,
29:9, 39:18, 40:14,
66:18, 68:20
SERVICES [2] - 1:12,
1:13
SESSION [1] - 125:1
set [32] - 45:18, 60:23,
100:13, 140:13,
144:12, 144:13,
157:22, 168:4,
169:13, 169:20,
169:24, 170:24,
186:8, 186:9, 189:8,
190:23, 190:24,
191:21, 192:5,
194:9, 194:15,
195:15, 198:15,
198:17, 200:12,
200:13, 200:16,
200:18, 288:15,
313:12, 313:16
Set [3] - 3:14, 15:13,

15:18
sets [2] - 191:4, 243:14
seven [1] - 25:2
several [9] - 36:15, 76:7, 76:12, 107:9, 108:5, 111:14, 113:19, 127:5, 228:15
SFB [2] - 115:10, 120:15
shabby [1] - 201:20
shall [2] - 132:6, 190:15
share [4] - 83:11, 84:14, 84:23, 167:16
shared [8] - 11:18, 23:23, 31:10, 45:21, 120:17, 127:22, 236:12, 240:16
shares [1] - 49:5
sharing [3] - 48:4, 135:6, 201:15
SHELLEY [4] - 1:16, 3:3, 5:3, 313:11
Shelley [2] - 3:9, 7:7
Shelly [1] - 7:12
shifts [1] - 247:19
short [1] - 298:14
Shorthand [2] - 1:18, 313:7
show [23] - 7:4, 15:9, 45:24, 56:2, 61:13, 63:19, 80:22, 106:24, 115:17, 117:5, 122:23, 126:17, 128:14, 128:24, 210:12, 211:17, 218:20, 254:24, 261:12, 291:6, 293:12, 306:10, 306:15
showcase [2] - 134:7, 141:17
showcased [3] - 134:15, 172:1, 305:14
showed [8] - 80:18, 82:22, 119:2, 119:15, 122:6, 125:7, 290:3, 296:9
showing [3] - 78:14, 81:14, 256:3
shown [3] - 15:16, 97:12, 290:6
shows [6] - 47:17, 119:7, 119:17, 242:21, 243:2, 243:5
side [2] - 11:2, 165:3
Sideman [52] - 13:3, 34:3, 34:24, 35:11, 35:23, 36:5, 36:19, 36:22, 38:17, 39:4,

39:11, 42:19, 43:6, 43:15, 43:19, 44:11, 44:13, 57:3, 57:10, 57:12, 57:20, 58:1, 59:5, 59:12, 59:20, 59:23, 60:3, 60:12, 60:14, 60:23, 62:16, 62:17, 62:24, 63:7, 63:16, 64:24, 65:16, 66:12, 69:11, 69:20, 72:9, 72:23, 73:5, 73:8, 73:10, 73:12, 75:1, 75:18, 75:19, 76:15, 78:12, 116:11
sides [1] - 277:12
signature [3] - 7:16, 7:18, 8:6
signed [1] - 56:19
significance [1] - 157:20
silly [1] - 169:3
similar [6] - 40:14, 246:24, 247:5, 247:22, 301:13, 304:2
similarly [4] - 148:16, 213:10, 213:21, 214:16
simple [3] - 96:4, 137:9, 151:13
single [3] - 48:12, 102:17, 103:24
sister [3] - 68:22, 68:23
sit [5] - 51:15, 131:2, 213:1, 220:4, 281:17
sits [1] - 180:12
sitting [3] - 52:19, 211:18, 310:23
situation [3] - 200:9, 200:11, 201:14, 253:2, 290:12
situations [4] - 208:18, 209:4, 209:8, 280:8
six [5] - 38:14, 40:6, 42:10, 101:20
small [10] - 54:21, 100:19, 132:4, 158:13, 165:2, 168:10, 168:12, 169:2, 244:16
Smart [2] - 47:17, 47:18
software [8] - 133:21, 134:3, 134:21, 301:14, 302:17, 302:20, 302:24, 304:7
sold [9] - 140:14, 165:5, 165:11, 167:3, 208:8, 250:13, 288:16, 292:3, 292:5

sole [1] - 283:22
solely [2] - 100:16, 102:22
Solid [1] - 261:19
solution [5] - 51:14, 51:21, 51:22, 54:3, 66:21
solutions [8] - 3:15, 26:19, 29:8, 33:3, 46:6, 51:12, 51:13, 67:1
someone [4] - 41:17, 130:7, 180:21, 209:13
sometime [2] - 21:23, 55:19
sometimes [2] - 171:21, 220:19
somewhere [7] - 106:4, 162:1, 162:12, 163:14, 169:14, 176:9, 181:10
soon [2] - 6:24, 219:14
Sorokin [3] - 221:2, 221:21, 267:3
sorry [57] - 8:4, 16:6, 18:21, 34:8, 40:20, 42:24, 45:15, 47:10, 52:14, 53:8, 53:19, 54:6, 76:5, 83:17, 85:14, 90:19, 90:20, 104:15, 107:16, 107:22, 107:24, 110:19, 122:17, 126:22, 129:12, 138:22, 143:5, 146:17, 147:5, 153:21, 160:10, 178:16, 179:9, 182:20, 193:21, 196:4, 196:6, 212:17, 227:17, 229:12, 230:11, 252:14, 257:21, 261:21, 262:24, 265:22, 275:17, 282:19, 283:7, 283:20, 284:3, 287:4, 289:2, 294:21, 306:12, 307:17, 307:20
Sorry [1] - 13:16
sort [3] - 131:15, 139:10, 139:12
source [2] - 133:1, 275:23
sources [1] - 140:7
space [6] - 57:19, 136:2, 279:4, 279:16, 279:17, 288:20
speaking [25] - 10:21, 20:13, 25:2, 36:3,

61:8, 70:13, 81:20, 82:10, 85:6, 85:11, 86:6, 189:14, 196:23, 198:22, 204:2, 215:3, 228:20, 229:8, 235:11, 238:16, 252:22, 253:5, 266:18, 277:16, 293:3
specializing [1] - 21:15
specific [6] - 51:6, 82:13, 133:13, 133:14, 138:12, 221:17
specifically [8] - 36:3, 39:15, 48:16, 75:4, 101:19, 217:21, 240:5, 288:11
speculation [3] - 69:14, 218:8, 233:10
spelled [1] - 47:12
spelling [1] - 47:16
spoken [1] - 42:8
Spreadsheet [2] - 3:22, 107:4
spreadsheet [10] - 107:2, 107:17, 137:23, 137:24, 138:2, 138:6, 138:13, 138:17, 152:19, 153:6
square [2] - 231:21, 232:2
ss [1] - 313:4
stack [1] - 70:3
staff [6] - 37:7, 37:9, 37:10, 38:3, 38:7, 38:10
stake [3] - 60:10, 60:24, 61:3
stamped [1] - 210:17
standard [1] - 135:9
standing [1] - 285:18
stands [2] - 37:22, 278:15
staring [1] - 70:20
start [7] - 19:1, 70:10, 104:16, 109:10, 114:2, 168:21, 219:17
started [9] - 26:3, 43:21, 54:13, 55:10, 55:15, 57:9, 59:5, 59:15, 59:18
starting [3] - 90:2, 227:9
starts [5] - 11:23, 21:10, 98:10, 108:6, 228:4, 301:23
startup [2] - 45:19, 67:5
startups [1] - 23:22

state [11] - 104:14, 104:23, 105:2, 105:4, 152:11, 229:8, 239:6, 266:24, 267:6, 274:4
State [10] - 3:16, 3:18, 3:19, 56:4, 61:15, 61:23, 63:21, 64:1, 64:21, 261:19
statement [44] - 19:13, 64:4, 64:16, 64:23, 98:9, 108:12, 108:15, 108:18, 108:21, 110:8, 110:13, 110:21, 111:3, 111:9, 111:13, 112:3, 112:5, 112:11, 112:18, 121:19, 122:4, 132:22, 154:4, 210:6, 229:14, 229:20, 229:22, 230:5, 233:4, 263:12, 263:16, 263:18, 264:5, 264:20, 266:4, 267:18, 269:18, 271:17, 271:20, 287:11, 298:20, 299:2, 299:3, 299:9
Statement [12] - 3:18, 3:19, 4:3, 61:16, 61:21, 62:2, 63:22, 63:24, 64:6, 129:3, 129:9, 261:3
statements [8] - 112:8, 267:21, 287:24, 288:7, 288:9, 294:15, 297:14, 310:12
STATES [1] - 1:4
states [3] - 106:16, 110:5, 216:13
stating [5] - 144:16, 232:10, 273:24, 290:8, 290:13
stays [2] - 236:11, 245:8
STENOGRAPHER [19] - 19:5, 19:8, 19:11, 19:15, 46:5, 107:22, 119:12, 123:18, 124:4, 125:3, 129:2, 147:4, 163:3, 179:7, 210:14, 223:14, 283:20, 289:2, 291:8
step [2] - 176:6, 257:10
steps [5] - 94:15, 179:4, 179:6, 179:11, 257:7
Stewart [2] - 1:20, 2:7

sticking [1] - 122:10
still [11] - 25:11, 44:13, 97:14, 195:23, 196:15, 196:20, 245:13, 260:18, 274:12, 276:12, 297:9
Stipulated [1] - 79:6
stipulation [1] - 76:23
stop [6] - 25:2, 70:23, 85:24, 235:11, 238:15, 238:18
stopped [1] - 73:12
stopping [1] - 274:13
strange [1] - 23:17
strategies [3] - 21:16, 34:21, 39:23
strategist [6] - 34:7, 35:17, 36:5, 37:6, 45:10, 45:16
strategy [2] - 44:17, 68:7
string [33] - 99:10, 103:16, 121:5, 146:3, 146:8, 146:9, 146:13, 147:7, 147:8, 147:16, 147:19, 148:4, 148:19, 148:21, 149:2, 149:3, 149:4, 150:2, 152:8, 153:5, 170:18, 176:2, 176:23, 192:24, 194:2, 194:24, 195:5, 195:7, 198:10, 201:10, 201:11, 205:12, 304:16
strings [1] - 194:11
strip [1] - 270:3
strong [2] - 140:10, 142:15
strongly [4] - 136:9, 139:20, 139:23, 142:4
Styller [7] - 2:19, 19:7, 20:13, 70:13, 70:20, 71:4, 71:8
STYLLER [5] - 1:6, 18:19, 20:20, 20:24, 21:3
Styller's [1] - 19:22
subject [9] - 6:9, 41:16, 163:5, 237:10, 239:18, 246:9, 249:13, 259:4, 284:2
subjective [1] - 135:16
submitted [2] - 10:10, 292:12
subsequently [1] - 251:2
substance [4] - 86:19, 87:12, 282:13,

303:16
substantially [2] - 246:24, 247:5
substantiates [1] - 104:3
subtle [1] - 301:16
sufficient [12] - 229:17, 230:6, 230:17, 231:1, 232:11, 232:16, 233:5, 233:21, 235:18, 305:22, 306:10, 306:15
suggest [3] - 139:23, 142:7, 164:24
suggestion [1] - 142:15
suggests [4] - 136:10, 139:20, 140:1, 142:4
Sumitomo [3] - 115:7, 115:12, 135:24
summarize [6] - 8:13, 32:6, 57:18, 153:10, 197:11, 203:6
summary [2] - 25:18, 309:18
supply [19] - 21:20, 24:14, 25:21, 32:13, 33:4, 33:19, 33:22, 34:7, 34:17, 34:20, 34:22, 35:17, 35:19, 36:4, 37:6, 37:15, 39:19, 51:24, 68:13
support [6] - 37:7, 37:9, 37:10, 38:3, 38:7, 38:10
supported [4] - 38:11, 40:11, 41:19, 289:11
supports [1] - 75:6
suppose [1] - 14:2
supposed [5] - 72:2, 126:19, 148:16, 188:14, 201:9
surface [3] - 180:18, 202:1
surprise [6] - 138:16, 138:19, 138:20, 139:1, 139:3, 140:15
suspect [1] - 293:17
suspend [1] - 20:2
switch [3] - 133:19, 302:14, 302:18
switches [2] - 134:16, 134:19
sworn [3] - 5:5, 6:5, 313:13
system [4] - 28:1, 256:23, 257:4, 302:15
systems [1] - 26:11

T

tab [2] - 107:10,

108:24
Table [1] - 8:21
table [3] - 8:24, 9:2, 164:7
Taco [1] - 33:14
talks [3] - 147:6, 172:20, 227:14
taught [1] - 177:13
team [10] - 26:18, 27:7, 33:8, 45:22, 46:15, 46:21, 67:19, 75:6, 148:13, 259:22
TECHNOLOGIES [1] - 1:7
technology [13] - 23:20, 23:21, 178:13, 178:23, 179:13, 179:17, 179:24, 199:9, 199:11, 260:21, 260:24, 261:6, 261:11
Technology [1] - 77:18
telephone [1] - 24:22
ten [7] - 26:10, 26:21, 32:16, 162:18, 209:11, 248:21, 250:22
ten-minute [1] - 248:21
ten-year [1] - 26:21
term [3] - 113:18, 304:5
terms [2] - 258:19, 279:8
test [12] - 151:7, 151:8, 151:11, 171:12, 298:14, 298:16, 298:17, 300:12, 302:21, 302:23, 303:3, 303:16
testified [6] - 5:6, 17:24, 217:9, 232:14, 235:2, 246:2
testify [3] - 86:3, 86:6, 267:1
testifying [4] - 86:2, 86:4, 266:10, 266:20
testimony [30] - 10:14, 30:6, 52:22, 70:16, 71:18, 72:2, 81:23, 96:13, 99:22, 131:13, 182:8, 182:19, 182:23, 184:16, 198:20, 202:12, 203:12, 232:19, 254:11, 264:19, 270:16, 283:5, 283:9, 290:23, 294:14, 297:5, 303:21, 304:10, 311:9, 313:14
testing [22] - 89:15,

92:13, 157:1, 171:13, 172:4, 205:4, 205:22, 236:10, 240:15, 240:18, 241:24, 242:1, 244:11, 244:23, 252:1, 298:13, 299:6, 299:19, 304:11, 310:19, 310:20, 311:24
tests [1] - 105:17
Texas [4] - 5:5, 43:11, 43:13, 72:8
text [1] - 255:8
THE [35] - 13:16, 19:5, 19:8, 19:11, 19:15, 46:5, 107:22, 119:12, 123:11, 123:18, 124:4, 124:16, 124:19, 125:3, 129:2, 130:6, 130:9, 147:4, 147:5, 162:16, 163:3, 179:7, 179:9, 182:20, 190:16, 196:4, 210:14, 223:14, 248:16, 248:20, 283:20, 285:16, 289:2, 291:8, 311:1
themselves [3] - 66:15, 246:12, 258:8
theoretically [1] - 200:14
therefore [1] - 302:5
they've [3] - 134:20, 169:4, 180:22
thick [1] - 251:2
third [11] - 85:12, 157:14, 157:21, 185:17, 192:1, 277:21, 284:19, 285:12, 286:8, 301:6, 307:9
third-party [1] - 277:21
thorough [6] - 92:1, 92:14, 95:19, 95:21, 158:19, 158:23
thoroughly [1] - 204:24
thousands [2] - 171:11, 181:5
three [14] - 12:10, 14:21, 45:20, 68:1, 107:20, 164:16, 190:2, 268:7, 271:2, 281:4, 282:8, 283:15, 308:10, 309:3
thriving [1] - 209:9
tile [1] - 22:5
tilted [1] - 247:15
title [16] - 7:16, 9:16,

15:21, 22:7, 22:9, 24:12, 27:8, 27:9, 27:13, 34:13, 34:14, 67:4, 68:12, 225:9, 225:10, 243:20
titled [1] - 77:16
titles [1] - 45:21
today [10] - 5:14, 6:8, 6:15, 47:2, 52:19, 64:15, 141:10, 145:17, 281:17
together [4] - 41:5, 74:7, 159:24
took [6] - 19:13, 90:12, 90:13, 90:23, 90:24, 264:6
tools [2] - 172:22, 303:8
top [25] - 15:21, 23:11, 27:16, 37:23, 42:11, 52:4, 54:24, 55:8, 56:1, 81:5, 100:4, 118:19, 129:11, 131:21, 132:3, 133:17, 144:3, 164:17, 164:22, 178:6, 256:24, 260:17, 274:15, 285:13, 294:22
total [3] - 92:16, 152:5
totality [2] - 277:12, 304:17
towards [4] - 27:20, 63:10, 301:24
trace [1] - 300:11
traces [1] - 301:15
trademark [9] - 202:3, 231:10, 259:3, 284:1, 284:15, 285:7, 285:17, 287:22, 290:13
Trademark [2] - 278:16, 280:17
trademarks [3] - 16:12, 17:9, 17:17
trademarks' [1] - 17:2
trans [4] - 176:24, 183:14, 186:7, 191:11
transceiver [88] - 91:24, 92:7, 92:8, 94:21, 94:22, 95:5, 95:12, 95:14, 95:15, 96:5, 96:7, 96:17, 96:19, 96:22, 97:2, 97:14, 98:24, 100:22, 101:3, 101:4, 101:10, 102:6, 106:20, 117:6, 118:20, 119:7, 119:18, 125:8, 133:8, 135:2, 137:20, 144:6,

153:22, 154:19,
154:22, 159:3,
159:16, 161:11,
161:15, 161:18,
175:21, 179:1,
180:21, 181:21,
182:16, 183:20,
190:20, 195:22,
196:2, 196:9,
196:14, 199:15,
204:20, 205:24,
206:5, 206:15,
206:24, 207:3,
207:15, 207:16,
207:19, 209:1,
209:9, 210:7, 210:8,
227:16, 230:7,
230:18, 231:1,
231:11, 243:5,
245:20, 245:22,
249:17, 254:6,
254:15, 260:16,
265:6, 268:19,
272:19, 299:4,
299:10, 299:17,
299:23, 299:24,
301:12, 302:14,
307:7
transceiver's [1] -
298:13
Transceivers [1] -
172:19
transceivers [173] -
50:24, 51:10, 89:17,
89:20, 89:21, 91:8,
91:10, 91:18, 97:11,
97:12, 98:1, 100:1,
100:13, 100:14,
100:15, 101:20,
104:4, 104:17,
105:6, 105:14,
105:15, 105:24,
108:8, 108:12,
108:17, 109:9,
109:20, 110:7,
110:12, 111:2,
111:24, 114:2,
114:20, 116:6,
116:9, 116:12,
116:15, 116:22,
127:7, 127:9,
127:19, 127:21,
128:10, 128:19,
134:17, 134:20,
136:12, 136:14,
141:21, 142:3,
142:6, 142:14,
142:21, 144:7,
144:12, 151:16,
151:18, 151:21,
155:22, 156:4,
160:5, 160:13,
160:18, 161:5,

161:24, 162:3,
162:12, 163:5,
163:10, 163:13,
165:13, 167:5,
167:24, 168:4,
168:19, 169:10,
169:13, 169:20,
169:24, 174:23,
176:22, 177:1,
177:14, 177:17,
177:23, 184:11,
185:4, 185:5,
185:23, 186:8,
186:10, 186:12,
187:12, 187:15,
188:23, 189:1,
189:9, 190:24,
191:1, 191:4,
191:16, 192:6,
194:10, 195:2,
195:15, 199:24,
200:2, 200:12,
200:14, 217:18,
218:5, 225:15,
227:3, 229:18,
232:12, 233:22,
235:19, 237:10,
239:18, 239:20,
239:23, 242:19,
242:22, 243:14,
246:3, 246:5, 246:9,
246:11, 246:15,
249:13, 252:6,
252:11, 252:16,
261:5, 261:7,
264:15, 265:19,
267:8, 268:1, 272:5,
272:8, 272:21,
274:3, 288:16,
288:21, 288:23,
289:23, 290:9,
290:11, 290:15,
290:17, 290:19,
290:24, 297:23,
297:24, 298:3,
299:15, 300:11,
305:2, 306:18,
306:22, 307:23,
308:7, 308:9,
308:18, 308:24,
309:13, 309:15,
309:22, 310:3,
310:7, 310:8
transcript [4] - 19:14,
20:17, 213:9, 214:8
transition [1] - 62:23,
293:19
translated [2] - 241:9,
292:18
translation [45] - 117:4,
117:24, 126:14,
214:22, 214:23,
215:5, 215:8, 217:4,

217:5, 225:2,
227:20, 228:1,
228:4, 228:19,
229:1, 229:5,
230:22, 233:15,
235:4, 235:6,
237:12, 237:14,
237:17, 237:20,
237:24, 238:8,
238:13, 239:13,
239:16, 290:6,
291:15, 291:17,
292:21, 292:22,
293:4, 293:6,
293:12, 294:5,
294:12, 294:18,
294:23, 296:21,
297:6, 301:6, 304:6
Translation [1] - 238:1
translator [1] - 292:24
traveled [1] - 28:13
trial [1] - 30:7
trick [1] - 251:21
tried [2] - 142:1, 249:5
trouble [1] - 198:7
True [116] - 21:11,
21:14, 21:22, 21:23,
22:13, 22:15, 22:16,
22:23, 23:3, 23:7,
23:9, 23:13, 24:1,
24:3, 24:4, 24:7,
24:13, 24:15, 25:7,
31:20, 32:9, 43:21,
44:1, 44:3, 44:6,
44:15, 44:18, 44:23,
45:1, 45:23, 47:21,
50:10, 52:1, 52:16,
52:24, 53:6, 53:13,
53:22, 53:24, 54:4,
54:7, 54:14, 54:17,
54:19, 54:22, 55:10,
56:9, 56:13, 57:14,
57:18, 59:13, 59:16,
59:18, 59:21, 59:24,
60:1, 60:3, 60:13,
60:15, 61:1, 61:4,
61:6, 61:8, 62:2,
62:6, 62:8, 62:9,
62:15, 62:16, 62:19,
62:24, 63:8, 63:13,
64:2, 64:12, 65:4,
65:7, 65:11, 65:13,
65:24, 66:13, 66:16,
66:23, 67:2, 67:8,
67:10, 67:15, 67:19,
67:20, 68:8, 68:15,
68:21, 68:24, 69:16,
69:17, 70:3, 72:6,
72:7, 73:2, 73:5,
73:7, 74:14, 74:15,
74:16, 74:17, 74:18,
74:19, 83:15, 83:18,
84:8, 116:14, 278:11

true [15] - 8:2, 53:23,
98:23, 101:13,
113:11, 154:21,
191:15, 192:4,
196:1, 196:8,
207:15, 244:16,
253:19, 277:16,
313:13
truly [3] - 165:6, 274:4,
274:17
trust [3] - 126:13,
287:5, 287:10
truth [3] - 6:5, 71:13,
284:20
truthful [2] - 6:14,
144:23
truthfully [1] - 6:10
try [5] - 132:4, 145:10,
159:13, 167:20,
209:13
trying [30] - 17:12,
17:20, 36:7, 51:7,
55:4, 58:15, 62:23,
87:11, 87:13,
121:18, 141:12,
141:16, 145:12,
148:3, 149:5,
155:11, 162:5,
163:6, 164:24,
174:12, 176:3,
186:20, 201:22,
209:23, 210:11,
229:22, 239:8,
251:21, 260:3,
266:13
turn [1] - 11:22
twice [2] - 190:3,
202:21
Two [2] - 1:20, 2:8
two [46] - 21:19, 22:16,
24:2, 32:12, 40:12,
40:13, 69:6, 69:7,
76:19, 80:7, 101:24,
108:1, 109:11,
132:6, 134:14,
144:13, 144:14,
153:20, 156:11,
158:5, 158:10,
158:16, 158:18,
165:3, 166:14,
169:14, 169:16,
169:22, 191:4,
195:19, 200:20,
203:10, 256:14,
256:22, 257:7,
257:23, 266:8,
267:21, 271:1,
281:4, 283:15,
291:12, 301:18,
302:2
two-factor [2] - 256:22,
257:7
two-page [1] - 291:12

type [2] - 37:7, 272:7
typical [1] - 6:7
typically [2] - 100:11,
177:23

# U

U.S [4] - 76:21, 78:5,
283:19, 283:21
UG [1] - 109:14
UH [1] - 109:16
ultimate [3] - 241:12,
275:16, 276:1
ultimately [2] - 17:1,
17:16
unauthenticated [1] -
296:22
uncertain [1] - 294:16
unclear [1] - 303:16
under [18] - 5:23, 6:1,
6:4, 6:8, 6:17, 18:11,
18:15, 37:4, 40:7,
97:3, 114:15,
262:16, 263:2,
270:8, 271:3, 305:7,
307:10
underline [3] - 130:15,
130:20, 262:5
underlined [3] - 262:1,
262:3, 262:9
underlining [1] - 262:7
underlying [2] - 42:22,
43:2
undermining [1] -
222:24
understood [5] - 25:15,
103:3, 153:8,
196:22, 254:13
unfortunately [2] -
51:1, 167:18
unidentified [1] -
100:18
unique [41] - 98:1,
98:11, 100:2,
100:16, 100:20,
101:1, 101:5, 159:6,
160:5, 160:9,
160:13, 160:16,
160:23, 162:6,
162:7, 163:5, 163:7,
163:8, 163:21,
165:6, 169:19,
173:11, 175:10,
187:3, 187:4,
187:18, 188:14,
188:15, 199:16,
200:4, 203:23,
205:8, 244:18,
251:22, 265:20,
266:1, 267:8, 268:1,
268:2, 289:7, 307:15
unit [6] - 99:8, 157:17,
185:20, 192:4,

298:4, 307:13
UNITED [1] - 1:4
units [1] - 309:24
Units [7] - 106:9,
107:10, 109:1,
111:19, 113:24,
114:1, 115:5
Universal [1] - 261:18
unless [2] - 25:14,
275:5
unlike [2] - 6:7, 301:15
unlikely [6] - 165:8,
165:15, 165:17,
165:20, 167:5, 168:8
unreliable [2] - 118:15,
126:10
unusual [1] - 298:11
up [22] - 23:5, 40:18,
45:4, 45:18, 51:20,
51:21, 53:5, 60:23,
87:5, 108:3, 134:3,
141:2, 149:7, 154:8,
154:9, 169:3,
178:14, 178:24,
208:2, 261:21,
261:24, 302:24
user [1] - 49:10
uses [1] - 256:22
utilize [1] - 199:11

## V

vague [13] - 113:15,
125:17, 126:8,
186:3, 186:17,
254:2, 254:3,
267:19, 277:6,
288:2, 288:4, 296:1,
300:1
vaguely [1] - 302:12
valid [10] - 114:9,
114:12, 118:24,
119:23, 122:6,
122:15, 125:13,
126:7, 127:11, 303:2
validate [1] - 293:14
Validate [2] - 4:7,
255:2
validated [2] - 256:24,
257:1
validation [5] - 263:11,
266:6, 267:12,
269:20, 271:21
Validation [1] - 256:5
value [9] - 114:10,
114:12, 118:24,
119:8, 119:23,
122:6, 125:13,
305:6, 305:12
vanishingly [1] -
100:19
Vantage [10] - 28:8,
28:16, 28:23, 29:17,

32:8, 39:6, 73:15,
73:24, 74:8, 116:8
variations [1] - 207:22
varies [1] - 48:18
various [5] - 104:9,
178:15, 179:1,
280:8, 289:5
vender [1] - 122:15
vendor [50] - 114:8,
114:15, 114:17,
114:24, 115:1,
115:10, 117:9,
117:11, 118:3,
118:6, 118:10,
118:11, 118:24,
119:7, 119:8,
119:18, 120:1,
120:4, 120:6,
120:15, 121:12,
122:6, 122:7,
122:12, 125:9,
125:13, 125:23,
126:7, 126:15,
127:6, 127:11,
127:17, 127:18,
128:9, 128:18,
132:9, 132:15,
133:6, 133:15,
134:8, 134:9,
134:14, 135:7,
135:11, 135:15,
135:16, 135:17,
135:18, 135:21
vendors [5] - 115:7,
115:12, 127:8,
136:1, 289:4
verbalize [1] - 95:2
Verification [10] -
225:6, 225:11,
236:6, 237:7, 238:6,
261:17, 290:3,
301:4, 303:17, 304:4
verification [4] - 237:8,
240:1, 240:10, 241:1
verify [1] - 292:24
verifying [1] - 292:22
version [6] - 8:13,
78:20, 118:8, 241:9,
286:12, 286:13
versus [5] - 5:17,
66:19, 77:17, 78:5,
165:2
view [3] - 276:14,
301:18, 302:2
viewed [1] - 115:21
VII [1] - 9:3
Visual [1] - 255:22
visually [2] - 91:8,
257:11
Vitae [2] - 3:11, 14:7
VOL [1] - 1:1
vs [1] - 1:11

## W

Wait [1] - 146:17
wait [14] - 13:9, 84:19,
86:22, 86:23, 123:4,
130:22, 131:3,
179:7, 213:1, 222:5,
238:11, 291:8
waive [2] - 213:11,
213:14
Wanda [2] - 63:12,
64:9
Wang [1] - 297:16
wants [2] - 240:19,
287:6
warned [1] - 85:7
wasting [3] - 24:22,
25:1, 224:17
web [2] - 47:17, 256:24
website [20] - 4:12,
45:23, 46:1, 46:13,
46:20, 46:23, 47:12,
255:7, 256:8,
256:11, 256:18,
261:17, 262:17,
280:20, 281:6,
281:7, 291:10,
291:18, 292:1
websites [1] - 47:1
Wednesday [1] - 1:21
weigh [1] - 285:18
weight [2] - 277:21,
298:15
Weymouth [1] - 1:23
whatsoever [2] -
159:19, 200:3
whereas [6] - 121:9,
140:12, 143:22,
158:11, 200:2,
259:13
WHEREOF [1] -
313:16
whole [24] - 8:1, 10:8,
106:12, 117:19,
117:21, 129:21,
130:2, 130:5,
130:23, 131:3,
149:16, 151:20,
167:24, 170:24,
198:15, 210:24,
211:3, 212:9,
212:21, 219:17,
220:21, 221:18,
222:15, 227:8
wholly [5] - 60:6, 60:9,
82:9, 85:6, 87:2
widely [4] - 172:21,
177:14, 177:18,
303:7
withdraw [2] - 45:15,
74:14
witness [69] - 1:16,
10:11, 11:2, 12:22,

20:1, 21:8, 25:5,
30:14, 31:15, 41:9,
53:12, 70:13, 70:14,
70:20, 71:1, 71:22,
81:14, 82:1, 82:6,
84:21, 86:1, 86:3,
86:7, 86:13, 88:7,
96:10, 96:12,
123:20, 131:13,
211:23, 212:1,
212:3, 212:13,
215:11, 216:24,
217:8, 219:5,
220:13, 221:5,
223:6, 224:5,
225:17, 225:24,
226:14, 234:24,
235:2, 235:12,
238:18, 238:23,
239:9, 239:10,
256:3, 262:3,
266:11, 266:15,
267:1, 282:21,
283:1, 283:4,
293:10, 293:16,
294:13, 294:14,
296:9, 297:3, 297:5,
299:8, 313:11,
313:15
WITNESS [17] - 13:16,
123:11, 124:16,
124:19, 130:6,
130:9, 147:5,
162:16, 179:9,
182:20, 190:16,
196:4, 248:16,
248:20, 285:16,
311:1, 313:16
witness's [2] - 81:23,
222:22
Witnesses [4] - 4:9,
280:1, 280:15,
282:22
Won [1] - 56:23
word [3] - 155:7,
277:20, 277:21
words [5] - 81:17, 86:9,
155:12, 187:17,
266:19
works [7] - 24:15, 49:8,
63:15, 72:14, 72:22,
73:5, 279:16
world [3] - 29:5, 144:5,
158:12
worry [1] - 273:7
write [9] - 31:7, 31:15,
130:14, 130:15,
130:17, 169:5,
305:4, 305:11,
305:12
writing [1] - 36:14
written [24] - 16:4,
16:7, 30:18, 31:12,

125:19, 126:1,
126:2, 126:12,
126:14, 132:16,
133:4, 136:11,
140:11, 221:13,
225:18, 228:13,
230:20, 239:2,
247:3, 255:11,
264:10, 265:1,
293:11, 300:9
wrote [1] - 305:5
WTD [12] - 114:18,
115:1, 115:9,
115:14, 120:15,
125:22, 127:6,
127:18, 128:9,
128:18, 134:6,
135:22
www.truepedigree.
com [1] - 45:24

## X

XFB [1] - 115:11
XYZ [1] - 134:3
XYZ-H3C [1] - 134:3

## Y

year [3] - 26:21, 42:5,
236:18
years [21] - 26:10,
27:3, 32:16, 36:1,
89:16, 91:21, 94:1,
103:2, 114:13,
140:4, 144:5,
144:22, 166:11,
171:9, 171:10,
199:7, 209:11,
250:23, 271:15,
281:4, 310:18
York [4] - 2:4, 2:14
yourself [3] - 30:14,
38:1, 91:8
YU [3] - 1:8, 1:9, 1:9
yup [6] - 76:22, 80:13,
129:2, 223:11,
243:11, 291:22
YUYI [1] - 1:7

## Z

zero [7] - 100:23,
101:3, 197:2, 199:1,
199:3, 199:5, 200:10