**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI, <br><br> Plaintiffs, <br><br> v. <br><br> HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL, <br><br> Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

**PLAINTIFFS' ASSENTED-TO MOTION TO IMPOUND EXHIBITS**

Plaintiffs, through their undersigned counsel, respectfully move this Court pursuant to

Local Rule 7.2 and the Joint Stipulated Protective Order, Dkt. 186, to impound Exhibits G, H, I

and N to the Declaration of Dimitry Joffe dated April 16, 2020 and filed as Dkt. 331.

The undersigned conferred with Defendants' counsel electronically on April 16-17,

2020, and they consented to this motion.

Dated: April 20, 2020                                  Respectfully Submitted,

Dimitry Joffe
Joffe Law P.C.
765 Amsterdam Avenue, 2C
New York, NY  10025
Tel: (917) 929-1964
Email: dimitry@joffe.law


Joshua McGuire
THE LAW OFFICE OF JOSH MCGUIRE
51 Winchester Street, Suite 205
Newton, Massachusetts 02461
(617) 461-6400
Email: josh@joshmcguirelaw.com
*Counsel to Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Dimitry Joffe, hereby certify that on this 20th day of April 2020, I caused a copy of

Plaintiffs' Motion to Impound Exhibits to be served by ECF upon Defendants' counsel of record.

_____

Dimitry Joffe
JOFFE LAW P.C.
Counsel to Plaintiffs