# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,<br><br>                    Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

## DECLARATION OF SHELLEY RAINA

I, Shelley Raina, hereby declare as follows:

1.      I submitted an expert report in the above-captioned litigation on January 15, 2020, and I was deposed by Plaintiffs' counsel regarding that report on February 5, 2020.

2.      Except as specifically qualified by my deposition testimony, the opinions stated in my report remain true and correct, and if called as a witness at trial, I would testify competently thereto.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed April 30, 2020        _/s/ Shelley Raina_____
                              Shelley Raina

## <u>CERTIFICATE OF SERVICE</u>

I, Christina T. Lau, Attorney for Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill, hereby certify that the foregoing document was filed using the CM/ECF system and electronic notice will be sent to registered participants as indicated on the Notice of Electronic Filing (NEF) on April 30, 2020.

/s/Christina T. Lau
Christina T. Lau

9711992