UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>          Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,<br><br>          Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

## PLAINTIFFS' ASSENTED-TO MOTION TO IMPOUND EXHIBITS

Plaintiffs, through their undersigned counsel, respectfully move this Court pursuant to Local Rule 7.2 and the Joint Stipulated Protective Order, Dkt. 186, to impound Exhibits G and I to the Declaration of Dimitry Joffe dated April 30, 2020 and filed as Dkt. 344-1.

The undersigned conferred with Defendants' counsel electronically on April 29, 2020, and they consented to this motion.

Dated: May 1, 2020                                         Respectfully Submitted,

*[signature]*

Dimitry Joffe
Joffe Law P.C.
765 Amsterdam Avenue, 2C
New York, NY  10025
Tel: (917) 929-1964
Email: dimitry@joffe.law


Joshua McGuire
THE LAW OFFICE OF JOSH MCGUIRE
51 Winchester Street, Suite 205
Newton, Massachusetts 02461
(617) 461-6400
Email: josh@joshmcguirelaw.com
*Counsel to Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Dimitry Joffe, hereby certify that on this 1st day of May 2020, I caused a copy of Plaintiffs' Motion to Impound Exhibits to be served by ECF upon Defendants' counsel of record.

*/s/ Dimitry Joffe*

_____
Dimitry Joffe
JOFFE LAW P.C.
Counsel to Plaintiffs