# EXHIBIT A

# RE: Filing

Received: ↵ **Friday, April 17, 2020 4:52 PM**

From: **Quigley, Kevin C. kquigley@choate.com**

To: **Saso, Paul A. PSaso@gibbonslaw.com, Dimitry Joffe dimitry@joffe.law**

CC: **josh@joshmcguirelaw.com josh@joshmcguirelaw.com, Callaghan, Anthony ACallaghan@gibbonslaw.com, Bunis, Michael mbunis@choate.com, Edgarton, G. Mark. gedgarton@choate.com**

Dimitry,

We've conferred with our client, who would prefer to preserve the confidentiality of the exhibits you attached. Defendants do not object to your motion to seal.

Thanks,

Kevin

From: Saso, Paul A. <PSaso@gibbonslaw.com>
Sent: Friday, April 17, 2020 1:29 PM
To: Dimitry Joffe <dimitry@joffe.law>
Cc: josh@joshmcguirelaw.com; Callaghan, Anthony <ACallaghan@gibbonslaw.com>; Quigley, Kevin C. <kquigley@choate.com>; Bunis, Michael <mbunis@choate.com>; Edgarton, G. Mark. <gedgarton@choate.com>
Subject: RE: Filing

**\*\*External Email\*\***

Dimitry,

Defendants are considering your request. Expect that our colleagues at Choate will return to you on this, as they are taking the lead on the motion for summary judgment.

Regards,

Paul

---

Paul A. Saso, Esq.  /  Director

Gibbons P.C., One Pennsylvania Plaza, 37th Floor, New York, New York 10119

Tel: 212-613-2171 / Fax: 212-554-9686 / psaso@gibbonslaw.com

**From:** Dimitry Joffe <dimitry@joffe.law>
**Sent:** Thursday, April 16, 2020 11:46 PM
**To:** Saso, Paul A. <PSaso@gibbonslaw.com>
**Cc:** josh@joshmcguirelaw.com; Callaghan, Anthony <ACallaghan@gibbonslaw.com>; kquigley@choate.com; mbunis@choate.com; gedgarton@choate.com
**Subject:** Filing

Paul -- apologies for missing the 6 pm deadline today, I am in the process of filing Daubert brief, and I want to ask for your consent to the sealing motion for a few exhibits unless you'll agree to waive confidentiality on those exhibits and save everybody some trouble.. I attach those currently sealed exhibits, see if they are worth it..I'll have to serve the SOF tomorrow though, hope it would not inconvenience you too much..

This email is secured.



**Disclaimer**

The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000. If you are a resident of California, please see Choate's Notice to California Consumers Concerning Privacy Rights, which is posted at https://www.choate.com/terms-of-use.html#privacy-statement.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com


image001.jpg
6.34 KB