UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,<br><br>Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

## DECLARATION OF DIMITRY JOFFE, ESQ.

I, Dimitry Joffe, Esq., a member of the New York State Bar admitted *pro hac vice* to the Bar of this Court, declare as follows:

1. I am counsel to Plaintiffs in the above-captioned case, and I submit this declaration in opposition to Defendants' motion to strike Plaintiffs' cross-motions for partial summary judgment and to exclude Defendants' expert.

2. A true and correct copy of my correspondence with Defendants' counsel dated February 25-26, 2020, is attached as Exhibit A hereto.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1

- 2 -

Dated: May 13, 2020 	Respectfully Submitted,

*Dimitry Joffe*

Dimitry Joffe
Joffe Law P.C.
765 Amsterdam Avenue, 2C
New York, NY  10025
Tel: (917) 929-1964
Email: dimitry@joffe.law
*Counsel to Plaintiffs*

- 3 -

## **CERTIFICATE OF SERVICE**

I, Dimitry Joffe, hereby certify that on this 13th day of May 2020, I caused a copy of the Declaration of Dimitry Joffe dated May 13, 2020, to be served by ECF upon Defendants' counsel of record.

*/s/ Dimitry Joffe*

_____
Dimitry Joffe
JOFFE LAW P.C.
Counsel to Plaintiffs