UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI, <br><br>　　　　　　　　　　Plaintiffs, <br>　　v. <br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL, <br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

**PLAINTIFFS' ASSENTED-TO MOTION TO IMPOUND EXHIBITS**

Plaintiffs, through their undersigned counsel, respectfully move this Court pursuant to Local Rule 7.2 and the Joint Stipulated Protective Order, Dkt. 186, to impound Exhibits B-E to the Declaration of Dimitry Joffe dated May 18, 2020 and filed as Dkt. 360.

The undersigned conferred with Defendants' counsel electronically on May 18, 2020, and they consented to this motion.

Dated: May 18, 2020                                Respectfully Submitted,

_____
Dimitry Joffe
Joffe Law P.C.
765 Amsterdam Avenue, 2C
New York, NY  10025
Tel: (917) 929-1964
Email: dimitry@joffe.law


Joshua McGuire
THE LAW OFFICE OF JOSH MCGUIRE
51 Winchester Street, Suite 205
Newton, Massachusetts 02461
(617) 461-6400
Email: josh@joshmcguirelaw.com

*Counsel to Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Dimitry Joffe, hereby certify that on this 18th day of May 2020, I caused a copy of Plaintiffs' Motion to Impound Exhibits to be served by ECF upon Defendants' counsel of record.

*/s/ Dimitry Joffe*

_____
Dimitry Joffe
JOFFE LAW P.C.
Counsel to Plaintiffs