UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC. et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 16-10386-LTS |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY et al., | ) ) ) ) |
| Defendants. | ) ) |

ORDER

August 28, 2020

SOROKIN, J.

The Court has established a firm trial date of May 3, 2021 for this matter. Doc. No. 312. On August 13, 2020, the Court issued an Order requiring parties to file a status report by August 27, 2020 as to the further discovery and motion practice required in advance of trial. Doc. No. 369. Defendants complied, Doc. No. 371, and Plaintiffs did not. Plaintiffs failed to state their own positions in the joint status report, failed to file their own separate status report, failed to seek a continuance in the deadline established by the Court and failed to make any other filings in response to or after the Court's August 13, 2020 Order.

Having reviewed Defendants' submission, the Court sets the following deadlines:

| September 11, 2020 | Defendants shall propose a schedule for filing any necessary motions regarding (1) spoliation sanctions relating to Caroline Marafao Cheng's alleged disposal of her computer during the relevant time period, and (2) discovery concerning Jade and Caroline Marafao Cheng's green card application. Defendants shall also explain why they selected the date(s) they propose. |
|---|---|

1

| | |
|---|---|
| | In addition, parties shall file a protocol to govern the taking of remote depositions. |
| **November 13, 2020** (3 months from the Court's August 13 Order) | Deposition discovery shall conclude. |
| **November 20, 2020** | Parties shall file a further joint status report stating their joint or separate positions on any other dispositive motions, including partial summary judgment concerning Plaintiffs' conspiracy claims, indicating the nature of such motions and the briefing schedule(s) they propose. |
| **December 13, 2020** (4 months from the Court's August 13 Order) | Plaintiffs shall disclose the reports of their damages expert(s). |
| **January 13, 2021** (5 months from the Court's August 13 Order) | Defendants shall disclose the reports of their damages expert(s). |
| **February 13, 2021** (6 months from the Court's August 13 Order) | The parties shall have completed their depositions of all damages expert(s). |
| **March 19, 2021** (45 days before trial) | Pretrial filings will commence on a schedule to be set by the Court at a later date.[1] |
| **May 3, 2021** | Trial shall commence. |

The parties may only take depositions authorized by the Court. As requested in their status report, Defendants may take the following depositions:

        a. Alexander Styller
        b. Jade Cheng
        c. Jason Yuyi
        d. Cathy Yu
        e. Caroline Marafao Cheng
        f. Ryan Quinn
        g. Alexander Pekar
        h. One Shinto representative (identity to be determined)

---

[1] This schedule will include an opportunity to file motions in limine and Daubert motions.

     i. One to Two iHub Solutions representative(s) (identities to be determined)
     j. Val Faybush
     k. Anatoly Grabkovksy (aka Tony Grabo)
     l. Marina Vasilyeva

Doc. No. 371 at 3.

  No other depositions are authorized. The Court has previously determined that written discovery in this case has concluded. Doc. No. 369 at 1. There will be no further discovery absent express prior authorization of the Court; such authorization is required for <u>any and all further discovery not identified in this Order</u>, including notices requiring the production of documents at a deposition.

               SO ORDERED.

               /s/ Leo T. Sorokin
               Leo T. Sorokin
               United States District Judge