# EXHIBIT G

# CERTIFICATE OF ACCURACY

THE STATE OF TEXAS )
) ss:
COUNTY OF COLLIN )

Ping Chen, who is a Certified English-Chinese Translator by ATA (American Translators Association), and her Certification number is 525512. She also serves as a Texas Court Licensed English-Chinese Mandarin Interpreter, being duly sworn, deposes and says:

1. 3-page Chinese-language document headed "关于 Hewlett-Packard FINANCIAL SERVICES (INDIA) PRIVATE LIMITED (简称 "HPFS INDIA") 曾向 ICT COMPANY (简称 "ICT") 出售设备的说明" into the 3-page English-language document headed "**A STATEMENT RELATING THAT HEWLETT-PACKARD FINANCIAL SERVICES ("INDIA") PRIVATE LIMITED (HEREAFTER "HPFS INDIA" ) ONCE SOLD EQUIPMENT TO ICT COMPANY (HEREAFTER "ICT")**".

All of which is attached hereto, and that to that best of my knowledge, ability, and belief this translation is a true, accurate, and complete translation of the original Chinese document that was provided to me.

SIGNED on   19th (Day ),   October  (Month),   2020   (Year)

_____

Ping Chen, Affiant

State of Texas

County of Collin

This instrument was acknowledged before me, Jiao Gao by means of an interactive two-way audio and video communication on (*10/19/2020*) by Ping Chen. This notarial act was an online notarization.



_____

Notary Seal  Digital Certificate

Hewlett-Packard Financial Services (India) Private Limited
一个惠普公司

注册办事处：
3rd Floor
Calcot House
8/10 M P Shetty Marg
Tamarind Street
Fort, Mumbai
印度

Head Office:
14, Safapuria Arena
Hosur, Main Road
Adugodi, Bangalore,
560 030

电话：+91-80-504-1878
传真：+91-80-520-3561

April 22, 2013

To: The Public Safety Department of Haidian District, Beijing

**A STATEMENT RELATING THAT HEWLETT-PACKARD FINANCIAL SERVICES ("INDIA") PRIVATE LIMITED (HEREAFTER "HPFS INDIA" ) ONCE SOLD EQUIPMENT TO ICT COMPANY (HEREAFTER "ICT")**

HPFS India hereby would like to make the following written statement.

HPFS India learned that the China public safety authorities imposed coercive measures on certain ICT personnel because they allegedly sold counterfeit equipment.

In order to cooperate with the company's department on the investigation, HPFS India hereby provides a statement detailing the business deals conducted between HPFS India and ICT as follows.

**Background Information of HPFS India**

Both HPFS India and Hangzhou Huasan Telecommunication Technology Co. Ltd. (hereafter "**H3C China**") are wholly-owned subsidiaries directly or indirectly held by Hewlett-Packard Company.

HPFS India's goals are to provide financing and asset management solutions for HP's Indian customers. HPFS India achieves its goals via the following ways:

- Lease information technology equipment or provide funds to be used for information technology equipment to HP customers; and
- Provide additional "value-added services" for HP customers (such as data destruction, logistics, environment-friendly recycling, sales of second-hand equipment, etc.)

**Business Deals Conducted Between HPFS India and ICT**

Background Information of the HPFS India/ICT Business Deals

The Commonwealth Games were held in Delhi, India in 2010. While preparing for the Games, the Organizing Committee hired Tata Consultancy Services Limited (hereafter "**Tata Consultancy**") to provide certain Games-related services.

Thus, Tata Consultancy needed to purchase some information technology equipment to provide these services. Tata Consultancy placed an order for the equipment that they needed with an Indian information technology equipment distributor, Inspira Enterprise Private Limited (hereafter "**Inspira**").

As a result of its business considerations, Tata Consultancy decided to obtain the equipment by renting them from HPFS India. Therefore, according to the arrangement set forth in a contract, HPFS India, as the lessor, purchased the equipment directly from Inspira and Inspira billed the invoice to HPFS India. At the same time, HPFS India leased the equipment to Tata Consultancy for them to use the equipment. According to the general practice followed by all the IT rental businesses, a leasing company only acts as a "passive financial source" in the deals. A lessee is actually in charge of placing orders, inspecting and installing equipment, etc. HPFS India did not participate in choosing any equipment, nor did it inspect the equipment before or during the lease of the equipment.

HPFS India and Tate Consultancy totally conducted 4 rental deals (hereafter "Leasing Agreement") which are listed below.

Confidential                                                                                                                    DEF0002899

Hewlett-Packard Financial Services (India) Private Limited
一个融资公司

注册办事处：
3rd Floor
Calcot House
8/10 M P Shetty Marg
Tamarind Street
Fort, Mumbai
印度

Head Office:
14, Safapuria Arcade
Hosur, Main Road
Adugodi, Bangalore,
560 030

电话: +91-80-504-1878
传真: +91-80-520-3561

- Leasing Plan #2751012690/IND/SVA/S/1/A/1 starting from July 28, 2010
- Leasing Plan #2751012690/IND/SVA/S/1/A/2 starting from August 17, 2010
- Leasing Plan #2751012690/IND/SVA/S/1/A/3 starting from September 14, 2010
- Leasing Plan #2751012690/IND/SVA/S/1/A/4 starting from October 12, 2010

The terms of the Leasing Agreement stipulated that at the end of the lease, Tata Consultancy might choose to extend the lease or to return the equipment. Tata Consultancy chose to return the equipment.

HPFS India/ICT Business Deals

At the end of the lease of the equipment, ICT told HPFS India that it intended to purchase all or some of the rented equipment. ICT and HPFS India finally reached the following agreement:

- ICT (or its designated agency) will purchase all or some of the rented equipment from HPFS India at a specified purchasing price;
- ICT will then resell these equipment on the secondary market of used information technology equipment; and
- When exceeding a specified amount, if ICT can gain income exceeding the specified amount from the resale of the equipment, ICT shall share part of the "above-the-specified-amount" income with HPFS India.

The aforesaid deal arrangement was explicitly set forth in the Referral and Revenue Share Agreement (hereafter "**Revenue Share Agreement**") signed by HPFS India and ICT on December 6, 2011. A copy of the Revenue Share Agreement is attached to this email as Appendix A. According to the Revenue Share Agreement, ICT has the right to sell the equipment they purchased according to the agreement and in accordance with the terms/conditions stipulated in the Agreement.

ICT exercised its right stipulated in the Revenue Share Agreement and instructed HPFS India to sell the first batch of the equipment to its agency in India, Shinto Creative Elements Private Limited (hereafter "**Shinto**"). By executing the Wholesale Sale Agreement (hereafter "**Shinto Sale Agreement**") signed on December 6, 2011, HPFS India sold some of the equipment to Shinto. A copy of the Shinto Sale Agreement is attached as Appendix B. A detailed list of the equipment involved in the Shinto Sale Agreement (hereafter "**Sold Equipment**") is attached as Appendix C. Shinto Sale Agreement was signed by HPFS India on December 6, 2011. The date inserted in the HPFS India's signature area (i.e. December 6, 2012) was a Typographical error. The person who signed the agreement, Kevan Bartley, has confirmed that the actual signing date was December 6, 2011. The stamp duty stamped on the Shinto Sale Agreement was also dated in December 2011.

**ICT CHINA**

It is reported that ICT has arranged to send the sold equipment to China. The public safety authorities carried out coercive measures on some ICT personnel because they allegedly sold counterfeit H3C equipment. The involved equipment have now been seized. After the equipment were seized, H3C inspected the equipment and declared that the equipment were counterfeit products according to the logos on the equipment.

February 1, 2013, ICT informed HPFS India of the aforementioned incident and claimed that the seized devices were the sold equipment.



```
                                          Hewlett-Packard Financial Services (India) Private Limited
                                          一个惠普公司

                                          注册办事处:           Head Office:
                                          3rd Floor            14, Safapuria Arena
                                          Calcot House         Hosur, Main Road
                                          8/10 M P Shetty Marg Adugodi, Bangalore,
                                          Tamarind Street      560 030
                                          Fort, Mumbai
                                          印度

                                          电话: +91-80-504-1878
                                          传真: +91-80-520-3561
```

HPFS India immediately launched an investigation on this matter, comparing the data of a partial list of the seized devices which were obtained from the Public Safety Department of Haidian District, Beijing with the data of their sold equipment. Based on the information that is currently available, HPFS India suspects that part of the seized devices known from the Public Security Department so far could be the equipment sold by HPFS (via Shinto) to ICT.

In addition, HPFS India also checked the photos of the sold equipment which were taken before they were sent into China. These photos were provided by ICT's office in the United States and a company hired by HPFS India in India to handle and refurbish rental equipment. In these photos, we can see the logos similar to the ones on part of the seized devices had been affixed on the sold equipment already. A copy of the related photos is attached as Appendix D.

Given the fact that ICT purchased the sold equipment from HPFS India, and considering that HPFS India and H3C ultimately both are wholly-owned subsidiaries of HP, it would not be improper for ICT to take the sold equipment as the original H3C equipment (please see the description of the sold equipment as "H3C" equipment in the Shinto Sale Agreement in Appendix A).

Based on the existing evidence and HPFS India's further investigation, some of the sold equipment supplied by Inspira were not originally from HP. In order to clarify the facts, HPFS India hopes to identify the relationship between the seized devices and the sold equipment as soon as possible. For this purpose, HP China has submitted a request to the Public Security Department of Haidian District, Beijing to inspect all the seized devices so as to verify and determine the detailed features of the equipment involved.

In particular, please note that HPFS India was not notified of the allegations against the ICT personnel until after February 1, 2013 and was not aware of the alleged counterfeit equipment in question.

Sincerely,

**On behalf of Hewlett-Packard Financial Services (India) Private Limited**

*[signature]*

**David Gill**

**Director  -  HPFS India**

**Note: HPFS India will send a copy of this letter to ICT soon per the request of ICT.**

Hewlett-Packard Financial Services (India) Private Limited
一个惠普公司

注册办事处：
3rd Floor
Calcot House
8/10 M P Shetty Marg
Tamarind Street
Fort, Mumbai
印度

Head Office:
24, Salapuria Arena
Hosur, Main Road
Adugodi, Bangalore,
560 030

电话：+91-80-504-1878
传真：+91-80-520-3561

2013 年 4 月 22 日

致：北京市海淀区公安部门

关于 HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED （简称 "HPFS INDIA"）曾向 ICT COMPANY （简称 "ICT"）出售设备的说明

HPFS India 希望在此作出以下的书面说明：

HPFS India 获悉 ICT 的某些工作人员因涉嫌出售伪造的设备被中国公安部门采取强制措施。

为了配合公司部门的调查，HPFS India 现就 HPFS India 和 ICT 之间曾达成交易的详细情况做出说明如下：

**HPFS India 背景信息**

HPFS India 和杭州华三通信技术有限公司（简称 "H3C China"）均为 Hewlett-Packard Company 直接或间接控股的全资子公司。

HPFS India 的宗旨是为惠普的印度客户提供融资和资产管理解决方案。HPFS India 通过下列方式践行此宗旨：

- 向惠普客户出租信息技术设备或提供用于信息技术设备的资金；和
- 为惠普客户提供附加 "增值服务"（例如数据销毁、物流、环保型回收、二手设备销售等）。

**HPFS India 与 ICT 之间的交易**

<u>HPFS India/ICT 交易背景信息</u>

2010 年英联邦运动会于印度德里举办。在运动会筹办过程中，运动组委会聘请 Tata Consultancy Services Limited （简称 "Tata Consultancy"）提供与运动会相关的某些服务。

Tata Consultancy 因此需要采购一些信息技术设备来提供这些服务。Tata Consultancy 从印度信息技术设备经销商 Inspira Enterprise Private Limited （简称 "Inspira"）处订购了所需的设备。

Tata Consultancy 基于商务上的考虑，决定通过 HPFS India，以 租赁的方式获得这些设备。因此，根据合同安排，HPFS India, 作为出租人，直接向 Inspira 购买该设备，Inspira 并向 HPFS India 开具设备发票。同时，HPFS India 将设备租赁给 Tata Consultancy 使用。根据所有 IT 租赁行业的惯例，租赁公司在交易过程中仅扮演 "被动财源" 的角色，承租人实际负责订购、检查、安装设备等工作及事宜。HPFS India 在此次交易中没有参与任何设备挑选工作，在租赁之前或租赁过程中也没有检查设备。

HPFS India 和 Tata Consultancy 共计达成 4 笔租赁交易 （简称 "租约"），如下所示：

Confidential                                                                                                    DEF0002899

Hewlett-Packard Financial Services (India) Private Limited
一个惠普公司

注册办事处：
3rd Floor
Calcot House
8/10 M P Shetty Marg
Tamarind Street
Fort, Mumbai
印度

Head Office:
24, Salarpuria Arena
Hosur, Main Road
Adugodi, Bangalore,
560 030

电话：+91-80-504-1878
传真：+91-80-520-3561

- 2010 年 7 月 28 日开始的租赁计划 #2751012690/IND/SVA/S/1/A/1
- 2010 年 8 月 17 日开始的租赁计划 #2751012690/IND/SVA/S/1/A/2
- 2010 年 9 月 14 日开始的租赁计划 #2751012690/IND/SVA/S/1/A/3
- 2010 年 10 月 12 日开始的租赁计划 #2751012690/IND/SVA/S/1/A/4

租约条款规定，在租赁期结束后，Tata Consultancy 可以选择延长租期或者归还设备。Tata Consultancy 选择归还设备。

HPFS India/ICT 交易

设备在租期结束后，ICT 向 HPFS India 表示，有意购买全部或部分租赁的设备。ICT 和 HPFS India 最终达成下列约定：

- ICT（或其指定代理）将按照指定购买价格从 HPFS India 购买全部或部分租赁的设备；
- ICT 然后将在二手信息技术设备的二级市场上重新销售这些设备；并且
- 如果在达到特定限额之外，ICT 能够从这该批设备的重新销售活动中获得特定限额之外的收入，ICT 应与 HPFS India 分摊一部分这类"超限额收入"。

以上的交易安排于 HPFS India 和 ICT 于 2011 年 12 月 6 日签订的 Referral and Revenue Share Agreement（简称"**Revenue Share Agreement**"）里明确约定。Revenue Share Agreement 副本以附录 A 的形式随附在本邮件中。按照 Revenue Share Agreement 规定，ICT 有权根据该协议制定的条款/条件，按照约定销售其购买的设备。

ICT 行使了其在 Revenue Share Agreement 中的权利，并指示 HPFS India 将第一批设备卖给它在印度的代理人 Shinto Creative Elements Private Limited（简称"**Shinto**"）。HPFS India 按照 2011 年 12 月 6 日签订的 Wholesale Sale Agreement（简称"**Shinto Sale Agreement**"）将某些设备出售给 Shinto。Shinto Sale Agreement 副本以附录 B 的形式随附。Shinto Sale Agreement 涉及的设备（简称"已售出设备"）详细清单以附录 C 的形式随附。Shinto Sale Agreement 由 HPFS India 于 2011 年 12 月 6 日签订。HPFS India 署名区插入的日期（即 2012 年 12 月 6 日）为印刷错误。签约人 (Kevan Bartley) 已确认实际的签约日期为 2011 年 12 月 6 日。Shinto Sale Agreement 上所盖的印花税也是按 2011 年 12 月的日期显示的。

**ICT CHINA**

据悉，ICT 已安排将已售出设备引入中国，ICT 某些工作人员因涉嫌销售伪造 H3C 设备被公安部门采取强制措施。且相关设备现已被查封。设备被查封后，H3C 检查了这些设备，并根据设备上的徽标，认为这些设备为伪造商品。

2013 年 2 月 1 日，ICT 将上述情况通知 HPFS India，并认为被查封的设备为已售出设备。

Confidential
DEF0002900

Hewlett-Packard Financial Services (India) Private Limited
一个溜静公司

注册办事处：
3rd Floor
Calcot House
8/10 M P Shetty Marg
Tamarind Street
Fort, Mumbai
印度

Head Office:
24, Salapuria Arena
Hosur, Main Road
Adugodi, Bangalore,
560 030

电话：+91-80-504-1878
传真：+91-80-520-3561

HPFS India 立即就此事展开调查。将北京市海淀区公安部门 处获得被查封设备的部分清单数据与其已售出设备的数据进行了对比。根据现有的资料，HPFS India 怀疑目前从公安部门所了解到的部分被查封设备有可能即是 HPFS（经由 Shinto）向 ICT 出售的设备。

此外，HPFS India 还查看了已售出设备在引入中国前拍摄的图片。这些图片由 ICT 的美国办事处和 HPFS India 在印度聘请来参与处理和翻新租赁设备的公司提供。从这些图片上可看出，在已售出设备上即已粘贴了与部分被查封设备相似的徽标。相关图片的副本已作为附录 D 随附。

鉴于 ICT 曾从 HPFS India 购买了已售出设备的事实，且考虑到 HPFS India 和 H3C 最终均为惠普的全资子公司，ICT 将已售出设备认为是原装 H3C 设备（请参见附录 A Shinto Sale Agreement 中对已售出设备为"H3C"设备的描述）并无不当。

根据现有的证据及 HPFS India 的进一步了解，Inspira 所提供的部分已售出设备来源非来自惠普公司。为澄清事实，HPFS India 希望可以尽快确认被查封设备和已售出设备的关系。为此，中国惠普已向北京市海淀区公安部门申请勘验所有被扣留设备以核实并确认涉案货物的详尽产品特征。

特别说明的是，HPFS India 在 2013 年 2 月 1 日之后才被告知 ICT 员工所涉嫌的指控，对所处理的设备涉嫌伪造一节毫不知情。

特此致函。

谨代表 Hewlett-Packard Financial Services (India) Private Limited

*[signature]*

David Gill
董事 - HPFS India

注：在 ICT 公司的请求下，HPFS India 将随后抄送本函致 ICT。

Confidential
DEF0002901