# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,<br><br>Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

**DECLARATION OF KEVIN C. QUIGLEY IN SUPPORT OF DEFENDANTS' MOTION TO REFER ATTORNEY JOFFE'S MISCONDUCT TO THE PRESIDING JUDGE, AND FOR OTHER SANCTIONS**

I, Kevin C. Quigley, hereby declare as follows:

1.      I am an attorney at the law firm of Choate, Hall & Stewart, LLP.  I, along with my colleagues, represent Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill ("Defendants") in the above-captioned litigation.  I submit this declaration in support of Defendants' Motion to Refer Attorney Joffe's Misconduct to the Presiding Judge.

- 2 -

2. Exhibit A is a true and correct copy of a video and audio recording of the November 10, 2020 deposition of James O'Grady. Exhibit A will be submitted to the Court via a secure File Transfer Protocol link.

3. Attached hereto as Exhibit B is a true and correct copy the transcript of the deposition of James O'Grady, dated November 10, 2020.

4. Attached hereto as Exhibit C is a true and correct copy of the transcript of the video status conference held before the Court on November 12, 2020.

5. Attached hereto as Exhibit D is a true and correct copy of the transcript of the video status conference held before the Court on November 10, 2020.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the transcript of the deposition of David Gill, dated November 4, 2020.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the transcript of the deposition of Kevan Bartley, dated November 6, 2020.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the transcript of the deposition of Tom Harris, dated October 30, 2020.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the transcript of the deposition of Stuart Patterson, dated November 12, 2020.

10. Attached hereto as Exhibit I is a true and correct copy of a letter from Defendants' counsel, Michael Bunis, to Plaintiffs' counsel, Dimitry Joffe, dated February 11, 2020.

11. Attached hereto as Exhibit J is a true and correct copy of an email thread between Mr. Joffe and Defendants' counsel, dated November 18, 2020.

- 3 -

12. Attached hereto as Exhibit K is a true and correct copy of screen-captured images from Mr. Joffe's publicly-available LinkedIn profile, as it appeared on November 18, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2020                    Respectfully submitted,

                                                        /s/ *Kevin C. Quigley*
                                                        Kevin C. Quigley (BBO No. 685015)

- 4 -

## **CERTIFICATE OF SERVICE**

      I, Kevin C. Quigley, Attorney for Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill, hereby certify that the foregoing document was filed using the CM/ECF system and electronic notice will be sent to registered participants as indicated on the Notice of Electronic Filing (NEF) on November 20, 2020.

                                                */s/ Kevin C. Quigley*
                                                Kevin C. Quigley