# **<u>EXHIBIT A</u>**

A link to the O'Grady Deposition will be submitted to the Court via a secure FTP link.