# **EXHIBIT G**

Page 153

1      Harris
2  about the top e-mail on page DEF 939. You
3  are part of that e-mail exchange, are you?
4      A.   Yes.
5      Q.   And, Mr. Harris -- sorry,
6  Mr. Goodwin in that e-mail, top e-mail,
7  lists some discrepancies that his analysis
8  shows.
9          Do you see that?
10     A.   Yes.
11     Q.   And my question is, the
12  discrepancies that shows the difference
13  between what we received, what the schedule
14  states, my question is what are those two
15  schedules that have been compared?
16         MR. BUNIS:  Objection.  Again --
17         MR. JOFFE:  Michael, just see so
18     I understand and I think I am fairly
19     trying to get an answer to my purely
20     factual question.
21         MR. BUNIS:  You are unfairly
22     trying to get an answer to your
23     question.
24  BY MR. JOFFE:
25     Q.   When the equipment came back off

Page 154

1      Harris
2  lease I believe you testified, and you can
3  correct me if I am wrong, that TT Global
4  created the list of serial numbers of the
5  returned equipment by physically reading
6  that information off the parts.  Is that --
7  was that your testimony?
8      A.   Yes.
9      Q.   Okay.  So that reading of the
10  serial numbers then I take it if you do four
11  schedules that will get you the serial
12  numbers list of all four schedules, correct?
13         MR. BUNIS:  Objection.  You are
14     again attempting to elicit testimony
15     about an attachment that you refuse to
16     show him.
17  BY MR. JOFFE:
18     Q.   Mr. Harris --
19         MR. BUNIS:  Let's have the
20     question back.
21         MR. JOFFE:  Don't interrupt.  He
22     didn't ask for it?
23         MR. BUNIS:  I can ask for the
24     question re-read.
25         MR. JOFFE:  Are you deaf or

Page 155

1      Harris
2  what?  You are sitting here listening
3  to the question and without witness
4  answering you ask for the question to
5  be re-read.
6         MR. BUNIS:  Dimitry, if you
7     don't clean it up -- you know what,
8     let's take a break.
9  BY MR. JOFFE:
10     Q.   My question is very simple.
11         If you find discrepancies you are
12  comparing something to something because the
13  discrepancy is a difference between A and B,
14  correct?
15     A.   Yes.  As far as the discrepancy
16  you are comparing something to something
17  else.
18     Q.   Let's say A and B, it is not --
19  abstract thinking.  You compare A and
20  compare it with B and there are
21  discrepancies or differences between the
22  two, correct?
23         MR. BUNIS:  Objection.
24     Hypothetical.
25

Page 156

1      Harris
2  BY MR. JOFFE:
3      Q.   Do you know what discrepancy --
4  what the word "discrepancy" mean?
5      A.   You are comparing --
6      Q.   What do you compare --
7         MR. BUNIS:  Dimitry, now you are
8     interrupting the witness.
9         First of all, this line of
10     questioning is -- at this point you
11     are completely badgering the witness.
12         MR. JOFFE:  You tell me what
13     line of questioning.  This is pretty
14     definitely line of questioning, my
15     friend.  That is what it is.
16         MR. BUNIS:  I think we should
17     take a break.
18         MR. JOFFE:  I asked the witness
19     on video under oath, you are trying to
20     rescue him with this.  It is not going
21     to work.
22  BY MR. JOFFE:
23     Q.   Mr. Harris, I am not accusing you
24  of anything.  I am going to say rescue.
25         MR. BUNIS:  No.  No.  I think it