# **EXHIBIT H**

Page 29

 1  There is an executive floor.  Who is on that floor
 2  is the top of the company, so it is informal, but
 3  sure sign of power.
 4        Let's move on, Mr. Slattery --
 5  Mr. Patterson.  I apologize.
 6        Have you spoken with Mr. JT Silvestri, Tom
 7  Harris, Jim O'Grady, or Kevan Bartley after their
 8  depositions?
 9         MR. BUNIS:  Objection.  Compound.
10         You can answer.
11  A.  No.
12  BY MR. JOFFE:
13  Q.  Have you read the transcripts of their
14  depositions?
15  A.  No.
16  Q.  Have you watched videos of their
17  depositions?
18  A.  No.
19  Q.  Have your lawyers -- without getting into
20  the substance, Mr. Patterson -- I don't want to get
21  into the substance of your conversations with your
22  attorneys, but I want to ask you about the fact of
23  those conversations.  Okay?  There is a difference.
24        So did you have conversations with your
25  attorneys about the testimony given by Mr. Gill,

Page 30

 1  Mr. Pat- -- Mr. Bartley, Harris, and Silvestri?
 2         MR. BUNIS:  Instruction not to answer.
 3  Calls for attorney-client communication.
 4         Don't answer.
 5  BY MR. JOFFE:
 6  Q.  I am asking you about -- if there were
 7  communication on the subject, Mr. Patterson, you are
 8  to tell me whom the communication was with at the
 9  time, the subject matter of that communication, and
10  the general description in order to claim privilege.
11        So if you want to say that you had
12  conversations on such and such a date -- if you can
13  tell me that on November 9 I had a conversation with
14  Mr. Bunis on the subject of X, then you can claim
15  privilege on that communication, but if you don't,
16  there is no basis for claiming privilege so --
17         MR. BUNIS:  Dimitry --
18  BY MR. JOFFE:
19  Q.  That is what I want to ask you.  I will
20  repeat my question.  And this is just the fact of
21  communication, not what was said, not what was
22  advice, not what you asked about it.  Just merely
23  the fact whether your attorneys discussed testimony
24  given by your colleagues or former colleagues in
25  this case.

Page 31

 1         MR. BUNIS:  And I am going to instruct
 2  the witness not to answer the question.  And,
 3  Dimitry, again, I think you are confusing whether
 4  something needs to be listed on a privilege log and
 5  what the obligations are with respect to that, and
 6  whether this witness can answer questions you are
 7  asking him about the substance of conversations
 8  between him and his lawyers.  So I am going to
 9  instruct the witness not to answer.
10         MR. JOFFE:  Counsel, I think that you
11  are confusing -- you are confusing privilege logs
12  and you are confusing the basic principle of
13  claiming privilege in the first place, whether it's
14  in the privilege log, an oral conversation, in
15  testimony, or in court.
16         In order to claim privilege, the
17  claimant must state the subjects of that
18  communication, the parties to that communication,
19  the time and date of that communication, the subject
20  matter of that communication, and give general
21  descriptions of what was discussed.  If you do that,
22  then your conversation would be claimed privilege.
23  If you don't, there is no claim of privilege.  You
24  know it perfectly well.
25  BY MR. JOFFE:

Page 32

 1  Q.  Mr. Patterson, if your counsel instructs
 2  you not to answer, you should not answer.  I will
 3  not probe further.  But I will go to court, and I
 4  will upend those instructions, and I will call you
 5  back for another day of testimony.  Okay?  I just
 6  want to give you a fair warning.  In our view, those
 7  instructions are wholly improper.
 8         MR. BUNIS:  So I'm just --
 9         MR. JOFFE:  So we'll move on.
10  Michael, I -- you said your piece.  I said mine.
11  We're moving on.  Moving on.
12         MR. BUNIS:  Okay.
13         MR. JOFFE:  But that is just a fair
14  warning.
15         MR. BUNIS:  Dimitry -- Dimitry, I am
16  just going to tell you now --
17         MR. JOFFE:  We are moving on.
18         MR. BUNIS:  Well, please don't
19  interrupt me.  Please don't interrupt me.
20         MR. JOFFE:  You are interrupting me
21  all of the time.  Michael, your proper role is to
22  state objection or instruction to the witness.
23  Everything else is interrupting me.  I don't
24  interrupt you.  You interrupt me.  I'm here to ask
25  my witness questions.



Page 33

1  MR. BUNIS:  Counsel --
2  MR. JOFFE:  You are here to sit
3 silent.  Make an objection -- not speaking
4 objection.  Object.  That is it.  Or instruct the
5 witness not to answer.  You are not to tell anything
6 else.  Everything else you say on this conversation
7 is you interrupting me.  It is my time, my record,
8 my transcript.  It's my video, and it's my witness
9 today.  You are interrupting me every time you open
10 your mouth and say anything other than objection or
11 instruction.
12  MR. BUNIS:  Just a moment.  I have a
13 role to play in this deposition, and I am going
14 to -- I'm going to make the record clear.  I want to
15 make the record clear.  I want to make the record
16 clear.  So if you just give me an opportunity,
17 Dimitry, I am not going to interrupt you, and I
18 would ask you the same courtesy.
19  What I want to say specifically is
20 that you are using language like "fair warning" in
21 asking questions and directing questions to the
22 witness, and I am just going to tell you now that
23 you need to be conscious of the language that you
24 are using with the witness and to please ratchet
25 down.  Ratchet down the emotionality and tone of

Page 34

1 your language, and then we can move on.
2  MR. JOFFE:  Mr. Bunis, as you know,
3 you -- your idiotic objections and interruptions are
4 the only thing that actually piss me off and get me
5 off here.  You know that, and your only role is to
6 try to push me off balance, which you do
7 successfully because I just can't stand the tone of
8 your voice and your language and your constant,
9 constant interruptions.  You know that.  That what
10 irks me.
11  But I will go back to my -- as I told
12 you, calm, cool, and collected.  Just I don't want
13 to hear your -- I don't know what is it that you're
14 saying all of the time.  It's not objections.  It's
15 not instructions.  It's just garbage.  Don't
16 interrupt me, Michael, and I'll be cool, and we will
17 go smoothly and nicely through it.
18  Madam Reporter, was there a question
19 pending before Michael interrupted me or -- I just
20 don't remember when he interrupted.  Can you check
21 if there was a pending question?  If not, I'll try
22 to remember what it was.
23  THE COURT REPORTER:  If you'll give me
24 a moment, I'll find --
25  MR. JOFFE:  And just for the record,

Page 35

1 Michael's instructions and objections and speaking
2 interruptions are very distracting to me.  Very.
3 There has been many times when he interrupted,
4 started this idiotic, stupid colloquy of his just to
5 get me off, and I don't remember or we lost the line
6 of thought.  And I lost the line of questions, and
7 we have to waste time going back and finding it.
8  That is another reason I want you to
9 stay silent, Michael.  Make your objection.  Make
10 your instruction, and then move on.  And if you
11 continue to do it -- listen, I am going to move to
12 sanction you regardless.  You know that.  I promise
13 you.  You know it's being drafted, and you will be
14 subject of the motion for sanctions for all your
15 conduct prior to today, so don't add to that,
16 please.
17  MR. BUNIS:  Dimitry, as I said before,
18 I encourage you to --
19  MR. JOFFE:  Wait.  I am going to take
20 five-minute break.  I am going to take five-minute
21 break.  I will come back to my line of questions,
22 and then we will continue.
23  Are we off the record?  You agree,
24 Michael, to go off the record so I will calm down
25 and not have to spend time with you instead of

Page 36

1 talking to the witness?  I want to talk to this
2 witness.  This is very important witness for me.
3 The witness will break the case for you today.  Can
4 I go for five minutes on a break and come back,
5 please?  Off the record?  Can we go off the record
6 for five minutes?
7  MR. BUNIS:  Just a moment.  I want
8 to -- before we go off the record, we certainly can
9 take a break, and I encourage you to calm down.
10  MR. JOFFE:  I am.
11  MR. BUNIS:  I would just state -- I
12 would just state for the record I have a role to
13 play here, and my job is to monitor the questions
14 you are asking and make sure that they are
15 appropriate and make sure that the witness
16 understands, and that is what I am going to do.  And
17 I am going to do it in as professional manner as I
18 can, and I encourage you to do the same.
19  MR. JOFFE:  Well, you do it as best
20 you can, Michael.  You do it as best you can.  I am
21 going to take all of the transcripts to Judge
22 Sorokin.  We will see how your professional manner
23 will stand up then, because I think you are -- your
24 behavior -- I don't know.  Have you litigated
25 outside of Boston anywhere?