# **EXHIBIT J**

| | |
|---|---|
| **From:** | Dimitry Joffe <dimitry@joffe.law> |
| **Sent:** | Wednesday, November 18, 2020 11:02 PM |
| **To:** | Edgarton, G. Mark. |
| **Cc:** | PSaso@gibbonslaw.com; ACallaghan@gibbonslaw.com; Bunis, Michael; Quigley, Kevin C. |
| **Subject:** | Re: Activity in Case 1:16-cv-10386-LTS Integrated Communications & Technologies, Inc. et al v. Hewlett-Packard Financial Services Company et al Motion for Leave to Appear Pro Hac Vice |

**\*\*External Email\*\***

P.S. My prior draft of the poem introduction (below) read: "Seen flowing down the hills." I've now revised it to: "Still flowing down the hills." Stronger, I think.
"The difference between the almost right word and the right word is really a large matter. 'tis the difference between the lightning bug and the lightning." Mark Twain.


Regards,
Dimitry
P.P.S. Or just follow me on Linkedin where I post all this, so I don't have to cut and paste. I know Gibbons is already there,

------- Original Message -------
On Wednesday, November 18, 2020 9:18 PM, Dimitry Joffe <dimitry@joffe.law> wrote:

> The Cavalry, Quinn Emanuel,
>
> Has arrived, Your Honor,
>
> Seen flowing down the hills,
>
> Into the breach, like water,
>
> "Cannon to right of them,
>
> Cannon to left of them,
>
> Cannon behind them,
>
> Volleyed and thundered."
>
>
> The Charge of the Light Brigade,
>
> Lord Tennyson, with my introduction.
>
> Regards,

1

Dimitry

Sent from ProtonMail mobile

-------- Original Message --------
On Nov 18, 2020, 8:13 PM, Dimitry Joffe < dimitry@joffe.law> wrote:

> But you are right, my initial email was confusing, what I probably meant was QE making an honest woman out of me, or me making an honest woman out of QE, one way or the other, we've kept our vows.
> Regards,
> Dimitry
>
> ------- Original Message -------
> On Wednesday, November 18, 2020 8:08 PM, Dimitry Joffe <dimitry@joffe.law> wrote:
>
>> I mean QE's notice of appearance.
>> Goog night.
>>
>> ------- Original Message -------
>> On Wednesday, November 18, 2020 8:07 PM, Edgarton, G. Mark. <gedgarton@choate.com> wrote:
>>
>>> I would respond if I knew what you meant by your email. Have a good night.
>>>
>>> Regards,
>>> Mark
>>>
>>>> On November 18, 2020 at 7:27:13 PM EST,
>>>> Dimitry Joffe <dimitry@joffe.law> wrote:
>>>> **External Email**
>>>>
>>>> Made an honest woman out of myself.
>>>> Regards,

2

Dimitry

------- Original Message -------
On Wednesday, November 18, 2020 4:42 PM, <ECFnotice@mad.uscourts.gov> wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\***
**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

  **District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered by Packard, Michael on 11/18/2020 at

3

4:42 PM EST and filed on 11/18/2020

| | |
|---|---|
| **Case Name:** | Integrated Communications & Technologies, Inc. et al v. Hewl Services Company et al |
| **Case Number:** | 1:16-cv-10386-LTS |
| **Filer:** | Jade Cheng |
| | Integrated Communications & Technologies, Inc. |
| | Cathy Yu |
| | Jason Yuyi |
| **Document Number:** | 409 |

**Docket Text:**
**MOTION for Leave to Appear Pro Hac Vice for admission of Luke Nikas Filing fee: $ 100, receipt number 0101-8516681 by Jade Cheng, Integrated Communications & Technologies, Inc., Cathy Yu, Jason Yuyi. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2)(Packard, Michael)**

**1:16-cv-10386-LTS Notice has been electronically mailed to:**

Anthony P. Callaghan    acallaghan@gibbonslaw.com, mbrech@gibbonslaw.com, psaso@gibbonslaw.com, skhansari@gibbonslaw.com

Christina T. Lau    clau@choate.com, jjohnson@choate.com

Dimitry Joffe    dimitry@joffe.law

4

G. Mark Edgarton    medgarton@choate.com, srines@choate.com

Joshua A McGuire    josh@joshmcguirelaw.com

Kevin C. Quigley    kquigley@choate.com, eckostanski@choate.com

Michael H. Bunis    mbunis@choate.com, adoucette@choate.com

Michael T. Packard    michaelpackard@quinnemanuel.com, Calendar@quinnemanuel.com

**1:16-cv-10386-LTS Notice will not be electronically mailed to:**

Christian A. Stueben
Gibbons, P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119

Paul A. Saso
Gibbons, P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119


The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931

[Date=11/18/2020]
[FileNumber=9054978-0]
[49400d1e0bff63dbee62a493db4d3231f5ef3d3496f8256ea3f8c18038cc8a2e1cc c4861b0408a9d1d599ad1725928887f979eac5a55c86d2eebd69e3aa38c1f]]
**Document description:**Exhibit 1
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/18/2020]
[FileNumber=9054978-1]
[1dd689f555536795c6fb3bdd67ff7bf22826f4b9feee0525b0aadf46ccd12fbfcf969dc21e1abe95b4989ed8e6298ce1e5401c1734b4a2b85dfd7bd985e0783d]]
**Document description:**Exhibit 2
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/18/2020]
[FileNumber=9054978-2]
[79e3f77790978d44c7478e77c9d2ccca7381de34272f0c129a742a14bea6868e158ea9f09f79162adc38668247c2644e766e6dab331fe07462028822eeb033ca]]

Choate Hall & Stewart LLP Confidentiality Notice:

6

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000. If you are a resident of California, please see Choate's Notice to California Consumers Concerning Privacy Rights, which is posted at https://www.choate.com/terms-of-use.html#privacy-statement.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com