# EXHIBIT K



PREMIUM

Dimitry Joffe

Corporate fraud attorney, Joffe Law P.C.

Followers 667

+ Follow



Dimitry's Activity

Save Attachments

All activity | Articles | Posts | Documents



Dimitry Joffe • 3rd+
Corporate fraud attorney, Joffe Law P.C.
2h • Edited •

The Cavalry (Quinn Emanuel) has arrived and is coming down the hills,
"Cannon to right of them,
Cannon to left of them,
Cannon behind them,
Volleyed and thundered."
The Charge of the Light Brigade, Lord Tennyson.
Stephen J, Anthony S -- impressed? It's your firm. I am.



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,

*Plaintiffs*,

v.

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,

*Defendants*.

**Civil Action No. 1:16-CV-10386-LTS**

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael T. Packard of Quinn Emanuel Urquhart & Sullivan LLP as counsel for Plaintiffs Alexander Styller, Integrated Communications & Technologies, Inc., Jade Cheng, Jason Yuyi, Cathy Yu, Caroline Marafao Cheng, Pushun Cheng, Changzhen Ni, Junfang Yu, Meixang Cheng, Fangshou Yu, and Changhua Ni (collectively, the "Plaintiffs") in the above-captioned matter.




Paging Jason Carter, Esq., (GRANDSON), and Dr. William Lafayette Amos, Jr. (OB/GYN).

The GRANDSON practices law at BONDURANT MIXON ELMORE in Atlanta, GA, and has political aspirations. Represents and defends ENABLERS OF WOMEN'S ABUSE (had political aspirations). Threatened me with Rule 11 sanctions on their behalf in 2018 to maintain the "status quo" of silence. How's the status quo working out, Dear JC? "Do you know who I am?" he had asked me. I do, do you, JC?

AFLAC filed a RULE 11 motion against me in 2018 and withdrew it in 2020. A colossal mistake: that which does not kill us shall come to regret it deeply. Don't take my w. for it, just call HP or Amazon.

The OB/GYN plays with his toy Porsches and polishes his Ferrari collection on AMELIA ISLAND, scot-free after a lifetime of achievement ASSAULTING multiple sedated patients, respected by the islanders and fellow members of the Ferrari Club of America as an AFLAC HEIR with a hangar-size garage of said Ferraris. Enjoy your wholly undeserved retirement and freedom, OB/GYN.

The GRANDDAD had failed to get reelected oh so many years ago and should have long availed himself of the first opportunity to shut up -- or to tell us more about the FISH HOUSE GANG.

This post is a heavy brick hurtling through the Internet space as we spea




**Dimitry Joffe**

Corporate fraud attorney, Joffe Law P.C.

Followers 667

+ Follow



**Dimitry Joffe** • 3rd+

Corporate fraud attorney, Joffe Law P.C.

2d • Edited •

Save Attachments

Home office, sweet home office, N❤️Y. This is what my ZOOM counterparties look at for 9 hours at a depo-pop. I in turn look down at the Boston Harbor from the floor-to-ceiling windows of the 30-something floor of 2 International Place in Boston -- or else at what looks like what a Gestapo bunker would have looked like had the Nazis invented fluorescent bulbs by then (which they had been actively pursuing in secret labs as their new Wunderwaffe and were getting ready to deploy right before the fall, when the hour likes to be the darkest).

My home office pics without people in them tend to get more views than with (as the frame could be more valuable sans the painting), so here is more home office furniture naturmort for your viewing pleasures. We are an open book, my furniture and I.

Maybe it's the blurry artwork or the white lilies, I don't know, I get no feedback except for the 10-30 thousand monthly views, which is enough of a feedback for me, and I am grateful to my audience for satisfying one or more of the four human desires.

So I take interesting photos on my phone, I suppose, as if it pays my bills, ha. Still, the insider view of the "some like it hot" Wall Street Russian Banya was the best, now censored under the Banya Ban, sooo-de-vas-tat-ing (coin that misspelling).








Dimitry Joffe • 3rd+
Corporate fraud attorney, Joffe Law P.C.
3d • Edited •

Save Attachments

Cancelling Macao (the race goes on notwithstanding, unstoppable at this point so long as the views are being counted by an observer, otherwise it is as half-dead as Schrodinger's Cat or the Norwegian Blue Parrot).

Re: Fw: Activity in Case 1:16-cv-10386-LTS Integrated Communications & Technologies, Inc. et al v. Hewlett-Packard Financial Services Company et al Order

Sent: **Saturday, November 14, 2020 1:20 PM**

From: **Dimitry Joffe dimitry@joffe.law**

To: **Gabrielle Thorp GThorp@jamsadr.com, Saso, Paul A. PSaso@gibbonslaw.com, Callaghan, Anthony ACallaghan@gibbonslaw.com, Bunis, Michael mbunis@choate.com, Quigley, Kevin C. kquigley@choate.com, medgarton@choate.com medgarton@choate.com, Les Riordan les.riordan@me.com, Josh McGuire josh@joshmcguirelaw.com, Maria Simeone Maria_Simeone@mad.uscourts.gov**

Now adding Ms. Simeone, with apologies.

------- Original Message -------
On Saturday, November 14, 2020 1:19 PM, Dimitry Joffe <dimitry@joffe.law> wrote:

...

Dear Gabriella, Dear Counsel, Dear Ms. Simeone,
I believe at this point it would be prudent to postpone the Macao depositions until Judge Swartwood's engagements is approved by JAMS' Legal Department, which I understand will not happen by Monday 7 am. I think it would not be fair to put so much unnecessary pressure on you or the Judge, or Defendants for that matter, so Plaintiffs have agreed to postpone Jason's and Cathy's depositions until a later time. Jason and Cathy will leave Macao soon, and will come back to Macao or another third country for their depositions when rescheduled.
Have a lovely weekend.
Best regards,
Dimitry

Like Comment Share Send

Be the first to react



PREMIUM

Dimitry Joffe

Corporate fraud attorney, Joffe Law P.C.

Followers 667

+ Follow

Be the first to react

Save Attachments

Dimitry Joffe • 3rd+

Corporate fraud attorney, Joffe Law P.C.

4d • Edited •

November 13, 2020, email 1 of 2.

Long story, but it's ZOOM, Macau or no Macau (and I just cancelled them anyway). Humor is not banned on LinkedIn, is it? Or does it just seem so? Is one required to post excrutiatingly boring "professional" pictures and "I am so excited to humbly announce" announcements all the time? Does anyone read them, or do they sink into the cloudy void unnoticed? May I post some nonsense like the Macau-Banya race in my next post and see if it has legs? Well, it's my account, I am a free spirit, so I'll just go ahead and see what happens.

P.S. And what has happened is that the Macau-Banya race post reached 500 views in under 5 hours deep at night, my personal best. Here, proudly announced sans "I am so excited to proudly announce" and better for it, no worries about splitting infinitives as in the abovementioned "to proudly announce."

ProtonMail

(28) Activity in Case 1:16-cv-10386-LTS Integrated Communications & Technologies, Inc. et al v. Hewlett-Packard Financial Services Company et al Order

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 11/13/2020 at 7:10 PM EST and filed on 11/13/2020

Case Name: Integrated Communications & Technologies, Inc. et al v. Hewlett-Packard Financial Services Company et al

Case Number: 1:16-cv-10386-LTS

Filer:

Document Number: 404(No document attached)

Docket Text:

District Judge Leo T. Sorokin.

ELECTRONIC ORDER entered. The depositions of the two witnesses in Macau shall proceed on a Monday and Tuesday subject to the following conditions: (1) Attorney Joffe shall not participate; (2) Judge Swartwood shall preside at Plaintiffs sole expense. If these conditions cannot be met or Plaintiffs decline to consent to them as is their right at this point then the depositions will occur later in the case. The Court does not anticipate the parties will complete these depositions thus the witnesses will have to submit to resumed depositions later.

(Simeone, Maria)

1

Like Comment Share Send

Be the first to comment on this




Dimitry Joffe
Corporate fraud attorney, Joffe Law P.C.

Followers 667

+ Follow



Dimitry Joffe • 3rd+
Corporate fraud attorney, Joffe Law P.C.
4d • Edited •

Après Banya.
In lieu of the inside photo of Banya from last night, not posted due to a strongly worded request from Banya herself, backed by a threat of a lifelong ban ("no soup for you"), conveyed in no uncertain terms to the undersigned via a personal phone call placed with utmost urgency this Monday morning and delivered in perhaps a tad too audible a manner, which of course marks it as authentic N❤️Y.

In other news, all further HP depositions, including Macao's, are suspended, in pregnant anticipation for some and darkening foreboding for others.

In the meantime, mesdames et messieurs, our Macao and Banya, our East and West, the twain, having met in this post, continue their Formula 1 race unabated and re-energized (race unabated, racers re-energized), so let's watch.

2d day mark: Banya 1080 views, Macao 616. Banya is driving a Scuderia Ferrari racecar, its color "Marlboro Red," which is actually just a shade off the traditional Italian F-1 "rosso corsa" color, a fact known to few and remembered by fewer. Hello, Uncle Phil!









The below is the least of HP's worries. Still time to call Wachtell Lipton: ask for John Savarese; use my name as a reference, with my regards; and ask John if my Fifth Amendment waiver advice -- which had cost me a (ZOOM) trip to Macau (infra), like I haven't been to Macao -- was incorrect, or what?

I have not been to Macao, come to think of it. Future Professor Anthony Casey went there on a business boat trip from Hong Kong in September 2006 instead, together with our Debevoise co-counsel, and then the whole boatload of counsel and co-counsel got food poisoning after eating stuffed snakes for lunch in Macao, as I recall (and I wish I didn't). Luckily, I stayed behind in HK that day; we were both at Wachtell then, defending Tommy Hilfiger against the DOJ, SEC and the IRS Criminal Division (successfully).



Case 1:16-cv-10386-LTS Document 392 Filed 11/04/20 Page 1 of 16

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,

Plaintiffs,

v.

HEWLETT-PACKARD FINANCIAL

Civil Action No. 1:16-CV-10386 (LTS)



Leigh Ann Youngblood-West • 3rd+ 1w •••
Emergency Medicine Nurse Practitioner; Hospitalist Nurse Practitioner; FN...

Perhaps HP would benefit from reading Mathew 5:25

Like | Reply · 2 Replies

Load previous replies

Dimitry Joffe Author 1w (edited) •••
Corporate fraud attorney, Joffe Law P.C.

They should know Matthew 5:25, or will have to learn its wisdom the hard way.

Like · 1 | Reply




Dimitry Joffe
Corporate fraud attorney, Joffe Law P.C.

Followers 667

+ Follow



Dimitry Joffe • 3rd+
Corporate fraud attorney, Joffe Law P.C.
2w • Edited •

Home office pandemisized for ZOOM depositions. Speaking of taking depositions, from the seven endorsements circa 2016: "Dimitry demonstrated complete mastery of very complicated facts and conducted skillful and effective cross examinations. He succeeded in persuading the arbitrators that a fraud had indeed been committed. Having seen Dimitry in action, I do not hesitate to endorse his skills as a forensic document examiner, cross examiner, strategist and advocate." Stephen Jagusch, QC, far from chopped liver himself -- "a leading expert in the field of international arbitration and disputes . . . highly ranked by all international and domestic legal publications . . . 'one of the most impressive advocates around,' 'a masterful cross-examiner,' . . . the 'maestro of strategy,' 'one of the gurus in the field.'" Remember our cartloads of exhibit binders, Stephen my good guru friend? No need for them with ZOOM, saving trees (and money that don't grow on them). "A great litigator – incisive cross-examination and powerful written and oral advocacy." Gary Born, "widely regarded as the world's preeminent authority on international commercial arbitration and international litigation," and one of the aforementioned arbitrators. With utmost respect, Mr. Born.






Dimitry Joffe

Corporate fraud attorney, Joffe Law P.C.

Followers 667

+ Follow



Dimitry Joffe • 3rd+

Corporate fraud attorney, Joffe Law P.C.

3mo • Edited •

My counterfeiting case against HP has survived a summary judgment motion (page 2 notwithstanding), and the trial is scheduled to commence on May 3, 2021. Should be interesting: "Plaintiffs move to strike Mr. Raina's expert report and testimony for two reasons: first, that he is biased because his consulting company, True Pedigree LLC, was 'founded, owned, staffed, hosted, and controlled by Sideman & Bancroft LLP, a California law firm that serves as regular outside counsel to Defendants where Mr. Raina himself had been employed in a support staff position from January 2017 until January 2018, when the firm appointed him as the CEO of True Pedigree LLC.' Doc. No. 330 at 6. Mr. Raina's alleged bias is not a basis to exclude him."

**Order on summary judgment motions** • 26 pages

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC. et al., Plaintiffs, v. HEWLETT-PACKARD FINANCIAL SERVICES COMPANY et al., Defendants. | Civil No. 16-10386-LTS |

ORDER ON PENDING MOTIONS (DOC. NOS. 315, 318, 334, and 339)

August 13, 2020

SOROKIN, J.

In response to the joint suggestion of all the parties, the Court phased the discovery and motion practice in this case. The parties first exchanged paper discovery and then proceeded to submit dispositive motions focusing on Plaintiffs' allegation that HPFS India sold counterfeit goods to ICT. Thus, prior to the filing of the now-pending motions, the parties had completed discovery on this issue. All parties requested that the Court resolve the counterfeiting allegation before they and the Court proceeded to the remainder of the discovery or further dispositive motion practice. In March, the Court established a firm trial date of May 3, 2021 with all of the foregoing proceedings occurring prior to that date. See Doc. No. 312.

Several motions are pending before the Court: Defendants' motion for summary judgment as to the counterfeiting counts (Counts I – VI) (Doc. No. 315)[1]; Defendants' motion to exclude


PREMIUM
Dimitry Joffe
Corporate fraud attorney, Joffe Law P.C.
Followers 667
+ Follow
Dimitry Joffe • 3rd+
Corporate fraud attorney, Joffe Law P.C.
4mo • Edited •
How many people read a District Court's opinion unforced? 1135 have read this one in 3 days.
Dimitry Joffe (Columbia Law School graduation photo)
Corporate fraud attorney, Joffe Law P.C.
3d • Edited •
"Plaintiff's lawyer, Dimitry Joffe, has not fared well in this court. . . . Mr. Joffe's Fish House Gang allegations may make for a colorful tale about old-fashioned politics in a by-gone era, but they are frivolous insofar as he relies upon them as a basis for the undersigned's disqualification." The Honorable Clay D. Land, then-Chief Judge ot the U.S.District Court for the Middle District of Georgia, denying a recusal motion in Youngblood-West v. Aflac (below).
"The lady doth protest too much, methinks." William Shakespeare, Hamlet. MethinksToo.
Youngblood-West v. Aflac Inc.
casetext.com • 35 min read
Read Youngblood-West v. Aflac Inc., CASE NO. 4:18-CV-83 (CDL), see flags on bad law, and...
2
Like Comment Share Send
1,135 views of your post in the feed
2
Like Comment Share Send
Be the first to comment on this