UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC. et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 16-10386-LTS |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY et al., | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ON DEFENDANTS' EMERGENCY MOTION
TO SEAL DEPOSITION TRANSCRIPTS (DOC. NO. 420)

November 30, 2020

SOROKIN, J.

Under the Joint Stipulated Protective Order (Doc. No. 188), deposition transcripts "shall be treated as Confidential prior to expiration" of 15 business days following receipt of final deposition transcripts. Doc. No. 188 ¶ 7(b). This 15-business-day period has not expired as to the depositions of David Gill, Kevan Bartley, Stuart Patterson, or Tom Harris. See Doc. Nos. 420, 424-1. Therefore, Defendants' request to seal these deposition transcripts is ALLOWED IN PART so that each party can avail itself of its rights under the Protective Order (Doc. No. 188).

Upon the expiration of each 15-day period, Defendants shall file either (a) a notice stating no party has designated any portion of the deposition testimony confidential or (b) a transcript on the public docket redacting only those portions designated confidential. In circumstance (a), the Clerk will unseal the existing transcript on the docket. In circumstance (b), any party may invoke the established process in the Protective Order to challenge the confidentiality designation. See

Doc. No. 188 ¶ 11. As provided in that Order, the material remains sealed unless or until the Court revokes the confidentiality designation or otherwise decides that public access warrants lifting the seal.

Accordingly, the Clerk shall seal the following docket entries: Doc. Nos. 419-2, 419-3, 423-11, and 423-12. The Motion for Leave to File a Reply (Doc. No. 424) is ALLOWED. The Emergency Motion (Doc. No. 420) remains under advisement while the Court considers other arguments advanced by Plaintiffs.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge