**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI, | |

                    Plaintiffs,        Civil Action No. 1:16-CV-10386 (LTS)

     v.

HEWLETT-PACKARD FINANCIAL
SERVICES COMPANY, HEWLETT-
PACKARD FINANCIAL SERVICES (INDIA)
PRIVATE LIMITED, HP INC., HEWLETT
PACKARD ENTERPRISE COMPANY, and
DAVID GILL,

                    Defendants.

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.5.2(c)(2), attorney Joshua A. McGuire hereby moves for leave of Court to withdraw his appearance on behalf of the plaintiffs.

As grounds therefor, attorney McGuire states that this request for withdrawal was preceded by the appearance of attorney Michael Packard as local counsel, as well as additional attorneys from the firm of Quinn Emanuel. In light of the arrival of successor counsel, the plaintiffs have asked attorney McGuire to withdraw at this time.

WHEREFORE, attorney Joshua A. McGuire respectfully requests that this Court provide leave for him to withdraw as counsel for the plaintiffs.

Dated: December 2, 2020                              Respectfully submitted,


                                                     /s/  Joshua A. McGuire
                                                     Joshua A. McGuire (BBO #651877)
                                                     The Law Office of Josh McGuire
                                                     189 Wells Avenue, Suite 200
                                                     Newton, MA  02459
                                                     Tel: (617) 461-6400
                                                     Email: josh@joshmcguirelaw.com


### Certificate of Service

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and by first class U.S. mail, postage pre-paid to any non-registered participants.


                                                     /s/ Joshua A. McGuire
                                                     Joshua A. McGuire