UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,<br><br>Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

**JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME
TO OPPOSE MOTION TO COMPEL RE: APRIL 22, 2013 LETTER**

The Parties respectfully move the Court for a two-week extension of the deadline by which Defendants must file an opposition to Plaintiffs' *Motion to Compel Production of the Native File and Metadata of the April 22, 2013 Final Letter* (ECF 419) (the "Motion"). In support of this request, the Parties jointly state as follows:

1. On November 24, 2020, Plaintiffs (through prior counsel) filed the Motion.

2. Defendants' deadline to oppose the Motion is December 8, 2020.

3. The Parties have conferred and believe that an additional meet-and-confer will limit the issues or moot the Motion entirely.

4. In light of the foregoing, the Parties respectfully request a two-week extension (until December 22, 2020) of Defendants' deadline to (if necessary) oppose the Motion.

5. This request is made in good faith and not for any unreasonable delay.

Dated: December 8, 2020

Respectfully submitted,

/s/ *G. Mark Edgarton*
Michael H. Bunis (BBO No. 566839)
G. Mark Edgarton (BBO No. 657593)
Kevin C. Quigley (BBO No. 685015)
**CHOATE HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
(617) 248-5000
mbunis@choate.com
medgarton@choate.com
kquigley@choate.com

Anthony P. Callaghan
Paul A. Saso
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York, 10119
(212) 613-2000

*Counsel for Defendants*

/s/ *Luke Nikas*
Luke Nikas
Alex Spiro
Alex S. Zuckerman
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Counsel for Plaintiffs*

- 3 -

## Local Rule 7.1(a)(2) Certification

I, G. Mark Edgarton, Attorney for Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company, and David Gill, hereby certify that on December 8, 2020 the parties conferred and reached the above-described agreement.

                                          */s/ G. Mark Edgarton*  
                                          G. Mark Edgarton