|   |   |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL,<br><br>*Defendants*. | Civil Action No. 1:16-CV-10386-LTS |

## [PROPOSED] AMENDED SCHEDULING ORDER

Plaintiffs and Defendants having filed a Joint and Unopposed Motion to Amend the Scheduling Order, and the Court having reviewed the motion, upon due consideration, the motion is hereby GRANTED.

The Court enters the following deadlines:

| Event | Date |
|---|---|
| Close of deposition discovery. | January 29, 2021 |
| Medical expert disclosures due. | February 1, 2021 |
| Non-medical expert disclosures for parties bearing the burden of proof. | March 1, 2021 |
| Defendants to submit to Plaintiffs a letter providing details of proposed Rule 35 Medical Examinations. | March 1, 2021 |
| Deadline for Defendants to complete medical examinations of Plaintiffs. | April 1, 2021 |

1

| | |
|---|---|
| Non-medical rebuttal expert disclosures for parties not bearing the burden of proof. | April 1, 2021 |
| Medical rebuttal expert disclosures due. | May 3, 2021 |
| Close of expert discovery. | June 1, 2021 |
| Final day to file dispositive motions. | July 1, 2021 |
| Final day to oppose dispositive motions. | August 2, 2021 |
| Final day to reply to dispositive motions. | August 15, 2021 |
| Pretrial filings to commence on a schedule set by the Court at a later date (including *Daubert* motions and motions *in limine*). | 90 days after ruling on dispositive motions |

SO ORDERED.

DATED:

_____
Hon. Leo T. Sorokin, U.S. District Court Judge