# Ex. C

# Expert Report of Alexander Sasha Bardey, M.D.

*Subject to Motion to Impound*