# EXHIBIT B

```
 1

 2   UNITED STATES DISTRICT COURT
     DISTRICT OF MASSACHUSETTS
 3   CIVIL ACTION NO: 1:16-CV-10386 (LTS)
     ----------------------------------------X
 4
     ALEXANDER STYLLER, INTEGRATED
 5   COMMUNICATIONS & TECHNOLOGIES, INC.,
     JADE CHENG, JASON YUYU, CATHY YU,
 6   CAROLINE MARAFAO CHENG, PUSHUN CHENG,
     CHANGZHEN NI, JUNFANG YU, MEIXIANG
 7   CHENG, FANGSHOU YU, and CHANGHUA NI,

 8             Plaintiffs,

 9        vs.

10   HEWLETT-PACKARD FINANCIAL SERVICES
     COMPANY, HEWLETT-PACKARD FINANCIAL
11   SERVICES (INDIA) PRIVATE LIMITED,
     HEWLETT-PACKARD INC., HEWLETT PACKARD
12   ENTERPRISE COMPANY, and DAVID GILL,

13             Defendants.

14   ----------------------------------------X

15

16

17                  VOLUME III

18      CONTINUED VIDEOTAPED DEPOSITION OF

19            JADE YONGGAO CHENG

20         VIA VIDEO TELECONFERENCE

21            Nashua, New Hampshire

22          Friday, January 20, 2021

23

24   Reported by:
     JOAN WARNOCK
25   JOB NO. J6598454
```



```
 1                      J. Cheng
 2            MR. SASO:  That's fine.
 3            VIDEOGRAPHER:  And same for you,
 4      Mr. Nikas?
 5            MR. NIKAS:  Yes.  Thank you.
 6            VIDEOGRAPHER:  All right.  This
 7      concludes the videoconference deposition
 8      of Jade Cheng.  We're going to go off
 9      the video record January 29th, 2021, at
10      nine p.m.
11            (Time noted:  9:00 p.m.)
12
13
14
15                        _____
16                        JADE YONGGAO CHENG
17
18   Subscribed and sworn to before me
19   this ___ day of _____, 2021.
20
21   _____
22
23
24
25
```

