# EXHIBIT C

| | |
|---|---|
| **From:** | Connect, Esquire <esquireconnect@esquiresolutions.com> |
| **Sent:** | Tuesday, February 2, 2021 8:42 PM |
| **To:** | Luke Nikas |
| **Subject:** | Your Esquire Deposition Solutions Files Are Now Available!  Witness: Jade Y. Cheng, Date: 01/29/2021 |

**[EXTERNAL EMAIL]**

This email provides links to the proceeding files you ordered for ALEXANDER STYLLER V. HEWLETT-PACKARD . To expedite delivery, the files may be sent over multiple email messages. Hard copy files will follow unless you have requested electronic-only delivery.

Click on the links below to download your files. To ensure the security of your files, **these links will expire after eight weeks**.

Your files are now available to batch download from your EsquireConnect account: www.esquireconnect.com. **Legal Staff: If you don't see the transcripts in your account, make sure you are linked to your firm's ordering attorney** (log into EsquireConnect and go to *My Account: My Attorneys* to check).

This message is sent from an unattended mailbox. To request your EsquireConnect password, or if we can assist you in any way, please contact the Client Care Department at ccare@esquiresolutions.com or call (800) 211-3376.

**COVID-19 Shipping Notice**

As many law firms are currently closed and not accepting deliveries because of the Coronavirus (COVID-19), Esquire may have fulfilled your order electronically and adjusted your invoice to reflect this change. If a hard copy was requested, and we were unable to ship to your office because of closures or state mandates, you must make a special request for a hard copy to be shipped to an alternate location or to your office when it reopens.

If you require printed deliverables, email COVIDFulfillment@esquiresolutions.com and reference your Esquire Job Number and indicate shipping preferences, e.g. standard, priority. Esquire will resume normal fulfillment practices once restrictions related to COVID-19 are lifted. Thank you for your support.

| | |
|---|---|
| Esquire Job Number: | **J6598454** |
| Witness: | **Jade Y. Cheng** |
| Setting Attorney: | **Paul Saso** |
| Setting Attorney Firm: | **Gibbons - New York** |
| Scheduling Contact: | **Paul Saso** |
| Case: | **ALEXANDER STYLLER V. HEWLETT-PACKARD** |
| Proceeding Date: | **01/29/2021** |
| Proceeding Time: | **5:00 pm** |

File/Matter Number:

**Available Files for Download**
(To batch download the files, go to EsquireConnect > Repository.

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT161.pdf

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT162.pdf

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT163.pdf

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT164.pdf

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT165.pdf

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT166.pdf

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT167.pdf

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT168.pdf

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT169.pdf

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT170.pdf

Exhibit - 6598454 Jade.Cheng DEFENDANT.EXHIBIT171.pdf

ASCII - J6598454.txt

PTX - 6598454 Cheng.Jade Y. Volume III 012021.ptx

ASCII - 6598454 Cheng.Jade Y. Volume III 012021.txt

Read and sign - 6598454 Cheng.Jade Y. Volume III 012021.rsletter.pdf

Amicus - 6598454 Cheng.Jade Y. Volume III 012021_AMICUS.txt

Errata - 6598454 Cheng.Jade Y. Volume III 012021.errata.pdf

Transcript - 6598454 Cheng.Jade Y. Volume III 012021.fullprint.pdf

Condensed Transcript - 6598454 Cheng.Jade Y. Volume III 012021.miniprint.pdf

Word index - 6598454 Cheng.Jade Y. Volume III 012021.index.pdf

Transcript - 6598454 Cheng.Jade Y. Volume III 012021.full.pdf