# EXHIBIT E

| | |
|---|---|
| **From:** | Sharon Zeman <szeman@esquiresolutions.com> |
| **Sent:** | Friday, February 12, 2021 2:46 PM |
| **To:** | Alex Zuckerman |
| **Subject:** | Exhibits- Feb 28 dep of Caroline Cheng |

**[EXTERNAL EMAIL]**

Hi,

Per the reporter's information sheet, she did not receive the exhibits from counsel and thus notated they were retained.

Please let us know if you need anything else.

Thanks,
Sharon


**Sharon Zeman | Operations Lead**
Esquire Deposition Solutions
20 North Clark Street Suite 500
Chicago, IL 60602
Office: 312-673-8481
Ext: 81007
Mobile: