# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI<br><br>*Plaintiffs*,<br><br>v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL<br><br>*Defendants*. | Civil Action No. 1:16-CV-10386 (LTS) |

## AFFIDAVIT OF JASON YUYI

I, Jason Yuyi, hereby declare under the penalty of perjury as follows:

1. I make this Affidavit based on my own personal knowledge, under the penalties of perjury, and of my own free will.

2. On November 6, 2020, I submitted an application for two travel visas—one for myself and one for my wife and co-Plaintiff, Cathy Yu—to the U.S. Consulate in Beijing.  Attached hereto as Exhibit A is a screenshot showing that we are applying for two U.S. visas under a single application, and a certified translation of the same.

3. On February 23, 2021 my wife and I were granted visa interviews at the U.S. Consulate in Beijing, scheduled to take place on April 6, 2021.  (*See* ECF 495-2.)

4.  On March 30, 2021, I received an email from the U.S. Consulate informing me that all visa interviews scheduled from April 6 through April 9, 2021 had been cancelled.  This would include our interview, which was scheduled for April 6, 2021.  Attached hereto as Exhibit B is a true and correct copy of that correspondence.

5.  Once my interview was cancelled, I had to try to reschedule it through the appointment website page.  Cathy and I have checked the website nearly every day since, usually multiple times a day.  However, each time I have checked the site, there have been no available appointment times.  Attached hereto as Exhibit C is a true and correct copy of the website—when I checked on April 27, 2021—showing that there are no time slots available, and a certified translation of the same.

6.  On April 30, 2021, I located an interview appointment and immediately signed up for the first available slot, which is November 18, 2021.  Currently, only the U.S. Consulate in Beijing— and none of the other locations in mainland China—has interview appointments available for the applicable visa type.  I will continue to check the website diligently to see if I can obtain an earlier appointment.  Attached hereto as Exhibit D is a true and correct copy of the confirmation confirming my interview date, and a certified translation of the same.

7.  On April 20, 2021, I went to my local Entry & Exit Administrative Office to pick up my Exit-Entry Permit ("EEP") for my upcoming deposition in Macau.  I also asked the officers when I would be permitted to travel to the U.S.  While EEPs are only necessary for travel to Taiwan, Macau, and Hong Kong, Chinese citizens planning to travel abroad must obtain permission to do so from their local EEAO.  The EEAO informed me that due to COVID-19 travel restrictions, I would not have permission to travel to the U.S. for at least the next month or two.  They were not able to tell me when I would be able to do so.

8.  My upcoming deposition is scheduled from May 10 to May 12, 2021, starting each day at 6:00 p.m. EST.  Due to the twelve hour time difference, the deposition starts on May 11, 2021, at 6:00 a.m. Macau local time.  I booked flights that land in Zhuhai Airport, on the border of Macau, on May 9, 2021.  Attached hereto as Exhibits E and F are true and correct copies of my flight tickets, and certified translations of the same.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed On: May 1, 2021
                Yantai, The People's Republic of China

By: _____
            Jason Yuyi

# EXHIBIT A

[Certified Translation]

4G 42% 10:55

U.S. Visa Application in China Language: Chinese (Simplified)

Back to Home Page

Username yuyi_jason@163.com (27986406)

New Visa Application/Interview Appointment
Group Interview Appointment
Appointment History
Feedbacks
Personal Information Update
Logoff

>Visa Class > Embassy/Consulate General > Visa Application Category. > Visa Type > Payment
Non-immigration *BEIJING* *BEIJING All Others* *B1*

**Step 8:** Please input below computer readable visa fees payment receipt information.

**Fees Summary:**

| | |
|---|---|
| Number of applicants | 2 |
| Fees per applicant | *USD 160* |
| Current exchange rate | *6.60 CNY to 1 USD* |
| **Total fees (2x160x6.60)** | ***CNY 2112.00*** |

Click for payment options

Please read carefully: before providing your receipt number, please make sure passport documentation information and *DS-160* information are consistent with the information of the applicant in *ustraveldocs.com*. If there is discrepancy among the file, passport information and *DS-160* information, the applicant may have to establish a new file and pay for the *MRV* fees again. After the *MRV* receipt is applied to a specific applicant file, the *MRV* fees cannot be refunded or transferred. No matter if you make the payment online through AliPay, in cash or ATM, *CGI*, China Citic Bank, AliPay or the US Embassy in China cannot provide a Chinese invoice or receipt. Please don't email or call the US Embassy, AliPay, China Citic Bank or the Customer Service Center to ask for a Chinese invoice or receipt. They won't be able to provide any assistance.

*Yi, Yu*

**Receipt Number:** *730227986406368521273564*

*Xiaomeng, Yu*

**Receipt Number:** *730227986406368521273564*

*Please visit http://www.ustraveldocs.com/cn/VisaFees.asp for more information regarding application fees.*

Back Continue

CGI
©2020 CGI Inc.
www.ustraveldocs.com

First to comment

Comment...

Translator's notes are in [ ] brackets. Italics signifies the original in English.



申请美国签证 in China

语言: Chinese (Simplified) ▼

返回主页

登录身份 yuyi_jason@163.com (27986406)

新的签证申请 / 安排面谈时间
申请团组面谈
预约历史
提供反馈
更新个人资料
退出/登出

签证类型 (非移民签证)  使馆/领事馆 BEIJING (北京)  签证申请归类 BEIJING All Others  签证类别 B1  付款

步骤8: 请在下方输入可机读签证缴费收费信息。

费用汇总:

| | |
|---|---|
| 申请人数量 | 2 |
| 每位申请人的费用 | USD 160 |
| 当前汇率 | 6.60 CNY to 1 USD |

| | |
|---|---|
| 总费用 (2 x 160 x 6.60) | CNY 2112.00 |

**点击这里选择付款选项**

ℹ 请仔细阅读: 在输入您的收据号码之前,请确保保护照传记信息和DS-160信息与ustraveldocs.com里的申请人资料符合。如果档案,护照资料和DS-160资料有差别,申请人可能需要建立一个新的档案和交付新的MRV费用。当MRV收据已使用于特定的申请人档案之后,MRV费用用不可退款或转让。无论您是通过支付宝网上支付,现金或者智慧柜台,CGI,中信银行,支付宝或者美国驻中国大使馆都无法为您提供中国发票或收据。请不要电邮或致电美国使领馆,支付宝,中信银行或客服中心索取中国发票或收据,他们将无法提供协助。

Yi,Yu

收据编号: 730227986406368521273564

Xiaomeng,Yu

收据编号: 730227986406368521273564

🖹 请查看 http://www.ustraveldocs.com/cn/VisaFees.asp for more information regarding application fees.

返回                                    继续

CGI
©2020 CGI Inc.                                                                www.ustraveldocs.com

发表神评妙论...                    抢沙发

## Certification of Yang Shao, Ph. D.

**(510) 449-8267, yangshao7@gmail.com**

**To Whom It May Concern:**

1. I, Yang Shao, declare that I am a professional interpreter/translator of the Chinese Language and the English Language.  I am certified as required by Section 751(d) of the California Evidence Code, which requires that an interpreter/translator be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of Section 68560 of the California Government Code.  My valid certification number with the Judicial Council of California is 301244**.**

2. I personally read and understood the following document identified as:

   "Yu and Yuyi Joint Visa Application", a total of 1 page;

   I hereby certify that the translation from Chinese to English is accurate and complete and faithful to the best of my abilities.

3. I declare under penalty of perjury that the foregoing is true and correct, and this Declaration was executed in Fremont, California on April 30, 2021.

Yang Shao, Ph. D.

# EXHIBIT B

发件人： no-reply@ustraveldocs.com
发送日期： 2021年03月30日 17:18
收件人： yuyi_jason@163.com
主题： 美国驻华使领馆将取消自2021年4月6日周二至2021年4月9日周五的移民和非移民签证预约。The United States Embassy and Consulates in China are cancelling immigrant and non-immigrant visa appointments from Tuesday April 6, 2021 through Friday April 9, 2021

自2020年2月3日起，美国驻北京大使馆和美国驻广州，上海和沈阳总领事馆暂停普通签证业务的办理。因此，美国驻华使领馆将取消自2021年4月6日周二至2021年4月9日周五的移民和非移民签证预约。鉴于新型冠状病毒情况的持续变化，美国驻华使领馆仅维持非常有限的人员，因此无法提供常规的签证问询服务。虽然我们会提供少量的紧急面谈，但有计划赴美的申请人应留意2月2日（周日）发布的总统声明，规定在入境美国之前的14天内，去过中国（香港和澳门特别行政区除外）的外国旅客将被禁止入境。更多关于总统声明的信息可从我们网站上获得https://travel.state.gov/content/travel/en/traveladvisories/ea/Presidential-Proclamation-Coronavirus.html。 在此期间，如果您有紧急的赴美需要并且认为是属于声明以内的豁免情况，请按照https://ustraveldocs.com/cn/index.html 上指引提出申请紧急预约。请注意，如果您的紧急赴美需求不属于声明以内的豁免情况，您的加急申请在声明撤销前将不获批准。

As of February 3, 2020, regular visa services at the U.S Embassy in Beijing and the U.S. Consulates General in Guangzhou, Shanghai and Shenyang are suspended. As a result, the United States Embassy and Consulates in China are cancelling immigrant and non-immigrant visa appointments from Tuesday April 6, 2021 through Friday April 9, 2021. Due to the ongoing situation relating to the novel coronavirus, the U.S. Embassy and Consulates have very limited staffing and may be unable to respond to requests regarding regular visa services. While some limited emergency appointments may be available, intending applicants should note that on Sunday, February 2, a Presidential Proclamation was issued that suspended entry for individuals who have been in China less than 14 days prior to their arrival in the U.S.  More information about the Proclamation can be found on our website here: https://travel.state.gov/content/travel/en/traveladvisories/ea/Presidential-Proclamation-Coronavirus.html. If during this period you have urgent travel that you believe may qualify for an exemption under the proclamation, please go to https://ustraveldocs.com/cn/index.html to submit an emergency appointment request. Please note if your urgent travel does not qualify under an exemption, your request will be denied until the proclamation is rescinded.

# EXHIBIT C

[Certified Translation]

HD 4G 42% 10:56

du

U.S. Visa Application in China Language: Chinese (Simplified)

Back to Home Page Username yuyi_jason@163.com (27986406)

| | |
|---|---|
| New Visa Application/Interview Appointment | *Schedule Consular Appointment* |
| Group Interview Appointment<br>Appointment History<br>Feedbacks<br>Personal Information Update<br>Logoff | *This page is for Scheduling consular appointments.*<br>No time slot to choose for scheduling consular appointment.<br>Please choose the interview location: *Beijing*<br><br>*Back* |

CGI

©2020 CGI Inc.

www.ustraveldocs.com

Comment...

First to comment

Translator's notes are in [ ] brackets. Italics signifies the original in English.

Certified Translation



申请美国签证 in China

语言: Chinese (Simplified) ▼

登录身份 yuyi_jason@163.com (27986406)

返回主页

新的签证申请 / 安排面谈时间
申请团组面谈
预约历史
提供反馈
更新个人资料
退出/登出

## Schedule Consular Appointment

This page is for scheduling consular appointments.

ℹ 目前没有可选预约。

请选择面谈地点：BEIJING (北京) ▼

返回

CGI
©2020 CGI Inc.

www.ustraveldocs.com

## Certification of Yang Shao, Ph. D.

### (510) 449-8267, yangshao7@gmail.com

**To Whom It May Concern:**

1. I, Yang Shao, declare that I am a professional interpreter/translator of the Chinese Language and the English Language.  I am certified as required by Section 751(d) of the California Evidence Code, which requires that an interpreter/translator be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of Section 68560 of the California Government Code.  My valid certification number with the Judicial Council of California is 301244**.**

2. I personally read and understood the following document identified as:

    "2021.04.27 Visa Interview Appointment Page", a total of 1 page;

    I hereby certify that the translation from Chinese to English is accurate and complete and faithful to the best of my abilities.

3. I declare under penalty of perjury that the foregoing is true and correct, and this Declaration was executed in Fremont, California on April 30, 2021.


Yang Shao, Ph. D.

# EXHIBIT D

[Certified Translation]

| U.S. Visa Application | in China | Language: Chinese (Simplified) |
|---|---|---|

| Back to Home Page | Username yuyi_jason@163.com (27986406) |
|---|---|

- Cancel Appointment
- Reschedule Appointment
- Request for Expedited Appointment
- Group Interview Application
- Appointment History
- Feedbacks
- Personal Information Update
- Logoff

**Your interview has been scheduled.** Please click the link below to share your comment on our services:

*Take a Survey*

### APPOINTMENT CONFIRMATION

If the applicant wants this confirmation page sent through email as a *PDF* attachment, please input your email address in the box below and click the link "send confirmation through email". The Application may choose multiple email addresses to send the appointment confirmation letter.

***Email Id:***

*Yuyi_jason@163.com*

Send Appointment Confirmation Letter through Email   Download Appointment Schedule   Print a Copy

### APPLICANT DETAILS

| | |
|---|---|
| Name of the Applicant: | *Yu, Yi* |
| Passport No.: | *EJ4239796* |
| DS-160 Confirmation No.: | *AA009UKHWX* |
| Number of Applicants: | *2* |
| Visa Type: | *B1* |
| Visa Application Type: | *BEIJING All Others* |
| Visa Priority Type: | *Regular* |

### APPOINTMENT DETAILS

| | |
|---|---|
| Address: | *BEIJING* |
| | *No 55 Anjia Lou Lu,* |
| | *Beijing, 100600* |
| Appointment Date: | *Thursday November 18, 2021* |
| Appointment Time: | *11:00 (91)* |

### DOCUMENT SERVICE INFORMATION:

All returned passport/documents will be sent to the selected address below. Please make sure all information is correct and accurate for timely document service.

| | |
|---|---|
| Document Service Type: | Mail to home address |
| Mailing Address Line 1; | Yi Yu 43-304 Wanke Jiarifengjing, Yongfa Street, Fushan District: 18563800496 |
| City: | Yantai |
| Province/State: | Shandong Province |
| Postal Code: | 265500 |

### Computer Readable Visa Fees Payment

| *Yu, Yi* | Receipt No.: | *CNY1088.00 –* |
|---|---|---|
| | *73022798640636852127356*4 | *73022798640636852127356*4 |
| *Yu, Xiaomeng* | Receipt No.: | *CNY1088.00 –* |
| | *73022798640636852127356*4 | |

Translator's notes are in [ ] brackets. Italics signifies the original in English.



## <u>Certification of Yang Shao, Ph. D.</u>

**(510) 449-8267, yangshao7@gmail.com**

**To Whom It May Concern:**

1. I, Yang Shao, declare that I am a professional interpreter/translator of the Chinese Language and the English Language.  I am certified as required by Section 751(d) of the California Evidence Code, which requires that an interpreter/translator be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of Section 68560 of the California Government Code.  My valid certification number with the Judicial Council of California is 301244**.**

2. I personally read and understood the following document identified as:

    "Appointment Interview", a total of 1 page;

    I hereby certify that the translation from Chinese to English is accurate and complete and faithful to the best of my abilities.

3. I declare under penalty of perjury that the foregoing is true and correct, and this Declaration was executed in Fremont, California on April 30, 2021.

Yang Shao, Ph. D.

# EXHIBIT E

[Certified Translation]

# <            Reservation Details

**05-09 Sunday  Yantai – Beijing**

**07:20**            Penglai Airport

1 hours 20 minutes     Shandong Airlines SC4851  Mid-size 737  Economy  No Meal  95.7% on time

**08:40**            Beijing Capital International Airport T3

## Luggage Restriction and Rules for Refund and Change      Details  >

**Itinerary Information**

Passenger            **Yi Yu**

Personal ID Card 3*****************X

Ticket Number 324-6053795363         Copy

Contact Cell Number         **185****0496**

Additional Services

VIP Lounge                                           For Sale
Leave the noice and enjoy the peace             Modify Pass Number

Reserve Now

**Hotel Reservation**   Traveling User Only, Up to 30% Discount      Beijing

**May 09** Check in      1 night      **May 10** Check out

Contact Feizhu                          Business Number
Reservation Confirmation/Refund and Change Confirmation      Push to Confirm/Refund and Change Ticket/Request for Invoice

Translator's notes are in [ ] brackets. Italics signifies the original in English.

← 订单详情

## 05-09 周日 烟台-北京

**07:20** ○ 蓬莱机场

1小时20分     山航 SC4851 | 中型机737 | 经济舱 |
**无餐食** | 准点率95.7%

**08:40** ○ 北京首都国际机场 T3

---

行李额和退改签规则     详情 ›

---

## 出行信息

乘机人     于毅
身份证 3***************X
票号 324-6053795365     复制

联系人手机     185****0496

---

## 附加服务

贵宾休息室 ⓘ     可购买
远离喧嚣 给您一片宁静     修改份数 ○

**立即预定**

---

预订酒店 **出行用户专享7折起**     ⦿ 北京市 ⌄

**05月09日** 入住   1晚   **05月10日** 离店 ›

---

🎧 **联系飞猪**     📞 **商家电话**
订单催促/退改确认     催确认/退改/发票

## **Certification of Yang Shao, Ph. D.**

### **(510) 449-8267, yangshao7@gmail.com**

**To Whom It May Concern:**

1. I, Yang Shao, declare that I am a professional interpreter/translator of the Chinese Language and the English Language.  I am certified as required by Section 751(d) of the California Evidence Code, which requires that an interpreter/translator be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of Section 68560 of the California Government Code.  My valid certification number with the Judicial Council of California is 301244**.**

2. I personally read and understood the following document identified as:

   "Jason Yuyi Flight Ticket 1", a total of 1 page;

   I hereby certify that the translation from Chinese to English is accurate and complete and faithful to the best of my abilities.

3. I declare under penalty of perjury that the foregoing is true and correct, and this Declaration was executed in Fremont, California on April 30, 2021.

Yang Shao, Ph. D.

# EXHIBIT F

[Certified Translation]

 

## < Reservation Details

**05-09 Sunday  Beijing – Zhuhai**

| | |
|---|---|
| **10:40** | Beijing Capital International Airport T3 |
| 3 hours 35 minutes | Shandong Airlines SC1157  Mid-size 737  Economy  Lunch  77.3% on time |
| **14:15** | Zhuhai Jinwan Airport |

### Luggage Restriction and Rules for Refund and Change                Details  >

**Itinerary Information**

| | |
|---|---|
| Passenger | **Yi Yu** |
| | Personal ID Card 3*****************X |
| | Ticket Number 324-6053795363 |

Copy

| | |
|---|---|
| Contact Cell Number | **185****0496** |

**Additional Services**

VIP Lounge                                                     For Sale
Leave the noice and enjoy the peace                          Modify Pass Number

Express Security Check                                         For Sale
Express Security Check to board first                         Modify Pass Number

 Reserve Now

 **Contact Feizhu**          **Business Number**
Reservation Confirmation/Refund and Change Confirmation   Push to Confirm/Refund and Change Ticket/Request for Invoice

Translator's notes are in [ ] brackets. Italics signifies the original in English.

Case 1:16-cv-10386-LTS   Document 506-1   Filed 04/30/21   Page 26 of 27

# 订单详情

## 05-09 周日 北京-珠海

**10:40** ○ 北京首都国际机场 T3

3小时35分    🌀 山航 SC1157 | 中型机737 | 经济舱 | **午餐**
     准点率77.3%

**14:15** ○ 珠海金湾机场

---

### 行李额和退改签规则      详情 ›

---

## 出行信息

| 乘机人 | 于毅 | |
| --- | --- | --- |
| | 身份证 3***************X | |
| | 票号 324-6053795363 | 复制 |
| 联系人手机 | 185****0496 | |

---

## 附加服务

**贵宾休息室** ⓘ      可购买
远离喧嚣 给您一片宁静      修改份数 ○

**快速安检** ⓘ      可购买
快速安检 先人一步      修改份数 ○

---

**立即预定**

---


**联系飞猪**
订单催促/退改确认


**商家电话**
催确认/退改/发票

## Certification of Yang Shao, Ph. D.

**(510) 449-8267, yangshao7@gmail.com**

**To Whom It May Concern:**

1. I, Yang Shao, declare that I am a professional interpreter/translator of the Chinese Language and the English Language.  I am certified as required by Section 751(d) of the California Evidence Code, which requires that an interpreter/translator be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of Section 68560 of the California Government Code.  My valid certification number with the Judicial Council of California is 301244**.**

2. I personally read and understood the following document identified as:

   "Jason Yuyi Flight Ticket 2", a total of 1 page;

   I hereby certify that the translation from Chinese to English is accurate and complete and faithful to the best of my abilities.

3. I declare under penalty of perjury that the foregoing is true and correct, and this Declaration was executed in Fremont, California on April 30, 2021.

Yang Shao, Ph. D.