# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI<br><br>*Plaintiffs*,<br>v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL<br><br>*Defendants*. | Civil Action No. 1:16-CV-10386 (LTS) |

### AFFIDAVIT OF CATHY YU

I, Cathy Yu, hereby declare under the penalty of perjury as follows:

1. I make this Affidavit based on my own personal knowledge, under the penalties of perjury, and of my own free will.

2. I write to provide an update regarding my efforts to obtain permission to travel to the United States for the trial and Rule 36 medical exams following my previous update submitted April 30, 2021. *See* ECF 506-2.

3. As mentioned in my update to the Court dated April 30, 2021, my previous visa interview appointment, scheduled for April 6, 2021, was cancelled on March 30, 2021. *See* ECF 506-2. Although I attempted to secure another appointment earlier, it was not until April 30, 2021 that the U.S. Consulate's website made available additional interview time slots. *Id.* I scheduled

my visa appointment for November 18, 2021, which was the first available time slot. *See* ECF 506-1 at 16-19 (Ex. D to J. Yuyi's April 30, 2021 Affidavit).

4. While I have continued regularly checking the U.S. Embassy's website to see if any earlier appointments have become available, thus far, the first available appointment is still November 18, 2021. I will continue to check the website diligently to see if I can obtain an earlier appointment.

5. On June 17, 2021, my attorneys sent a letter to the United States Embassy on behalf of myself and the other Plaintiffs to request that our interview appointments be prioritized or, if possible, moved forward in order allow us more time to obtain permission to travel to the United States from the Chinese government. Please refer to Exhibit A, attached to the Affidavit of Jason Yuyi (Ex. 1), which is a true and correct copy of the attorney's correspondence and facsimile transmission confirmation.

6. Although the Embassy has not yet responded to the attorney's correspondence, it is my understanding that my attorneys are continuing their efforts to speak with someone at the Embassy about prioritizing our visa appointments.                         .

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed On: July 15, 2021
Yantai, The People's Republic of China

By: _____
Cathy Yu