# Exhibit 3

## APPOINTMENT CONFIRMATION

### APPLICANT DETAILS

| | | | |
|---|---|---|---|
| Applicant Name: | NI, CHANGHUA | Visa Class: | B1/B2 |
| Passport Number: | EJ3099448 | Visa Category: | BEIJING All Others |
| Appointment Made By: | CHANGHUA NI | Visa Priority: | Regular |
| Number of Applicants: | 3 | | |

### CONSULAR APPOINTMENT DETAILS

Date: Thursday November 18, 2021

Time: 11:00 (167)

BEIJING (北京)

北京市朝阳区安家楼路55号
No 55 Anjia Lou Lu
Beijing,100600

### DOCUMENT DELIVERY INFORMATION:

Document Delivery Type: Premium Delivery

烟台市 福山区 永达街万科假日风景43-304  收件人 于毅
烟台市, 山东省 265500

Appt-69667287-49f9b05aab7aab269cad0da89bc0216e4619f4590626c85afeb03077d923a456

## MRV FEE PAYMENTS

**NI, CHANGHUA**          CNY1056.00 - 730368479195864364097784

DS-160 Confirmation Number:                    UID:





**YU, FANGSHOU**          CNY1056.00 - 730368479195864364097784

DS-160 Confirmation Number:                    UID:





**YU, JUNFANG**          CNY1056.00 - 730368479195864364097784

DS-160 Confirmation Number:                    UID:





Appt-69667287-49f9b05aab7aab269cad0da89bc0216e4619f4590626c85afeb03077d923a456

## Instructions

Your appointment for a visa interview has been confirmed. Your appointment time above is the time you are expected to arrive at the Embassy, not the time that you will interview with an officer. Every person attending the interview must bring a copy of this confirmation page to the interview and wear a mask at all times. Every applicant must follow social distancing instructions when visiting U.S. Embassy Beijing. If you are feeling ill or have reason to believe you have been exposed to COVID-19, please do not enter U.S. Embassy buildings and reschedule your appointment.

Note: If there is an inconsistency between the DS-160 barcode number on your appointment confirmation and the barcode number on your DS-160, the Embassy cannot process your application. You must reschedule your appointment. If you arrive up to 30 minutes before or after your appointment time, we will admit you for your interview. If you are more than 30 minutes late (or more than 15 minutes late for any appointments after 5:00 p.m. or after 12:00 p.m. on Wednesdays), you will be asked to reschedule your interview for another day. Please be on time!

Note: Any applicant who modifies the information on their interview confirmation letter will not be allowed to proceed with their interview, and will need to reschedule a new appointment.

Notice to Beijing Applicants: If you are the principal applicant of a blanket L petition who must pay a Fraud Prevention and Detection fee or any petition based visa applicant (L1A, L1B, L2) who must pay a reciprocity fee, you will be required to pay your fee at the time of interview with the consular cashier. Note that if interviewing at the Ritan Annex, you must pay with a credit card. Cash and debit cards will not be accepted.

Please be aware that the following items are not permitted inside the Embassy:

- Battery-operated or electronic devices such as mobile phones, digital watches, pagers, cameras, audio/video cassettes, compact discs, MP3s, floppy disks, laptops, or portable music players
- Earplugs, headphones or any other listening devices. (* hearing aids are permitted)
- Bags such as travel bags, backpacks, briefcases, suitcases, leather, cloth bags, and zip folders. Only small handbags or purses and plastic bags containing application-related papers will be allowed inside the Consular Section.
- Food items, other than bottled water
- Sealed envelopes or packages
- Cigarettes, cigars, match boxes, lighters
- Sharp objects such as scissors, pen knives or nail files
- Weapons or explosive materials of any kind
- Other items at the discretion of security staff

The Consular Section cannot store prohibited items for you.

If you have opted for your passport pickup at a CITIC branch, then please keep this Appointment

Confirmation Letter and present it when you pick up your passport. It contains the UID number and will greatly facilitate the retrieval of your passport at the CITIC branch.

Please note: CGI Stanley (www.ustraveldocs.com) is the only company that the U.S. Embassy in China authorizes to provide visa information and visa application services. The U.S. Embassy does not endorse or have special relationships with any other individual or business that offers advice or assistance with the visa process. No one can guarantee the issuance of a visa to you. All U.S. government forms are free. Beware: many visa applicants lose money or are permanently barred from the United States as a result of misleading information and fraudulent applications provided by visa consultants.

If you are coming to the United States to work or study, we are confident that you will have a pleasant and rewarding stay. If you should encounter any problems, however, know that you have rights and can get help. The video linked here informs you of your rights as a nonimmigrant visa holder in certain

employment- and education-based categories (specifically A-3, G-5, NATO-7, B-1 domestic employees, H-1B, H-1B1, H-2A, H-2B, and J-1 visa holders):
http://vimeo.com/vpu/review/87266687/042159e141

Appt-69667287-49f9b05aab7aab269cad0da89bc0216e4619f4590626c85afeb03077d923a456

Map to U.S. Embassy - BEIJING (北京)



## APPOINTMENT CONFIRMATION

| APPLICANT DETAILS | | | |
|---|---|---|---|
| Applicant Name: | NI, CHANGHUA | Visa Class: | B1/B2 |
| Passport Number: | EJ3099448 | Visa Category: | BEIJING All Others |
| Appointment Made By: | CHANGHUA NI | Visa Priority: | Regular |
| Number of Applicants: | 3 | | |

| CONSULAR APPOINTMENT DETAILS |
|---|

| | | |
|---|---|---|
| Date: | Thursday November 18, 2021 | BEIJING |
| Time: | 11:00 (167) | No 55 Anjia Lou Lu<br>Beijing,100600 |

| DOCUMENT DELIVERY INFORMATION: |
|---|

Document Delivery Type:   Premium Delivery

**Attn: Yi Yu, 43-304, Wanke Jiarifengjing, Yongda Street, Fushan District, Yantai, Shandong Province 285500**

Appt-69667287-49f9b05aab7aab269cad0da89bc0216e4619f4590626c85afeb03077d923a456

## MRV FEE PAYMENTS

NI, CHANGHUA          CNY1056.00 - 730368479195864364097784

DS-160 Confirmation Number:                    UID:

          

YU, FANGSHOU          CNY1056.00 - 730368479195864364097784

DS-160 Confirmation Number:                    UID:

          

YU, JUNFANG          CNY1056.00 - 730368479195864364097784

DS-160 Confirmation Number:                    UID:

          

Appt-69667287-49f9b05aab7aab269cad0da89bc0216e4619f4590626c85afeb03077d923a456

## Instructions

Your appointment for a visa interview has been confirmed. Your appointment time above is the time you are expected to arrive at the Embassy, not the time that you will interview with an officer. Every person attending the interview must bring a copy of this confirmation page to the interview and wear a mask at all times. Every applicant must follow social distancing instructions when visiting U.S. Embassy Beijing. If you are feeling ill or have reason to believe you have been exposed to COVID-19, please do not enter U.S. Embassy buildings and reschedule your appointment.

Note: If there is an inconsistency between the DS-160 barcode number on your appointment confirmation and the barcode number on your DS-160, the Embassy cannot process your application. You must reschedule your appointment. If you arrive up to 30 minutes before or after your appointment time, we will admit you for your interview. If you are more than 30 minutes late (or more than 15 minutes late for any appointments after 5:00 p.m. or after 12:00 p.m. on Wednesdays), you will be asked to reschedule your interview for another day. Please be on time!

Note: Any applicant who modifies the information on their interview confirmation letter will not be allowed to proceed with their interview, and will need to reschedule a new appointment.

Notice to Beijing Applicants: If you are the principal applicant of a blanket L petition who must pay a Fraud Prevention and Detection fee or any petition based visa applicant (L1A, L1B, L2) who must pay a reciprocity fee, you will be required to pay your fee at the time of interview with the consular cashier. Note that if interviewing at the Ritan Annex, you must pay with a credit card. Cash and debit cards will not be accepted.

Please be aware that the following items are not permitted inside the Embassy:

- Battery-operated or electronic devices such as mobile phones, digital watches, pagers, cameras, audio/video cassettes, compact discs, MP3s, floppy disks, laptops, or portable music players
- Earplugs, headphones or any other listening devices. (* hearing aids are permitted)
- Bags such as travel bags, backpacks, briefcases, suitcases, leather, cloth bags, and zip folders. Only small handbags or purses and plastic bags containing application-related papers will be allowed inside the Consular Section.
- Food items, other than bottled water
- Sealed envelopes or packages
- Cigarettes, cigars, match boxes, lighters
- Sharp objects such as scissors, pen knives or nail files
- Weapons or explosive materials of any kind
- Other items at the discretion of security staff

The Consular Section cannot store prohibited items for you.

If you have opted for your passport pickup at a CITIC branch, then please keep this Appointment

Confirmation Letter and present it when you pick up your passport. It contains the UID number and will greatly facilitate the retrieval of your passport at the CITIC branch.

Please note: CGI Stanley (www.ustraveldocs.com) is the only company that the U.S. Embassy in China authorizes to provide visa information and visa application services. The U.S. Embassy does not endorse or have special relationships with any other individual or business that offers advice or assistance with the visa process. No one can guarantee the issuance of a visa to you. All U.S. government forms are free. Beware: many visa applicants lose money or are permanently barred from the United States as a result of misleading information and fraudulent applications provided by visa consultants.

If you are coming to the United States to work or study, we are confident that you will have a pleasant and rewarding stay. If you should encounter any problems, however, know that you have rights and can get help. The video linked here informs you of your rights as a nonimmigrant visa holder in certain

employment- and education-based categories (specifically A-3, G-5, NATO-7, B-1 domestic employees, H-1B, H-1B1, H-2A, H-2B, and J-1 visa holders): http://vimeo.com/vpu/review/87266687/042159e141

Appt-69667287-49f9b05aab7aab269cad0da89bc0216e4619f4590626c85afeb03077d923a456

Map to U.S. Embassy - BEIJING



<u>**Certification of Yang Shao, Ph. D.**</u>

**(510) 449-8267, yangshao7@gmail.com**

**To Whom It May Concern:**

1. I, Yang Shao, declare that I am a professional interpreter/translator of the Chinese Language and the English Language.  I am certified as required by Section 751(d) of the California Evidence Code, which requires that an interpreter/translator be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of Section 68560 of the California Government Code.  My valid certification number with the Judicial Council of California is 301244**.**

2. I personally read and understood the following documents identified as:

    "2021.05.17 - Family Plantiffs Visa Appt Confirmation (Yu, Yu, and Ni Appointment Confirmation)", a total of 5 pages;

    I hereby certify that the translation from Chinese to English is accurate and complete and faithful to the best of my abilities.

3. I declare under penalty of perjury that the foregoing is true and correct, and this Declaration was executed in Fremont, California on July 13, 2021.

Yang Shao, Ph. D.

## APPOINTMENT CONFIRMATION

### APPLICANT DETAILS

| | | | |
|---|---|---|---|
| Applicant Name: | NI, CHANGZHEN | Visa Class: | B1/B2 |
| Passport Number: | EH7002296 | Visa Category: | BEIJING All Others |
| Appointment Made By: | CHANGZHEN NI | Visa Priority: | Regular |
| Number of Applicants: | 3 | | |

### CONSULAR APPOINTMENT DETAILS

Date: Thursday November 18, 2021

Time: 11:00 (116)

**BEIJING (北京)**

北京市朝阳区安家楼路55号
No 55 Anjia Lou Lu
Beijing,100600

### DOCUMENT DELIVERY INFORMATION:

Document Delivery Type: Premium Delivery

福山区 永达街万科假日风景43-304  收件人：于毅
+86-18563800496
烟台市, 山东省 265500

Appt-69544146-7709c46150afa6892e87b179db8f2976e67d0102a4bd9c784654afa6cd184322

## MRV FEE PAYMENTS

NI, CHANGZHEN        CNY1056.00 - 7303815128437714089645345

DS-160 Confirmation Number:                    UID:




CHENG, PUSHUN        CNY1056.00 - 7303815128437714089645345

DS-160 Confirmation Number:                    UID:




CHENG, MEIXIANG       CNY1056.00 - 7303815128437714089645345

DS-160 Confirmation Number:                    UID:




Appt-69544146-7709c46150afa6892e87b179db8f2976e67d0102a4bd9c784654afa6cd184322

## Instructions

Your appointment for a visa interview has been confirmed. Your appointment time above is the time you are expected to arrive at the Embassy, not the time that you will interview with an officer. Every person attending the interview must bring a copy of this confirmation page to the interview and wear a mask at all times. Every applicant must follow social distancing instructions when visiting U.S. Embassy Beijing. If you are feeling ill or have reason to believe you have been exposed to COVID-19, please do not enter U.S. Embassy buildings and reschedule your appointment.

Note: If there is an inconsistency between the DS-160 barcode number on your appointment confirmation and the barcode number on your DS-160, the Embassy cannot process your application. You must reschedule your appointment. If you arrive up to 30 minutes before or after your appointment time, we will admit you for your interview. If you are more than 30 minutes late (or more than 15 minutes late for any appointments after 5:00 p.m. or after 12:00 p.m. on Wednesdays), you will be asked to reschedule your interview for another day. Please be on time!

Note: Any applicant who modifies the information on their interview confirmation letter will not be allowed to proceed with their interview, and will need to reschedule a new appointment.

Notice to Beijing Applicants: If you are the principal applicant of a blanket L petition who must pay a Fraud Prevention and Detection fee or any petition based visa applicant (L1A, L1B, L2) who must pay a reciprocity fee, you will be required to pay your fee at the time of interview with the consular cashier. Note that if interviewing at the Ritan Annex, you must pay with a credit card. Cash and debit cards will not be accepted.

Please be aware that the following items are not permitted inside the Embassy:

- Battery-operated or electronic devices such as mobile phones, digital watches, pagers, cameras, audio/video cassettes, compact discs, MP3s, floppy disks, laptops, or portable music players
- Earplugs, headphones or any other listening devices. (* hearing aids are permitted)
- Bags such as travel bags, backpacks, briefcases, suitcases, leather, cloth bags, and zip folders. Only small handbags or purses and plastic bags containing application-related papers will be allowed inside the Consular Section.
- Food items, other than bottled water
- Sealed envelopes or packages
- Cigarettes, cigars, match boxes, lighters
- Sharp objects such as scissors, pen knives or nail files
- Weapons or explosive materials of any kind
- Other items at the discretion of security staff

The Consular Section cannot store prohibited items for you.

If you have opted for your passport pickup at a CITIC branch, then please keep this Appointment

Confirmation Letter and present it when you pick up your passport. It contains the UID number and will greatly facilitate the retrieval of your passport at the CITIC branch.

Please note: CGI Stanley (www.ustraveldocs.com) is the only company that the U.S. Embassy in China authorizes to provide visa information and visa application services. The U.S. Embassy does not endorse or have special relationships with any other individual or business that offers advice or assistance with the visa process. No one can guarantee the issuance of a visa to you. All U.S. government forms are free. Beware: many visa applicants lose money or are permanently barred from the United States as a result of misleading information and fraudulent applications provided by visa consultants.

If you are coming to the United States to work or study, we are confident that you will have a pleasant and rewarding stay. If you should encounter any problems, however, know that you have rights and can get help. The video linked here informs you of your rights as a nonimmigrant visa holder in certain

employment- and education-based categories (specifically A-3, G-5, NATO-7, B-1 domestic employees, H-1B, H-1B1, H-2A, H-2B, and J-1 visa holders):
http://vimeo.com/vpu/review/87266687/042159e141

Appt-69544146-7709c46150afa6892e87b179db8f2976e67d0102a4bd9c784654afa6cd184322

Map to U.S. Embassy - BEIJING (北京)



## APPOINTMENT CONFIRMATION

| APPLICANT DETAILS | | | |
|---|---|---|---|
| Applicant Name: | NI, CHANGZHEN | Visa Class: | B1/B2 |
| Passport Number: | EH7002296 | Visa Category: | BEIJING All Others |
| Appointment Made By: | CHANGZHEN NI | Visa Priority: | Regular |
| Number of Applicants: | 3 | | |

| CONSULAR APPOINTMENT DETAILS | |
|---|---|
| Date: Thursday November 18, 2021 | BEIJING |
| Time: 11:00 (116) | No 55 Anjia Lou Lu<br>Beijing,100600 |

**DOCUMENT DELIVERY INFORMATION:**

Document Delivery Type:  Premium Delivery

**Attn: Yi Yu, 43-304, Wanke Jiarifengjing, Yongda Street, Fushan District, Yantai, Shandong Province 285500 +86-18563800496**

Appt-69544146-7709c46150afa6892e87b179db8f2976e67d0102a4bd9c784654afa6cd184322

## MRV FEE PAYMENTS

NI, CHANGZHEN          CNY1056.00 - 730381512843714089645345

DS-160 Confirmation Number:                          UID:

   

CHENG, PUSHUN          CNY1056.00 - 730381512843714089645345

DS-160 Confirmation Number:                          UID:

   

CHENG, MEIXIANG          CNY1056.00 - 730381512843714089645345

DS-160 Confirmation Number:                          UID:

   

Appt-69544146-7709c46150afa6892e87b179db8f2976e67d0102a4bd9c784654afa6cd184322

## Instructions

Your appointment for a visa interview has been confirmed. Your appointment time above is the time you are expected to arrive at the Embassy, not the time that you will interview with an officer. Every person attending the interview must bring a copy of this confirmation page to the interview and wear a mask at all times. Every applicant must follow social distancing instructions when visiting U.S. Embassy Beijing. If you are feeling ill or have reason to believe you have been exposed to COVID-19, please do not enter U.S. Embassy buildings and reschedule your appointment.

Note: If there is an inconsistency between the DS-160 barcode number on your appointment confirmation and the barcode number on your DS-160, the Embassy cannot process your application. You must reschedule your appointment. If you arrive up to 30 minutes before or after your appointment time, we will admit you for your interview. If you are more than 30 minutes late (or more than 15 minutes late for any appointments after 5:00 p.m. or after 12:00 p.m. on Wednesdays), you will be asked to reschedule your interview for another day. Please be on time!

Note: Any applicant who modifies the information on their interview confirmation letter will not be allowed to proceed with their interview, and will need to reschedule a new appointment.

Notice to Beijing Applicants: If you are the principal applicant of a blanket L petition who must pay a Fraud Prevention and Detection fee or any petition based visa applicant (L1A, L1B, L2) who must pay a reciprocity fee, you will be required to pay your fee at the time of interview with the consular cashier. Note that if interviewing at the Ritan Annex, you must pay with a credit card. Cash and debit cards will not be accepted.

Please be aware that the following items are not permitted inside the Embassy:

- Battery-operated or electronic devices such as mobile phones, digital watches, pagers, cameras, audio/video cassettes, compact discs, MP3s, floppy disks, laptops, or portable music players
- Earplugs, headphones or any other listening devices. (* hearing aids are permitted)
- Bags such as travel bags, backpacks, briefcases, suitcases, leather, cloth bags, and zip folders. Only small handbags or purses and plastic bags containing application-related papers will be allowed inside the Consular Section.
- Food items, other than bottled water
- Sealed envelopes or packages
- Cigarettes, cigars, match boxes, lighters
- Sharp objects such as scissors, pen knives or nail files
- Weapons or explosive materials of any kind
- Other items at the discretion of security staff

The Consular Section cannot store prohibited items for you.

If you have opted for your passport pickup at a CITIC branch, then please keep this Appointment

Confirmation Letter and present it when you pick up your passport. It contains the UID number and will greatly facilitate the retrieval of your passport at the CITIC branch.

Please note: CGI Stanley (www.ustraveldocs.com) is the only company that the U.S. Embassy in China authorizes to provide visa information and visa application services. The U.S. Embassy does not endorse or have special relationships with any other individual or business that offers advice or assistance with the visa process. No one can guarantee the issuance of a visa to you. All U.S. government forms are free. Beware: many visa applicants lose money or are permanently barred from the United States as a result of misleading information and fraudulent applications provided by visa consultants.

If you are coming to the United States to work or study, we are confident that you will have a pleasant and rewarding stay. If you should encounter any problems, however, know that you have rights and can get help. The video linked here informs you of your rights as a nonimmigrant visa holder in certain

employment- and education-based categories (specifically A-3, G-5, NATO-7, B-1 domestic
employees, H-1B, H-1B1, H-2A, H-2B, and J-1 visa holders):
http://vimeo.com/vpu/review/87266687/042159e141

Appt-69544146-7709c46150afa6892e87b179db8f2976e67d0102a4bd9c784654afa6cd184322

Map to U.S. Embassy - BEIJING



## **Certification of Yang Shao, Ph. D.**

**(510) 449-8267, yangshao7@gmail.com**

**To Whom It May Concern:**

1. I, Yang Shao, declare that I am a professional interpreter/translator of the Chinese Language and the English Language.  I am certified as required by Section 751(d) of the California Evidence Code, which requires that an interpreter/translator be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of Section 68560 of the California Government Code.  My valid certification number with the Judicial Council of California is 301244**.**

2. I personally read and understood the following documents identified as:

   "Family Plaintiffs Visa Appt Confirmation for Nov. 18 2021 (Ni, Cheng, Cheng)", a total of 5 pages;

   I hereby certify that the translation from Chinese to English is accurate and complete and faithful to the best of my abilities.

3. I declare under penalty of perjury that the foregoing is true and correct, and this Declaration was executed in Fremont, California on July 13, 2021.

Yang Shao, Ph. D.