# Exhibit 4

**New Application / Schedule Appointment**

**Group Scheduling Request**

**Provide Feedback**

**Update Profile**

**Logout**

**First Available Appointment Is Thursday November 18, 2021.**

## Schedule Consular Appointment

Applicants for U.S. visas are required to appear in person for a visa interview at the U.S. Embassy/Consulate. Ple schedule an appointment for an interview.

Select interview location : BEIJING (北京)

| | November 2021 | | | | | | | December 2021 | | | | | | | January 2022 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
|  | 1 | 2 | 3 | 4 | 5 | 6 |  |  |  | 1 | 2 | 3 | 4 |  |  |  |  |  |  | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 14 | 15 | 16 | 17 | **18** | 19 | 20 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 28 | 29 | 30 |  |  |  |  | 26 | 27 | 28 | 29 | 30 | 31 |  | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 30 | 31 |  |  |  |  |  |

| Select | Time | Date | Available |
|---|---|---|---|
| ☐ | 09:00 | Thursday November 18, 2021 | 43 |
| ☐ | 09:30 | Thursday November 18, 2021 | 114 |
| ☐ | 10:00 | Thursday November 18, 2021 | 78 |
| ☐ | 10:30 | Thursday November 18, 2021 | 107 |
| ☐ | 11:00 | Thursday November 18, 2021 | 66 |

**Back**                                                                **Schedule Appointment**