# Exhibit 5

- Cancel Appointment
- Reschedule Appointment
- Appointment History
- Provide Feedback
- Update Profile
- Logout

## You have an open Emergency Request

 Your request is currently under review. You will receive an email when your request is either approved or denied.

| | |
|---|---|
| **Request ID** | REQ-49591597 |
| **Tentative Travel Date** | 1/1/2022 |
| **Reason for Emergency** | Urgent Business Travel |
| **Brief Explanation of Emergency** | A United Stated District Court has repeatedly ordered the applicants to appear in the United States as part of an ongoing litigation.<br><br>Most recently, the Court required the applicants to document "the actions taken . . . as well as actions taken on [their] behalf to make arrangements to travel to the United States for the trial." This order applies to Mr. Yuyi and Ms. Xiaomeng Yu, who must be present one month before the start of the February 7, 2022 trial, as well as the remaining applicants (Pushun Cheng, Changzhen Ni, Junfang Yu, Meixiang Cheng, Fangshou Yu, and Changhua Ni), whose claims will be heard immediately following the initial phase of the trial, and thus have a similar urgency in having their visa applications processed.<br><br>The next update to the Court is due on July 15, 2021. If the applicants are forced to wait until the fall to begin the interview process, they may not obtain travel approval far enough in advance to appear in the United States.<br><br>We therefore ask that your office conduct visa interviews of all of the applicants, and reach determinations regarding all of their visa applications, as soon as reasonably possible. |
| **Attachment** | 6.17.2021 -- J. Oblak Letter to U.S. Embassy in Beijing.pdf |

- Cancel Appointment
- Reschedule Appointment
- Appointment History
- Provide Feedback
- Update Profile
- Logout

## You have an open Emergency Request

Your request is currently under review. You will receive an email when your request is either approved or denied.

| | |
|---|---|
| Request ID | REQ-49591652 |
| Tentative Travel Date | 1/1/2022 |
| Reason for Emergency | Urgent Business Travel |
| Brief Explanation of Emergency | A United Stated District Court has repeatedly ordered the applicants to appear in the United States as part of an ongoing litigation.<br><br>Most recently, the Court required the applicants to document "the actions taken . . . as well as actions taken on [their] behalf to make arrangements to travel to the United States for the trial." This order applies to Mr. Yuyi and Ms. Xiaomeng Yu, who must be present one month before the start of the February 7, 2022 trial, as well as the remaining applicants (Pushun Cheng, Changzhen Ni, Junfang Yu, Meixiang Cheng, Fangshou Yu, and Changhua Ni), whose claims will be heard immediately following the initial phase of the trial, and thus have a similar urgency in having their visa applications processed.<br><br>The next update to the Court is due on July 15, 2021. If the applicants are forced to wait until the fall to begin the interview process, they may not obtain travel approval far enough in advance to appear in the United States.<br><br>We therefore ask that your office conduct visa interviews of all of the applicants, and reach determinations regarding all of their visa applications, as soon as reasonably possible. |
| Attachment | 6.17.2021 -- J. Oblak Letter to U.S. Embassy in Beijing.pdf |

CGI
©2020 CGI Inc.

www.ustraveldocs.com

| | |
|---|---|
| 取消预约 | |
| 重新预约 | |
| 预约历史 | |
| 提供反馈 | |
| 更新个人资料 | |
| 退出/登出 | |

## 申请人有一个加急面谈请求正在处理中

ℹ 您的申请正在审核中。您的申请被批准或被拒绝，您都将收到邮件通知。

**请求 ID**: REQ-49591688

**暂定旅行日期**: 1/1/2022

**加急面谈理由**: 紧急商务旅行

**概述申请紧急面谈的理由**:

A United Stated District Court has repeatedly ordered the applicants to appear in the United States as part of an ongoing litigation.

Most recently, the Court required the applicants to document "the actions taken . . . as well as actions taken on [their] behalf to make arrangements to travel to the United States for the trial." This order applies to Mr. Yuyi and Ms. Xiaomeng Yu, who must be present one month before the start of the February 7, 2022 trial, as well as the remaining applicants (Pushun Cheng, Changzhen Ni, Junfang Yu, Meixiang Cheng, Fangshou Yu, and Changhua Ni), whose claims will be heard immediately following the initial phase of the trial, and thus have a similar urgency in having their visa applications processed.

The next update to the Court is due on July 15, 2021. If the applicants are forced to wait until the fall to begin the interview process, they may not obtain travel approval far enough in advance to appear in the United States.

We therefore ask that your office conduct visa interviews of all of the applicants, and reach determinations regarding all of their visa applications, as soon as reasonably possible.

**附件**: 6.17.2021 -- J. Oblak Letter to U.S. Embassy in Beijing.pdf



- Cancel Appointment
- Reschedule Appointment
- Appointment History
- Provide Feedback
- Update Profile
- Logout

## You have an open Emergency Request

ℹ Your request is currently under review. You will receive an email when your request is either approved or denied.

| | |
|---|---|
| **Request ID** | REQ-49591597 |
| **Tentative Travel Date** | 1/1/2022 |
| **Reason for Emergency** | Urgent Business Travel |
| **Brief Explanation of Emergency** | A United Stated District Court has repeatedly ordered the applicants to appear in the United States as part of an ongoing litigation.<br><br>Most recently, the Court required the applicants to document "the actions taken . . . as well as actions taken on [their] behalf to make arrangements to travel to the United States for the trial." This order applies to Mr. Yuyi and Ms. Xiaomeng Yu, who must be present one month before the start of the February 7, 2022 trial, as well as the remaining applicants (Pushun Cheng, Changzhen Ni, Junfang Yu, Meixiang Cheng, Fangshou Yu, and Changhua Ni), whose claims will be heard immediately following the initial phase of the trial, and thus have a similar urgency in having their visa applications processed.<br><br>The next update to the Court is due on July 15, 2021. If the applicants are forced to wait until the fall to begin the interview process, they may not obtain travel approval far enough in advance to appear in the United States.<br><br>We therefore ask that your office conduct visa interviews of all of the applicants, and reach determinations regarding all of their visa applications, as soon as reasonably possible. |
| **Attachment** | 6.17.2021 -- J. Oblak Letter to U.S. Embassy in Beijing.pdf |

- Cancel Appointment
- Reschedule Appointment
- Appointment History
- Provide Feedback
- Update Profile
- Logout

## You have an open Emergency Request

ℹ Your request is currently under review. You will receive an email when your request is either approved or denied.

| | |
|---|---|
| **Request ID** | REQ-49591652 |
| **Tentative Travel Date** | 1/1/2022 |
| **Reason for Emergency** | Urgent Business Travel |
| **Brief Explanation of Emergency** | A United Stated District Court has repeatedly ordered the applicants to appear in the United States as part of an ongoing litigation.<br><br>Most recently, the Court required the applicants to document "the actions taken . . . as well as actions taken on [their] behalf to make arrangements to travel to the United States for the trial." This order applies to Mr. Yuyi and Ms. Xiaomeng Yu, who must be present one month before the start of the February 7, 2022 trial, as well as the remaining applicants (Pushun Cheng, Changzhen Ni, Junfang Yu, Meixiang Cheng, Fangshou Yu, and Changhua Ni), whose claims will be heard immediately following the initial phase of the trial, and thus have a similar urgency in having their visa applications processed.<br><br>The next update to the Court is due on July 15, 2021. If the applicants are forced to wait until the fall to begin the interview process, they may not obtain travel approval far enough in advance to appear in the United States.<br><br>We therefore ask that your office conduct visa interviews of all of the applicants, and reach determinations regarding all of their visa applications, as soon as reasonably possible. |
| **Attachment** | 6.17.2021 -- J. Oblak Letter to U.S. Embassy in Beijing.pdf |

CGI
©2020 CGI Inc.

www.ustraveldocs.com



### The applicant has an Emergency Interview Request in process

Your request is currently under review. You will receive an email when your request is either approved or denied.

**Request ID**
REQ-49591688

**Tentative Travel Date**
1/1/2022

**Reason for Emergency**
Urgent Business Trip

**Brief Explanation of Emergency**
A United States District Court has repeatedly ordered the applicants to appear in the United States as part of an ongoing litigation.

Most recently, the Court required the applicants to document "the actions taken . . . as well as actions taken on [their] behalf to make arrangements to travel to the United States for the trial." This order applies to Mr. Yuyi and Ms. Xiaomeng Yu, who must be present one month before the start of the February 7, 2022 trial, as well as the remaining applicants (Pushun Cheng, Changzhen Ni, Junfang Yu, Meixiang Cheng, Fangshou Yu, and Changhua Ni), whose claims will be heard immediately following the initial phase of the trial, and thus have a similar urgency in having their visa applications processed.

The next update to the Court is due on July 15, 2021. If the applicants are forced to wait until the fall to begin the interview process, they may not obtain travel approval far enough in advance to appear in the United States.

We therefore ask that your office conduct visa interviews of all of the applicants, and reach determinations regarding all of their visa applications, as soon as reasonably possible.

**Attachment**
6.17.2021 – J. Oblak Letter to U.S. Embassy in Beijing.pdf



## **Certification of Yang Shao, Ph. D.**

**(510) 449-8267, yangshao7@gmail.com**

**To Whom It May Concern:**

1. I, Yang Shao, declare that I am a professional interpreter/translator of the Chinese Language and the English Language. I am certified as required by Section 751(d) of the California Evidence Code, which requires that an interpreter/translator be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of Section 68560 of the California Government Code. My valid certification number with the Judicial Council of California is 301244.

2. I personally read and understood the following documents identified as:

    "12848449_1_July 15 Update -Ex. 5", a total of 4 pages;

    I hereby certify that the translation from Chinese to English is accurate and complete and faithful to the best of my abilities.

3. I declare under penalty of perjury that the foregoing is true and correct, and this Declaration was executed in Fremont, California on July 14, 2021.

Yang Shao, Ph. D.