# **EXHIBIT 71**

# 对"北京程于团伙售假案件"查扣光模块鉴定材料

一、 鉴定结论

对"北京程于团伙售假案件"查扣光模块从产品包装、产品外观两个方面与H3C正品进行了逐一比对。经鉴定，所查扣光模块绝大多数与我司正品存在明显差异。鉴定结果为商标侵权。具体如下：

二、 鉴定内容

（一）产品包装比对

1、H3C产品外包装情况：

H3C品牌光模块外包装为红白相间带瓦楞纸盒。包装盒内装有红色防震、防静电泡棉。光模块按照防静电工艺要求放在折叠的银色防静电袋中。包装盒及防静电袋各自有封口胶进行封口。具体见图示：



图（1） H3C正品光模块包装示意图

[Certified Translation]

[Handwritten] 10

# Seizure of Transceivers for Identification Materials in the Case of "Gang of Cheng and Yu's Sales of Counterfeit Goods in Beijing"

I. Conclusion of the Identification

The transceivers seized in the case of "Gang of Cheng and Yu's sales of Counterfeit Goods" were compared with the authentic products of *H3C* in terms of product packaging and product appearance one by one. After the identification, there are obvious discrepancies between most of the seized transceivers and our company's authentic products. The result of the identification indicates infringement on the trademark right. The specifics are as follows:

II. Process of the Identification

(1) Product packaging comparison

1. *H3C* product's outer packaging:

H3C brand transceiver's outer packaging is a red and white corrugated carton. The box contains red shock-proof and anti-static foam. The transceiver is placed in the silver folded anti-static bag according to the requirement of anti-static process. The packaging box and the anti-static bag are sealed separately with glue. See the diagram for details:



Fig. (1) Schematic diagram of *H3C* authentic transceiver's outer packing

[Right margin: partial stamp illegible]

**CONFIDENTIAL**                                                                                                           **ICT0001995**

Translator's notes are in [ ] brackets. Italics signifies the original in English.