# EXHIBIT 68



Paul A. Saso
Director

Gibbons P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119-3701
Direct: 212-613-2171 Fax: 212-554-9686
psaso@gibbonslaw.com

May 24, 2021

**VIA EMAIL**

Alexander Zuckerman, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
Fifty-one Madison Avenue, 22nd Floor
New York, New York 10010

> Re:   **ICT v. Hewlett Packard Financial Services India
> (D. Mass.)  Index No. 16-cv-10386**

Dear Alex,

    We write to inform you that Defendants are rejecting document productions that Plaintiffs purported to make on or after January 29, 2021, with a few exceptions.  Plaintiffs have belatedly produced ICT 0801564-0802222.   Defendants are rejecting the entirety of those document productions, with the following exceptions:

- Yu's costs potentially related to her cervical surgery (ICT0801597);

- Yuyi's medical records produced prior to his deposition (ICT0801578; ICT0801579; ICT0801580; ICT0801582-85; ICT0801587; ICT0801595; ICT0801612);

- Styller's Allways Health Partners records (ICT0801613-29) -- because Plaintiffs assisted Defendants in obtaining these records from Allways and Defendants served a subpoena on Allways for these records long before the close of discovery;

- Dr. Bardey's examination notes that pre-date February 1, 2021 -- (ICT0801971-77; ICT0801980-83; ICT0802001-04 (except for the bottom of page ICT0802004, which appear to be notes dated 02/03/2021); ICT0802040-43 (except for the bottom of page ICT0802043 which appear to be notes dated 02/04/2021));

- Dr. Bardey's video recordings of interviews that he conducted with Plaintiffs prior to February 1, 2021 -- (ICT0801978-79); and

- Dr. Bardey's raw data that pre-date February 1, 2021 -- (ICT0802131-42; ICT0802143-48).

    All other documents produced between ICT 0801564-0802222 are hereby rejected.

GIBBONS P.C.

Alex Zuckerman
May 24, 2021
Page 2

Sincerely,

Paul A. Saso
Director

cc:    Jonathan Oblak, Esq.
       Alexander Spiro, Esq.
       Luke Nikas, Esq.
       Michael Bunis, Esq.
       Mark Edgarton, Esq.
       Kevin Quigley, Esq.