UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER STYLLER, INTEGRATED COMMUNICATIONS & TECHNOLOGIES, INC., JADE CHENG, JASON YUYI, CATHY YU, CAROLINE MARAFAO CHENG, PUSHUN CHENG, CHANGZHEN NI, JUNFANG YU, MEIXIANG CHENG, FANGSHOU YU, and CHANGHUA NI,<br><br>                   Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and DAVID GILL<br><br>                   Defendants. | Civil Action No. 1:16-CV-10386 (LTS) |

**DEFENDANTS' MOTION TO STRIKE AND PRECLUDE PLAINTIFFS' UNTIMELY DOCUMENT PRODUCTIONS**

Defendants Hewlett-Packard Financial Services Company, Hewlett-Packard Financial Services (India) Private Limited, HP Inc., Hewlett Packard Enterprise Company and David Gill ("Defendants"), by and through their undersigned counsel and for the reasons set forth in Defendants' accompanying Memorandum, respectfully request that the Court grant Defendants' Motion to Strike and Preclude Plaintiffs' Untimely Document Productions.

Specifically, Defendants request that the Court strike Plaintiffs' late productions and preclude Plaintiffs' Exhibits 39, 46, 48 and 98 [ECF 520-42, ECF 520-49, ECF 520-51 and ECF 520-101], which Plaintiffs relied upon in their Opposition and Sur-Reply to Defendants' Motion for Summary Judgment.

Dated: September 14, 2021

/s/ *Paul A. Saso*
Michael H. Bunis (BBO No. 566839)
G. Mark Edgarton (BBO No. 657593)
Kevin C. Quigley (BBO No. 685015)
**CHOATE HALL & STEWART LLP**
Two International Place
Boston, Massachusetts  02110
(617) 248-5000
mbunis@choate.com
medgarton@choate.com
kquigley@choate.com

Anthony P. Callaghan
Paul A. Saso
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York, 10119
(212) 613-2000

*Counsel for Defendants*