# **EXHIBIT D**

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


 - - - - - - - - - - - - - - - - - - - x

 INTEGRATED COMMUNICATIONS &            :
 TECHNOLOGIES, INC., et al.,
                                        :   Civil Action No.
         Plaintiffs,                        1:16-cv-10386-LTS
                                        :
     v.
                                        :
 HEWLETT-PACKARD FINANCIAL SERVICES
 COMPANY, et al.,                       :

         Defendants.                    :

 - - - - - - - - - - - - - - - - - - - x


     BEFORE THE HONORABLE LEO T. SOROKIN, DISTRICT JUDGE


                       STATUS CONFERENCE



                 Friday, January 11, 2019
                        2:34 p.m.



       John J. Moakley United States Courthouse
                 Courtroom No. 13
                 One Courthouse Way
               Boston, Massachusetts




                 Rachel M. Lopez, CRR
                 Official Court Reporter
           One Courthouse Way, Suite 5209
            Boston, Massachusetts  02210
                   raeufp@gmail.com
```

```
 1                      A P P E A R A N C E S

 2
       On behalf of the Plaintiffs:
 3
            LAW OFFICE OF DIMITRY JOFFE
 4          BY:  DIMITRY JOFFE
            230 Park Avenue
 5          10th Floor
            New York, New York  10169
 6          (212) 309-8711
            dimitry@joffe.law
 7

 8          LAW OFFICE OF JOSH MCGUIRE
            BY:  JOSHUA A. MCGUIRE
 9          51 Winchester Street
            Suite 205
10          Newton, Massachusetts  02461
            (617) 461-6400
11          josh@joshmcguirelaw.com

12

13     On behalf of the Defendants:

14          GIBBONS, P.C.
            BY:  ANTHONY P. CALLAGHAN AND PAUL A. SASO
15          One Pennsylvania Plaza
            37th Floor
16          New York, New York  10119
            (212) 613-2015
17          acallaghan@gibbonslaw.com

18
            CHOATE HALL & STEWART LLP
19          BY:  MICHAEL H. BUNIS
            Two International Place
20          100-150 International Place
            Boston, Massachusetts  02110
21          (617) 248-4030
            mbunis@choate.com

22

23

24

25
```

```
 1    before?
 2              MR. JOFFE:  I did.  I just don't remember whether
 3    it is holographic.  It's more like what you find on the
 4    credit card, you know those Visa.
 5              THE COURT:  Right, the silver.
 6              MR. JOFFE:  Right.  The holographic with --
 7              And so according to H3C itself, it's that, the
 8    counterfeiting of the logos that tells you whether the
 9    equipment itself is counterfeit or not, not the power-on test
10    and not really other tests.  Because again, if you look at --
11              THE COURT:  So your view is it's counterfeit
12    because H3C said so, for two reasons.
13              MR. JOFFE:  Yes.  Yes.
14              THE COURT:  H3C said so, and H3C said to the
15    Chinese police that the method that you understand HP to have
16    used in the US is not a method that's reliable enough to
17    determine it.
18              MR. JOFFE:  It's not suitable.
19              THE COURT:  So your view, then, is it's counterfeit
20    based on that.
21              MR. JOFFE:  Our view is that it's counterfeit based
22    on that, on the statement of the manufacturer and the
23    trademark holder.
24              THE COURT:  How are you going to prove that at
25    trial?
```

1    MR. JOFFE:  Your Honor, we -- we are attempting to
2 secure certified copies of the Chinese police reports that
3 will present it and, I believe, under the federal rules of
4 evidence, there is an exception to the hearsay for certified
5 business records or reports maintained in the regular course
6 of business.  For foreign documents, they ought to be
7 certified, and with certification they will be acceptable
8 under hearsay rule --
9    MR. CALLAGHAN:  Your Honor, not to interrupt, but
10 number one, we're not aware of a couple of these positions,
11 but we're certainly not aware that an attempt is being made
12 to get a certified copy.
13    I'm assuming you're talking about federal rule of
14 evidence 44(a)(2).  And even if that were the case --
15    THE COURT:  44?
16    MR. CALLAGHAN:  -- we're still at the question Your
17 Honor just asked.
18    THE COURT:  I don't know if there is a Rule 44.
19    MR. CALLAGHAN:  My notes may be in error here, Your
20 Honor.  I don't have a copy of the rules.
21    THE COURT:  There's Rule 803(8), a record or
22 statement of a public office.
23    MR. CALLAGHAN:  And Your Honor, of course, we would
24 object to the introduction of a police report under 803(8),
25 as well.  But that -- we were probably premature on some of

```
 1   this.
 2           THE COURT:  Yes.  This is not a criminal case, and
 3   the rule has different provisions for those cases.
 4           But -- all right.  So what you -- the way you see
 5   the issue playing out, as it goes forward, is that your view
 6   is they are counterfeit, based on these -- essentially these
 7   two reasons, and that the way you anticipate proving that is
 8   you hope to get some sort of certified -- some docket, some
 9   record of documents from the Chinese authorities reflecting
10   what you have described to me, what you understand to be the
11   facts, and some sort --
12           MR. JOFFE:  Reflecting statements of H3C security
13   expert.
14           THE COURT:  Right.
15           MR. JOFFE:  To the police.
16           THE COURT:  To the Chinese police.  And you have to
17   get some sort of record of the statement that he or she made
18   then, and then introduce that document in opposition to their
19   motion for summary judgment, premised on -- assuming an
20   expert who says what he says, and/or at trial introduce
21   documents to that effect.
22           MR. JOFFE:  This is one, Your Honor.
23           THE COURT:  Yeah.
24           MR. JOFFE:  Second is defendants themselves, in
25   2013, inspected the equipment, checked the pictures of the
```